Civil Action No. **2:23-cv-00512-SDM-CMV**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **Lauren Lanskie**
was received by me on February 3, 2023

☑ I personally served the SUMMONS;VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; VERIFICATION OF COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; on the above named at 12014 Kling St., Apt 3 , Valley Village, CA 91607 on February 3, 2023 3:49pm

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the above listed documents to   , who is designated by law to accept service of process on behalf of    on   ;or

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $  for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: February 6, 2023

*Server's signature*

**WILBERT GUTIERREZ**
*Printed name and title*

**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**
*Server's Address*

A0440-32834