Civil Action No. **2:23-cv-00512-SDM-CMV**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **COLLATERAL DAMAGE, LLC.**
**was received by me on February 3, 2023**

☑ I personally served the SUMMONS;VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF;VERIFICATION OF COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. on the individual at 101 N BRAND BLVD., 11TH FLOOR , Glendale, CA 91203 on February 3, 2023 2:55 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Sandra Menjivar** , who is designated by law to accept service of process on behalf of **COLLATERAL DAMAGE, LLC.** on **February 3, 2023  2:55 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $  for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: February 6, 2023

*Server's signature*

**WILBERT GUTIERREZ**
*Printed name and title*

**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**
*Server's Address*

A0440-32835