AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Root, Inc., Caret Holdings, Inc., Root Insurance Agency, LLC <br><br> *Plaintiff(s)* <br> v. <br> Brinson Caleb "BC" Silver, William Campbell, Collateral Damage, LLC, Eclipse Home Design, LLC, Quantasy & Associates, LLC, Paige McDaniel, Lauren Lanskie <br> *Defendant(s)* | Civil Action No. 2:23-cv-512 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, GA 30281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William D. Kloss Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay St., P.O. Box 1008
Columbus, OH 43216-1008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/2/2023

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-512

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Paige McDaniel</u> was received by me on *(date)* <u>Feb 3, 2023, 11:00 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Paige McDaniel c/o Garland James</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Wed, Feb 08 2023</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0</u> for travel and $ <u>400.00</u> for services, for a total of $ <u>400.00</u>.

I declare under penalty of perjury that this information is true.

Date: February 10, 2023

*Server's signature*

Jasmine N. Saxon

*Printed name and title*

P. O. Box 741193, Riverdale, GA 30274

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Feb 3, 2023, 3:58 pm EST at Home: 5576 Alexander Lake Rd SW, Stockbridge, GA 30281
I went to Defendant's listed place of abode. It's an all-brick split ranch, with several vehicles backed up the driveway. I rang the doorbell and an African American woman answered. I informed her I had a delivery for defendant by name and she replied that she isn't here. She said I can call her as she started to dial and asked that I come inside. A woman answered and she called her Auntie Paige. She told her she had a delivery and she put her on speakerphone. I reiterated that I had a delivery and asked when she would be home. She said that she is out of town, due to return Monday. She asked who it was from as I told her it was from Ohio. She asked could I return then before noon. I agreed and informed her I will see her then as I left the premises.

2) Unsuccessful Attempt: Feb 6, 2023, 9:25 am EST at Home: 5576 Alexander Lake Rd SW, Stockbridge, GA 30281
I went to Defendant's listed place of abode. There weren't any new vehicles as I viewed the same vehicles parked in the same position as the previous attempt. I rang the doorbell, and a petite older, African American woman came out from underneath the carport and said "Hello." I informed her I had a delivery for Defendant by name and she replied that she isn't there. I learned through conversation that she doesn't live here; they took the defendant to the airport to check on her grandmother out of the country. She also stated that she doesn't know when she is due to return and is only here to keep an eye on the residence. Afterward, I did a skip trace as a Georgia Private Detective (PDE050847) on the Defendant. I located a photograph on Facebook (facebook.com/lynn.orange.12) of her and discovered the party I was speaking with was clearly the Defendant. and she was obviously not being truthful.

3) Successful Attempt: Feb 8, 2023, 11:02 am EST at Home: 5576 Alexander Lake Rd SW, Stockbridge, GA 30281 received by Paige McDaniel c/o Garland James. Age: 56; Ethnicity: African American; Gender: Male; Weight: 180; Height: 5'10"; Hair: Black; Eyes: Brown

I returned to the Defendant's listed place of abode When I arrived, I observed an African American man in the back yard doing yard work. I asked for the Defendant by name. At first, he stated she was out of the country, but I informed him that she was not allowed to leave the country, due to her criminal history. Then he stated he meant she was out of the state, so I asked does he live in the home, and he responded "Yes." I then explained who I was and why I was there, but he would not sign an Acknowledgment, because he continued to state she wasn't home. However, by the time our conversation was completed he had confirmed four times that he lives in the home.