# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | Judge Sarah D. Morrison |
| Plaintiffs, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SPECIAL APPEARANCE OF CO-COUNSEL

Jamar T. King, Thompson Hine LLP, 10050 Innovation Drive, Suite 400, Miamisburg, Ohio 45342, hereby enters his appearance as co-counsel for Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC.

By submitting this notice of appearance, Specially Appearing Defendants do not waive and expressly reserve the right to assert all defenses, objections, arguments, and challenges to the Complaint, including, but not limited to, lack of personal jurisdiction and improper venue.

Respectfully submitted,

THOMPSON HINE LLP

/s/Jamar T. King
Matthew D. Ridings, Trial Attorney (0079402)
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
T:  216.566.5561/F:  216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
T:  937.443.6852/F:  937.443.6635
Jamar.King@ThompsonHine.com

*Attorneys for Specially Appearing Defendants*
*William Campbell and Quantasy & Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Brinson Caleb Silver
1550 Michigan Avenue, Apt. 3
Miami Beach, FL 33139

Collateral Damage, LLC
101 North Brand Blvd., 11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
c/o United States Corporation Agents, INC.
651 North Board Street, Suite 201
Middletown, DE 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

Lauren Lanskie
12014 Kling Street, Apt. 3
Valley Village, CA 91607

                                                /s/Jamar T. King
                                                Jamar T. King