# EXHIBIT 1

Dec 3, 2021 at 7:16 AM

**Quantasy_Rooot_SOW Proposal.pdf**
PDF Document · 957 KB

Have a look homeboy.

Sorry for delay.

Also I can sync you with Ron G who you have met before from my team

Dec 3, 2021 at 11:50 AM

Have a sec?

Dec 8, 2021 at 2:39 PM

How are you?

Dec 9, 2021 at 5:29 AM

**Quantasy_Rooot_SOW Proposal v2**
PDF Document · 964 KB

Morning sir. Here is a revised version that outlines some deliverables. Let me know if there are other specific deliverables you would be interested in.

Dec 10, 2021 at 10:31 AM

Thanks for sending. Let's grab drinks or lunch.