# EXHIBIT 2

> This is what you can place on sow.
>
> Let's sign tomorrow

Nothing came through.

Let's do it.

> Did you get the Google doc

Nah

> **Root** Insurance
>
> # Gap Analysis
> Quantasy Support
>
> January 28, 2022
>
> **Quantasy - Gap Analysis 1.28**
> docs.google.com

Got it