EXHIBIT 4

**Invoice**

**QUANTASY**

**Quantasy**
312 S. Alameda St., Ste 102
Los Angeles, CA  90013 US
424-331-9260
billing@quantasy.com
http://quantasy.com

| BILL TO |
| --- |
| Root Insurance |
| Attn: Jill Neely |
| 80 E. Rich Street |
| Columbus, OH 43215 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2277 | 02/03/2022 | $473,778.00 | 02/03/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/03/2022 | **Brand Services** Initial Payment for Brand Services pursuant to the Scope of Work Agreement dated February 3, 2022. | 1 | 473,778.00 | 473,778.00 |

Electronic Payment Instructions:
JP Morgan Chase Bank
Routing #: ███████
Account #: ███████

**BALANCE DUE**          **$473,778.00**