# EXHIBIT 5

Hey, hope all is well.  4:15 PM



ACCOUNT INFO

Account Number

ⓘ Routing Numbers

Paper & Electronic

Wires

Collateral Damage LLC  4:16 PM

45 South Arroyo Pkwy
Pasadena, Ca 91105  4:17 PM