# EXHIBIT 6

Wed, Feb 9 at 2:01 PM

Can I get a preview tomorrow.

Payment went out. Excited to have you all on the team.