# EXHIBIT 8

**Quantasy**
312 S. Alameda St., Ste 102
Los Angeles, CA  90013 US
424-331-9260
billing@quantasy.com
http://quantasy.com

# Invoice

# QUANTASY

| BILL TO |
|---|
| Root Insurance<br>attn: Jill Neely<br>80 E. Rich Street<br>Columbus, OH 43215 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2286 | 02/23/2022 | $414,555.75 | 02/18/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Brand Services<br>Payment #2 for Brand Services pursuant to the Scope of Work Agreement dated February 3, 2022. | 1 | 414,555.75 | 414,555.75 |

**BALANCE DUE** $414,555.75

Electronic Payment Instructions:
JP Morgan Chase Bank
Routing #: ███████
Account #: ███████