# EXHIBIT 11

Mar 2, 2022

> Can you have her send the invoice for phase 2? Still awaiting payment but would be good to have ready.
> 6:37 PM

Yes, They said they where sending today. Should arrive tomorrow
6:51 PM

> Clarification. I'm referring to Lauren.
> 7:07 PM

> Have her send the next one
> 7:07 PM

Mar 3, 2022

She said she sent early this morning. Let me know if you didn't receive it.
6:19 AM

Mar 9, 2022

> Did not receive anything from Lauren can you resend. Our team can handle right away
> 6:56 AM