# EXHIBIT 12

Fri, Mar 4 at 6:13 AM

> Morning. FYI, Payment has not arrived.

Where you cced on the email from the invoice team?

> Yes

What day was it sent on?

> The email was sent by Jill on last Friday, the invoice team replied on Monday and said we would have funds Wednesday