# EXHIBIT 13

Wed, Mar 9 at 6:41 AM

The funds should have arrived by now.

Came yesterday


