# EXHIBIT 14

# INVOICE

| BILL TO: | | INVOICE # | 12022021 |
|---|---|---|---|
| Quantasy, LLC. | | INVOICE DATE | February 27, 2022 |
| 312 S. Alameda Street, Suite 102<br>Los Angeles, CA 90013 | | DUE DATE | March 1, 2022 |

| DESCRIPTION | PRICE | QUANTITY | AMOUNT |
|---|---|---|---|
| 2021 PROMOTION PLAN | $100,000 | 1 | $100,000.00 |
| CAMPAIGN DESIGN SUPPORT | $34,555.75 | 1 | $34,555.75 |
| | | | $134,555.75 |

* 2% of total price will be apply for delay of payment per week.

| SUBTOTAL | AMOUNT |
|---|---|
| TAX | - |
| AMOUNT DUE | $134,555.75 |

## THANK YOU

# INSTRUCTIONS

| COLLATERAL DAMAGE LLC. |
|---|
| 45 S Arroyo Pkwy<br>Pasadena, CA 91105  415.919.9131 |
| www.collateraldamage.agency |
| Questions please contact<br>lauren@collateraldamage.agency |

| ELECTRONIC PAYMENT INSTRUCTIONS | |
|---|---|
| **Bank** | Bank of America<br>12316 W. Washington Blvd<br>Los Angeles, CA 90066 |
| **Routing #** | ▇▇▇▇▇▇ - Paper & Electronic<br>▇▇▇▇▇▇ - Wires |
| **Account #** | ▇▇▇▇▇▇▇▇ |

**THANK YOU**
