# EXHIBIT 15

Wed, Mar 16 at 12:18 PM

> Gonna send the final invoice, assuming there's no concern.

Send to just invoices and me

No longer Jill

She no longer approves invoices

> Uh oh. Did she get in trouble?

> You were not playing.

Yes

I can't have our vendors not being paid on time

> Also not sure if you saw my other