# EXHIBIT 16

# Invoice

**QUANTASY**

Quantasy
312 S. Alameda St., Ste 102
Los Angeles, CA  90013 US
424-331-9260
billing@quantasy.com
http://quantasy.com

| BILL TO |
| --- |
| Root Insurance<br>attn: Accounts Payable<br>80 E. Rich Street<br>Columbus, OH 43215 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2303 | 03/01/2022 | $296,111.25 | 03/01/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | Brand Services<br>Payment #3 for Brand Services pursuant to the Scope of Work Agreement dated February 3, 2022 | 1 | 296,111.25 | 296,111.25 |

Electronic Payment Instructions
JP Morgan Chase Bank
Routing #: ▒▒▒▒▒▒
Account #: ▒▒▒▒▒▒

**BALANCE DUE** $296,111.25