# EXHIBIT 18

**To:** Will Campbell[will@quantasy.com]
**From:** Lauren Lanskie[lauren@collateraldamage.agency]
**Sent:** Fri 3/25/2022 7:48:14 PM (UTC)
**Subject:** Quantasy Invoice
Quantasy Invoice - March 2022.pdf

Good Afternoon Will,
The invoice is attached.


Regards,
Lauren


--




**Lauren Lanskie**  ❙  **Executive Assistant**  ❙  www.CollateralDamage.com

# INVOICE

**BILL TO:**

Quantasy, LLC.

312 S. Alameda Street, Suite 102

Los Angeles, CA 90013

| INVOICE # | 03012021 |
|---|---|
| INVOICE DATE | March 1, 2022 |
| DUE DATE | March 17, 2022 |

| DESCRIPTION | PRICE | QUANTITY | AMOUNT |
|---|---|---|---|
| CAMPAIGN DESIGN SUPPORT | $96,111.25 | 1 | $96,111.25 |
|  |  |  | $96,111.25 |

* 2% of total price will be apply for delay of payment per week.

| SUBTOTAL | AMOUNT |
|---|---|
| TAX | - |
| AMOUNT DUE | $96,111.25 |

## THANK YOU

# INSTRUCTIONS

| | |
|---|---|
| **COLLATERAL DAMAGE LLC.** | |
| 45 S Arroyo Pkwy  Pasadena, CA 91105 415.919.9131 | |
| www.collateraldamage.agency | |
| Questions please contact lauren@collateraldamage.agency | |

| | |
|---|---|
| **ELECTRONIC PAYMENT INSTRUCTIONS** | |
| **Bank** | Bank of America  12316 W. Washington Blvd  Los Angeles, CA 90066 |
| **Routing #** | ▆▆▆▆▆▆ - Paper & Electronic  ▆▆▆▆▆▆ - Wires |
| **Account #** | ▆▆▆▆▆▆▆▆ |

# THANK YOU