# EXHIBIT 21

# Invoice

**QUANTASY**

Quantasy
312 S. Alameda St., Ste 102
Los Angeles, CA  90013 US
424-331-9260
billing@quantasy.com
http://quantasy.com

| BILL TO |
|---|
| Root Insurance<br>80 E. Rich Street<br>Columbus, OH 43215 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2308 | 04/01/2022 | $3,900,000.00 | 04/01/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | DIGMKTGSVCS<br>Initial 50% for Q2 Media Services and Costs | 1 | 3,900,000.00 | 3,900,000.00 |

**BALANCE DUE** $3,900,000.00

Electronic Payment Instructions:
JP Morgan Chase Bank
Routing #: ▮▮▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮▮▮