# EXHIBIT 22

> Payments were sent out yesterday
> 9:21 AM

>> Got you. How are you feeling?
>> 9:33 AM ✓✓

>> I trust surgery was smooth.
>> 9:33 AM ✓✓

> Rough, but things went smoothly
> 9:34 AM

. . .

> Let me know when you recieve, I will have Lauren forward the invoice this morning
> 9:45 AM

>> Damn. Working today already? Lol ok I'll hit you in a bit
>> 9:49 AM ✓✓