# EXHIBIT 23

| | |
|---|---|
| **From:** | Will Campbell <will@quantasy.com> |
| **Sent:** | Wednesday, April 6, 2022 2:07 PM |
| **To:** | hello@bc-silver.com |
| **Subject:** | Contracting |

BC,

We are very excited about the opportunity to work with Root Insurance and you on the projects discussed. There is no question that we make a great team. I appreciate your creativity and collaboration, and Quantasy will do its best creative work.

As always we are all working at light speed to meet deadlines. To move this forward, our team has already started putting together a subcontracting agreement between Quantasy and your company, Collateral Damage.

When it comes to these agreements and the relevant documents, we work with the top advertising and marketing law firm in the country, Davis+Gilbert. Our lawyer there has deep industry experience and expertise. The great thing about him is that different than many lawyers, he is extremely practical and very business focused.

As it relates to this scope of work, he reminded me that the advertising industry, especially the leading brands (both individually and through the ANA) have been very focused on the issues of subcontracting with interested parties and payments to agencies that include payments to third parties. You will typically find provisions that focus on these issues in advertiser/agency MSA's. Further, the brands accountants will oftentimes focus on these types of issues in audits. This is especially true with public companies.

What he recommends is that the relationship between Quantasy and Collateral Damage be approved by Root. This can be done by having simple approval language in the subcontracting agreement between Collateral Damage and Quantasy. It can also be done by way of a separate document between Root and Quantasy that authorizes the subcontracting relationship, services provided etc. The approval can be signed by someone in Root's procurement, finance or legal.

Let me know which way you want to go with this and I will tell my lawyer to draft the agreement accordingly.

—

Will Campbell | CEO | **Quantasy, LLC** | 312 S. Alameda Street, Suite 102 | Los Angeles, CA 90013 | P: 424.331.9260 | **quantasy.com**