# EXHIBIT 24

Apr 7, 2022

> Do you think you can send over the services breakdown. What do you think is eta?
> 9:46 AM

Today, I figured out something for them, That was important. I will get back. Will have them. Send this afternoon
12:53 PM



Lauren said they sent invoice.
4:31 PM

I have be completely removed from any previous ownership CD.

They sent over Invoice. So your guy can deploy that today, for tomorrow release.

They will be sending an SOW with your updates. Then you all can start the work together, no issue.
5:08 PM