# EXHIBIT 25

Control Number : 22081975

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF ORGANIZATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Collateral Damage LLC**
a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **04/11/2022** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **04/13/2022**.



Brad Raffensperger
Secretary of State

# ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 4/11/2022 7:10:39 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 22081975 |
| **BUSINESS NAME** | Collateral Damage LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 04/11/2022 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 5576 Alexanders Lake Rd. SW, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| United States Corporation Agents, Inc. | 1420 Southlake Plaza Dr., Morrow, GA, 30260, USA | Clayton |

| ORGANIZER(S) | | |
|---|---|---|
| **NAME** | **TITLE** | **ADDRESS** |
| Paige McDaniel | ORGANIZER | 5576 Alexanders Lake Rd. SW, Stockbridge, GA, 30281, USA |

| OPTIONAL PROVISIONS |
|---|
| N/A |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Paige McDaniel |
| **AUTHORIZER TITLE** | Organizer |