# EXHIBIT 27

Apr 11, 2022

> What's the latest on transfer? Did it go out Friday or this morning? They said it has not arrived yet.
>
> 10:05 AM

> Maybe it's weekend processing, so it will hit tomorrow
>
> 10:53 AM