# EXHIBIT 28

Apr 14, 2022

So ahead a send the 15th invoices through this morning  6:14 AM

Hot topics:
- sending the 2nd invoice
- sending the presentation template  7:46 AM

Sent 8:05 AM
All 8:06 AM

Hey is there anyway to split up our SOW into two parts?  10:36 AM

Like split this up  10:39 AM



10:40 AM

Certainly can. Hit me when you can I want to make sure I'm understanding  11:09 AM

Split that screenshot in two sections to an invoice and send to my hello address predated with original date  12:50 PM

They want to make sure invoices are less than $10M  12:50 PM

So they don't need board approval  12:50 PM