EXHIBIT 29

| | |
|---|---|
| **To:** | invoices@joinroot.com[invoices@joinroot.com] |
| **Cc:** | BC Silver[bc.silver@joinroot.com] |
| **From:** | Will Campbell[will@quantasy.com] |
| **Sent:** | Thur 4/14/2022 3:02:51 PM (UTC) |
| **Subject:** | Q2 Invoices |

Invoice 2317.pdf
ATT00002.bin
Invoice 2316.pdf
ATT00004.bin

Greetings,
Please see attached invoices.

Many thanks.

—

Will Campbell  l  CEO  |  **Quantasy, LLC**  |  312 S. Alameda Street, Suite 102  |  Los Angeles, CA 90013  |  P: 424.331.9260  |  **quantasy.com**

**Quantasy**
312 S. Alameda St., Ste 102
Los Angeles, CA  90013 US
424-331-9260
billing@quantasy.com
http://quantasy.com

Invoice

**QUANTASY**

| BILL TO |
|---|
| Root Insurance<br>80 E. Rich Street<br>Columbus, OH 43215 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2316 | 04/14/2022 | $3,450,000.00 | 04/15/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **DIGMKTGSVCS**<br>Payment #2 for Q2 Production Services and Costs | 1 | 3,450,000.00 | 3,450,000.00 |

Electronic Payment Instructions:
JP Morgan Chase Bank
Routing #: ████████
Account #: ████████

**BALANCE DUE** $3,450,000.00

Quantasy  
312 S. Alameda St., Ste 102  
Los Angeles, CA  90013 US  
424-331-9260  
billing@quantasy.com  
http://quantasy.com  

Invoice

QUANTASY

**BILL TO**  
Root Insurance  
80 E. Rich Street  
Columbus, OH 43215  

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2317 | 04/14/2022 | $3,900,000.00 | 04/15/2022 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **DIGMKTGSVCS**<br>Payment #2 for Q2 Media Services and Costs | 1 | 3,900,000.00 | 3,900,000.00 |

Electronic Payment Instructions:  
JP Morgan Chase Bank  
Routing #: ▇▇▇▇▇▇▇  
Account #: ▇▇▇▇▇▇▇  

BALANCE DUE  $3,900,000.00