# EXHIBIT 30

**To:** Will Campbell[will@quantasy.com]
**From:** Lauren Lanskie[lauren@collateraldamage.agency]
**Sent:** Wed 4/27/2022 1:55:52 AM (UTC)
**Subject:** CD W9 and Invoice

Quantasy Invoice - April 15 2022.pdf
Collateral_Damage_W9_Signed_PL.pdf

Please see the attached W9 and Invoice.

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>Identification Number and Certification<br>▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |
|---|---|---|

**Print or type.**
**See Specific Instructions on page 3.**

1. Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
   **Paige Lynette**

2. Business name/disregarded entity name, if different from above
   **Collateral Damage LLC**

3. Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.
   - [ ] Individual/sole proprietor or single-member LLC
   - [ ] C Corporation
   - [ ] S Corporation
   - [ ] Partnership
   - [ ] Trust/estate
   - [x] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____
     Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.
   - [ ] Other (see instructions) ▶

4. Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
   Exempt payee code (if any) _____
   Exemption from FATCA reporting code (if any) _____
   (Applies to accounts maintained outside the U.S.)

5. Address (number, street, and apt. or suite no.) See instructions.
   **5576 Alexanders Lake Rd. SW**

6. City, state, and ZIP code
   **Stockbridge, GA 30281**

Requester's name and address (optional)

7. List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number
**8 8 – 1 7 5 3 3 5 8**

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ *Paige Lynette* | Date ▶ 04/26/2022 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

# INVOICE

**BILL TO:**
Quantasy, LLC.
312 S. Alameda Street, Suite 102
Los Angeles, CA 90013

| | |
|---|---|
| INVOICE # | 04152021 |
| INVOICE DATE | April 15, 2022 |
| DUE DATE | April 15, 2022 |

**Overview:** Collateral Damage (CD) will implement a sports marketing program integrating athletes and sports organizations (i.e. NFL, NHL, MLB, Nascar) to activate for Root Insurance in support of national awareness with an additional regional two-state focus in Colorado and Oklahoma. Program to include:

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| I. **A-List Pro Athlete Partnership:** CD will negotiate, secure and integrate athlete marketing partnership with A-list pro athlete Russell Wilson or pro athlete of similar stature (i.e. NFL, NHL, MLB, Nascar) and regard. Athlete will participate in content, social media posting and appearances including promotion of in-market activations in Colorado during Q2/Q3 2022. | 1 | $1,500,000 |
| II. **Sports Influencers:** CD will negotiate, secure and integrate up to ten but no less than six (6-10) athlete/influencer endorsements for Root Sports Influencer Marketing program. Athletes will participate in core campaign activations including online and in-market appearances | 1 | $1.100,000 |
| III. **Sports Teams and Venue Partnership Activations:** CD will negotiate, secure and integrate sports partnerships (i.e. NFL, NHL, MLB, Nascar) with sports teams and venues to activate against Root Insurance campaign creative. | 1 | $3,000,000 |
| IV. **Strategy and Implementation Support:** CD will provide strategy and execution services to integrate sport marketing programs across campaign elements including Best Driver in America Challenge, In-Market activations and takeovers, online integrations | 1 | **Included** |

* 2% of total price will be apply for delay of payment per week.

# THANK YOU

| SUBTOTAL | AMOUNT |
|---|---|
| Total | $5,600,000 |
| **AMOUNT DUE** | |
| 4/1 | $2,800,000 |
| 4/15 | $2,800,000 |

**COLLATERAL DAMAGE LLC.**   45 S Arroyo Pkwy   www.collateraldamage.agency   lauren@collateraldamage.agency
Pasadena, CA 91105

# INSTRUCTIONS

| | |
|---|---|
| **COLLATERAL DAMAGE LLC.** | |
| 45 S Arroyo Pkwy  Pasadena, CA 91105 415.919.9131 | |
| www.collateraldamage.agency | |
| Questions please contact lauren@collateraldamage.agency | |

| | |
|---|---|
| **ELECTRONIC PAYMENT INSTRUCTIONS** | |
| **Bank** | Bank of America  12316 W. Washington Blvd  Los Angeles, CA 90066 |
| **Routing #** | ▇▇▇▇▇▇ - Paper & Electronic  ▇▇▇▇▇▇ - Wires |
| **Account #** | ▇▇▇▇▇▇▇▇ |

# THANK YOU
