# EXHIBIT 31

Apr 27, 2022

Doc #: 20-31 Filed: 02/14

Checking in as we did. We will be receiving later today, or overnight in the morning. Tomorrow morning is the latest. 9:03 AM



Keep me posted please. 9:17 AM

Forwarded everything over. It will be processed today. 9:20 AM

Keep in mind even when receiving from Root. We usually get it a couple of days later. 9:22 AM

I'm on the plane but will check in when I land. 9:23 AM

. . .

I hear yah, please have your team lean in to make sure it hits latest tomorrow. That is extremely important 9:25 AM

. . .

These are your employees, so just say no exceptions on this timeline 9:28 AM

That is what I did on my end 9:28 AM

Apr 28, 2022

> Lauren said they received some yesterday. I believe there is 1.3 left.. will that be arriving early morning?
> 4:43 AM

They should be solid — 8:05 AM

> $500 came in this morning, but there is still $800 missing
> 8:57 AM

It's all been sent — 8:58 AM

Just bank processing now I'm sure — 8:58 AM

> Gotcha, do they have a projection on when the $800 will hit
> 8:59 AM

