# EXHIBIT 32

**To:** Will Campbell[will@quantasy.com]
**From:** Lauren Lanskie[lauren@collateraldamage.agency]
**Sent:** Wed 5/11/2022 4:10:30 AM (UTC)
**Subject:** Quantasy May 10 Invoice
Quantasy Invoice - May 10 2022.pdf

Hello Will,
Attached is the May 10th invoice. Have a great evening.

Thanks
BC

--

**Lauren Lanskie** | Accounts Payable | www.CollateralDamage.agency



| BILL TO: | | INVOICE # | 05092022 |
|---|---|---|---|
| Quantasy, LLC. | | INVOICE DATE | May 1 2022 |
| 312 S. Alameda Street, Suite 102 Los Angeles, CA 90013 | | DUE DATE | May 10, 2022 |

**Overview:** Collateral Damage (CD) will implement a sports marketing program integrating athletes and sports organizations (i.e. NFL, NHL, MLB, Nascar) to activate for brand clients. in support of national awareness with an additional regional and national executions. Program to include:

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| I. **A-List Pro Athlete Partnership:** CD will negotiate, secure and integrate athlete marketing partnership with A-list pro athlete Russell Wilson or pro athlete of similar stature (i.e. NFL, NHL, MLB, Nascar) and regard. Athlete will participate in content, social media posting and appearances including promotion of in-market activations during Q3/Q4 2022. | 1 | $1,000,000 |
| II. **Sports Influencers:** CD will negotiate, secure and integrate up to ten but no less than six (6-10) athlete/influencer endorsements for Root Sports Influencer Marketing program. Athletes will participate in core campaign activations including online and in-market appearances | 1 | $1.100,000 |
| III. **Sports Teams and Venue Partnership Activations:** CD will negotiate, secure and integrate sports partnerships (i.e. NFL, NHL, MLB, Nascar) with sports teams and venues to activate against Root Insurance campaign creative. | 1 | $1,400,000 |
| IV. **Strategy and Implementation Support:** CD will provide strategy and execution services to integrate sport marketing programs across campaign elements including Best Driver in America Challenge, In-Market activations and takeovers, online integrations | 1 | **Included** |

* 2% of total price will be apply for delay of payment per week.

# THANK YOU

| SUBTOTAL | AMOUNT |
|---|---|
| Total | $3,500,000 |
| **AMOUNT DUE** | |
| 5/10 | $3,500,000 |

# INSTRUCTIONS

| | |
|---|---|
| **COLLATERAL DAMAGE LLC.** | |
| 45 S Arroyo Pkwy<br>Pasadena, CA 91105 415.919.9131 | |
| www.collateraldamage.agency | |
| Questions please contact<br>lauren@collateraldamage.agency | |

| | |
|---|---|
| **ELECTRONIC PAYMENT INSTRUCTIONS** | |
| **Bank** | Bank of America<br>12316 W. Washington Blvd<br>Los Angeles, CA 90066 |
| **Routing #** | ▬▬▬▬▬ - Paper & Electronic<br>▬▬▬▬▬ - Wires |
| **Account #** | ▬▬▬▬▬▬▬ |

# THANK YOU

COLLATERAL DAMAGE LLC.        45 S Arroyo Pkwy        www.collateraldamage.agency        lauren@collateraldamage.agency
                              Pasadena, CA 91105