# EXHIBIT 33

May 12, 2022

The team said they didn't see the second wire today. Do you want to put me in contact with a person, so you don't have to deal with this. They may have sent an ACH. If so, ask them what the overall plan was, so I don't have to bother you again.

5:36 PM