# EXHIBIT 34

May 16, 2022

leader to insure the complete amount is same day wired today. It was supposed to make it into the account last week on Friday, but it never arrived.

Let me once you recieve confirmation that the full amount has been wired this morning.

My team will also update me the moment the see it reflected on their side.

4:08 AM

Same day wires should be used for todays completion. Whatever that comes in beyond the $2M will be returned to Quantasy within 24 hours.

My team will just walk into the physical branch to schedule transfer.

6:49 AM

$1M from the alternative account 2x $500k from standard account work great

Or same day in bank wire transfer is great. They are on the east coast today, so it is 1:33pm. Cutoff is at 4pm.

10:33 AM