# EXHIBIT 35

**From:** Will Campbell <will@quantasy.com>
**Subject:** Signed Change Requests 1 and 2
**Sent:** Mon 7/25/2022 5:34:26 AM (UTC)
**To:** Hello BC <hello@bc-silver.com>
[Root SOW Change Order 07_05_2022.pdf](Root SOW Change Order 07_05_2022.pdf)
[Root SOW Change Order 07_12_2022.pdf](Root SOW Change Order 07_12_2022.pdf)

See attached.

See attached.

# SCOPE OF WORK AGREEMENT — CHANGE REQUEST

**Project Name:**
Root Insurance – 2022 Root for Good Drivers Marketing and Advertising Program

**Effective Date of Change:**
July 5, 2022

**Requested Change:**

| Original SOW Item(s) | Description of Change |
|---|---|
| Root for Good Drivers Marketing: Creative Production / Media Activation and Distribution | Client request to re-focus Q2 activation budgets from brand marketing to Q3/Q4 paid partnerships/ad programming across sports marketing and gaming partners and channels (pausing the Drive Slow and related creative production efforts). |

**Reason for Change:**
Client request based on internal strategy shifts related to key markets and market conditions.

**Budget Change:**

| | |
|---|---|
| Original Contracted Amount | $14,700,000 |
| Net Budget Change (+/-) | $0 |
| Revised Contracted Amount | $14,700,000 |

The parties agree that this Change Request is subject to the original Additional Terms and Services, unless otherwise outlined herein.

**Root Insurance**

By: _/s/_
Name: OC Silver
Title: CMO

**Quantasy, LLC**

By: _/s/_
Name: Will Campbell
Title: CEO

# SCOPE OF WORK AGREEMENT — CHANGE REQUEST

**Project Name:**
Root Insurance – 2022 Root for Good Drivers Marketing and Advertising Program

**Effective Date of Change:**
July 12, 2022

**Requested Change:**

| Original SOW item(s) | Description of Change |
|---|---|
| Root for Good Drivers Marketing: Creative Production / Media Activation and Distribution | Client request for scope reduction to reduce total paid media and partnership activation spends. *(Note: Non-media previous committed/allocated spend/costs including program expenditures, agency fees, production cancellation costs, legal etc ~$2.7M).* |

**Reason for Change:**
Client request based on internal strategy and budget shifts for unallocated budget/programs.

**Budget Change:**

| | |
|---|---|
| Original Contracted Amount | $14,700,000 |
| Net Budget Change (+/-) | (-)$1,200,000 |
| Revised Contracted Amount | $13,500,000 |

The parties agree that this Change Request is subject to the original Additional Terms and Services, unless otherwise outlined herein.

**Root Insurance**

By: _[signature]_
Name: BC Silver
Title: CMO

**Quantasy, LLC**

By: _[signature]_
Name: Will Campbell
Title: CEO