# EXHIBIT 37

| | |
|---|---|
| **Sent:** | Fri 9/23/2022 3:02:51 AM (UTC) |
| **Subject:** | Re: Root x Quantasy - Requested Documents |
| **From:** | David Rodriguez <david@quantasy.com> |
| **To:** | Dom Cevasco <dominic.cevasco@joinroot.com> |
| **Cc:** | BC Silver <bc.silver@joinroot.com>, Will Campbell <will@quantasy.com>, robert.bateman@root.com, Ben Cowley <ben.cowley@root.com>, Meghan Keating <meghan.keating@joinroot.com> |

Hi Dom,
Hope you've been well.

Yes, the $10.7M can be used for paid media in 2023.

Thanks,
David



**QUANTASY + ASSOCIATES • EVP & HEAD OF CLIENT SERVICES • DAVID@QUANTASY.COM • 312 S ALAMEDA ST, LOS ANGELES, CA • QUANTASY.COM**

On Thu, Sep 22, 2022 at 12:37 PM Dom Cevasco <dominic.cevasco@joinroot.com> wrote:

> Thank you BC for the context. We understand the plan is in flux currently, but is the "credit" / prepaid balance of $10.7M currently unallocated / uncommitted at this time? We are looking for confirmation from Quantasy for the current balance of our prepayment.
>
> Thanks!
>
> On Thu, Sep 22, 2022 at 1:51 PM BC Silver <bc.silver@joinroot.com> wrote:
>
>> Hello Dom,
>>
>> Thanks for the email. The the remaining prepaid balance/ credit was intended to be used for paid media in 2023. The Marketing leadership has followup sessions with the Quantasy at the beginning of next week. We plan on getting final alignment with Dan on 2023 recommended plan. We are more than happy to share the 360 plans + commitments with Meaghan and team during our weekly call (you are welcome to join that call). I hope is that we can finalize the preliminary 2023 plan with the finance team in October.
>>
>> Feel free to reach out to me directly if you have any questions.
>>
>> BC
>> 415.919.9131
>>
>>> On Sep 22, 2022, at 9:58 AM, Dom Cevasco <dominic.cevasco@joinroot.com> wrote:
>>>
>>> Hi David,
>>> Hope all is well. Root's Finance team is planning for next year and I wanted to follow up with you around the balance of the $10.7M prepaid to Quantasy, currently on hold until 2023. Do you have a perspective on what of the $10.7M is unallocated and uncommitted at this time?
>>>
>>> Can Root expect to have a "credit" / prepaid balance of $10.7M to be used for paid media in 2023 or do we

need to re-adjust assumptions? Happy to jump on a call if needed.

Included in the email is Meghan Keating, our Sr. Director of FP&A, she can provide additional context if needed.

Thanks

On Wed, Aug 24, 2022 at 4:26 AM Ben Cowley <ben.cowley@root.com> wrote:

> Thank you David, we appreciate it.
>
> On Wed, Aug 24, 2022 at 4:13 AM David Rodriguez <david@quantasy.com> wrote:
>
>> Hi Ben,
>> Pleasure talking yesterday.
>>
>> As promised, attached is a document with links to various deliverables and materials that you requested.
>>
>> Thanks,
>> David
>>
>> 
>>
>> **QUANTASY + ASSOCIATES • EVP & HEAD OF CLIENT SERVICES • DAVID@QUANTASY.COM • 312 S ALAMEDA ST, LOS ANGELES, CA • QUANTASY.COM**

--
**Ben Cowley**

Vice President, Internal Audit and Internal Control, Root
(415) 602 4284 | joinroot.com

80 East Rich
Street, Suite 500,
Columbus, OH
43215



Download. Drive. Save.
Start your test drive: joinroot.com/download

--
**Dom Cevasco**

Internal Controls Manager, Root
614 315 6913 | joinroot.com



**Download. Drive. Save.**
Start your test drive: joinroot.com/download

--

**Dom Cevasco**

Internal Controls Manager, Root
614 315 6913 | joinroot.com



**Download. Drive. Save.**
Start your test drive: joinroot.com/download