# EXHIBIT 39

Can you chat before 12  8:52 AM

**Ben Cowley** 8:05 AM
Thanks Dan. Does this work?

A meeting was held June 2nd between the CEO, CFO, CRO/COO, CTO & CMO to discuss the H2 Marketing plan. $13m of incremental H2 spend was presented during the meeting and Marketing assert that this was also approved however, no formal minutes were taken. As a result it has not been possible to independently validate what specific actions/decisions were agreed to. Subsequent to the meeting, Finance alerted Marketing that committed spend was trending over budget (primarily due to Quantasy commitments) and they began working to identify ways to reduce FY'22 committed spend.

I double checked the June 2nd slides and slide 6 shows $13m

**Ben Cowley** 10:19 AM
I am about to send the report out to Larry, Scott and Julie so that they have at least 24 hrs to review. I will preface that this is draft and we will be collating management responses for each of the recommendations over the next couple of weeks

👍 1

**Ben Cowley** 10:19 AM
I am about to send the report out to Larry, Scott and Julie so that they have at least 24 hrs to review. I will preface that this is draft and we will be collating management responses for each of the recommendations over the next couple of weeks

👍 1

**Dom Cevasco** 10:19 AM
yay! Thank you

We got done with part 1

Next, presenting, and then remediation for 10 issues

fun

10:29 AM

We literally are good. I just need for you to trust me and hold the line  10:31 AM

This is what's needed from you to CD  12:50 PM ✓✓

Thanks man. I appreciate it  12:50 PM

This is to confirm that the currently existing and uncommitted funds that had originally been allocated