# EXHIBIT 42

**From:** Hello BC <hello@bc-silver.com>
**Date:** November 22, 2022 at 11:46:05 PM EST
**To:** Jon Allison <jon@joinroot.com>
**Subject: Re: Hello Payroll Issue**

Jon,

Thank you for the email. To be clear, I was never informed that these questions would be a prerequisite to receiving the severance payment. I was never told that the payment would have/had been reversed; this was simply just done, without my knowledge or approval. It was my preference that the transition process should have been completed before my final day, and severance agreement was completed. I don't have access to all of the details requested. I never transferred corporate documents, confidential details or information to my personal files or records.

I will respond to your questions below, however, my final paycheck needs to be released immediately, as that is required to be paid to me regardless of answering these questions or anything else contained in the severance agreement. Please send me my final paycheck today, without delay, otherwise, it will expose Root to waiting time penalties.

As far as the severance payment, I am answering your questions below, and again, as we have a binding and signed contract, I will expect to have the severance payment released later this week.

Please confirm your understanding of the above.

| Questions | Answers |
|---|---|
| 1. You mentioned in our conversation that Quantasy was working on Root's behalf with a secondary agency. What is the name of that agency and who introduced Quantasy to that agency? | <ul><li>Collateral Damage</li><li>I introduced them to help with sports marketing and gaming support.</li><li>We needed to flush out the Sports Marketing strategy to drive more cost efficient scale in the two state strategy. More profiles for lower CACs</li></ul> |
| 2. Who authorized Quantasy to work with this secondary agency? Was anyone else at Root aware that Quantasy was working with this secondary agency? If so, who were the other Root employees who knew about this relationship with the secondary agency? | 1. Quantasy had full control over who they selected as final subcontractors. I can give recommendations on a few Best in Class organizations. Most marketing agencies use subcontractors that specialize in unique marketing channels i.e. tik tok support, trade shows etc.. It helps improve overall campaign performance.<br>2. Yes, the sports marketing team and Leah on the finance side.<br>3. The scope shift was broadly communicated throughout the organization |
| 3. What was the secondary agency's scope of work, and how much was the secondary agency paid for its services? | The secondary agency's scope of work changed several times. It originally began with Sports Marketing, activations, then eventually transitioned to the final direction of digital acquisition spend. No brand marketing, all paid performance. I'm not sure of the services paid. Most of the dollars were reallocated to performance marketing spend focus (ads being deployed on ESPN, iHeart, etc.) |

| | |
|---|---|
| 4.  Who on the Root marketing team was responsible for working with and monitoring the work product of this secondary agency? | They were a subcontractor so Quantasy would have been initially, but when the focus was shifted to digital acquisition in the 2 state strategy, it would have been Geoff's, Chris Perez, and Acquisition team's responsibility. Those executions were pushed into 2023. |
| 5.  Where can we find the documentation related to this secondary agency (for example, contract, statement of work, evidence of work product deliverables, assignment of work performed under the Quantasy agreement, etc.)? | I had a folder in my google drive for marketing contracts. Additionally, there were emails that documented the Marketing scope shifts requested by Rob and Dan. I no longer have access to my files. Additionally, I tried to schedule time with Rob before my departure. Each meeting was declined and canceled. I even scheduled time with Rob the day after layoffs to make sure the org had all information, but meetings declined. I no longer have access to my email and google drive, but I have provided all the details I have. |
| 6.  What is the contact information (name, physical address, email address, phone number(s), website URL) for the secondary agency's principal point of contact? | SubContractor Information:<br>Collateral Damage<br>3500 Lenox Rd North, Atlanta, GA 30326<br>https://www.collateraldamageus.com/<br>(877) 882-0578<br>Lauren |

Thank you,
BC
415.919.9131


On Mon, Nov 21, 2022 at 9:34 PM Jon Allison <jon@joinroot.com> wrote:

> BC
>
> I am following up on our call this evening where you inquired about payments from Root to you that have been frozen.  We explained that we are looking into some issues related to the Quantasy contract that you negotiated as Chief Marketing Officer, and you indicated that you would be willing to respond to questions we pose in an email.  Accordingly, please answer the following questions within the next 24 hours:
>
> 1.  You mentioned in our conversation that Quantasty was working on Root's behalf with a secondary agency.  What is the name of that agency and who introduced Quantasy to that agency?
>
> 2.  Who authorized Quantasy to work with this secondary agency?  Was anyone else at Root aware that Quantasy was working with this secondary agency?  If so, who were the other Root employees who knew about this relationship with the secondary agency?

3. What was the secondary agency's scope of work, and how much was the secondary agency paid for its services?

4. Who on the Root marketing team was responsible for working with and monitoring the work product of this secondary agency?

5. Where can we find the documentation related to this secondary agency (for example, contract, statement of work, evidence of work product deliverables, assignment of work performed under the Quantasy agreement, etc.)?

6. What is the contact information (name, physical address, email address, phone number(s), website URL) for the secondary agency's principal point of contact?

Thank you for providing this information, as it will help us sort out what happened with the Quantasy contract.

On Mon, Nov 21, 2022 at 8:17 PM Hello BC <hello@bc-silver.com> wrote:
> Feel free to give me a call this evening. 415.919.9131
>
> BC
>
>> On Nov 21, 2022, at 4:53 PM, Jon Allison <jon@joinroot.com> wrote:
>>
>> I'm tied up until 9:00 eastern.  Happy to call you then or later this evening.  What is the best number to reach you?
>>
>> JA
>>
>>> On Mon, Nov 21, 2022 at 6:31 PM Hello BC <hello@bc-silver.com> wrote:
>>> Hello Jon,
>>>
>>> I'm having an issue with payroll processing. Can you please help me solve. I sent me computer back as promised.

4

> Regards,
> BC

--

**Jon Allison**
General Counsel
Office 614-427-2229 Mobile 614-565-9096 | joinroot.com

--

**Jon Allison**
General Counsel
Office 614-427-2229 Mobile 614-565-9096 | joinroot.com