# IIN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **MOTION FOR ADMISSION *PRO HAC*** |
| | : | ***VICE*** |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Defendants William Campbell and Quantasy & Associates, LLC (collectively referred to as, "Quantasy"), move the court to admit Steven A. Block *pro hac vice* to appear and participate as co-counsel in this case. Mr. Block is a member in good standing of the highest court of the State of Illinois, as attested by the accompanying certificate from that court. Mr. Block is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mr. Block understands that, unless expressly excused, he must register for electronic filing with the Court promptly upon the granting of this Motion.

Mr. Block's relevant identifying information is as follows:

THOMPSON HINE LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-4101
Telephone: (312) 998-4242
Facsimile: (312) 998-4245
Email: Steven.Block@ThompsonHine.com

Respectfully submitted,

THOMPSON HINE LLP

/s/ Jamar T. King
Matthew D. Ridings, Trial Attorney (0079402)
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone: 216.566.5561
Facsimile: 216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone: 937.443.6852
Facsimile: 937.443.6635
Jamar.King@ThompsonHine.com

*Attorneys for Defendants William Campbell and Quantasy & Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Brinson Caleb Silver
1550 Michigan Avenue, Apt. 3
Miami Beach, FL 33139

Collateral Damage, LLC
101 North Brand Blvd., 11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
c/o United States Corporation Agents, INC.
651 North Board Street, Suite 201
Middletown, DE 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

Lauren Lanskie
12014 Kling Street, Apt. 3
Valley Village, CA 91607

/s/ Jamar T. King
Jamar T. King