

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Steven Andrew Block
Thompson Hine LLP
20 North Clark Street #3200
Chicago, IL 60602-4119

Chicago
Tuesday, November 29, 2022

Re:  Steven Andrew Block
     Attorney No. 6269433

To Whom It May Concern:

We have received a request for written verification of the status of Steven Andrew Block for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Steven Andrew Block was admitted to practice law in Illinois on 11/04/1999; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By://s//: *Lisa Medina*
Lisa Medina
Deputy Registrar

LM