# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs, :

  v.

BRINSON CALEB SILVER, *et al.*, :

    Defendants.

Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

During the February 16, 2023 Rule 65.1(a) conference, the Court ordered expedited discovery on Plaintiffs' motion for a preliminary injunction. This Order memorializes the Court's ruling:

Written discovery requests shall be sent by **close of business on February 17, 2023**. Responses shall be due in **two weeks**.

The parties shall cooperate in scheduling and conducting depositions.

**IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**