UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROOT, INC.**, *et al.*,

        **Plaintiffs**,     :

    v.                      Case No. 2:23-cv-512
                          Judge Sarah D. Morrison
                          Magistrate Judge Chelsey M.
                          Vascura

**BRINSON CALEB SILVER**, *et al.*,     :

        **Defendants**.

## <u>TEMPORARY RESTRAINING ORDER</u>

This matter is before the Court on Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC's (collectively, "Root") Motion for Temporary Restraining Order against Defendants Brinson Caleb "BC" Silver, William Campbell, Collateral Damage, LLC, Eclipse Home Design, LLC, Quantasy & Associates, LLC, and Paige McDaniel. (ECF No. 12.) On February 16, 2023, the Court held an informal preliminary conference pursuant to S.D. Ohio Civ. R. 65.1(a) at which counsel for Root, Silver, and Campbell/Quantasy appeared. Collateral Damage, Eclipse, and McDaniel did not appear.

During the informal conference, the Court found Root's Motion to be well-taken in part. This Order memorializes the Court's ruling.

Root's Motion is **GRANTED in part**. For good cause shown, the Court **ORDERS** as follows:

1. Eclipse and Silver shall not directly, nor through others, transfer, sell, mortgage or otherwise encumber in any fashion the following properties without leave of Court: 13105 Biscayne Island Terrace, Miami, Florida 33181; 9125 North Bayshore Drive, Miami, Florida 33138; and 2543 Walnut Avenue, Venice, California 90291.

2. Silver and McDaniel shall not individually, nor through others, use, convert, sell or otherwise dispose of any assets in their possession, custody, and control in amounts greater than $ 5,000; and

3. Silver and McDaniel shall not individually, nor through others, incur charges or cash advances on any credit card, debit card, or checking card or incur liens or encumbrances on real personal property or other assets, including intangible assets. Notwithstanding, Silver and McDaniel may pay personal expenses for day-to-day living in an amount no greater than $ 5,000; and

4. Collateral Damage and Eclipse shall not directly, nor through others, use, convert, sell or otherwise dispose of any assets in their possession, custody, and control in amounts greater than $ 5,000; and

5. Collateral Damage and Eclipse shall not directly not through others incur charges or cash advances on any credit card, debit card, or

checking card, or incur liens or encumbrances on real property, personal property or other assets, in an amount greater than $ 5,000. The Court, in its discretion, declines to order at this time that Root post security for the issuance of this Order.

This Order shall expire fourteen days from the date of entry, to be extended upon a showing of good cause. The matter is hereby set for a preliminary injunction hearing on **March 9, 2023, at 10:00 AM in Courtroom 132**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**