# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., et al., | : | Case No.: 2:23-cv-00512 |
| Plaintiffs, | : | Judge Sarah Morrison |
| v. | : | |
| BRINSON CALEB "BC" SILVER, et al., | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given to this Honorable Court and counsel that David M. Scott, Esq. and Aaron M. Jones, Esq., who are attorneys at the law firm of Brennan, Manna & Diamond, LLC, and enter their appearance as counsel on behalf of Defendants Brinson Caleb "BC" Silver, Eclipse Home Design, LLC and Collateral Damage, LLC in the above-captioned matter.

Respectfully submitted,

*/s/ Aaron M. Jones*
David M. Scott (0068110)
Aaron M. Jones (0096386)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone: (614) 246-7500
E-mail: dscott@bmdllc.com
amjones@bmdllc.com
*Attorneys for Defendants Brinson Caleb "BC" Silver Eclipse Home Design, LLC and Collateral Damage, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Aaron M. Jones*
Aaron M. Jones (0096386)

4884-9829-4609, v. 1