# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROOT, INC.,** *et al.***,**

        **Plaintiffs,** : **NOTICE**

  v.                            **Case No. 2:23-cv-512**
                                    **Judge Sarah D. Morrison**
                                    **Magistrate Judge Chelsey M.**
**BRINSON CALEB SILVER,** *et al.***,**   :  **Vascura**

        **Defendants.**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | United States District Court | **Telephone Conference** |
|---|---|---|
| | Joseph P. Kinneary U.S. Courthouse | Dial-in: (888) 684-8852 |
| | 85 Marconi Boulevard | Access code: 5465115# |
| | Columbus, Ohio 43215 | **February 21, 2023, at 1:30 PM** |

TYPE OF PROCEEDING:  Status Conference

                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**


                                        /s/ Maria Rossi Cook
                                        (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF