IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., et al., | : | Case No.: 2:23-cv-00512 |
| Plaintiffs, | : | Judge Sarah Morrison |
| v. | : | |
| BRINSON CALEB "BC" SILVER, et al., | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Notice is hereby given to this Honorable Court and counsel that David M. Scott, Esq., an attorney at the law firm of Brennan, Manna & Diamond, LLC, enters his appearance as additional counsel on behalf of Defendants, Brinson Caleb "BC" Silver, Eclipse Home Design, LLC and Collateral Damage, LLC, in the above-captioned matter.

Respectfully submitted,

*/s/  David M. Scott*
David M. Scott (0068110)
Aaron M. Jones (0096386)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone:   (614) 246-7500
E-mail:        dscott@bmdllc.com
                    amjones@bmdllc.com
*Attorneys for Defendants Brinson Caleb "BC" Silver Eclipse Home Design, LLC and Collateral Damage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  David M. Scott*
Aaron M. Jones (0096386)

4884-9829-4609, v. 2