### IIN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| Plaintiffs, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **MOTION FOR ADMISSION *PRO HAC VICE*** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC (collectively referred to as, "Quantasy"), move the court to admit Eva M. Jiménez *pro hac vice* to appear and participate as co-counsel in this case.  Ms. Jiménez is a member in good standing of the highest court of the State of New York, as attested by the accompanying certificate from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.  Ms. Jiménez is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

Ms. Jiménez understands that, unless expressly excused, she must register for electronic filing with the Court promptly upon the granting of this Motion.

Ms. Jiménez's relevant identifying information is as follows:

DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone:  (212) 237-1492
Email:  ejimenez@dglaw.com

Respectfully submitted,

THOMPSON HINE LLP

/s/ Jamar T. King
Matthew D. Ridings, Trial Attorney (0079402)
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

*Attorneys for Specially Appearing Defendants*
*William Campbell and Quantasy & Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/ Jamar T. King
Jamar T. King