CASE No. 2:23-cv-512
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Root, Inc., et al.,
    Plaintiffs,

\*
\*
V.                              \*

Silver, et al.,
Continental Logistics Services, Inc.
**Defendants**

### AFFIDAVIT OF SERVICE

Received by **Mitchell Davis,** on the
**14th day of February, 2023 @ 3:22 PM** to be served the **Motion for Temporary Restraining Order and Preliminary injunction and Verified First Amended Complaint for Damages and Injunctive Relief** at 5576 Alexander Lakes Road Stockbridge Georgia 30281.

**ATTEMPTS:** An attempt was made for service on 2/14/2023 at 5:26 PM. No one answered the door upon arriving.
An attempt was made for service on 2/15/2023 at 6:22 PM. No one answered the door upon arriving.

**SUBSTITUTE SERVICE:** On the **16th day of February, 2023 @ 9:23 am, I, Mitchell Davis,** served the **MOTION FOR TEMPORARY RESTAINING ORDER AND PRELIMINARY INJUCTION** and Verified Amended Complaint for Damages and Injunctive Relief to Devin Doe, last name not given and resides at the service address. A black male age 25 to 30 years old, with black hair and brown eyes. Height 6 feet 0 inches tall and 175 pounds. Devin advised that both he and Subject live at the property but Subject was not at home. A phone call was attempted to Subject and she did not answer.

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true and accurate.

NAME: _____                        2-24-2023
       Mitchell Davis                                                              Date

Notary Public: Subscribed and sworn before me on this 24th day of February in the year of 2023
Personally known to me _____ or __X__ identified by the following document:

_____
Notary Public (Legal Signature)

Number/Reference: GA 05861321
Type: AFFIDAVIT
Notary Public for the State of: GA

Commission Expiration: 11-22-2025