UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | Case No. 2:23-cv-00512 |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | Judge Sarah D. Morrison |
| | : | |
| **Defendants.** | : | |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Local Rule 83.3(e) and 83.4(a), Plaintiffs Root, Inc., Caret Holdings, Inc. and Root Insurance Agency, LLC ("Plaintiffs"), move the court to admit Matthew L. Kutcher *pro hac vice* to appear and participate as co-counsel in this case. Mr. Kutcher is a member in good standing of the highest court of the State of Illinois, as attested by the accompanying certificate from that court. Mr. Kutcher is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fees.

Mr. Kutcher understands that, unless expressly excused, he must register for electronic filing with the Court promptly upon the granting of this Motion.

The relevant identifying information is as follows:

Matthew L. Kutcher
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
(312) 881-6500 (Telephone)
mkutcher@cooley.com

Dated:  March 10, 2023

           Respectfully Submitted,

           */s/  William D. Kloss, Jr.*
           William D. Kloss, Jr. (0040854), Trial Attorney
           Elizabeth S. Alexander (0096401)
           Grace E. Saalman (0101603)
           Vorys, Sater, Seymour and Pease LLP
           52 East Gay Street, P.O. Box 1008
           Columbus, Ohio 43216-1008
           Phone: (614) 464-6360  Fax: (614) 719-4807
           wdklossjr@vorys.com
           esalexander@vorys.com
           gesaalman@vorys.com

## CERTIFICATE OF SERVICE

The foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was filed electronically this 10th day of March 2023 with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and email to the following:

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, GA 30281
paigemcase25@gmail.com

>*/s/  William D. Kloss, Jr.*
>William D. Kloss, Jr. (0040854)
>
>*Attorney for Plaintiffs*