IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| *Defendants*. | : | |

**AGREED PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC's (collectively, "Plaintiffs" or "Root") Motion for Preliminary Injunction against Defendant Paige McDaniel ("McDaniel") ("Defendant").  (ECF No. 12).  Upon agreement of Plaintiffs and McDaniel, and for good cause shown, Root's Motion for Preliminary Injunction against McDaniel is **GRANTED in part**.  The Court **ORDERS** as follows:

1. McDaniel shall not individually, nor through others (including but not limited to any entity McDaniel owns or controls whether in whole or part) use, convert, sell or otherwise dispose of any assets in her possession, custody, and control totaling more than $5,000 without leave of this Court;

2. McDaniel shall not individually, nor through others (including but not limited to any entity McDaniel owns or controls whether in whole or part), incur charges or cash advances on any credit card, debit card, or checking card or incur liens or encumbrances on real personal property or other assets, including intangible assets.  Notwithstanding, McDaniel may pay personal expenses for day-to-day living in an amount no greater

2

than $5,000 in total per month.  Any amount greater than that shall require leave of this Court; and

3. Root is not required to post a bond.

This Preliminary Injunction shall remain in effect until further Order of this Court.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**