# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.* | CASE NO.: 2:23-CV-00512-SDM-CM |
| Plaintiffs, | |
| v. | JUDGE SARAH D. MORRISON |
| **Brinson Caleb Silver**, *et al.*, | |
| Defendants. | **AGREED MOTION FOR EXTENSION** |

Specially Appearing Defendants, Quantasy + Associates LLC and William Campbell (collectively, the "Quantasy Defendants"), respectfully move this Court for a 30-day extension of time, up to and including May 4, 2023, to answer, move, or otherwise respond to Plaintiff's Amended Complaint. The response is currently due April 4, 2023. This request is not for the purposes of delay, but so the Quantasy Defendants may have sufficient time to review all the claims brought in the Amended Complaint and fully respond to the allegations. No prior extension has been granted to the Quantasy Defendants. Plaintiffs do not have an objection to the requested 30-day extension of time.

Accordingly, the Quantasy Defendants move for an extension until May 4, 2023 to answer, plead, or otherwise respond to Plaintiffs' Amended Complaint.

Respectfully submitted,

*/s/ William D. Kloss, Jr. per approval 3/22/2023*
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614. 464.6360

*/s/ Matthew D. Ridings*
Matthew D. Ridings, Trial Attorney (0079402)
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone: 216.566.5561
Facsimile: 216.566.5800
Matt.Ridings@ThompsonHine.com

<div style="display: flex;">

<div>

Facsimile:  614.719.4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher
(Admitted *Pro Hac Vice*)
Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone:  312.881.6500
Facsimile:  312.881.6598
mkutcher@cooley.com

Kristine A. Forderer
(Admitted *Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone:  415.693.2128
kforderer@cooley.com

*Counsel for Plaintiffs*

</div>

<div>

Steven A. Block
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-4101
Telephone:"  312.998.4242
Facsimile:  312.998.4245
Steven.Block@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone: 212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Specially Appearing Defendants
William Campbell and Quantasy &
Associates, LLC*

</div>

</div>

3

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing has been sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

*/s/ Matthew D. Ridings*
Matthew D. Ridings