# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.* ) | CASE NO.: 2:23-CV-00512-SDM-CM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE SARAH D. MORRISON |
| ) | |
| **Brinson Caleb Silver**, *et al.*, ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| Defendants. ) | **AGREED MOTION FOR EXTENSION** |

Before the Court is the Agreed Motion for Extension of Specially Appearing Defendants, Quantasy + Associates LLC and William Campbell (collectively, the "Quantasy Defendants"). The Court finds that good cause exists to grant a 30-day extension of time for the Quantasy Defendants to answer, move, or otherwise respond to the Amended Complaint.

The Quantasy Defendants shall have up to and including May 4, 2023 to answer, move, or respond to Plaintiffs' Amended Complaint.

IT IS SO ORDERED.

_____
JUDGE SARAH D. MORRISON