IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., et al., | : | Case No.: 2:23-cv-00512 |
| Plaintiffs, | : | Judge Sarah Morrison |
| v. | : | |
| BRINSON CALEB "BC" SILVER, et al., | : | |
| | : | |
| Defendants. | | |

## MOTION FOR LEAVE TO EXECUTE SALE OF PROPERTY

Pursuant to the Court's Agreed Preliminary Injunction (ECF No. 42), Defendants, Brinson Caleb "BC" Silver, Eclipse Home Design, LLC and Collateral Damage, LLC ("Defendants"), were permitted to take commercially reasonable steps towards securing the sale of certain properties. The Preliminary Injunction also requires Defendants to provide copies of any proposed sale contract to all parties and to obtain leave of Court before accepting any offer. Consistent with the Preliminary Injunction Eclipse has received an offer for the sale of the property located at 13105 Biscayne Island Terrace, Miami, Florida 33181.

Eclipse desires to accept the offer and provided a copy of the proposed contract to the Court and all other parties. Counsel for Plaintiff Root indicates Root does not object to the sale. Accordingly, Eclipse respectfully requests the Court grant leave to complete the sale of the above referenced property, consistent with the terms of the Preliminary Injunction.

Respectfully submitted,

*/s/ Aaron M. Jones*
David M. Scott (0068110)
Aaron M. Jones (0096386)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone: (614) 246-7500
E-mail: dscott@bmdllc.com
amjones@bmdllc.com
*Attorneys for Defendants Brinson Caleb "BC" Silver Eclipse Home Design, LLC and Collateral Damage, LLC*

**Approved by:**

*/s/ William D. Kloss, Jr. (per auth. 4.14.23)*
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360  Fax: (614) 719-4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/ Aaron M. Jones
Aaron M. Jones (0096386)

4884-9829-4609, v. 2