IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| *Defendants*. | : | |

### [PROPOSED] AGREED PRELIMINARY INJUNCTION

This matter is before the Court pursuant to Defendant's, Eclipse Home Design, LLC ("Eclipse"), Motion for Leave to Execute Sale of Property.

Upon agreement of the parties, and for good cause shown, Defendant's Motion for Leave to Execute Sale of Property is **GRANTED.** The Court **ORDERS** as follows:

1. Eclipse may execute the sale of the property located at 13105 Biscayne Island Terrace, Miami, Florida 33181 (the "Property").

2. Eclipse may execute the sale of the Property consistent with the terms of the proposed offer to buy submitted to the Court, for a total sale price of $3,075,000.

3. Eclipse must comply with all terms of the Preliminary Injunction in effect in this case, including placing the proceeds of the sale with the Clerk of Courts for the Southern District of Ohio (ECF No. 42).

**IT IS SO ORDERED.**


Date: _____

                                                    **SARAH D. MORRISON**
                                                    **UNITED STATES DISTRICT JUDGE**