FYIIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **STEVEN A. BLOCK AS COUNSEL FOR** |
| Defendants. | : | **SPECIALLY APPEARING DEFENDANTS** |
| | : | **WILLIAM CAMPBELL AND QUANTASY** |
| | : | **& ASSOCIATES, LLC** |
| | : | |

Please take notice that Steven A. Block hereby withdraws and no longer represents Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC (collectively referred to as, the "Quantasy Defendants").  Mr. Block is no longer affiliated with Thompson Hine LLP.  The Quantasy Defendants remaining counsel of record from Thompson Hine LLP, including Matthew Ridings, Jamar King, and Karim Sabbidine, will continue to represent the Quantasy Defendants in this matter along with Joshua Epstein and Eva Jimenez from the law firm of Davis+Gilbert.  Please continue to direct all pleadings, filing, notices, and correspondence to the undersigned counsel below.

Respectfully submitted,

THOMPSON HINE LLP

/s/ Matthew D. Ridings
Matthew D. Ridings, Trial Attorney (0079402)
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted Pro Hac Vice)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone:  212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Specially Appearing Defendants*
*William Campbell and Quantasy & Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/ Matthew D. Ridings
Matthew D. Ridings