# IIN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **MOTION FOR ADMISSION *PRO HAC*** |
| | : | ***VICE*** |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC (collectively referred to as, the "Quantasy Defendants"), move the court to admit Joan E. Meyer *pro hac vice* to appear and participate as co-counsel in this case. Mrs. Meyer is a member in good standing of the highest court of the District of Columbia, as attested by the accompanying certificate from that court. Mrs. Meyer is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mrs. Meyer understands that, unless expressly excused, she must register for electronic filing with the Court promptly upon the granting of this Motion.

Mrs. Meyers' relevant identifying information is as follows:

THOMPSON HINE LLP
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537
Telephone: (202) 263-4115
Facsimile: (202) 331-8330
Email: Joan.Meyer@ThompsonHine.com

Respectfully submitted,

THOMPSON HINE LLP

/s/ Matthew D. Ridings
Matthew D. Ridings, Trial Attorney (0079402)
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone: 216.566.5561
Facsimile: 216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone: 937.443.6852
Facsimile: 937.443.6635
Jamar.King@ThompsonHine.com

*Attorneys for Specially Appearing Defendants
William Campbell and Quantasy & Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/ Matthew D. Ridings
Matthew D. Ridings