# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| *Defendants*. | : | |

## JOINT REQUEST FOR PROTECTIVE ORDER

Now come Plaintiffs, Root, Inc., Caret Holdings, LLC and Root Insurance Agency, LLC and Defendants, Brinson Caleb Silver, Collateral Damage, LLC, Eclipse Home Design, LLC, William Campbell and Quantasy & Associates, LLC (collectively the "Requesting Parties") and respectively request that this Court enter a protective order for the purposes of discovery in this action. The proposed protective order has been agreed upon by the Requesting Parties and is in conformance with the Southern District of Ohio Forms of this Court. The proposed order is attached as Exhibit A and a word version has been transmitted to Magistrate Judge Vascura's chambers.

Respectfully submitted,

/s/  William D. Kloss, Jr.
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320)
(Admitted *Pro Hac Vice*)
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500
Fax: (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
(Admitted *Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Phone: (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

/s/  Aaron Jones
Aaron Jones (0096386), Trial Attorney
David Matthew Scott (0068110)
Brennan, Manna & Diamond, LLC
250 Civic Center Drive, Suite 300
Columbus, OH 43215
Phone:  614-246-7500
Fax:  614-246-7515
amjones@bmdllc.com
dscott@bmdllc.com

*Counsel for Defendants Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC*

/s/  Matthew David Ridings
Matthew David Ridings (0079402), Trial Attorney
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone:  216-566-5561
Fax:  216-566-5800
matt.ridings@thompsonhine.com

Jamar TaeVann King (0091093)
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Phone:  937-443-6852
Fax: 937-443-6635
jamar.king@thompsonhine.com

Eva Mia Jimenez
(Admitted *Pro Hac Vice*)
Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
Phone:  212-468-4869
ejimenez@dglaw.com

2

jepstein@dglaw.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
Thompson Hine LLP
335 Madison Avenue,12th Floor
New York, NY 10017
Phone: (212) 908-3944
Fax: (212) 344-6101
Karim.Sabbidine@ThompsonHine.com

*Counsel for Defendants William Campbell and Quantasy & Associates, LLC*

## **MEMORANDUM IN SUPPORT**

The parties have submitted voluminous discovery requests, including requests for production of documents. Some of the information and documents responsive to those discovery requests will contain sensitive personal information and/or proprietary business information. By way of example, personal banking information, credit card information, loan documentation, personal text messages and other private information will be exchanged. Additionally, business plans and records, personnel files, and investigative materials are likely to be produced. In short, some of the information being produced should be kept confidential and used solely for this litigation.

The parties have utilized the Southern District of Ohio Forms in preparing the proposed Stipulated Protective Order, which is submitted contemporaneously with this motion. With the exception of inserting the case caption and an additional footnote, the form is unchanged.

The parties respectfully submit that the Court should grant their request.

Respectfully submitted,

/s/  William D. Kloss, Jr.
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320)
(Admitted *Pro Hac Vice*)
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500
Fax: (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
(Admitted *Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Phone: (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

/s/  Aaron Jones
Aaron Jones (0096386), Trial Attorney
David Matthew Scott (0068110)
Brennan, Manna & Diamond, LLC
250 Civic Center Drive, Suite 300
Columbus, OH 43215
Phone:  614-246-7500
Fax:  614-246-7515
amjones@bmdllc.com
dscott@bmdllc.com

*Counsel for Defendants Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC*

/s/  Matthew David Ridings
Matthew David Ridings (0079402), Trial Attorney
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone:  216-566-5561
Fax:  216-566-5800
matt.ridings@thompsonhine.com

Steven Andrew Block
(Admitted *Pro Hac Vice*)
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Phone:  312-715-5799
Fax:  312-998-4245
steven.block@hklaw.com

Jamar TaeVann King (0091093)
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Phone:  937-443-6852
Fax: 937-443-6635
jamar.king@thompsonhine.com

Eva Mia Jimenez
(Admitted *Pro Hac Vice*)
Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
Phone:  212-468-4869
ejimenez@dglaw.com
jepstein@dglaw.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
Thompson Hine LLP
335 Madison Avenue,12th Floor
New York, NY 10017
Phone:  (212) 908-3944
Fax: (212) 344-6101
Karim.Sabbidine@ThompsonHine.com

*Counsel for Defendants William Campbell and Quantasy & Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 26th day of April 2023 with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and email to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA  30281

                                              */s/  William D. Kloss, Jr.*
                                              William D. Kloss, Jr.  (0040854)

45129443