UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

      Plaintiffs,

  v.                                      Civil Action 2:23-cv-512
                                             Judge Sarah D. Morrison
                                             Magistrate Judge Chelsey M. Vascura

BRINSON CALEB SILVER, *et al.*,

      Defendants.

## ORDER

    This matter is before the Court on Plaintiffs' Unopposed Motion to File Under Seal. (ECF No. 72.)  Therein, Plaintiffs seek leave to file certain exhibits to their forthcoming Motion for Contempt under seal, asserting that those exhibits contain Defendants' bank account numbers, credit card information, and personal contact information (*Id.*)

    Based on these representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiffs' Motion (ECF No. 72) is **GRANTED**. Plaintiff shall file Exhibits A, B, and C to their forthcoming Motion for Contempt **UNDER SEAL**. However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). Accordingly, Plaintiffs shall also, **WITHIN SEVEN DAYS** of making their filings under seal, file redacted versions of the exhibits on the public docket, redacting only that information

constituting the Defendants' financial and personal contact information as described in Plaintiffs' Motion.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE