# EXHIBIT A

# IN SUPPORT OF ROOT'S
# MOTION FOR CONTEMPT

# FILED UNDER SEAL