# EXHIBIT C

# IN SUPPORT OF ROOT'S MOTION FOR CONTEMPT

# FILED UNDER SEAL