# EXHIBIT D

# IN SUPPORT OF ROOT'S MOTION FOR CONTEMPT

Bank of America Legal Order Processing
Regarding reference number: D040623000555
Court case number: 2:23-CV-00512
Court or issuer: VORYS, SATER, SEYMOUR AND PEASE LLP
Court case name: BRINSON SILVER

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Vanessa Lundquist, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| BRINSON CALEB SILVER | 3853 | Statements; Signature Card; Wire Information | 02/2023- 03/2023 |
| BRINSON CALEB SILVER | 6351 | Statements; Signature Card; Wire Information | 02/2023- 04/2023 |
| COLLATERAL DAMAGE LLC | 3307 | Statements; Signature Card | 02/2023- 03/2023 |
| ECLIPSE VISION LLC | 3297 | Statements; Signature Card | 02/2023- 03/2023 |

3.) <u>Production.</u>
  X    The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                                OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/17/2023          Signature: Vanessa Lundquist (Digitally signed by Vanessa Lundquist Date: 2023.04.17 09:59:52 -07'00')