**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ROOT, INC.**, *et al.*,

    **Plaintiffs,**

  v.

**BRINSON CALEB SILVER**, *et al.*,

    **Defendants.**

:

:

:

**Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiffs' Motion for Contempt as to Defendants Brinson Caleb Silver and Eclipse Home Design, LLC. (ECF No. 74.) Mr. Silver and Eclipse are subject to the February 27, 2023 Preliminary Injunction. (ECF No. 42.) Plaintiffs now allege that Mr. Silver and Eclipse have transferred substantial assets since February 27, potentially in violation of the Preliminary Injunction. Mr. Silver and Eclipse are **ORDERED to APPEAR and SHOW CAUSE on May 9, 2023, at 2:00 PM** why they should not be held in contempt for failure to comply with the Preliminary Injunction. If any party wishes to submit further briefing in advance of the hearing, it must be filed **before 5:00 PM on May 8, 2023**. Mr. Silver is advised that if he fails to appear in-person at this show cause hearing, the Court will issue a warrant for his arrest.

    **IT IS SO ORDERED.**

                                           /s/ Sarah D. Morrison
                                           **SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**