IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| *Defendants*. | : | |

**STIPULATED EXTENSION**

Pursuant to S.D. Ohio Civ. R. 6.1(a) Plaintiffs, Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC, and Defendant, Paige McDaniel, hereby agree to a twenty-one (21) day extension to Defendant Paige McDaniel's answer or otherwise plead. No other extensions have been granted. Defendant Paige McDaniel's answer or other pleading shall be due on or before May 30, 2023.

<div style="display: flex;">
<div style="flex: 1;">

/s/  William D. Kloss, Jr.
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320)
(Admitted *Pro Hac Vice*)
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500
Fax: (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
(Admitted *Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Phone: (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

</div>
<div style="flex: 1;">

Respectfully submitted,

/s/  Paige McDaniel
Paige McDaniel, *Pro Se*
5576 Alexanders Lake Road
Stockbridge, GA  30281

</div>
</div>

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 4th day of May 2023 with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

      A copy was also sent by electronic mail to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA  30281

                                        */s/  William D. Kloss, Jr.*
                                        William D. Kloss, Jr.  (0040854)

45208816