IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | : | |
|---|---|---|
| **ROOT, INC.,** *et al.*, | : | Case No. 2:23-cv-512 |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| **BRINSON CALEB SILVER,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF PUBLIC FILING OF EXHIBITS A, B, AND C TO PLAINTIFFS' MOTION FOR CONTEMPT

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC hereby submit redacted versions of Plaintiffs' Exhibits A, B, and C to Plaintiffs' Motion for Contempt. Certification pursuant to the May 2, 2023 Order of this Court.

DATED: May 5, 2023

                                                Respectfully submitted,

                                                */s/ William D. Kloss, Jr.*
                                                William D. Kloss, Jr. (0040854), Trial Attorney
                                                Elizabeth S. Alexander (0096401)
                                                Grace E. Saalman (0101603)
                                                VORYS, SATER, SEYMOUR AND PEASE LLP
                                                52 East Gay Street, P.O. Box 1008
                                                Columbus, Ohio 43216-1008
                                                Phone: (614) 464-6360
                                                Fax: (614) 719-4807
                                                wdklossjr@vorys.com
                                                esalexander@vorys.com
                                                gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320*)*
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone (312)-881-6500
Fax (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The foregoing was filed electronically on this 5 May 2023, with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and email to the following:

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, GA 30281

*/s/ Grace E. Saalman*
Grace E. Saalman (0101603)