# EXHIBIT A



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BRINSON CALEB SILVER

# Your Adv Plus Banking

for February 14, 2023 to March 17, 2023          Account number:

**BRINSON CALEB SILVER**

## Account summary

| | |
|---|---:|
| Beginning balance on February 14, 2023 | $39.00 |
| Deposits and other additions | 162,315.47 |
| Withdrawals and other subtractions | -161,044.79 |
| Checks | -0.00 |
| Service fees | -87.00 |
| **Ending balance on March 17, 2023** | **$1,222.68** |



### New! Scan & pay an easier way

Securely pay people in a snap when you scan their unique Zelle® QR code without manually entering contact information.

**Download the app and start sending money today.**

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.
[2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2811.B | 4336404

PULL: B   CYCLE: 10   SPEC: E   DELIVERY: E   TYPE:   IMAGE: A   BC: CA2                                            Page 1 of 6

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



**BRINSON CALEB SILVER**  |  Account #  |  February 14, 2023 to March 17, 2023

**Monthly maintenance fees for your Bank of America Advantage Plus Banking® account will now post on a later date.**

We are changing the day the monthly fee is posted to your account due to recent system updates. For statement cycles starting on or after December 1, 2022, if the requirements to avoid the monthly fee during a statement cycle are not met, the fee will now be posted on the first business day of the following monthly statement cycle.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 02/15/23 | Online scheduled transfer from CHK  Confirmation# | 10,000.00 |
| 02/16/23 | Online Banking transfer from CHK  Confirmation# | 100.00 |
| 03/08/23 | WIRE TYPE:WIRE IN DATE: 230308 TIME:1252 ET TRN:  SEQ:  ORIG:BRINSON CALEB SILVER ID:  SND BK:UBS AG ID:  PMT DET: | 152,190.47 |
| 03/10/23 | Automatic Transfer from  Confirmation# | 25.00 |
| **Total deposits and other additions** | | **$162,315.47** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 02/16/23 | WIRE TYPE:WIRE OUT DATE:230216 TIME:0858 ET TRN  SERVICE REF:  BNF:BRENNAN, MANNA & DIAMOND, ID:  BNF BK: WESTFIELD BANK, FSB ID:  PMT DET:  BRINSONSILVER | -10,000.00 |
| 02/27/23 | Zelle payment to DARIEN for "Lawn"; Conf# | -20.00 |
| 02/27/23 | Online Banking Transfer Conf# ; mannette | -40.00 |
| 03/06/23 | Online Banking Transfer Conf# ; mannette | -30.00 |
| 03/08/23 | WIRE TYPE:WIRE OUT DATE:230308 TIME:1303 ET TRN:  SERVICE REF  BNF:SOUTHWEST PLASTIC SURGERY, ID:  BNF BK:SUNFLOWER BANK NATIONAL ID  PMT DET:  PAST DUE BILL | -21,937.59 |
| 03/08/23 | Online Banking transfer to CHK  Confirmation# | -5,000.00 |
| 03/08/23 | Online Banking transfer to CHK  Confirmation# | -20,000.00 |
| 03/08/23 | Online Banking transfer to CHK  Confirmation# | -10,000.00 |

*continued on the next page*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A  |  5197654

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -5,000.00 |
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -7,000.00 |
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -7,000.00 |
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -6,612.00 |
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -5,900.00 |
| 03/08/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -5,000.00 |
| 03/09/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -2,000.00 |
| 03/09/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -3,000.00 |
| 03/09/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -2,500.00 |
| 03/13/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -7,000.00 |
| 03/13/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -4,500.00 |
| 03/13/23 | Online Banking Transfer Conf# ███████; mannette | -1,000.00 |
| 03/13/23 | Wise Inc       DES:WISE       ID:███████   INDN:Brinson Caleb Silver   CO ID:███████ | -4,005.20 |
| 03/16/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -25,000.00 |
| 03/17/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -2,000.00 |
| 03/17/23 | Online Banking transfer to CHK ███ Confirmation# ███████ | -6,500.00 |
| **Total withdrawals and other subtractions** | | **-$161,044.79** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/14/23 | Monthly Maintenance Fee | -12.00 |
| 02/16/23 | Wire Transfer Fee | -30.00 |
| 03/08/23 | Wire Transfer Fee | -30.00 |
| 03/08/23 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$87.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BRINSON CALEB SILVER

## Your Adv Plus Banking

for March 18, 2023 to April 14, 2023

Account number:

BRINSON CALEB SILVER

### Account summary

| | |
|---|---:|
| Beginning balance on March 18, 2023 | $1,222.68 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -1,210.68 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on April 14, 2023** | **$0.00** |



**Go paperless today!**

- Reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily — online or from our mobile app — 24/7 from virtually anywhere[1]

**Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.**

When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.  SSM-08-22-0045.B | 4874547



PULL: B  CYCLE: 10  SPEC: 0  DELIVERY: P  TYPE:   IMAGE: A  BC: CA2

Page 1 of 4

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**BRINSON CALEB SILVER**  |  Account #  |  March 18, 2023 to April 14, 2023

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/21/23 | Online Banking transfer to CHK    Confirmation# | -1,000.00 |
| 03/24/23 | Online Banking Transfer Conf#    ; mannette | -150.00 |
| 03/27/23 | Online Banking transfer to CHK    Confirmation# | -60.00 |
| 04/06/23 | ACCOUNT CLOSING TRANSACTION | -0.68 |
| **Total withdrawals and other subtractions** | | **-$1,210.68** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 03/20/23 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



Your opinion is important to us.

You're invited to join the Bank of America® Advisory Panel and share what you think we're doing right — and what we need to do better. Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.    SSM-08-22-0033.D  |  4875608