# EXHIBIT B



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BRINSON CALEB SILVER

## Your Adv Plus Banking

for February 15, 2023 to March 20, 2023

Account number:

**BRINSON CALEB SILVER**

### Account summary

| | |
|---|---:|
| Beginning balance on February 15, 2023 | $7,156.22 |
| Deposits and other additions | 127,023.99 |
| ATM and debit card subtractions | -121,499.02 |
| Other subtractions | -12,249.73 |
| Checks | -0.00 |
| Service fees | -94.69 |
| **Ending balance on March 20, 2023** | **$336.77** |



**New! Scan & pay an easier way**

Securely pay people in a snap when you scan their unique Zelle® QR code without manually entering contact information.

**Download the app and start sending money today.**

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.
[2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2811.B | 4336404

PULL: B   CYCLE: 11   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: IL

Page 1 of 14

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



**BRINSON CALEB SILVER**  |  Account #  |  February 15, 2023 to March 20, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 02/28/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-27) | 32.95 |
| 02/28/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-27) | 25.98 |
| 03/02/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-01) | 132.00 |
| 03/02/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-01) | 24.00 |
| 03/06/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-03) | 32.95 |
| 03/06/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-03) | 25.98 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 2,539.73 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 75.98 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 45.00 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 39.95 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 25.47 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 12.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 20,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 10,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 7,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 7,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 6,612.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 5,900.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 5,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 5,000.00 |
| 03/08/23 | Online Banking transfer from CHK Confirmation# | 5,000.00 |
| 03/09/23 | Online Banking transfer from CHK Confirmation# | 3,000.00 |
| 03/09/23 | Online Banking transfer from CHK Confirmation# | 2,500.00 |
| 03/09/23 | Online Banking transfer from CHK Confirmation# | 2,000.00 |

*continued on the next page*

### Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A  I  5197654

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| 03/13/23 | Online Banking transfer from CHK  Confirmation# | 7,000.00 |
| 03/13/23 | Online Banking transfer from CHK  Confirmation# | 4,500.00 |
| 03/16/23 | Online Banking transfer from CHK  Confirmation# | 25,000.00 |
| 03/17/23 | Online Banking transfer from CHK  Confirmation# | 6,500.00 |
| 03/17/23 | Online Banking transfer from CHK  Confirmation# | 2,000.00 |

**Total deposits and other additions** — **$127,023.99**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 02/15/23 | PURCHASE   0215 AMZN Mktp US*HE5L Amzn.com/billWA | -42.66 |
| 02/15/23 | PURCHASE   0215 AMZN Mktp US*HE5L Amzn.com/billWA | -170.61 |
| 02/15/23 | CHECKCARD  0214 DISNEYPLUS 888-9057888  CA                        RECURRING | -7.00 |
| 02/15/23 | PURCHASE   0215 DOORDASH*WALGREEN SAN FRANCISCOCA | -27.47 |
| 02/15/23 | PURCHASE   0214 JOSS MOONEY LONDON | -300.00 |
| 02/16/23 | PURCHASE   0216 DOORDASH*CVS SAN FRANCISCOCA | -47.63 |
| 02/16/23 | PURCHASE   0216 DOORDASH*WALGREEN SAN FRANCISCOCA | -35.14 |
| 02/16/23 | PURCHASE   0215 BUY ME A COFFEE NEWARK     DE | -18.05 |
| 02/17/23 | CHECKCARD  0216 GOJEK JAKARTA SLT | -3.11 |
| 02/17/23 | MOBILE PURCHASE 0216  COMO UMA CANGGU H BADUNG | -91.20 |
| 02/17/23 | CHECKCARD  0216 BOY AND COW HO BADUNG | -314.89 |
| 02/17/23 | PMNT SENT  0216 APPLE CASH - SENT 877-233-8552 CA | -20.00 |
| 02/17/23 | CHECKCARD  0217 GOJEK Jakarta | -20.35 |
| 02/17/23 | PURCHASE   0217 IDIGIC Dubai | -29.95 |
| 02/17/23 | PURCHASE   0216 WWW.JOINFIGHTCAMP COSTA MESA   CA | -39.00 |
| 02/17/23 | CHECKCARD  0217 Google Domains Mountain ViewCA                        RECURRING | -84.00 |
| 02/21/23 | PURCHASE   0216 PP*GOOGLE DOMAINS 4029357733   CA | -60.00 |
| 02/21/23 | CHECKCARD  0217 GOJEK JAKARTA SLT | -8.25 |
| 02/21/23 | CHECKCARD  0217 GOJEK JAKARTA SLT | -3.43 |
| 02/21/23 | CHECKCARD  0217 GOJEK JAKARTA SLT | -38.94 |
| 02/21/23 | CHECKCARD  0217 GOJEK JAKARTA SLT | -12.80 |
| 02/21/23 | CHECKCARD  0218 GOJEK Jakarta | -17.29 |
| 02/21/23 | CHECKCARD  0219 GOJEK JAKARTA SELAT | -13.96 |
| 02/21/23 | CHECKCARD  0219 GOJEK JAKARTA SLT | -3.86 |

*continued on the next page*



**BRINSON CALEB SILVER**  |  Account #  ████████  |  February 15, 2023 to March 20, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---:|
| 02/21/23 | CHECKCARD  0219 GOJEK JAKARTA SLT | -5.48 |
| 02/21/23 | CHECKCARD  0220 GOJEK JAKARTA SLT | -12.24 |
| 02/21/23 | CHECKCARD  0220 GOJEK JAKARTA SELAT | -16.70 |
| 02/21/23 | PURCHASE   0220 PAYPAL *COLLATERA 4029357733   CA | -800.00 |
| 02/21/23 | PMNT SENT  0220 VENMO 8558124430   NY | -160.00 |
| 02/21/23 | CHECKCARD  0221 GOJEK Jakarta | -12.74 |
| 02/21/23 | CHECKCARD  0221 GOJEK Jakarta | -15.44 |
| 02/21/23 | PURCHASE   0221 IDIGIC Dubai | -17.80 |
| 02/21/23 | CHECKCARD  0221 MICROSOFT REDMOND     WA | -8.25 |
| 02/22/23 | CHECKCARD  0222 GOJEK Jakarta | -8.88 |
| 02/23/23 | CHECKCARD  0222 GOJEK JAKARTA SLT | -11.17 |
| 02/23/23 | CHECKCARD  0222 GOJEK JAKARTA SLT | -6.93 |
| 02/23/23 | CHECKCARD  0222 GOJEK JAKARTA SLT | -30.62 |
| 02/24/23 | PURCHASE   0221 PP*GOOGLE DOMAINS 4029357733   CA | -12.00 |
| 02/24/23 | CHECKCARD  0223 GOJEK JAKARTA SLT | -19.33 |
| 02/24/23 | CHECKCARD  0224 GOJEK Jakarta | -14.62 |
| 02/24/23 | CHECKCARD  0224 GOJEK Jakarta | -10.22 |
| 02/24/23 | PURCHASE   0224 PAYPAL *COLLATERA 4029357733   CA | -1,000.00 |
| 02/27/23 | MOBILE PURCHASE 0224  PENNY LANE Badung (Kab) | -295.52 |
| 02/27/23 | CHECKCARD  0225 GOJEK JAKARTA SLT | -24.85 |
| 02/27/23 | PURCHASE   0225 PP*GOOGLE DOMAINS 4029357733   CA | -85.34 |
| 02/27/23 | CHECKCARD  0225 GOJEK Jakarta | -14.89 |
| 02/27/23 | PURCHASE   0226 IDIGIC Dubai | -17.80 |
| 02/27/23 | 00000000000      02/26 #████████ WITHDRWL TABANAN 02  PTUGD  TABANAN      FB | -65.88 |
| 02/27/23 | PURCHASE   0225 PP*GOOGLE GOOGLE 4029357733   CA | -64.99 |
| 02/28/23 | CHECKCARD  0226 CCBill.com  *Only 888-5969279  CA                RECURRING | -10.00 |
| 02/28/23 | PURCHASE   0227 PAYPAL *NETFLIX.C 4029357733   CA | -19.99 |
| 02/28/23 | PURCHASE   0227 SMK*SURVEYMONKEY.          CA | -99.00 |
| 03/08/23 | CHECKCARD  0307 GOOGLE *Google St 650-253-0000 CA                      RECURRING | -1.99 |
| 03/09/23 | PMNT SENT  0308 PAYPAL *BRINSONSI 4029357733   CA | -10,290.30 |

*continued on the next page*

BRINSON CALEB SILVER    |    Account #    |    February 15, 2023 to March 20, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---:|
| 03/09/23 | PMNT SENT  0308 PAYPAL *BRINSONSI 4029357733   CA | -9,775.80 |
| 03/09/23 | PMNT SENT  0308 PAYPAL *BRINSONSI 4029357733   CA | -11,319.30 |
| 03/09/23 | CHECKCARD  0308 CAPITAL ONE CARD 800-9557070  VA | -3,657.74 |
| 03/09/23 | CHECKCARD  0308 CAPITAL ONE CARD 800-9557070  VA | -294.99 |
| 03/09/23 | PMNT SENT  0308 PAYPAL *BRINSONSI 4029357733   CA | -30,870.30 |
| 03/09/23 | CHECKCARD  0309 PRIME VIDEO *HG08 888-802-3080 WA | -3.99 |
| 03/10/23 | PURCHASE   0308 PP*APPLE.COM/BILL 4029357733   CA | -12.98 |
| 03/10/23 | PMNT SENT  0308 APPLE CASH - ADDE 877-233-8552 CA | -2,000.00 |
| 03/10/23 | MOBILE PURCHASE 0309  BOY AND COW HO BADUNG | -156.85 |
| 03/10/23 | PURCHASE   0309 DOORDASH DASHPASS SAN FRANCISCOCA | -9.99 |
| 03/10/23 | CHECKCARD  0309 CAPITAL ONE CARD 800-9557070  VA | -2,574.72 |
| 03/10/23 | CHECKCARD  0310 NETFLIX COM LOS GATOS    CA    RECURRING | -16.74 |
| 03/10/23 | PURCHASE   0310 ADOBE  *ACROPRO S          CA | -14.99 |
| 03/13/23 | CHECKCARD  0309 CCBill.com  *Only 888-5969279 CA    RECURRING | -10.00 |
| 03/13/23 | CHECKCARD  0310 GOJEK JAKARTA SELAT | -18.04 |
| 03/13/23 | CHECKCARD  0311 LZC* REGISTERED A 888-3100151 CA    RECURRING | -249.00 |
| 03/13/23 | CHECKCARD  0311 GOJEK JAKARTA SELAT | -3.17 |
| 03/13/23 | CHECKCARD  0311 GOJEK JAKARTA SELAT | -27.33 |
| 03/13/23 | CHECKCARD  0311 GOJEK JAKARTA SLT | -14.01 |
| 03/13/23 | CHECKCARD  0311 LZC* REGISTERED A 888-3100151 CA    RECURRING | -249.00 |
| 03/13/23 | CHECKCARD  0311 OF LONDON                      RECURRING | -10.00 |
| 03/13/23 | CHECKCARD  0311 MICROSOFT REDMOND    WA | -8.25 |
| 03/13/23 | CHECKCARD  0312 DISNEYPLUS 888-9057888 CA    RECURRING | -109.99 |
| 03/13/23 | PURCHASE   0312 PAYPAL *MARCOHABE 4029357733   CA | -112.00 |
| 03/14/23 | CHECKCARD  0312 CAPITAL ONE CARD 800-9557070  VA | -5,253.39 |
| 03/15/23 | CHECKCARD  0314 DISNEYPLUS 888-9057888 CA    RECURRING | -7.00 |
| 03/15/23 | PURCHASE   0314 JOSS MOONEY LONDON | -300.00 |
| 03/16/23 | PURCHASE   0315 BUY ME A COFFEE NEWARK      DE | -18.02 |
| 03/16/23 | PMNT SENT  0315 PAYPAL *BRINSONSI 4029357733   CA | -25,725.30 |
| 03/17/23 | CHECKCARD  0316 ACI*MIAMI DADE PM 609-606-3272 FL | -1,279.56 |
| 03/17/23 | PURCHASE   0317 WWW.JOINFIGHTCAMP COSTA MESA   CA | -39.00 |
| 03/17/23 | CHECKCARD  0317 Google Domains Mountain ViewCA    RECURRING | -84.00 |

*continued on the next page*



**BRINSON CALEB SILVER**  |  Account #  |  February 15, 2023 to March 20, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 03/17/23 | PURCHASE   0317 PAYPAL *EFORMS SU 4029357733   FL | -39.00 |
| 03/20/23 | CHECKCARD  0317 WU * 800-325-6000 CO | -5,000.00 |
| 03/20/23 | CHECKCARD  0317 BBTM   * 888-8688828  NJ | -7,672.01 |
| **Total ATM and debit card subtractions** | | **-$121,499.02** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/16/23 | Online Banking transfer to CHK   Confirmation# | -100.00 |
| 02/16/23 | Online Banking Transfer Conf#   mannette | -200.00 |
| 02/16/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -12.98 |
| 02/21/23 | Online Banking Transfer Conf#   mannette | -100.00 |
| 02/21/23 | WIRE TYPE:WIRE OUT DATE:230221 TIME:0420 ET TRN:                SERVICE REF:        BNF:FLANNERY GEORGALIS LLC ID            BNF BK:PN C BANK, NATIONAL ASSO ID:          PMT DET: | -2,000.00 |
| 02/21/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -29.99 |
| 02/21/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -11.99 |
| 02/22/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -23.98 |
| 02/23/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -12.98 |
| 02/24/23 | Online Banking Transfer Conf#          ; mannette | -200.00 |
| 02/24/23 | AUTOFORTIVA PMT  DES:PAYMENT    ID:                  INDN:SILVER,BRINSON         CO   ID: | -42.48 |
| 02/27/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -32.95 |
| 02/27/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -25.98 |
| 02/27/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER         CO   ID: | -24.98 |
| 03/01/23 | PAYPAL          DES:INST XFER  ID:GOOGLE DOMAINS  INDN:BRINSON SILVER         CO   ID: | -132.00 |
| 03/01/23 | PAYPAL          DES:INST XFER  ID:GOOGLE DOMAINS  INDN:BRINSON SILVER         CO   ID: | -24.00 |

*continued on the next page*

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---:|
| 03/03/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER        CO ID: | -38.96 |
| 03/03/23 | PAYPAL        DES:RETRY PYMT ID:APPLE.COM BILL  INDN:BRINSON SILVER        CO ID: | -32.95 |
| 03/03/23 | PAYPAL        DES:RETRY PYMT ID:APPLE.COM BILL  INDN:BRINSON SILVER        CO ID: | -25.98 |
| 03/06/23 | CAPITAL ONE      DES:CRCARDPMT  ID:            INDN:BRINSON C SILVER        CO ID: | -2,539.73 |
| 03/06/23 | PAYPAL        DES:INST XFER  ID:GOOGLE GOOGLE_Y  INDN:BRINSON SILVER        CO ID: | -75.98 |
| 03/06/23 | PAYPAL        DES:INST XFER  ID:DOCUSIGNINC  INDN:BRINSON SILVER        CO ID | -45.00 |
| 03/06/23 | PAYPAL        DES:INST XFER  ID:AT SERVICES  INDN:BRINSON SILVER        CO ID | -39.95 |
| 03/06/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:BRINSON SILVER        CO ID: | -25.47 |
| 03/06/23 | PAYPAL        DES:INST XFER  ID:GOOGLE DOMAINS  INDN:BRINSON SILVER        CO ID:P | -12.00 |
| 03/08/23 | Online Banking Transfer Conf#          mannette | -3,000.00 |
| 03/08/23 | PAYPAL        DES:RETRY PYMT ID:GOOGLE DOMAINS  INDN:BRINSON SILVER        CO ID | -132.00 |
| 03/08/23 | PAYPAL        DES:RETRY PYMT ID:1          INDN:BRINSON SILVER        CO ID: | -32.95 |
| 03/08/23 | PAYPAL        DES:RETRY PYMT ID          INDN:BRINSON SILVER        CO ID: | -25.98 |
| 03/08/23 | PAYPAL        DES:RETRY PYMT ID:GOOGLE DOMAINS  INDN:BRINSON SILVER        CO ID | -24.00 |
| 03/09/23 | brightwheel      DES:BRGHTWHL*  ID:          INDN:DSSV INC        CO ID: | -835.00 |
| 03/09/23 | brightwheel      DES:BRGHTWHL*  ID:          INDN:DSSV INC        CO ID: | -835.00 |
| 03/10/23 | ALLY        DES:ALLY PAYMT ID          INDN:brinson silver        CO ID: | -1,081.07 |
| 03/10/23 | PAYPAL        DES:RETRY PYMT ID:GOOGLE GOOGLE_Y  INDN:BRINSON SILVER        CO ID: | -75.98 |
| 03/10/23 | PAYPAL        DES:RETRY PYMT ID:DOCUSIGNINC  INDN:BRINSON SILVER        CO ID: | -45.00 |
| 03/10/23 | PAYPAL        DES:RETRY PYMT ID:AT SERVICES  INDN:BRINSON SILVER        CO ID: | -39.95 |
| 03/10/23 | PAYPAL        DES:RETRY PYMT ID:APPLE.COM BILL  INDN:BRINSON SILVER        CO ID: | -25.47 |

*continued on the next page*



**BRINSON CALEB SILVER   |   Account #                   |   February 15, 2023 to March 20, 2023**

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---:|
| 03/10/23 | Automatic Transfer to SAV         Confirmation# | -25.00 |
| 03/10/23 | PAYPAL            DES:RETRY PYMT ID:GOOGLE DOMAINS  INDN:BRINSON SILVER         CO ID: | -12.00 |
| 03/14/23 | Zelle Transfer Conf#              ; YANO BENTO | -250.00 |
| **Total other subtractions** | | **-$12,249.73** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---:|
| 02/15/23 | PURCHASE   0214 JOSS MOONEY LONDON                          RECURRING INTERNATIONAL TRANSACTION FEE | -9.00 |
| 02/17/23 | CHECKCARD  0216 BOY AND COW HO BADUNG                          INTERNATIONAL TRANSACTION FEE | -9.45 |
| 02/17/23 | MOBILE PURCHASE 0216  COMO UMA CANGGU H BADUNG                          INTERNATIONAL TRANSACTION FEE | -2.74 |
| 02/17/23 | PURCHASE   0217 IDIGIC Dubai                          INTERNATIONAL TRANSACTION FEE | -0.90 |
| 02/17/23 | CHECKCARD  0217 GOJEK Jakarta                          INTERNATIONAL TRANSACTION FEE | -0.61 |
| 02/17/23 | CHECKCARD  0216 GOJEK JAKARTA SLT                          INTERNATIONAL TRANSACTION FEE | -0.09 |
| 02/21/23 | Wire Transfer Fee | -30.00 |
| 02/21/23 | CHECKCARD  0217 GOJEK JAKARTA SLT                          INTERNATIONAL TRANSACTION FEE | -1.17 |
| 02/21/23 | PURCHASE   0221 IDIGIC Dubai                          INTERNATIONAL TRANSACTION FEE | -0.53 |
| 02/21/23 | CHECKCARD  0218 GOJEK Jakarta                          INTERNATIONAL TRANSACTION FEE | -0.52 |
| 02/21/23 | CHECKCARD  0220 GOJEK JAKARTA SELAT                          INTERNATIONAL TRANSACTION FEE | -0.50 |
| 02/21/23 | CHECKCARD  0221 GOJEK Jakarta                          INTERNATIONAL TRANSACTION FEE | -0.46 |
| 02/21/23 | CHECKCARD  0219 GOJEK JAKARTA SELAT                          INTERNATIONAL TRANSACTION FEE | -0.42 |
| 02/21/23 | CHECKCARD  0221 GOJEK Jakarta                          INTERNATIONAL TRANSACTION FEE | -0.38 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 02/21/23 | CHECKCARD 0217 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.38 |
| 02/21/23 | CHECKCARD 0220 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.37 |
| 02/21/23 | CHECKCARD 0217 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.25 |
| 02/21/23 | CHECKCARD 0219 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.16 |
| 02/21/23 | CHECKCARD 0219 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.12 |
| 02/21/23 | CHECKCARD 0217 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.10 |
| 02/22/23 | CHECKCARD 0222 GOJEK Jakarta INTERNATIONAL TRANSACTION FEE | -0.27 |
| 02/23/23 | CHECKCARD 0222 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.92 |
| 02/23/23 | CHECKCARD 0222 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.34 |
| 02/23/23 | CHECKCARD 0222 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.21 |
| 02/24/23 | CHECKCARD 0223 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.58 |
| 02/24/23 | CHECKCARD 0224 GOJEK Jakarta INTERNATIONAL TRANSACTION FEE | -0.44 |
| 02/24/23 | CHECKCARD 0224 GOJEK Jakarta INTERNATIONAL TRANSACTION FEE | -0.31 |
| 02/27/23 | MOBILE PURCHASE 0224 PENNY LANE Badung (Kab) INTERNATIONAL TRANSACTION FEE | -8.87 |
| 02/27/23 | 00000000000 02/26 # WITHDRWL TABANAN 02 PTUGD TABANAN FB FEE | -5.00 |
| 02/27/23 | 00000000000 02/26 # WITHDRWL TABANAN 02 PTUGD TABANAN FB INTERNATIONAL TRANSACTION FEE | -1.98 |
| 02/27/23 | CHECKCARD 0225 GOJEK JAKARTA SLT INTERNATIONAL TRANSACTION FEE | -0.75 |
| 02/27/23 | PURCHASE 0226 IDIGIC Dubai INTERNATIONAL TRANSACTION FEE | -0.53 |
| 02/27/23 | CHECKCARD 0225 GOJEK Jakarta INTERNATIONAL TRANSACTION FEE | -0.45 |
| 03/10/23 | MOBILE PURCHASE 0309 BOY AND COW HO BADUNG INTERNATIONAL TRANSACTION FEE | -4.71 |
| 03/13/23 | CHECKCARD 0311 GOJEK JAKARTA SELAT INTERNATIONAL TRANSACTION FEE | -0.82 |
| 03/13/23 | CHECKCARD 0310 GOJEK JAKARTA SELAT INTERNATIONAL TRANSACTION FEE | -0.54 |

*continued on the next page*



BRINSON CALEB SILVER  |  Account #                       |  February 15, 2023 to March 20, 2023

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 03/13/23 | CHECKCARD  0311 GOJEK JAKARTA SLT                              INTERNATIONAL TRANSACTION FEE | -0.42 |
| 03/13/23 | CHECKCARD  0311 OF LONDON                            RECURRING INTERNATIONAL TRANSACTION FEE | -0.30 |
| 03/13/23 | CHECKCARD  0311 GOJEK JAKARTA SELAT                           INTERNATIONAL TRANSACTION FEE | -0.10 |
| 03/15/23 | PURCHASE   0314 JOSS MOONEY LONDON                        RECURRING INTERNATIONAL TRANSACTION FEE | -9.00 |
| **Total service fees** | | **-$94.69** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.