# EXHIBIT C



P.O. Box 15284
Wilmington, DE 19850

ECLIPSE VISION LLC

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking
## Preferred Rewards for Bus Platinum Honors

for March 1, 2023 to March 31, 2023          Account number:
**ECLIPSE VISION LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on March 1, 2023 | -$10,114.20 |
| Deposits and other credits | 42,393.12 |
| Withdrawals and other debits | -42,393.12 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 31, 2023** | **-$10,114.20** |

# of deposits/credits: 9
# of withdrawals/debits: 9
# of items-previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: -$10,114.20

[1]*Includes checks paid, deposited items and other debits*

---

**BANK OF AMERICA**
Preferred Rewards
For Business

### Your program benefits are too valuable to lose

We don't want you to lose your program benefits, but you currently don't meet the requirements for your tier. There are steps you can take to address the situation.

**Please act now to retain your benefits.** Call **866.953.2481** today to speak with a specialist about how you can keep earning rewards.

SSM-06-22-0484.B | 4804987

PULL: E   CYCLE: 67   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA7                          Page 1 of 4

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your checking account**

ECLIPSE VISION LLC   |   Account #   |   March 1, 2023 to March 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/02/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-01) | 56.70 |
| 03/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-06) | 56.70 |
| 03/13/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-10) | 20.84 |
| 03/14/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-13) | 56.70 |
| 03/16/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-15) | 16,896.98 |
| 03/16/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-15) | 13,881.38 |
| 03/16/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-15) | 11,289.58 |
| 03/17/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-16) | 20.84 |
| 03/24/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-23) | 113.40 |
| **Total deposits and other credits** | | **$42,393.12** |

## Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---|
| 03/01/23 | ADT SECURITY SER DES:ADTPAPACH  ID:XXXXXXXXX  INDN:SILVER, BRINSON    ID: | CO | -56.70 |
| 03/06/23 | ADT SECURITY SER DES:RETRY PYMT ID:XXXXXXXXX  INDN:SILVER, BRINSON    ID: | CO | -56.70 |
| 03/10/23 | TECO/PEOPLE GAS  DES:UTILITYBIL ID:        INDN:BRINSON CALEB SILVER    ID: | CO | -20.84 |
| 03/13/23 | ADT SECURITY SER DES:RETRY PYMT ID:XXXXXXXXX  INDN:SILVER, BRINSON    ID: | CO | -56.70 |
| 03/15/23 | NEWREZ-SHELLPOIN DES:ACH PMT     ID:         INDN:SILVER BRINSON CALEB    ID: | CO | -16,896.98 |
| 03/15/23 | NEWREZ-SHELLPOIN DES:ACH PMT     ID:         INDN:SILVER BRINSON CALEB    ID: | CO | -13,881.38 |
| 03/15/23 | NEWREZ-SHELLPOIN DES:ACH PMT     ID:         INDN:SILVER BRINSON CALEB    ID: | CO | -11,289.58 |

*continued on the next page*

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                                                         SSM-12-22-0030.A  I  5197654

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/16/23 | TECO/PEOPLE GAS  DES:RETRY PYMT ID:████████ INDN:BRINSON CALEB SILVER   CO ID:████████████ | -20.84 |
| 03/23/23 | ADT SECURITY SER DES:ADTPAPACH  ID:XXXXXXXXX  INDN:SILVER, BRINSON   CO ID:████████████ | -113.40 |

**Total withdrawals and other debits** — **-$42,393.12**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯  $15,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | -10,170.90 | 03/10 | -10,135.04 | 03/16 | -10,135.04 |
| 03/02 | -10,114.20 | 03/13 | -10,170.90 | 03/17 | -10,114.20 |
| 03/06 | -10,170.90 | 03/14 | -10,114.20 | 03/23 | -10,227.60 |
| 03/07 | -10,114.20 | 03/15 | -52,182.14 | 03/24 | -10,114.20 |