# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.**, *et al.*, | : | Case No. 2:23-cv-512 |
| | : | |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| **Silver**, *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

## NOTICE OF APPEARANCE

Please take notice that Tiffany Cobb, of the law firm Vorys, Sater, Seymour and Pease LLP, enters her appearance as additional counsel on behalf of Plaintiffs in this matter. Please include the undersigned in all future correspondence, orders, pleadings and other communications.

Respectfully submitted,

*/s/  William D. Kloss, Jr.*
William D. Kloss, Jr. (0040854), Trial Attorney
Tiffany S. Cobb (0067516)
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360  Fax: (614) 719-4807
wdklossjr@vorys.com
tscobb@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320*)*
(*application for pro hac vice forthcoming*)
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500  Fax: (312)-881 6598
mkutcher@cooley.com

1

>Kristine A. Forderer (CA Bar No. 278754)
>(*application for pro hac vice forthcoming*)
>COOLEY LLP
>3 Embarcadero Center
>San Francisco, CA 94111
>Phone: (415) 693-2128
>kforderer@cooley.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 8th day of May 2023 with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and email to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA  30281

>*/s/ William D. Kloss, Jr.*
>William D. Kloss, Jr. (0040854)
>
>*Counsel for Plaintiffs*