## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC., et al.,** | : | **Case No.: 2:23-cv-00512** |
| **Plaintiffs,** | : | **Judge Sarah Morrison** |
| **v.** | : | **Magistrate Judge Chelsey Vascura** |
| **BRINSON CALEB "BC" SILVER, et al.,** | : | |
| | : | |
| **Defendants.** | | |

### MOTION OF DEFENDANTS, BRINSON SILVER AND ECLIPSE HOME DESIGN, LLC, FOR CONTINUANCE OF SHOW CAUSE HEARING

Plaintiff, Root, Inc., ("Plaintiff") filed a motion for contempt against Defendants Brinson Silver ("Silver") and Eclipse Home Design, LLC ("Eclipse") on or about May 3, 2023. The Court set a show cause hearing for May 9, 2023 at 2 p.m. Silver and Eclipse now respectfully request the Court continue the show cause hearing to Friday, May 12, after 3 p.m. Silver was unable to secure transportation to Columbus for the hearing on May 9 because he is travelling from the United Arab Emirates. However, Silver has secured a flight from Abu Dhabi which is scheduled to arrive (after multiple transfers) in Columbus at approximately 1:25 p.m. on May 12. A printed copy of Mr. Silver's itinerary for the flight is attached hereto as **Exhibit A**. Further, Plaintiff has indicated it does not object to this request. Accordingly, Defendants respectfully request the show cause hearing be continued to the afternoon of Friday, May 12, so that Silver is able to attend. Defendants have submitted a proposed order granting this Motion, for the Court's convenience.

Respectfully submitted,

/s/  Aaron M. Jones
David M. Scott (0068110)
Aaron M. Jones (0096386)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone:   (614) 246-7500
E-mail:      dscott@bmdllc.com
            amjones@bmdllc.com
*Attorneys for Defendants Brinson Caleb "BC"*
*Silver Eclipse Home Design, LLC and*
*Collateral Damage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/  Aaron M. Jones
Aaron M. Jones (0096386)

4884-9829-4609, v. 2

2