Exhibit A



 **Flight to Columbus**
May 11, 10:35 PM - May 12, 1:25 PM
2 stops · 22h 50m · Economy

See details

## Traveler details

 **Brinson Silver**
Adult · Male · October 17, 1980

## Luggage

**Flight to Columbus**

Luggage allowance for this trip

 1 personal item
Must go under the seat in front of you

 1 carry-on bag
Up to 15.4 lbs each

 2 checked bags
Up to 50.7 lbs each

See details

## Flexibility and protection

Flexible ticket
Flexible (x1)

## Flight to Columbus

○ Thu, May 11 · 10:35 PM
**AUH · Abu Dhabi International Apt**
Terminal 1

  Qatar Airways
  Flight QR1053
  Flight time 1h 5m

○ Thu, May 11 · 10:40 PM
**DOH · Doha**

🕐 Layover 2h 55m

○ Fri, May 12 · 1:35 AM
**DOH · Doha**

  Qatar Airways
  Operated by American Airlines
  Flight QR9001
  Flight time 14h 15m

○ Fri, May 12 · 8:50 AM
**JFK · New York J F Kennedy International Apt**
Terminal 8

🕐 Layover 2h 35m

○ Fri, May 12 · 11:25 AM
**JFK · New York J F Kennedy International Apt**
Terminal 8

**DOH · Doha**

🕐 Layover 2h 55m

Fri, May 12 · 1:35 AM
**DOH · Doha**

Qatar Airways
Operated by American Airlines
Flight QR9001
Flight time 14h 15m

Fri, May 12 · 8:50 AM
**JFK · New York J F Kennedy International Apt**
Terminal 8

🕐 Layover 2h 35m

Fri, May 12 · 11:25 AM
**JFK · New York J F Kennedy International Apt**
Terminal 8

Qatar Airways
Operated by Republic Airways As American Ea...
Flight QR2526
Flight time 2h

Fri, May 12 · 1:25 PM
**CMH · Columbus Port Columbus Intl Apt**