IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.**, *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **Silver**, *et al.*, | : | |
| *Defendants*. | : | |

### [PROPOSED] ORDER GRANTING CONTINUANCE

This matter is before the Court pursuant to Defendants', Brinson Silver ("Silver") and Eclipse Home Design, LLC ("Eclipse"), Motion for Continuance of Show Cause Hearing:

For good cause shown, Defendants' Motion for Continuance is **GRANTED.** The Court **ORDERS** as follows:

1. The show cause hearing scheduled for Tuesday, May 9, 2023, at 2:00 p.m. is hereby vacated.

2. The show cause hearing will be re-scheduled for Friday, May 12, 2023, at 3:00 p.m.

**IT IS SO ORDERED.**


Date:   May 9, 2023

                                                **SARAH D. MORRISON**
                                                **UNITED STATES DISTRICT JUDGE**