IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | : | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| | : | |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| **Silver,** *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD

This matter is before the Court pursuant to Defendants', Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC, Motion to Extend Time to Move or Plead:

For good cause shown, Defendants' Motion is **GRANTED.** The Court **ORDERS** as follows:

1. Defendants, Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC, shall have up to and including June 1, 2023 in which to move or plead in response to Plaintiffs' Complaint.

**IT IS SO ORDERED.**


Date:   May 9, 2023                                     _____
                                                        **SARAH D. MORRISON**
                                                        **UNITED STATES DISTRICT JUDGE**

2/24/2023 44496024 V.3