**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| | : | |
| *Plaintiffs*, | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| **Silver,** *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court pursuant to the Motion to Withdraw as Counsel for Defendants Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC, filed by attorneys David M. Scott and Aaron M. Jones:

For good cause shown, Counsel's Motion to Withdraw is **GRANTED.** The Court **ORDERS** as follows:

1. Attorneys David M. Scott and Aaron M. Jones are granted leave to withdraw as counsel for Defendants Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC, and the Clerk shall remove Mr. Scott and Mr. Jones as counsel of record in this matter.

**IT IS SO ORDERED.**

Date:   May 9, 2023

_____
**SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**

2/24/2023 44496024 V.3