United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Root, Inc. et al

-vs-                                                              Case No. 2:23-CV-512

Silver, et al

## SHOW CAUSE HEARING

| U.S. District Judge Sarah D. Morrison | | Date: 2/16/2023 at Noon | |
|---|---|---|---|
| **Deputy Clerk** | Maria Rossi | **Counsel for Plaintiff:** | Bill Kloss, Liz Alexander, Tiffany Cobb |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | Aaron Jones, David Scott |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | | **Log Out** | |

Defendant Brinson Silver did not appear.

The Court found Brinson Silver in Civil Contempt and will issue a bench warrant for Mr. Silver.

The Court found that Brinson Silver and Eclipse Home Design did violate the Protective Order and the Preliminary Injunction.

The Court awards to Plaintiff attorney's fees to be paid by Brinson Silver.

The Court imposes a fine of $500 to Brinson Silver.

The Court will set a Show Cause Hearing on Friday, May 12, 2023.