# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Root, Inc. et al.,
Plaintiffs.

v.  Case No. 2:23-cv-512

Brinson Caleb Silver, et al.,  **BENCH WARRANT**
Defendants.

**TO ANY UNITED STATES MARSHAL:**

It appearing that the defendant Brinson Caleb Silver failed to appear before the **Honorable Sarah D. Morrison,** United States District Court Judge at Columbus Ohio, on **May 9, 2023**, as directed and in view thereof, not cause to the contrary having been shown, the Court Ordered the arrest of said defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

<u>Brinson Caleb Silver, aka BC Silver, aka Brinson Bernard McDaniel</u> and bring him forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION, at COLUMBUS, OHIO,** to answer to the charge of failure to appear.

The United States Marshal Service may use any lawful force of any kind, including entry of a residence, in the course effectuating this warrant. This warrant is issued under 28 U.S.C. § 401 and shall be enforced anywhere in the United States, as defined in 18 U.S.C §7.

5-10-23
Date

Sarah D. Morrison
U.S. District Court Judge