**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Root Inc.,** *et al.*, | : | **Case No. 2:23-cv-512** |
| | : | |
| **Plaintiffs,** | : | **Judge Sarah D. Morrison** |
| | : | |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **Brinson Caleb Silver, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF WILLIAM D. KLOSS, JR.

I, William D. Kloss, Jr., hereby declare as follows on the basis of my personal knowledge:

1.      I am over eighteen years of age.

2.      I am trial counsel of record for Plaintiffs in the above matter.

3.      I am licensed to practice law in the State of Ohio and before this Court and was admitted in 1988.  I am a partner at Vorys, Sater, Seymour and Pease, LLP and have been at the firm since 1988.  My current hourly rate is $795.

4.      Tiffany Cobb is also working on this matter.  Ms. Cobb is a partner with Vorys, Sater, Seymour and Pease, LLP and she graduated from law school in 1994.  Ms. Cobb's hourly rate is $640.

5.      Elizabeth Alexander is also working on this matter.  Ms. Alexander is an associate with Vorys, Sater, Seymour and Pease, LLP and she graduated from law school in 2015.  Ms. Alexander's hourly rate is $465.

6.      Grace Saalman is also working on this matter.  Ms. Saalman is an associate with Vorys, Sater, Seymour and Pease, LLP and she graduated from law school in 2021.  Ms. Saalman's hourly rate is $290.

**EXHIBIT A**

7.      Shelly Norvell is also working on this matter.  Ms. Norvell is a paralegal with Vorys, Sater, Seymour and Pease, LLP and she received her certificate in Paralegal Studies in 2018.  Ms. Norvell's hourly rate is $230.

8.      Attached as Exhibit 1 is a Summary of Professional Services presented to Plaintiffs. This reflects billing to Plaintiffs for the period April 1, 2023 through April 30, 2023 related to the case.  The total fees for the Motion for Contempt set forth in Exhibit 1 are $9567.50 (5.80 hours – Alexander; 13.0 hours – Saalman; 3.90 hours – Kloss).

9.      Attached as Exhibit 2 is a summary of unbilled fees and expenses commencing as of May 1, 2023 through May 10, 2023.  This summary reflects fees that have been incurred by Plaintiffs in this case but not yet billed.  The total fees for the Motion for Contempt set forth in Exhibit 2 are $14,722.50 (10.4 – Alexander; 3.6 hours – Saalman; 9.3 hours – Kloss; 6.30 – Norvell).

10.     Exhibits 1 and 2 have been redacted to only show fees associated with the Motion for Contempt (ECF 74).

11.     I have also included an estimate for work performed on May 11 and 12, 2023.  I have attributed an additional 3 hours per attorney timekeeper (Kloss, Cobb, Alexander, Saalman and Norvell) for a total $5950 for efforts on May 11, 2023.  I have attributed an additional 3 hours per attorney timekeeper (Kloss, Cobb, Alexander, Saalman and Norvell) for a total $5950 for efforts on May 12, 2023.

12.     Thus, the total amount of fees sought is $36,190.00.

13.     All of the fees incurred were necessary to prepare and prosecute the Motion for Contempt.  Further, the hourly rates associated are reasonable and are in line with the rates charged by firms similar to Vorys, Sater, Seymour and Pease, LLP.  I base that conclusion on several facts.

First, I have been a member of the Rates, Fees and Engagements Committee of Vorys, Sater, Seymour and Pease, LLP for over twelve years and served as the Chair of the committee for ten years.  That committee sets the firm's rates, and that process requires ongoing detailed studies of the rates charged by similar firms.  Second, I am generally aware of the fees charged by similar firms in Columbus based upon my 35 years of practice here.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 11th day of May 2023 in Columbus, Ohio.

*/s/ William D. Kloss, Jr*
William D. Kloss, Jr. (0040854)

# EXHIBIT 1



Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Federal ID Number 31-4333125

Jon Allison, Esq.
Root, Inc.
80 East Rich Street
Suite 500
Columbus, OH 43215

Invoice Date:          May 3, 2023
Invoice Number:       1539094
Matter Number:    081101-000006
William D. Kloss Jr.

*Summary for Professional Services Through **April 30, 2023***

     Client:      Root, Inc.
     Matter:    Chief Marketing Officer Recovery

| | | |
|---|---|---|
| Total Fees | $ | █████████ |
| Disbursements | $ | █████████ |
| **Total Amount Due** | $ | █████████ |

**THIS AMOUNT IS DUE UPON RECEIPT**

| Root, Inc. | Invoice Date: | 05/03/23 |
|---|---|---|
| Chief Marketing Officer Recovery | Invoice Number: | 1539094 |
| | Matter Number: | 081101-000006 |

## Time Detail

| Date | Description | Initials | Hours |
|---|---|---|---|

| Root, Inc. | Invoice Date: | 05/03/23 |
|---|---|---|
| Chief Marketing Officer Recovery | Invoice Number: | 1539094 |
| | Matter Number: | 081101-000006 |

| **Date** | **Description** | **Initials** | **Hours** |
|---|---|---|---|

| Root, Inc.                      | Invoice Date:   | 05/03/23      |
| Chief Marketing Officer Recovery | Invoice Number: | 1539094       |
|                                 | Matter Number:  | 081101-000006 |

| **Date** | **Description** | **Initials** | **Hours** |
| --- | --- | --- | --- |

Root, Inc.
Chief Marketing Officer Recovery

Invoice Date: 05/03/23
Invoice Number: 1539094
Matter Number: 081101-000006

| Date | Description | Initials | Hours |
|------|-------------|----------|-------|

Root, Inc.  
Chief Marketing Officer Recovery

Invoice Date: 05/03/23  
Invoice Number: 1539094  
Matter Number: 081101-000006

| Date | Description | Initials | Hours |
|------|-------------|----------|-------|
| 04/17/23 | Review and analysis of potential motion for contempt. | ESA | 0.60 |
| 04/18/23 | Start drafting motion for contempt against Silver. Create a short summary of Silver's actions violating the temporary restraining order and preliminary injunction for Mr. Kloss to use in discussions with Silver's counsel. | GES | 1.50 |
| 04/19/23 | Extended call with Mr. Jones (counsel for Silver) concerning violation of preliminary injunction and potential resolution. Call with Mses. Saalman and Alexander relating to same including strategy going forward. | WDK | ~~3.00~~ 1.00 |
| 04/19/23 | Review and analyze Mr. Silver's bank accounts to determine key violations of the preliminary injunction to include in the motion for contempt. Participate in video conference with Mr. Silver's counsel to discuss Silver's violations of the Court's order. | GES | 1.90 |

Root, Inc.
Chief Marketing Officer Recovery

| | Invoice Date: | 05/03/23 |
| | Invoice Number: | 1539094 |
| | Matter Number: | 081101-000006 |

| **Date** | **Description** | **Initials** | **Hours** |
| --- | --- | --- | --- |

Root, Inc.
Chief Marketing Officer Recovery

Invoice Date: 05/03/23
Invoice Number: 1539094
Matter Number: 081101-000006

| Date | Description | Initials | Hours |
|------|-------------|----------|-------|
| 04/25/23 | Draft motion for contempt. | GES | 6.80 |
| 04/25/23 | ████████████████████████████████ | WDK | 4.10 |
| | | | .50 |
| | █ Preliminary review of motion for contempt. | | |
| 04/25/23 | Review and analysis of legal authority related to seeking an order of contempt. Draft and revise motion for contempt. | ESA | 3.60 |

Root, Inc.
Chief Marketing Officer Recovery

| Invoice Date: | 05/03/23 |
| Invoice Number: | 1539094 |
| Matter Number: | 081101-000006 |

| Date | Description | Initials | Hours |
| --- | --- | --- | --- |
| | ███████████████████ | | |
| 04/26/23 | Create exhibits of specific bank statements for Motion for Contempt. Correspondence with Root regarding Motion for Contempt. ███████████████ | GES | 1.20 .60 |
| 04/26/23 | Review and revise motion for contempt. ████████ ████████████████████ ████████ Exchange emails with Allison regarding motion for contempt.  Review comments on motion to contempt by Ms. Baker, Messrs. Allison and Kutcher.  Revise motion. | WDK | 4.10 1.00 |
| | ████████████████████████ | | |
| 04/27/23 | Revise motion for contempt according to Mr. Allison and Ms. Baker's comments. █████████████████ █████████████████ | GES | 4.60 1.00 |

Root, Inc.
Chief Marketing Officer Recovery

Invoice Date: 05/03/23
Invoice Number: 1539094
Matter Number: 081101-000006

| Date | Description | Initials | Hours |
|------|-------------|----------|-------|
| | ███████████████████ | | |
| 04/27/23 | Revise motion for contempt. Circulate to Mr. Allison and Ms. Baker. ████████ | WDK | ~~2.00~~ .20 |
| | ████████████████████████████ | | |
| 04/28/23 | Revise motion for contempt according to Mr. Kutcher's edits. Draft declaration to verify bank account statements. ████ | GES | ~~3.10~~ .20 |
| | ████████████████ | | |
| 04/28/23 | ████████████████████ Review and revise Motion for Contempt. ████████ ████ Emails with Messrs. Kutcher and Allison concerning motion. Revise motion addressing Mr. Kutcher's comments. | WDK | ~~3.50~~ 1.00 |
| | ████████████████████ | | |
| 04/30/23 | Review and revise Motion for Contempt. Review and revise motion to seal. Exchange messages with Mr. Ridings regarding motion to seal. Emails with Ms. Saalman regarding both motions. ████ | WDK | ~~3.40~~ .20 |
| 04/30/23 | Draft motion to file bank account statements under seal. Revise motion for contempt. | GES | ~~3.50~~ 1.00 |
| 04/30/23 | Draft and revise motion to file under seal. Draft and revise motion for contempt. | ESA | 1.60 |
| **Total** | | | ████ |

**Cost Detail**

| Description | Amount |
|-------------|--------|
| On-Line Legal Research | |
| Postage | |
| Miscellaneous | ████ |
| Outside Professional Services | |



Root, Inc.
Chief Marketing Officer Recovery

Invoice Date: 05/03/23
Invoice Number: 1539094
Matter Number: 081101-000006

| Description | Amount |
|---|---|
| Filing Fees | |
| **Total** | |

**Total Fees and Costs**

**Time Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| William D. Kloss Jr. | Partner | 795.00 | | |
| Robert A. Bell | Partner | 595.00 | | |
| Melissa S. Giberson | Of Counsel | 535.00 | | |
| Elizabeth S. Alexander | Associate | 465.00 | | |
| Thomas J. Loeb | Associate | 355.00 | | |
| Zachery Hullinger | Associate | 315.00 | | |
| Grace E. Saalman | Associate | 290.00 | | |
| Pamela K. Hutchins | Practice Tech | 235.00 | | |
| Sean P. Matey | PG Professional | 235.00 | | |
| Shelley T. Norvell | Paralegal | 230.00 | | |
| **Total** | | | | |



**VORYS**

Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Federal ID Number 31-4333125

Jon Allison, Esq.
Root, Inc.
80 East Rich Street
Suite 500
Columbus, OH 43215

| | |
|---|---|
| Invoice Date: | May 3, 2023 |
| Invoice Number: | 1539094 |
| Matter Number: | 081101-000006 |
| | William D. Kloss Jr. |

*Summary for Professional Services Through **April 30, 2023***

Client: Root, Inc.
Matter: Chief Marketing Officer Recovery

| | |
|---|---|
| Total Fees | $ ██████ |
| Disbursements | $ ████ |
| **Total Amount Due** | $ ██████ |

**THIS AMOUNT IS DUE UPON RECEIPT**

**Please remit payment by check to:**

**Vorys, Sater, Seymour and Pease LLP**
Post Office Box 631568
Cincinnati, OH 45263-1568

**PLEASE RETURN REMITTANCE WITH PAYMENT**

**Please remit electronic payments to:**

EXHIBIT 2

| Client: | **Root, Inc.** | Printed: **05/11/2023** | Page Number |
|---|---|---|---|
| Matter Number: | **081101-000006** | Run Date: **05/11/2023** | **1** of **11** |
| Matter Description: | **Chief Marketing Officer Recovery** | Proforma Number: **343359** | |

☐ **Bill Fees and Cost**   ☐ **Bill Fees Only**   ☐ **Bill Costs Only**   ☐ **Hold**   ☐ **Writeoff**   ☐ **Transfer_____**

**Matter Billing Instructions**

eBH: jon@joinroot.com

**Client Billing Instructions**

**Proforma Billing Instructions**

**Matter Information**

| Matter Billing Address: | Jon Allison, Esq. |
|---|---|
| | Root, Inc. |
| | 80 East Rich Street |
| | Suite 500 |
| | Columbus, OH 43215 |
| Billing Email: | |
| Billing Contact: | |

| Billing Attorney: | 06360 William D. Kloss Jr. |
|---|---|
| Supervising Attorney: | 06360 William D. Kloss Jr. |
| Responsible Attorney: | 00000 FIRM |
| Date Matter Opened: | 01/17/2023 |
| Matter Status: | Open |
| Matter Currency: | USD |
| Last Bill Date: | 05/03/2023 |

**Proforma Information**

| Through Date: | 05/11/2023 |
|---|---|
| Proforma Status: | Current |
| Invoice Number: | DRAFT |
| Billing Frequency: | M |

**E-Billing Section**

| E-Billing Type: | |
|---|---|
| E-Billing Reference: | |

**Matter Fee Arrangements**

| Arrangement: | Hourly |
|---|---|
| Fee Maximum: | 0.00 |
| Cost Maximum: | 0.00 |
| Volume Discount: | |
| Exception Rate: | No |
| Fee Estimate: | 0.00 |
| Budgets: | 0.00 |

**Available Matter Balances**

| BOA: | 0.00 |
|---|---|
| Trust: | 0.00 |
| Unallocated Funds: | 0.00 |

432effa5-0a89-4329-953d-f3bd311c3aea

| | | |
|---|---|---|
| **Client:** Root, Inc. | **Printed:** 05/11/2023 | **Page Number** |
| **Matter Number:** 081101-000006 | **Run Date:** 05/11/2023 | **2 of 11** |
| **Matter Description:** Chief Marketing Officer Recovery | **Proforma Number:** 343359 | |

**Matter Statistics**

| | YTD | LTD | Realization |
|---|---|---|---|
| **Fees Billed** | | | |
| **Costs Billed** | | | |
| **Charges Billed** | | | |

**Proforma Totals**

| | Hours | Fees | Soft Costs | Hard Costs | Charges | Total |
|---|---|---|---|---|---|---|
| **Work Total** | | | | | | |
| **Write Up/Down** | | | | | | |
| **Adjustments** | | | | | | |
| **Billable Amount** | | | | | | |
| **Taxes** | | | | | | |
| **Applied Unallocated** | | | | | | |
| **Applied Trust** | | | | | | |
| **BOA** | | | | | | |
| **Total Bill** | | | | | | |

432effa5-0a89-4329-953d-f3bd311c3aea

| | | |
|---|---|---|
| **Client:** | **Root, Inc.** | |
| **Matter Number:** | **081101-000006** | |
| **Matter Description:** | **Chief Marketing Officer Recovery** | |

| | |
|---|---|
| **Printed:** 05/11/2023 | **Page Number** |
| **Run Date:** 05/11/2023 | **3 of 11** |
| **Proforma Number:** 343359 | |

**Fee Detail**

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| 21030009 | B | 05/01/2023 | Several discussions with Mr. Jones regarding settlement and motion for contempt.  Revise motion for contempt. | William D. Kloss Jr. | ~~5.20~~  2.50 | ████ | | ████ | ███ |
| | ▌ | | ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | █████ | ██████ | ██ | | | | ██ |
| 21034640 | B | 05/02/2023 | Review court's order on motion to seal.  Finalize motion for contempt. | William D. Kloss Jr. | ~~2.00~~  1.00 | ████████████ | | | ██ |
| | ▌ | | ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | ███████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| | ▌ | | ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |

432effa5-0a89-4329-953d-f3bd311c3aea

| Client: | Root, Inc. | | Printed: 05/11/2023 | Page Number |
|---|---|---|---|---|
| Matter Number: | 081101-000006 | | Run Date: 05/11/2023 | 4 of 11 |
| Matter Description: | Chief Marketing Officer Recovery | | Proforma Number: 343359 | |

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| ████ | █ | ████ | ██████████████████ | ████████ | █ | | | | ████ |
| 21041754 | B | 05/02/2023 | Review exhibits to be redacted for Motion for Contempt. | Shelley T. Norvell | 0.30 | | | | |
| 21041757 | B | 05/02/2023 | Call with Ms. Alexander and Ms. Saalman regarding filing exhibits to Motion for Contempt under seal. | Shelley T. Norvell | 0.10 | | | | |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| 21041876 | B | 05/02/2023 | ██████ Review exhibits to motion for contempt. Finalize and file motion for contempt and accompanying exhibits. ██ | Grace E. Saalman | ~~3.80~~ 1.90 | ██ | | | ██ |
| 21042531 | B | 05/02/2023 | ██ Draft and revise declaration in support of motion for contempt. | Elizabeth S. Alexander | ~~3.90~~ 1.50 | ██ | | | |
| 21034625 | B | 05/03/2023 | ██████ Review Court's show cause order. Discussion with Ms. Alexander concerning show cause order and hearing. Email Ms. Baker and Mr. Allison show cause order. Emails with Mr. Jones regarding intentions on show cause hearing ██ | William D. Kloss Jr. | ~~4.00~~ 2.00 | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █ | ████ | ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |

432effa5-0a89-4329-953d-f3bd311c3aea

| Client: | Root, Inc. | Printed: 05/11/2023 | Page Number |
| Matter Number: | 081101-000006 | Run Date: 05/11/2023 | 5 of 11 |
| Matter Description: | **Chief Marketing Officer Recovery** | Proforma Number: 343359 | |

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| | | | Ridge Bank. | | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 21034415 | B | 05/04/2023 | Call with Mr. Jones regarding Court's contempt hearing | William D. Kloss Jr. | 4.10 .50 | ▮ | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 21041773 | B | 05/04/2023 | Review exhibits to Motion for Contempt for redactions. | Shelley T. Norvell | 1.80 | ▮ | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 21041878 | B | 05/04/2023 | Review and analyze court's order to Silver to show cause why he should not be held in contempt. ▮ | Grace E. Saalman | 2.90 .50 | ▮ | | | |

| Client: | Root, Inc. | | Printed: 05/11/2023 | Page Number |
| Matter Number: | 081101-000006 | | Run Date: 05/11/2023 | 6 of 11 |
| Matter Description: | Chief Marketing Officer Recovery | | Proforma Number: 343359 | |

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| █████ | █ | ████ | ████████████████████████ | █████████ | ███ | ███ | ███ | ████ | ████ |
| ████ | █ | ███ | ████████████████████████ | ████████ | ██ | ██ | ██ | ███ | ███ |
| ████ | █ | ███ | ████████████████████████ | ████████ | ██ | ██ | ██ | ███ | ███ |
| 21041789 | B | 05/05/2023 | Finalize redactions on Motion for Contempt exhibits. Email to Ms. Saalman regarding same. | Shelley T. Norvell | 0.80 | ████ | | ████ | ███ |
| 21041790 | B | 05/05/2023 | Draft Notice of Public Filing for Motion for Contempt exhibits. Email to Ms. Saalman regarding same. | Shelley T. Norvell | 0.70 | ████ | | ████ | ███ |
| ████ | █ | ███ | ████████████████████████ | █████████ | ██ | ██ | ██ | ███ | ███ |
| ████ | █ | ███ | ████████████████████████ | █████████ | ██ | ██ | ██ | ███ | ███ |
| ████ | █ | ███ | ████████████████████████ | █████████ | ██ | ██ | ██ | ███ | ███ |
| ████ | █ | ███ | ████████████████████████ | █████████ | ██ | ██ | ██ | ███ | ███ |
| 21041796 | B | 05/05/2023 | Serve Notice of Public Filing for Motion for Contempt exhibits on Ms. McDaniel by email and mail. | Shelley T. Norvell | 0.10 | ███████████████ | | | |
| ████ | █ | | ████████████████████████ | ██████████ | ██ | ███████████ | | | |
| 21041851 | B | 05/05/2023 | Prepare for and attend conference call with Ms. Cobb and counsel for Silver, Eclipse, and Collateral Damage regarding contempt hearing. | Elizabeth S. Alexander | 0.50 | ████ | | ████ | |
| 21041881 | B | 05/05/2023 | Revise and file redacted bank account exhibits to the Motion for Contempt, in accordance with the magistrate's order. ████ | Grace E. Saalman | ~~1.80~~ 1.00 | ████ | | ████ | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Client:** | Root, Inc. | | | | | **Printed:** 05/11/2023 | | | **Page Number** |
| **Matter Number:** | 081101-000006 | | | | | **Run Date:** 05/11/2023 | | | **7 of 11** |
| **Matter Description:** | Chief Marketing Officer Recovery | | | | | **Proforma Number:** 343359 | | | |

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | █ | ████████████████████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | █ | ████████████████████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| 21041884 | B | 05/07/2023 | Draft cross examination outline for Silver's show cause hearing. | Grace E. Saalman | 1.10 | ████████████████████████ | | | |
| 21042555 | B | 05/07/2023 | Draft and revise cross examination of Mr. Silver. | Elizabeth S. Alexander | 1.10 | ██████████████████████████████████ | | | |
| 21042072 | B | 05/08/2023 | Research Lis Pendens on Mr. Silver's properties. | Shelley T. Norvell | 1.20 | | | | |
| 21042073 | B | 05/08/2023 | Draft and send email to Ms. Alexander, Ms. Cobb, and Mr. Kloss regarding Lis Pendens. | Shelley T. Norvell | 0.20 | | | | |
| 21042074 | B | 05/08/2023 | Research foreclosure complaint filed against Eclipse Home Design. Email to Ms. Alexander, Ms. Cobb, and Mr. Kloss regarding same. | Shelley T. Norvell | 0.30 | | | | |
| █████ | █ | ███████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████ | █ | ███████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████ | █ | ███████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████ | █ | ███████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████ | █ | ███████████████████ | | Shelley T. Norvell | 0.40 | ████████████████████████████ | | | |
| 21042545 | B | 05/08/2023 | Attention to correspondence from the Court regarding show cause hearing. Correspondence with Mr. Kloss regarding same. ████████████████████ Draft and revise cross examination of Mr. Silver. | Elizabeth S. Alexander | ~~3.40~~ .50 | ████████████████████████ | | | |
| 21041777 | B | 05/09/2023 | Prepare for and attend hearing on motion for contempt (2.0). Various calls with Mr. Jones concerning same. Review motion to withdraw filed by Mr. Jones. Letter to Ms. Santos regarding sale of MIA property. | William D. Kloss Jr. | 3.30 | ████████████████████████ | | | |
| █████ | █ | ███████████████████ | | ████████ | ██ | ██ | ██ | ██ | ██ |

| Client: | Root, Inc. | | | Printed: 05/11/2023 | | Page Number |
|---|---|---|---|---|---|---|
| Matter Number: | 081101-000006 | | | Run Date: 05/11/2023 | | 8 of 11 |
| Matter Description: | Chief Marketing Officer Recovery | | | Proforma Number: 343359 | | |

| Index | Status | Work Date | Description | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| | ■ | | ███████████ | | ■ | ■ | ■ | ■ | ■ |
| 21042561 | B | 05/09/2023 | Prepare for hearing on motion for contempt. Attention to Defendants' motion to continue hearing and correspondence from the Court regarding same. Prepare exhibits for show cause hearing. Attend show cause hearing. Review and analysis of authority regarding appointment of receiver for violation of Court order. | Elizabeth S. Alexander | 6.80 | ████████████ | | | ██████ |
| | ■ | | ████████████ | ███████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | █████████ | ██████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | █████████ | ██████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | █████████ | █████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | ████████ | █████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | ████████ | ██████ | ■ | ███████████ | | | ██████ |
| 21042109 | B | 05/10/2023 | Redact documentation related to fees to be paid in relation to Motion for Contempt. Conference with Mr. Kloss regarding same. Email to Mr. Kloss regarding same. | Shelley T. Norvell | 0.40 | | | | |
| | ■ | | ████████ | ██████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | █████████ | ██████ | ■ | ■ | ■ | ■ | ■ |
| | ■ | | ██████████ | ███████ | ■ | ■ | ■ | ■ | ■ |
| **Total** | | | | | ■ | ■ | ■ | ■ | ■ |

## Timekeeper Summary

| Number | Name | Title | Office | Rate | Work Hours | Bill Hours | Work Amount | Write Up/Down | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00052 | Zachery Hullinger | Associate | 104 - Cincinnati | 315.00 | ■ | ■ | ■ | ■ | ■ |

432effa5-0a89-4329-953d-f3bd311c3aea

| Client: | Root, Inc. | | | | | | Printed: 05/11/2023 | | Page Number |
|---|---|---|---|---|---|---|---|---|---|
| Matter Number: | 081101-000006 | | | | | | Run Date: 05/11/2023 | | 9 of 11 |
| Matter Description: | Chief Marketing Officer Recovery | | | | | | Proforma Number: 343359 | | |

| Number | Name | Title | Office | Rate | Work Hours | Bill Hours | Work Amount | Write Up/Down | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00201 | Bailey P. Sanders | Associate - NT | 101 - Columbus | 285.00 | ██ | ██ | ██ | ██ | ██ |
| 00212 | Grace E. Saalman | Associate | 101 - Columbus | 290.00 | ██ | ██ | ██ | ██ | ██ |
| 03881 | Elizabeth S. Alexander | Associate | 101 - Columbus | 465.00 | ██ | ██ | ██ | ██ | ██ |
| 03910 | Thomas J. Loeb | Associate | 101 - Columbus | 355.00 | ██ | ██ | ██ | ██ | ██ |
| 04185 | Sean P. Matey | PG Professional | 104 - Cincinnati | 235.00 | ██ | ██ | ██ | ██ | ██ |
| 06360 | William D. Kloss Jr. | Partner | 101 - Columbus | 795.00 | ██ | ██ | ██ | ██ | ██ |
| 08243 | Robert N. Webner | Partner | 101 - Columbus | 835.00 | ██ | ██ | ██ | ██ | ██ |
| 08477 | Shelley T. Norvell | Paralegal | 101 - Columbus | 230.00 | ██ | ██ | ██ | ██ | ██ |
| **Total** | | | | | ██ | ██ | ██ | ██ | ██ |

## Hard Cost Detail

| Index | Status | Date | Voucher # | Cost Code | Timekeeper | Description | Amount | Paid |
|---|---|---|---|---|---|---|---|---|
| ██ | █ | ██ | █ | █ | ██ | ██ | ██ | █ |
| ██ | █ | ██ | █ | █ | ██ | ██ | ██ | █ |
| ██ | █ | ██ | █ | █ | ██ | ██ | ██ | █ |
| ██ | █ | ██ | █ | ██ | ██ | ██ | ██ | Y |
| **Total** | | | | | | | ██ | |

## Soft Cost Detail

| Index | Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **48** | | | | | |
| Elizabeth S. Alexander | | | | | |
| 10544143 | 05/08/2023 | Office Copying | ██ | ██ | ██ |
| 10544142 | 05/08/2023 | Office Copying Office Copying | ██ | ██ | ██ |
| 10544954 | 05/09/2023 | Office Copying Office Copying | ██ | ██ | ██ |
| **Subtotal** | | | | | ██ |

432effa5-0a89-4329-953d-f3bd311c3aea

| | | | | Page Number |
|---|---|---|---|---|
| **Client:** | **Root, Inc.** | **Printed:** 05/11/2023 | | |
| **Matter Number:** | **081101-000006** | **Run Date:** 05/11/2023 | | **10** of **11** |
| **Matter Description:** | **Chief Marketing Officer Recovery** | **Proforma Number:** 343359 | | |

**52**

Shelley T. Norvell

| | | | |
|---|---|---|---|
| 10542448 | 05/03/2023 | Postage Postage | |
| 10543513 | 05/05/2023 | Postage Postage | |
| 10543048 | 05/04/2023 | Postage Postage | |
| 10541943 | 05/02/2023 | Postage Postage | |
| 10544144 | 05/08/2023 | Postage Postage | |
| 10544145 | 05/08/2023 | Postage | |

**Subtotal**

**42**

Zachery Hullinger

| | | | |
|---|---|---|---|
| 10543046 | 05/02/2023 | Computer Research | |
| 10543045 | 05/02/2023 | Computer Research | |
| 10543047 | 05/02/2023 | Computer Research | |
| 10543511 | 05/03/2023 | Computer Research | |
| 10543512 | 05/03/2023 | Computer Research | |
| 10541398 | 04/27/2023 | Computer Research | |

**Subtotal**

Grace E. Saalman

| | | | |
|---|---|---|---|
| 10541942 | 04/30/2023 | Computer Research  Computer Research | |

**Subtotal**

**37**

Hannah E. Zacharias

| | | | |
|---|---|---|---|
| 10541941 | 05/02/2023 | Color Copies  Color Copies | |

**Subtotal**

**71**

Hannah E. Zacharias

| | | | |
|---|---|---|---|
| 10541944 | 05/02/2023 | Car Messenger  Car Messenger | |

**Subtotal**

**Total**

| | | | |
|---|---|---|---|
| **Client:** | **Root, Inc.** | **Printed:** 05/11/2023 | **Page Number** |
| **Matter Number:** | **081101-000006** | **Run Date:** 05/11/2023 | **11 of 11** |
| **Matter Description:** | **Chief Marketing Officer Recovery** | **Proforma Number: 343359** | |

## Cost Code Summary

| Code | Description | Amount |
|---|---|---|
| 48 | Office Copying | ■ |
| 55 | Outside Professional Services | ■ |
| 53 | Miscellaneous | ■ |
| 43 | Courier Service | ■ |
| 52 | Postage | ■ |
| 42 | Computer Research | ■ |
| 37 | Color Copies | ■ |
| 71 | Car Messenger | ■ |
| **Total** | | ■ |

## Billing & Payment History
(Includes all outstanding invoices and those invoices paid during the past 12 months.)

| Invoice Number | Invoice Date | Fees | Costs | Charges | Invoice Amount | Amount Paid | Last Pay Date | A/R Write-offs | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |
| **Total** | | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |

## Template Options

| Code | Option | Value |
|---|---|---|
| AP_00 | Address_Page | Do Not Print Address Page |
| CD_07 | INV_CD_Option | Description, Amount |

432effa5-0a89-4329-953d-f3bd311c3aea