# EXHIBIT A



Statement Period
**Mar 01 2023 - Mar 31 2023**

# Brinson Silver | Account 

**Address**


**Blue Ridge Bank**
17 West Main Street
Luray, VA, 22835
US

## Statement Summary

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 01 | **Opening Balance** | | | **109.62** |
| Mar 01 | Purchase from GOJEK \| Address: Jakarta, ID \| | 4.59 | | 105.03 |
| Mar 01 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 6.18 | | 98.85 |
| Mar 01 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 11.42 | | 87.43 |
| Mar 01 | PAYPAL*Silver Brinson, San Jose, CA, US \| | | 491.25 | 578.68 |
| Mar 01 | PAYPAL*Silver Brinson, San Jose, CA, US \| | | 491.25 | 1,069.93 |
| Mar 01 | PAYPAL*Silver Brinson, San Jose, CA, US \| | | 491.25 | 1,561.18 |
| Mar 01 | Interest February 2023 | | 0.60 | 1,561.78 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 01 | Purchase from MILK & MADU | Address: Badung (Kab), ID | ▇▇ | 33.62 | | 1,528.16 |
| Mar 01 | Purchase from W BALI SEMINYAK HO | Address: BADUNG, ID | ▇▇ | 685.76 | | 842.40 |
| Mar 01 | Purchase from W BALI SEMINYAK HO | Address: BADUNG, ID | ▇▇ | 427.90 | | 414.50 |
| Mar 01 | Withdraw at 22, JL.PETITENGET SEMINYAK | Address: BALI, ID | ▇▇ | 99.41 | | 315.09 |
| Mar 01 | Withdraw at 22, JL.PETITENGET SEMINYAK | Address: BALI, ID | ▇▇ | 99.41 | | 215.68 |
| Mar 01 | Withdraw at 22, JL.PETITENGET SEMINYAK | Address: BALI, ID | ▇▇ | 99.41 | | 116.27 |
| Mar 01 | PAYPAL*Silver Brinson, San Jose, CA, US | ▇▇ | | 453.92 | 570.19 |
| Mar 01 | Purchase from IDIGIC | Address: Dubai, NO | ▇▇ | 41.59 | | 528.60 |
| Mar 02 | Purchase from W BALI SEMINYAK HO | Address: BADUNG, ID | ▇▇ | 9.63 | | 518.97 |
| Mar 03 | Purchase from IDIGIC | Address: Dubai, NO | ▇▇ | 40.35 | | 478.62 |
| Mar 03 | Purchase from THE LOFT VILLAS | Address: DENPASAR, ID | ▇▇ | 251.85 | | 226.77 |
| Mar 03 | Purchase from GOJEK | Address: Jakarta, ID | ▇▇ | 16.77 | | 210.00 |
| Mar 03 | Purchase from Wise | Address: 188-89083833, NY, US | ▇▇ | 9.00 | | 201.00 |
| Mar 03 | Purchase from Wise | Address: 188-89083833, NY, US | ▇▇ | 5.07 | | 195.93 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 03 | Purchase from Wise \| Address: 188-89083833, NY, US \| ▇ | 20.27 | | 175.66 |
| Mar 03 | APPLE CASH, 1INFINITELOOP, CA, US \| ▇ | 20.00 | | 155.66 |
| Mar 03 | VENMO*, Visa Direct, NY, US \| ▇ | 30.00 | | 125.66 |
| Mar 04 | PAYPAL*Silver Brinson, San Jose, CA, US \| ▇ | | 331.83 | 457.49 |
| Mar 04 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 17.30 | | 440.19 |
| Mar 04 | APPLE CASH, 1INFINITELOOP, CA, US \| ▇ | 20.00 | | 420.19 |
| Mar 05 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 15.85 | | 404.34 |
| Mar 05 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 22.26 | | 382.08 |
| Mar 05 | Purchase from THE LOFT VILLAS \| Address: DENPASAR, ID \| ▇ | 251.00 | | 131.08 |
| Mar 06 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 6.17 | | 124.91 |
| Mar 06 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 14.53 | | 110.38 |
| Mar 06 | PAYPAL *laurie_m1010, Visa Direct, CA, US \| ▇ | 20.88 | | 89.50 |
| Mar 07 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 5.75 | | 83.75 |
| Mar 07 | Purchase from PAYPAL *APPLE.CO, PAYPAL *APPLE.CO \| Address: San Jose, CA, US \| ▇ | 12.98 | | 70.77 |
| Mar 07 | PAYPAL *laurie_m1010, Visa Direct, CA, US \| ▇ | 46.61 | | 24.16 |
| Mar 08 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 10.93 | | 13.23 |
| Mar 08 | PAYPAL*Silver Brinson, San Jose, CA, US \| ▇ | | 982.50 | 995.73 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 08 | Wire from BRINSON CALEB SILVER \| TRADE SETTLEMENT TODAY | | 152,190.47 | 153,186.20 |
| Mar 09 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 11.06 | | 153,175.14 |
| Mar 09 | Purchase from BLESSING COMPUTER \| Address: Denpasar (Kot, ID \| ▇ | 2,456.40 | | 150,718.74 |
| Mar 09 | Withdraw at ▇, PERTOKOAN TEUKU UMAR \| Address: DENPASAR, ID \| ▇ | 196.30 | | 150,522.44 |
| Mar 09 | Withdraw at ▇, PERTOKOAN TEUKU UMAR \| Address: DENPASAR, ID \| ▇ | 196.30 | | 150,326.14 |
| Mar 10 | Purchase from THE GOOD FIX \| Address: DENPASAR, ID \| ▇ | 22.91 | | 150,303.23 |
| Mar 10 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 12.46 | | 150,290.77 |
| Mar 10 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 10.18 | | 150,280.59 |
| Mar 10 | Purchase from SRIWIJAYA CAMERA \| Address: DENPASAR, ID \| ▇ | 1,701.55 | | 148,579.04 |
| Mar 10 | Withdraw at 00000000000, ARRIVALHALL KEJARDPS \| Address: DENPASAR FB, ID \| ▇ | 163.59 | | 148,415.45 |
| Mar 10 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 8.11 | | 148,407.34 |
| Mar 10 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 72.25 | | 148,335.09 |
| Mar 10 | Purchase from SBUX DT TEUKU UMAR/4E \| Address: DENPASAR, ID \| ▇ | 9.16 | | 148,325.93 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 10 | Purchase from SBUX DT TEUKU UMAR/4E \| Address: DENPASAR, ID \| | 4.78 | | 148,321.15 |
| Mar 10 | Purchase from THE LOFT VILLAS \| Address: DENPASAR, ID \| | 870.30 | | 147,450.85 |
| Mar 11 | Purchase from Hotel at Booking.com \| Address: Amsterdam, NL \| | 683.82 | | 146,767.03 |
| Mar 11 | APPLE CASH, 1INFINITELOOP, CA, US \| | 200.00 | | 146,567.03 |
| Mar 11 | Purchase from SR POLO BDR ARRIVAL \| Address: BADUNG, ID \| | 19.56 | | 146,547.47 |
| Mar 12 | Purchase from BUDI CHRISTINA SHOP HO \| Address: BADUNG, ID \| | 47.11 | | 146,500.36 |
| Mar 12 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 3.79 | | 146,496.57 |
| Mar 12 | Purchase from SAVAYA \| Address: BADUNG, ID \| | 1,185.81 | | 145,310.76 |
| Mar 12 | Purchase from BALANCE BIKINI HO \| Address: BADUNG, ID \| | 47.04 | | 145,263.72 |
| Mar 12 | Purchase from DAVID HANDMADE DESIGN-1 \| Address: BADUNG, ID \| | 26.92 | | 145,236.80 |
| Mar 12 | Purchase from FINN'S BEACH CLUB HO \| Address: BADUNG, ID \| | 202.54 | | 145,034.26 |
| Mar 12 | Purchase from GOJEK \| Address: Jakarta, ID \| | 4.47 | | 145,029.79 |
| Mar 12 | Purchase from GOJEK \| Address: Jakarta, ID \| | 3.79 | | 145,026.00 |
| Mar 13 | Purchase from IDIGIC \| Address: Dubai, NO \| | 17.98 | | 145,008.02 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 13 | Withdraw at BANK NEGARA IND, BILLABONG CRM \| Address: DENPASAR, ID \| | 78.40 | | 144,929.62 |
| Mar 13 | Withdraw at BANK NEGARA IND, BILLABONG CRM \| Address: DENPASAR, ID \| | 130.66 | | 144,798.96 |
| Mar 13 | Reversal for transaction \| | | 129.37 | 144,928.33 |
| Mar 13 | Withdraw at BANK NEGARA IND, BILLABONG CRM \| Address: DENPASAR, ID \| | 65.34 | | 144,862.99 |
| Mar 13 | Withdraw at BANK NEGARA IND, BILLABONG CRM \| Address: DENPASAR, ID \| | 78.40 | | 144,784.59 |
| Mar 13 | Reversal for transaction \| | | 77.62 | 144,862.21 |
| Mar 13 | PAYPAL *amyleepalmer, Visa Direct, CA, US \| | 416.88 | | 144,445.33 |
| Mar 13 | Purchase from Amazon web services \| Address: aws.amazon.co, WA, US \| | 476.71 | | 143,968.62 |
| Mar 13 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| | 16.53 | | 143,952.09 |
| Mar 13 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| | 4.86 | | 143,947.23 |
| Mar 13 | Purchase from PAYPAL *ROSANELLY \| Address: 402-935-7733, CA, US \| | 500.00 | | 143,447.23 |
| Mar 14 | Purchase from FINNS BEACH CLUB \| Address: Badung, ID \| | 384.49 | | 143,062.74 |
| Mar 14 | Purchase from KRISTINA ECHO BEACH \| Address: Badung, ID \| | 17.31 | | 143,045.43 |
| Mar 14 | Purchase from Amazon web services \| Address: aws.amazon.co, WA, US \| | 507.48 | | 142,537.95 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 14 | Purchase from FINNS BEACH CLUB \| Address: BADUNG KAB., ID \| ▇▇▇ | 11.53 | | 142,526.42 |
| Mar 14 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇▇▇ | 14.37 | | 142,512.05 |
| Mar 14 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇▇▇ | 20.81 | | 142,491.24 |
| Mar 14 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇▇▇ | 13.85 | | 142,477.39 |
| Mar 14 | Purchase from MINIMART SK9 \| Address: BADUNG, ID \| ▇▇▇ | 89.67 | | 142,387.72 |
| Mar 15 | Purchase from KRISTINA ECHO BEACH \| Address: Badung, ID \| ▇▇▇ | 30.84 | | 142,356.88 |
| Mar 15 | Purchase from CV OAKTREE PRODUCT \| Address: Badung, ID \| ▇▇▇ | 65.41 | | 142,291.47 |
| Mar 15 | PAYPAL *aimlesslee2, Visa Direct, CA, US \| ▇▇▇ | 411.90 | | 141,879.57 |
| Mar 15 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇▇▇ | 29.29 | | 141,850.28 |
| Mar 15 | Purchase from BALANCE BIKINI HO \| Address: BADUNG, ID \| ▇▇▇ | 94.61 | | 141,755.67 |
| Mar 15 | Purchase from ALFAMRT Q433 CANGI \| Address: GIANYAR, ID \| ▇▇▇ | 12.98 | | 141,742.69 |
| Mar 15 | Purchase from KONG RESTAURANT HO \| Address: BADUNG, ID \| ▇▇▇ | 175.18 | | 141,567.51 |
| Mar 15 | Purchase from MELOWEAR.SHORTCUT \| Address: BADUNG, ID \| ▇▇▇ | 40.15 | | 141,527.36 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 15 | Purchase from MELOWEAR.SHORTCUT \| Address: BADUNG, ID \| | 33.46 | | 141,493.90 |
| Mar 15 | Purchase from DAVID HANDMADE DESIGN-1 \| Address: BADUNG, ID \| | 33.78 | | 141,460.12 |
| Mar 15 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| | 15.82 | | 141,444.30 |
| Mar 16 | Purchase from COCO EXPRESS BATU MEJAN \| Address: BALI, ID \| | 1.25 | | 141,443.05 |
| Mar 16 | Purchase from ELITE FIT BALI HO \| Address: BADUNG, ID \| | 98.53 | | 141,344.52 |
| Mar 16 | Purchase from IDIGIC \| Address: Dubai, NO \| | 55.47 | | 141,289.05 |
| Mar 16 | Purchase from IDIGIC \| Address: Dubai, NO \| | 55.47 | | 141,233.58 |
| Mar 17 | Purchase from BRUNCH CLUB BALI \| Address: BADUNG, ID \| | 34.29 | | 141,199.29 |
| Mar 17 | Purchase from IDIGIC \| Address: Dubai, NO \| | 17.98 | | 141,181.31 |
| Mar 17 | Purchase from IDIGIC \| Address: Dubai, NO \| | 97.14 | | 141,084.17 |
| Mar 17 | Withdraw at BANK CENTRAL AS, CK BATU BELIG II \| Address: KUTA, ID \| | 65.55 | | 141,018.62 |
| Mar 17 | Withdraw at BANK CENTRAL AS, CK BATU BELIG II \| Address: KUTA, ID \| | 131.10 | | 140,887.52 |
| Mar 17 | Withdraw at BANK CENTRAL AS, CK BATU BELIG II \| Address: KUTA, ID \| | 131.10 | | 140,756.42 |
| Mar 17 | Purchase from GOJEK \| Address: Jakarta, ID \| | 14.11 | | 140,742.31 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 17 | Purchase from SILOAM INT HOSPITAL-BAL \| Address: BALI, ID \| ▇ | 117.55 | | 140,624.76 |
| Mar 17 | Purchase from HTTPS LIKES IO \| Address: FUJAIRAH, AE \| ▇ | 282.79 | | 140,341.97 |
| Mar 17 | Purchase from IDIGIC \| Address: Dubai, NO \| ▇ | 70.65 | | 140,271.32 |
| Mar 18 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 15.77 | | 140,255.55 |
| Mar 18 | Purchase from THE LOFT VILLAS \| Address: DENPASAR, ID \| ▇ | 249.09 | | 140,006.46 |
| Mar 18 | Purchase from ALILA VILLAS ULUWATU HO \| Address: KARANGASEM, ID \| ▇ | 218.51 | | 139,787.95 |
| Mar 19 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 2.54 | | 139,785.41 |
| Mar 20 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 6.51 | | 139,778.90 |
| Mar 20 | Purchase from GOJEK \| Address: Jakarta, ID \| ▇ | 8.72 | | 139,770.18 |
| Mar 20 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| ▇ | 20.38 | | 139,749.80 |
| Mar 20 | Purchase from MYSTERY INK BALI HO \| Address: BADUNG, ID \| ▇ | 521.53 | | 139,228.27 |
| Mar 20 | Purchase from THINK AND GROW RICH - \| Address: WWW.THINKANDG, CA, US \| ▇ | 37.00 | | 139,191.27 |
| Mar 20 | PAYPAL *nedalitaqq, Visa Direct, CA, US \| ▇ | 2,063.38 | | 137,127.89 |
| Mar 20 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| ▇ | 13.18 | | 137,114.71 |
| Mar 20 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| ▇ | 10.16 | | 137,104.55 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 20 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| | 8.98 | | 137,095.57 |
| Mar 21 | Purchase from GOJEK \| Address: Jakarta, ID \| | 0.82 | | 137,094.75 |
| Mar 21 | Purchase from GOJEK \| Address: Jakarta, ID \| | 15.88 | | 137,078.87 |
| Mar 21 | Purchase from THE LOFT VILLAS \| Address: DENPASAR, ID \| | 355.11 | | 136,723.76 |
| Mar 21 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 12.33 | | 136,711.43 |
| Mar 21 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 2.01 | | 136,709.42 |
| Mar 21 | Purchase from MYSTERY INK BALI HO \| Address: BADUNG, ID \| | 521.53 | | 136,187.89 |
| Mar 21 | Purchase from HIDEAWAY VILLAS - ULUWA \| Address: Badung (Kab), ID \| | 136.75 | | 136,051.14 |
| Mar 22 | Purchase from THE LOFT VILLAS \| Address: DENPASAR, ID \| | 591.72 | | 135,459.42 |
| Mar 22 | Purchase from GOJEK \| Address: JAKARTA SLT, ID \| | 26.80 | | 135,432.62 |
| Mar 22 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 1,581.21 | | 133,851.41 |
| Mar 22 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 131.49 | | 133,719.92 |
| Mar 22 | Purchase from TRANSMART IMAM BONJOL B \| Address: DENPASAR, ID \| | 693.63 | | 133,026.29 |
| Mar 22 | Purchase from IDIGIC \| Address: Dubai, NO \| | 40.35 | | 132,985.94 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 22 | Purchase from IDIGIC \| Address: Dubai, NO \| | 41.59 | | 132,944.35 |
| Mar 22 | Purchase from IDIGIC \| Address: Dubai, NO \| | 25.20 | | 132,919.15 |
| Mar 22 | Purchase from IDIGIC \| Address: Dubai, NO \| | 17.98 | | 132,901.17 |
| Mar 23 | Purchase from IDIGIC \| Address: Dubai, NO \| | 17.98 | | 132,883.19 |
| Mar 23 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 319.85 | | 132,563.34 |
| Mar 23 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 700.07 | | 131,863.27 |
| Mar 23 | Withdraw at BANK CENTRAL AS, CK PECATU PIG SWELL \| Address: BADUNG, ID \| | 131.67 | | 131,731.60 |
| Mar 23 | Withdraw at BANK CENTRAL AS, CK PECATU PIG SWELL \| Address: BADUNG, ID \| | 131.67 | | 131,599.93 |
| Mar 23 | Withdraw at BANK CENTRAL AS, CK PECATU PIG SWELL \| Address: BADUNG, ID \| | 131.67 | | 131,468.26 |
| Mar 24 | Purchase from MYSTERY INK BALI HO \| Address: BADUNG, ID \| | 33.91 | | 131,434.35 |
| Mar 24 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 18.73 | | 131,415.62 |
| Mar 24 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 120.29 | | 131,295.33 |
| Mar 24 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 26.29 | | 131,269.04 |
| Mar 24 | Purchase from BGS BALI DREAMLAND HO \| Address: BADUNG, ID \| | 12.84 | | 131,256.20 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 24 | Purchase from BGS BALI DREAMLAND HO \| Address: BADUNG, ID \| | 2.30 | | 131,253.90 |
| Mar 24 | Purchase from WATCH CLUB TRANS STUDIO \| Address: DENPASAR, ID \| | 283.03 | | 130,970.87 |
| Mar 24 | Purchase from GOJEK \| Address: DKI Jakarta, ID \| | 19.02 | | 130,951.85 |
| Mar 24 | Purchase from THE APURVA KEMPINSKI HO \| Address: BADUNG, ID \| | 503.72 | | 130,448.13 |
| Mar 31 | Closed Account \| Check Issued | 130,448.13 | | 0.00 |
| Mar 31 | **Closing Balance** | | | **0.00** |

## Fees Summary

| TYPE | TOTAL FOR THIS PERIOD |
|---|---|
| Fees | 0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transactions, call (833) 333-0417 or send an email at support@grind24.com if you think your statement or receipt is wrong or if you need more information about a transaction listed in the statement or receipt.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

You will need to provide us:

  a. Your name, account number and/or 16-digit Card number
  b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
  c. Include the dollar amount of the suspected error.

If you provide this information verbally, we may require that you send your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty- five (45) days to investigate your complaint or question. If we decide to do this, we will credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes to complete the investigation. If we ask you to put your complaint or question in writing and you do not provide it within ten (10) business days, we may not credit your Account.

For errors involving a new Account, POS transactions or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your Account for the amount you think is in error. We will notify you with the results within three (3) business days after completing the investigation. If we decide that there was no error, we will send you a written explanation. You may request copies of the documentation used in the investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is incorrect, or if you need more information about a transaction on your statement, notify us immediately.

We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but doing so will not preserve your rights.

You will need to provide us:

    a. Your name, account number and/or 16-digit Card number
    b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
    c. Include the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts of you bill that are not in question. While we investigate your inquiry we cannot report you as delinquent or take any action to collect the amount in question.