# EXHIBIT B

| SAmount US | Control Number | Type | Affinity SId | SName | Send Agent | SPhone | Send Date | Send Time | SId Number2 | SDOB | SId Type | SId Number | SId Location | SCredit Card |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000.00 | | N | 0 | BRINSON SILVER | AKC427982 | | 3/17/2023 | 06:58:00 | | | 2 | | UNITED STATES | |

| SIP Number | SAddress | SCity | SState | SZip | SCountry | SCurrency | SAmount LOC | Send NetId | SOccupation | Affinity PId | PName | Pay Agent | PPhone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | █ | █ | US | USD | 5000.00 | 7475 000 | OFFICE PROFESSIONAL | 0 | **LIUDMYLA TOVSTONOS** | AUA360032 | |

| Pay Date | Pay Time | PId Number2 | PDOB | PId Type | PId Number | PId Location | PAddress | PCity | PState | PZip | PCountry | Pay NetId | POccupation | PAmount US | PCurrency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2023 | 05:15:00 | | | A | ▮ | UKRAINE | | | | | UA | UA 999 | | 4974.99 | UAH |

Classification: Western Union Restricted

1110792-RESULTS.xlsx page 3

| PAmount LOC | SProduct Code | SQuestion | SAnswer | SPhone2 | Company Code | SEMail | PEMail | Request ID |
|---|---|---|---|---|---|---|---|---|
| 181928.50 | FTUSII | | | | WU | | | 1110792 |