CFN: 20230231536 BOOK 33654 PAGE 2196
DATE:04/07/2023 06:08:06 AM
LUIS G. MONTALDO, CLERK AD INTERIM
MIAMI-DADE COUNTY, FL

**THIS INSTRUMENT PREPARED BY:**

**Champions Funding, LLC**
365 E. Germann Road, Suite 140
Gilbert, Arizona 85297

**WHEN RECORDED, RETURN TO:**

Miami 555, LLC
1688 Meridian Ave, 7th floor
Miami Beach, FL 33139

Loan No. 12022050093
MIN 101633800000008239
MERS Tel: (888) 679-MERS
Property ID No.: 11-3205-001-0590

## ASSIGNMENT OF MORTGAGE

For value received, Champions Funding, LLC, having an address at 365 E. Germann Road, Suite 140, Gilbert, Arizona 85297 ("Assignor"), hereby grants, assigns and transfers to Miami 555 LLC, having an address of 1688 Meridian Ave, 7th floor, Miami Beach, FL 33139 ("Assignee"), all of the undersigned's rights, title and interest in and to that certain Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, together with that certain Secured Note in the amount of $2,275,000.00, each dated June 24, 2022, executed by Eclipse Home Design LLC, a Delaware limited liability company ("Borrower"), in favor of Champions Funding, LLC, which was recorded on June 27, 2022, as Instrument Number 20220515421 in the Recorder's Office of the County of Miami-Dade, State of Florida (the "Mortgage"), against:

The real property located in the City of Miami Shores, County of Miami-Dade, State of Florida, described as follows:

SEE EXHIBIT "A," ATTACHED HERETO AND MADE A PART HEREOF,

commonly known as 9125 N Bayshore Dr, Miami Shores, Florida 33138 (the "Mortgaged Property");

Together with all of Assignor's rights, title and interest in and to the Secured Note therein described or referred to, the money due and to become due with interest, and all rights to accrue under said Mortgage, and all Loan Documents (as defined in the Loan Agreement) executed concurrently therewith.

The undersigned Assignor has independently and contemporaneously executed that certain Allonge to Secured Note assigning and transferring to Assignee, all of the Assignor's right, title and interest in and to the Secured Note which is secured by the Mortgage.

[SIGNATURES FOLLOW]

© 2007 Geraci Law Firm; All Rights Reserved.     v171
Assignment of Mortgage | Loan No. 12022050093

Dated: 3-22-23

ASSIGNOR:

**CHAMPIONS FUNDING, LLC**

By: _____
Name: Natalie Verrette
Title: President

WITNESSES:

_____
Print: Summer Herth

_____
Print: Lauren Cushing

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Mortgage | Loan No. 12022050093

v171

STATE OF ~~FLORIDA~~ Arizona
COUNTY OF Maricopa :

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 3/22/2023 by Natalie Verrette , of Champions Funding, LLC ,
(date)  (name of member, manager, officer or agent)  (name of company)
a Arizona. limited liability company, on behalf of the company, who is personally known to
(state or place of formation)
To me or has produced FL Drivers License. as identification.
(type of identification)

_____
(Signature of person taking acknowledgment)

Angella Holmes
(Name typed, printed or stamped)

Notary
(Title or rank)

[Notary Seal]

ANGELLA HOLMES
Notary Public - Arizona
Maricopa Co. / #589323
Expires 10/15/2024

_____
(Serial number, if any)

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Mortgage | Loan No. 12022050093

v171

# Exhibit "A"

## Legal Description of Property

© 2007 Geraci Law Firm; All Rights Reserved.
Assignment of Mortgage | Loan No. 12022050093

v171