Filing # 170760441 E-Filed 04/11/2023 02:33:42 PM

Case: 2:23-cv-00512-SDM-EPD Doc #: 95-3 Filed: 05/11/23 Page: 1 of 2 PAGEID #: 877

CFN: 20230242316 BOOK 33660 PAGE 4661
DATE:04/12/2023 08:26:56 AM
LUIS G. MONTALDO, CLERK AD INTERIM
MIAMI-DADE COUNTY, FL

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

MIAMI 555 LLC, a Florida limited liability company,

    Plaintiff,

v.

ECLIPSE HOME DESIGN LLC, a Delaware limited liability company; JOHN DOE and JANE DOE, as Unknown Tenants; and any unknown heirs, devisees, grantees, creditors, and other unknown persons, unknown entities, unknown parties or unknown spouses claiming by, through or under any of the above-named Defendants,

    Defendants.

_____/

## NOTICE OF LIS PENDENS

TO:   ECLIPSE HOME DESIGN LLC; JOHN DOE and JANE DOE, AS UNKNOWN TENANTS, AND ALL OTHERS WHOM IT MAY CONCERN:

**YOU ARE NOTIFIED** of the filing of a Complaint in the above-action by Plaintiff, MIAMI 555, LLC, involving the following described real property owned by ECLIPSE HOME DESIGN LLC:

> Lot "C" less the West 25 feet thereof and less the South 12.5 feet thereof of WATERSEDGE, in Plat Book 9, Page 141, of the Public Records of Miami-Dade County, Florida

Dated: April 11, 2023

                                      **KOPELOWITZ OSTROW**
                                      **Ferguson Weiselberg Gilbert**
                                      *Attorneys for Plaintiff*
                                      One West Las Olas Blvd., Suite 500
                                      Fort Lauderdale, FL 33301
                                      Telephone: (954) 525-4100
                                      Facsimile: (954) 525-4300

                                      By: /s/Marni L. Avidon
                                      MARNI L. AVIDON
                                      Fla. Bar No.: 67895
                                      avidon@kolawyers.com