**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | |
| | : | Case No. 2:23-cv-512 |
| Plaintiffs, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

This matter is before the Court on the Oral Motion for a Finding Regarding the Nexus Between the Agreed Preliminary Injunction and Real Estate by Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC's (collectively, "Plaintiffs" or "Root"). For good cause shown, Root's Motion is **GRANTED**. The Court **ORDERS** as follows:

There is a fair nexus between the legal or equitable ownership of the Properties and the Agreed Preliminary Injunction. *Lis pendens* notice to third-parties is warranted here.

**IT IS SO ORDERED.**

Date: _____

                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**