United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Root, Inc. et al

-vs-                                             Case No. 2:23-CV-512

Silver, et al

## HEARING ON MOTION

| U.S. District Judge Sarah D. Morrison | | Date: 5/12/2023 at 3:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Plaintiff: | Bill Kloss, Liz Alexander, Tiffany Cobb |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Defendant Brinson Silver appeared pro se.

The Court appointed a receiver, Itsvan Gajary to begin immediately.

The Receiver met with the Defendant during a Court imposed recess.

The Receiver orally moved to set up an escrow account for the proceeds of Miami Property 1.

The Court orally granted the Motion.

The Court will issue a written order memorializing outcome of the hearing in due course.