# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | |
| | : | Case No. 2:23-cv-512 |
| Plaintiffs, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **Silver,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Oral Motion for a Finding Regarding the Nexus Between the Agreed Preliminary Injunction and Real Estate by Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC's (collectively, "Root"). That motion was granted at the May 12, 2023 hearing and is memorialized in this Order. For good cause shown, Root's Motion is **GRANTED**. The Court **FINDS** the following:

> There is a fair nexus between the legal or equitable ownership of the Properties and the Agreed Preliminary Injunction. *Lis pendens* notice to third-parties is warranted here.

**IT IS SO ORDERED.**

Date: May 12, 2023

_s/Sarah D. Morrison_____
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**