UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

        Plaintiffs,

    v.

BRINSON CALEB SILVER, *et al.*,

        Defendants.

Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

The Court previously set this matter for a hearing on Plaintiffs' Motion for Contempt and for Appointment of a Receiver (ECF Nos. 74, 79, 92, 93) to take place on May 12, 2023. (ECF No. 86.) The hearing went forward as scheduled. This Order memorializes certain rulings made therein.

To the extent Plaintiffs seek to appoint a receiver, the Motion is **GRANTED**. The Court **APPOINTS** Jerry E. Peer, Jr., of Peterson Conners LLP as the receiver of a) all monetary and real property assets in the possession, custody, or control of Defendant Brinson Caleb Silver; and b) all monetary and real property assets of Defendant Collateral Damage, LLC and Eclipse Home Design, LLC, including, but not limited to, the Properties as defined in the Preliminary Injunction. Mr. Silver is **ORDERED** to contact the receiver before making any expenditures that might reasonably be deemed outside of "day-to-day living."

The Court's reasons, and the terms of the receivership, shall be provided in a forthcoming written Opinion and Order.

        **IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        **SARAH D. MORRISON**
        **UNITED STATES DISTRICT JUDGE**