UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROOT, INC., et al., | : |
|     *Plaintiffs*, | : Case No. 2:23-cv-512 |
| vs. | : Judge Sarah D. Morrison |
| | : Magistrate Judge Chelsey M. Vascura |
| BRINSON CALEB SILVER. et al., | : |
|     *Defendants.* | : |

### RECEIVER'S OATH AND UNDERTAKING

**KNOW ALL MEN BY THESE PRESENTS**, that I, Jerry E. Peer, Jr. (the "Receiver"), an Ohio resident, after being duly sworn, hereby swear to perform the duties as Receiver faithfully. The condition of this obligation is such, that, whereas pursuant to that certain *Order Appointing Receiver* (ECF No. 101, the "Order") entered herein on May 17, 2023, by the United States District Court for the Southern District of Ohio, Eastern Division, in the above-captioned matter, the Receiver was appointed receiver for the Receivership Defendants, as defined in the Order, and the Receiver has accepted his duties and obligations as Receiver in accordance with the terms of the Order.

**NOW, THEREFORE**, Receiver acknowledges that he and his agents and representatives shall obey the Order and any subsequent orders, if any, of the Court relating to the receivership, act in conformity with applicable law and the Local Rules of this Court, deposit all funds coming into its hands into a separate trust

account for the estate, with full contemporaneous record-keeping for all funds; avoid any conflict of interest; not directly or indirectly pay or accept anything of value that has not been fully and timely disclosed and formally approved by the Court; not directly or indirectly purchase, acquire, or accept any interest in property, managed, appraised, or sold through the receivership, and otherwise act in the best interests of the estate, and shall in all respects faithfully perform all of his official duties as the Receiver.

Additionally, contemporaneously with the filing of this Oath, Receiver hereby deposits his bond, in the amount of $100.00, with the Clerk of Court.

Executed as of the date set forth below.

Receiver:

_____  5/18/23
Signature                         Date
Jerry E. Peer, Jr.

STATE OF OHIO          }
                       }  ss:
COUNTY OF FRANKLIN     }

Sworn to and subscribed by Jerry E. Peer, Jr., in my presence this 18th day of May, 2023.

CATHERINE J SCHWARTZ
Notary Public
In and for the State of Ohio
My Commission Expires
October 24, 2023

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 18th day of May 2023 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and by electronic mail to the following:

Brinson Caleb Silver
2543 Walnut Ave.
Venice, CA 90291
brinsonsilver@gmail.com

Brinson Caleb Silver
6311 Summertime Lane
Culver City, CA 90230

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, DE 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

                                                  /s/ Jerry E. Peer, Jr.
                                                  Jerry E. Peer, Jr. (0075128)