IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Root Inc, et al.**

**NOTICE**

    vs.                                      Case No. 2:23-cv-512
                                              JUDGE SARAH D. MORRISON

**Silver, et al.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:    United States District Court            **Telephone Status Conference**
              Joseph P. Kinneary U.S. Courthouse     **Dial in information**
                                                               **will be emailed**
            85 Marconi Boulevard                    **May 26, 2023 at 10:00 a.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE:    May 24, 2023

                                                          s/ Maria Rossi Cook
                                              (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF