**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROOT, INC., *et al*., | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**AGREED MOTION FOR EXTENSION OF TIME TO OPPOSE**
**MOTION TO DISMISS (ECF NO. 94)**

Plaintiffs, Root, Inc., Caret Holdings, Inc. and Root Insurance Agency, LLC (collectively "Root") respectfully move this Court for a fourteen (14) day extension of time to file an opposition to the Motion to Dismiss (ECF No. 94) filed by Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC (collectively, the "Quantasy Defendants"). Root's opposition is currently due June 1, 2023. The requested extension would move the due date to June 15, 2023. No other extension has been granted to Root. This request is not for the purposes of delay, but so that Root may have adequate time to fully brief the issues raised in the Quantasy Defendants' fifty-four (54) page Motion. Counsel for Root and Counsel for the Quantasy Defendants have conferred regarding this Motion. The Quantasy Defendants do not object and agree to the requested extension of time.

Accordingly, Root and the Quantasy Defendants move for an extension until June 15, 2023 to file a response to the Quantasy Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ William D. Kloss, Jr.

William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  614. 464.6360
Facsimile:  614.719.4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher
(Admitted *Pro Hac Vice*)
Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone:  312.881.6500
Facsimile:  312.881.6598
mkutcher@cooley.com

Kristine A. Forderer
(Admitted *Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone:  415.693.2128
kforderer@cooley.com
*Counsel for Plaintiffs*

/s/ Matthew D. Ridings per authority

Matthew D. Ridings, Trial Attorney (0079402)
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
Matt.Ridings@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 1001
Telephone:  212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

Brinson Caleb Silver
2543 Walnut Avenue
Venice Beach, CA 90291

                                       */s/ William D. Kloss, Jr*
                                       William D. Kloss, Jr.

                                       *Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al*., | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### [PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS (ECF NO. 94)

This matter is before the Court on Plaintiffs' Agreed Motion for Extension of Time to Oppose Motion to Dismiss (ECF No. 94). For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiffs shall file their opposition to Defendants William Campbell and Quantasy & Associates, LLC's Motion to Dismiss by June 15, 2023.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**