UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs,

v.                                 Civil Action 2:23-cv-512
                                      Judge Sarah D. Morrison
                                      Magistrate Judge Chelsey M. Vascura

BRINSON CALEB SILVER, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Amended Agreed Motion for Extension of Time to Oppose Motion to Dismiss (ECF No. 106). For good cause shown, Plaintiffs' Motion is **GRANTED**. Plaintiffs shall file their opposition to Defendants William Campbell and Quantasy & Associates, LLC's Motion to Dismiss by **June 15, 2023**. Plaintiff's original Agreed Motion for Extension of Time to Oppose Motion to Dismiss (ECF No. 105) is **DENIED AS MOOT**.

    IT IS SO ORDERED.

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE