United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Root, Inc. et al

-vs-                                                          Case No. 2:23-CV-512

Silver, et al

Telephone Status Conference

| U.S. District Judge Sarah D. Morrison | | Date: 5/26/2023 at 3:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Plaintiff: | Bill Kloss, Liz Alexander, Grace Saalman |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Brinson Silver: Pro Se<br>William Campbell: Josh Epstein, Matt Ridings |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

On behalf of the Receiver: Itsvan Gajary, Jerry Peer, and Gregory Peterson.

The Receiver, counsel for the Plaintiff, counsel for William Campbell, and Brinson Silver discussed the case with the Court.

The Court will issue a written order memorializing outcome of the hearing by close of business 5/26/2023.