UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs,

v.

BRINSON CALEB SILVER, *et al.*,

    Defendants.

:

:

Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

During a hearing on May 12, 2023, the Court granted Root's motion for appointment of a receiver to ensure Mr. Silver's compliance with the Agreed Preliminary Injunction. (ECF Nos. 99, 101.) Two weeks on, the parties came before the Court for a telephone conference on the status of the Receiver's work. (ECF Nos. 104, 108.) This Order memorializes four rulings made during that conference:

<u>First</u>: In its May 12 Order, the Court granted Brennan, Manna & Diamond's motion to withdraw from representation of Mr. Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC. (ECF No. 96.) During the May 26 conference, Mr. Silver announced his intention to hire Flannery Georgalis LLC to represent him and the two entities. To the extent the firm desires to undertake such representation, Flannery Georgalis is **DIRECTED** to file a motion requesting that the Court permit payment of legal fees. Any such motion must include proposed payment terms.

Second: In its May 19 Order Appointing Receiver, the Court ordered Mr. Silver to turn over to the Receiver (i) any and all Books and Records, and (ii) all sums in existence that are related or pertain to, or are derived from the Property. (ECF No. 101, ¶¶ 6–7.) The Receiver is **ORDERED** to provide an updated list of outstanding information requests to Mr. Silver before **close of business today**. Mr. Silver is **ORDERED** to respond in full by **close of business on Tuesday, May 30, 2023**.

Third: In its May 9 Omnibus Order, the Court ordered Mr. Silver to disclose to Root all of his bank accounts and non-banked assets. (ECF No. 86, p. 5.) Root represented during the May 26 conference that responses to its discovery requests propounded upon Mr. Silver were due on May 16. Mr. Silver made an oral motion for an extension of time to comply with the Omnibus Order and respond to Root's discovery requests. Mr. Silver's oral motion was **GRANTED**. Mr. Silver is **ORDERED** to comply with the above-cited provision of the Omnibus Order, and to respond to Root's discovery requests, on or before **Friday, June 2, 2023**.

Fourth: The Receiver and Root are **ORDERED** to advise the Court of Mr. Silver's compliance, or lack thereof, with the deadlines established herein.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**