

5576 ALEXANDERS LAKE
STOCKBRIDGE, GA 30281
UNITED STATES US

BILL CREDIT CARD

TO **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**85 MARCONI BLVD**

**COLUMBUS OH 43215**
(614) 719-3070    REF:
INV:
PO:                DEPT:



FedEx Express

E

REL# 3785346

TRK# 3988 6088 6193
0201

TUE – 30 MAY 10:30A
PRIORITY OVERNIGHT

**XN GQQA**      43215
                 OH-US  LCK

RT 708   1  10:30  E
FZ 705          6193
                05.30