IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROOT, INC., et al.** | |
| *Plaintiffs,* | Case No. 2:23-cv-00512 |
| v. | Judge Sarah D. Morrison |
| **BRINSON CALEB SILVER, et al.,** | Magistrate Judge Chelsea M. Vascura |
| *Defendants.* | |

### NOTICE OF APPEARANCE OF TRIAL COUNSEL

Undersigned counsel, Matthew L. Jalandoni and W. Benjamin Reese, hereby enter a Notice of Appearance as trial counsel on behalf of Defendants, Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC, in the above-captioned case.[1]  Please add Matthew L. Jalandoni and W. Benjamin Reese to the docket as counsel of record for these defendants.  Please forward all Court notifications, correspondence, and pleadings to the address listed below.

---

[1] As the Court invited in its May 26 Order, Mr. Silver, Eclipse Home Design, and Collateral intend to file a motion in the coming days seeking permission for the Receiver to pay or authorize Mr. Silver to pay his attorney's fees from assets subject to this Court's earlier asset-freeze injunction and receivership order. Counsel's ability to remain in this case is contingent on the Court authorizing payment of their reasonable legal fees by the Receiver.

Respectfully submitted,

*/s/ Matthew L. Jalandoni*
Matthew L. Jalandoni (OH: 0087074)
(Trial Attorney)
W. Benjamin Reese (OH: 0096108)
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 1060
Columbus, OH 43215
Jalandoni Tel/Fax: (380) 444-6027
Reese Tel/Fax: (216) 230-9041
mjalandoni@flannerygeorgalis.com
breese@flannerygeorgalis.com

*Counsel for Defendants, Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the represented parties by operation of the Court's electronic filing system. Notice of this filing will be sent to all other parties not represented by counsel via regular U.S. Mail.

/s/ *Matthew L. Jalandoni*
Matthew L. Jalandoni

*Counsel for Defendants, Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC*

2