IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., et al.

    *Plaintiffs,*

v.

BRINSON CALEB SILVER, et al.,

    *Defendants.*

Case No. 2:23-cv-00512

Judge Sarah D. Morrison

Magistrate Judge Chelsea M. Vascura

## [PROPOSED] ORDER

This matter is before the Court on Defendants Brinson Caleb Silver; Collateral Damage, LLC; and Eclipse Home Design, LLC's (together, the "Silver Defendants") Unopposed Motion for Extension of Time to Move or Plead and to Respond to Pending Discovery Requests.

Having reviewed the pleadings and record, and for good cause shown, the Silver Defendants' Motion for Extension of Time is **GRANTED**. The Silver Defendants shall have up to and including June 16, 2023, to answer, move, or otherwise respond to Plaintiffs' Amended Complaint and have up to and including June 16, 2023, to respond to Plaintiffs' pending discovery requests.

    **SO ORDERED:**

_____
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE