# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC.** *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| v. | ) | Magistrate Judge Chelsey M. Vascura |
| | ) | |
| Brinson Caleb "BC" **SILVER**, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel, GREGORY S. PETERSON, JERRY E. PEER, JR., ISTVAN GAJARY of PETERSON CONNERS LLP, hereby enter their appearance as counsel of record for Receiver, Jerry E. Peer, Jr., in the above referenced case. All copies of pertinent documents, pleadings and correspondence should be forwarded to the undersigned at the address listed below.

Respectfully submitted,

PETERSON CONNERS LLP

 /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
JERRY E. PEER, JR. (0075128)
ISTVAN GAJARY (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: 614.365.7000
Facsimile: 614.220.0197
gpeterson@petersonconners.com
jpeer@petersonconners.com
igajary@petersonconners.com

*Counsel for Receiver, Jerry E. Peer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2023, a true and accurate copy of the foregoing *Notice of Appearance* was filed electronically using the Court's ECF system (which will electronically serve all represented parties) and mailed via certified mail to Paige McDaniel.

WILLIAM D. KLOSS, JR.
ELIZABETH S. ALEXANDER
GRACE E. SAALMAN
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  614.464.6360
Facsimile:  614.719..4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com
*Counsel for Plaintiffs*

MATTHEW L. JALANDONI
W. BENJAMIN REESE
FLANNERY GEORGALIS, LLC
175 S. Third Street, Suite 1060
Columbus, Ohio 43215
Telephone:  380.444.6027
Facsimile:  216.230.9041
mjalandoni@flannerygeorgalis.com
breese@flannerygeorgalis.com
*Counsel for Defendants, Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC*

MATTHEW D. RIDINGS
JAMAR T. KING
THOMPSON HINE LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
matt.ridings@thompsonhine.com
jamar.king@thompsonhine.com
*Counsel for Defendants, Quantasy & Associates, LLC and William Campbell*

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, Georgia 30281

    /s/ Istvan Gajary
ISTVAN GAJARY  (0089084)