# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROOT, INC.**, *et al.*,

    **Plaintiffs,**

v.

**BRINSON CALEB SILVER**, *et al.*,

    **Defendants.**

:
:
:

**Case No. 2:23-cv-512**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On June 2, 2023, Defendants Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC (together, the "Silver Defendants") filed a Motion to Modify Injunction and Receivership Orders to Permit Payment of Attorney's Fees. (ECF No. 115.) Silver Defendants request oral argument on the Motion. (*Id.*) Shortly after the Motion was filed, Plaintiffs Root Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC (together, "Root") notified the Court of their intention to oppose the motion.

The Court reviewed the Motion the day it was filed and agreed with the Silver Defendants—a hearing on the Motion would be beneficial. A hearing was set and briefing was expedited. (ECF No. 116.) A scheduling conflict has now arisen, such that the June 2, 2023 Scheduling Order (ECF No. 116) is **VACATED**. The following schedule will now apply:

- A hearing on the Silver Defendants' Motion will take place on **June 20, 2023, at 10:30 am in Courtroom # 132**. Parties are required to attend.

- Responses in opposition to the Silver Defendants' Motion, if any, must be filed on or before **June 16, 2023**. No replies will be permitted.

Finally, the Court is pleased to see that highly competent counsel—who, as they note, "are not strangers" to this action—have filed a Notice of Appearance on behalf of the Silver Defendants. (ECF No. 111.) The Court does not construe that Notice as contingent upon resolution of the Motion. In other words, the Court expects that counsel's representation of the Silver Defendants has already begun and will continue during the weeks between the date of this Order and the June 20 hearing.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**