IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROOT, INC.,** *et al.*, | Case No. 2:23-cv-512 |
| Plaintiffs, | Judge Sarah D. Morrison |
| v. | Magistrate Judge Chelsey M. Vascura |
| **BRINSON CALEB SILVER,** *et al.*, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF DEFENDANT SILVER'S
NON-COMPLIANCE WITH COURT ORDERS**

Plaintiffs Root Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Root") give notice of Defendant Brinson Caleb Silver's failure to comply with this Court's order to disclose. Specifically, on May 9, 2023, the Court ordered Mr. Silver "to disclose to Root all of his bank accounts and non-banked assets within fourteen days." (ECF No. 86 at 5.) Mr. Silver did not comply. Thereafter, during the May 26, 2023 hearing, Mr. Silver moved for an extension of time to disclose his assets, which the Court granted. (ECF No. 109 at 2.) The Court then ordered Mr. Silver to disclose his assets on or before Friday, June 2, 2023. (*Id.*) The Court also ordered Root to advise the Court of Mr. Silver's compliance, or lack thereof, with the new deadline. (*Id.*)

On May 31, 2023, Silver moved for an extension of time to move or plead and to respond to discovery requests. (ECF No. 112.) The Court granted the motion. (ECF No. 113.) However, Silver did not move to extend, and the Court did not grant any extension for, Silver's June 2, 2023, deadline to disclose all of his assets to Root. In accordance with this Court's May 26, 2023 Order, Root hereby gives notice that Silver has not disclosed "all of his bank accounts and non-banked assets" to Root in accordance with ECF No. 109.

DATED: June 5, 2023

                          Respectfully submitted,

                          */s/ William D. Kloss, Jr.*
                          William D. Kloss, Jr. (0040854), Trial Attorney
                          Tiffany S. Cobb (0067516)
                          Elizabeth S. Alexander (0096401)
                          Grace E. Saalman (0101603)
                          VORYS, SATER, SEYMOUR AND PEASE LLP
                          52 East Gay Street, P.O. Box 1008
                          Columbus, Ohio 43216-1008
                          Phone: (614) 464-6360
                          Fax: (614) 719-4807
                          wdklossjr@vorys.com
                          tscobb@vorys.com
                          esalexander@vorys.com
                          gesaalman@vorys.com


                          Matthew L. Kutcher (IL Bar No. 6275320*)*
                          COOLEY LLP *Admitted Pro Hac Vice*
                          110 N. Wacker Drive Suite 4200
                          Chicago, IL 60606
                          Phone (312)-881-6500
                          Fax (312)-881 6598
                          mkutcher@cooley.com

                          Kristine A. Forderer (CA Bar No. 278754)
                          COOLEY LLP *Admitted Pro Hac Vice*
                          3 Embarcadero Center
                          San Francisco, CA 94111
                          Phone (415) 693-2128
                          kforderer@cooley.com

                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically on this 5 June 2023, with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S mail and email to the following:

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, GA 30281
paigemcase25@gmail.com

                                             */s/ William D. Kloss, Jr.*
                                             William D. Kloss, Jr. (0040854)