### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC.** *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| v. | ) | Magistrate Judge Chelsey M. Vascura |
| | ) | |
| Brinson Caleb "BC" **SILVER**, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

## MOTION FOR REAPPOINTMENT OF RECEIVER

Jerry E. Peer, Jr. (the "Receiver") of Peterson Conners LLP hereby respectfully moves this Court for an Order Reappointing Receiver to include additional property not previously specifically named in the Order Appointing Receiver (ECF 101). A memorandum in support of this motion is attached for this Court's consideration.

                                                  Respectfully submitted,

                                                  PETERSON CONNERS LLP

                                                  /s/ Istvan Gajary
                                                  GREGORY S. PETERSON (0061915)
                                                  JERRY E. PEER, JR. (0075128)
                                                  ISTVAN GAJARY (0089084)
                                                  545 Metro Place South, Suite 435
                                                  Dublin, Ohio 43017
                                                  Telephone: 614.365.7000
                                                  Facsimile: 614.220.0197
                                                  gpeterson@petersonconners.com
                                                  jpeer@petersonconners.com
                                                  igajary@petersonconners.com

                                                  *Counsel for Receiver, Jerry E. Peer, Jr.*

## MEMORANDUM IN SUPPORT

Receiver was originally appointed pursuant to an initial brief Order (ECF 99) and a subsequent, more thorough Order Appointing Receiver (ECF 101) where three real properties were specifically identified. Since the filing of that Order Appointing Receiver, Mr. Peer has uncovered a fourth property located in California at 19803 Vista Del Otero, Ramona, California 92065. Like the others, this property is titled in the name of Eclipse Home Design LLC, as indicated in the attached California Assessor's report (**Exhibit A**). This property has not previously been disclosed or known to the Court. Receiver now seeks to have this property added to the list of properties specifically identified in Section III, Paragraph 1 of the Order Reappointing Receiver.

Expedited briefing on this motion is hereby requested.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2023, a true and accurate copy of the foregoing *Motion for Reappointment of Receiver* was filed electronically using the Court's ECF system (which will electronically serve all represented parties) and mailed via certified mail to Paige McDaniel.

WILLIAM D. KLOSS, JR.
ELIZABETH S. ALEXANDER
GRACE E. SAALMAN
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614.464.6360
Facsimile: 614.719..4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com
    *Counsel for Plaintiffs*

MATTHEW L. JALANDONI
W. BENJAMIN REESE
FLANNERY GEORGALIS, LLC
175 S. Third Street, Suite 1060
Columbus, Ohio 43215
Telephone: 380.444.6027
Facsimile: 216.230.9041
mjalandoni@flannerygeorgalis.com
breese@flannerygeorgalis.com
    *Counsel for Defendants, Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC*

- 3 -

| | |
|---|---|
| MATTHEW D. RIDINGS<br>JAMAR T. KING<br>THOMPSON HINE LLP<br>127 Public Square, 3900 Key Center<br>Cleveland, Ohio 44114<br>Telephone: 216.566.5561<br>Facsimile: 216.566.5800<br>matt.ridings@thompsonhine.com<br>jamar.king@thompsonhine.com<br>*Counsel for Defendants, Quantasy & Associates, LLC and William Campbell* | Paige McDaniel<br>5576 Alexanders Lake Rd.<br>Stockbridge, Georgia 30281 |

      /s/ Istvan Gajary
ISTVAN GAJARY (0089084)



**PARCELQUEST LITE**

**FULL PROPERTY DETAIL REPORT**

County - Jordan Z. Marks, Assessor

Property Address:
**19803 VISTA DEL OTERO RAMONA CA 92065-5807**

Parcel # (APN):
**276-160-03-00**

## General Information

| | |
|---|---|
| Parcel # (APN): | 276-160-03-00 |
| Owner: | ECLIPSE HOME DESIGN LLC |
| Mailing Address: | 8331 BLERIOT AVE LOS ANGELES CA 90045 |
| Legal Description: | TR 13436 LOT 3 |



## Assessment

| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $1,310,252 | Exempt Amt: | | Year Assd: | 2022 |
| Land: | $353,825 | HO Exempt: | N | Zoning: | 8 |
| Structures: | $956,427 | Tax Rate Area: | 065-114 | Use Code: | 11 |
| Other: | | Census Tract: | 208.01/2 | Use Type: | RESID. SINGLE FAMILY |
| % Improved: | 72% | Price/SqFt: | $500.00 | | |

## Sale History

| | Sale 1 | Sale 2 | Sale 3 | Transfer |
|---|---|---|---|---|
| Document Date: | 07/29/2022 | 12/26/2017 | 08/25/2000 | 07/29/2022 |
| Document Number: | 0311015 | 0607476 | 0455656 | 0311015 |
| Document Type: | GRANT DEED | GRANT DEED | GRANT DEED | |
| Transfer Amount: | $1,850,000 | $345,000 | $555,000 | |
| Seller (Grantor): | | | | |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms: | 4 | Fireplace: | | Units: | 1 |
| Baths (Full): | 3 | A/C: | | Stories: | |
| Baths (Half): | 1 | Heating: | | Quality: | |
| Total Rooms: | | Pool: | | Building Class: | |
| Bldg/Liv Area: | 3,700 | Park Type: | | Condition: | |
| Lot Acres: | 26.570 | Spaces: | 4 | Site Influence: | |
| Lot SqFt: | 1,157,389 | Garage SqFt: | | Timber Preserve: | |
| Year Built: | | | | Ag Preserve: | |
| Effective Year: | 2020 | | | | |

Visit us: www.ParcelQuest.com    * The information provided here is deemed reliable, but is not guaranteed.    © 2023 ParcelQuest

**Exhibit A**