## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ROOT, INC., *et al.*,**

**Plaintiffs,**                           :

                                                **Case No. 2:23-cv-512**
**v.**                                         **Judge Sarah D. Morrison**
                                                **Magistrate Judge Chelsey M. Vascura**

**BRINSON CALEB SILVER, *et al.*,**      :

**Defendants.**

## ORDER AMENDING ORDER APPOINTING RECEIVER

This matter is before the Court on the Receiver's Motion for Reappointment of Receiver. (ECF No. 119.) For good cause shown, the Motion is **GRANTED**. The May 17, 2023 Order Appointing Receiver is hereby amended at Section III, Paragraph 1 (ECF No. 101, PAGEID # 891) to expressly include the real property located at 19803 Vista Del Otero, Ramona, California 92065 in the definition of Real Property included in the Receivership Property.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**