# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS

This matter is before the Court on Plaintiffs' Agreed Motion for Extension of Time to Oppose Motion to Dismiss (ECF No. 121). For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiffs shall file their opposition to Defendants William Campbell and Quantasy & Associates, LLC's Motion to Dismiss (ECF No. 94) by June 22, 2023.

**IT IS SO ORDERED.**

 */s/ Chelsey M. Vascura*
**CHELSEY M. VASCURA**
**UNITED STATES MAGISTRATE JUDGE**