IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs,

                                    Case No. 2:23-cv-512
                                    Judge Sarah D. Morrison
    v.                              Magistrate Judge Chelsey M. Vascura

BRINSON CALEB SILVER, *et al.*,

    Defendants.

## ORDER

The undersigned hereby recuses herself from the above-entitled case.  The Clerk is **DIRECTED** to redraw the case for random assignment to another Untied States Magistrate Judge.

    **IT IS SO ORDERED.**

                                          s/ *Chelsey M. Vascura*
                                          **CHELSEY M. VASCURA**
                                          **UNITED STATES MAGISTRATE JUDGE**