**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ROOT, INC.,** *et al.*,

           **Plaintiffs,**      **:**

                                       **Case No. 2:23-cv-512**
      **v.**                            **Judge Sarah D. Morrison**
                                       **Magistrate Judge Chelsey M.**
                                     **Vascura**

**BRINSON CALEB SILVER,** *et al.*,   **:**

           **Defendants.**

## ORDER

On June 2, 2023, Defendants Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC (the "Silver Defendants") filed a Motion to Modify Injunction and Receivership Orders to Permit Payment of Attorney's Fees. (ECF No. 115.) They requested oral argument on the motion, expressing counsel's belief that argument would assist the Court's decision-making process. The Court agreed with counsel, and set the matter for hearing on June 20, 2023, at 10:30am. (ECF Nos. 116, 117.) To aid its consideration of the Silver Defendants' Motion, Mr. Silver is **ORDERED** to come to the June 20 hearing prepared to provide evidence of his monthly expenses and complete paper copies of all documents previously produced to the Receiver as pictures or screen shots.

      **IT IS SO ORDERED.**

                             /s/ Sarah D. Morrison
                             **SARAH D. MORRISON**
                             **UNITED STATES DISTRICT JUDGE**