# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs, :

v.

BRINSON CALEB SILVER, *et al.*, :

    Defendants.

Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiffs' Notice of Non-Compliance (ECF No. 118) and the Receiver's Motion to Reappoint Receiver (ECF No. 119). Both Plaintiffs' Notice and the Receiver's Motion indicate raise the specter of the Silver Defendants' non-compliance with this Court's orders requiring disclosure of assets. (*See, e.g.*, ECF No. 109.) The Silver Defendants (Brinson Caleb Silver, Collateral Damage, and Eclipse Home Design, LLC) are **ORDERED to APPEAR and SHOW CAUSE on June 20, 2023, at 10:30 AM** why they should not be held in contempt for failure to comply with Court orders. If any party wishes to submit further briefing in advance of the hearing, it must be filed **before 5:00 PM on June 19, 2023**. Mr. Silver is advised that if he fails to appear in-person at this show cause hearing, the Court will issue a warrant for his arrest.

    IT IS SO ORDERED.

                          /s/ Sarah D. Morrison
                          **SARAH D. MORRISON**
                          **UNITED STATES DISTRICT JUDGE**