## Silver Personal Expenses

Car insurance $150
Cell phone $100
Cable/WiFi $90
Food $500 (three kids & two adults)
Preschool $1600 two kids
Mortgage (they have that information)
Gas $200
School $4000
Teen counseling /therapy $180
Medications $100
Utilities $550
Est. Total $7,470 (without mortgage)

*Hearing Exhibit A*