IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Root, Inc. et al.,**
Plaintiff

**NOTICE**

vs.

Case No. 2:23-cv-512
**JUDGE SARAH D. MORRISON**

**Brinson Caleb Silver, et al.,**
Defendant

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court          **Courtroom 132**
  Joseph P. Kinneary U.S. Courthouse    **In Person**
  85 Marconi Boulevard                 **June 26, 2023 at 1:30 p.m.**
  Columbus, Ohio 43215

TYPE OF PROCEEDING: **Contempt Hearing**

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE:   June 20, 2023

  s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF