# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.,** *et al.*, | : |
| *Plaintiffs*, | : Case No. 2:23-cv-512 |
| | : |
| | : Judge Sarah D. Morrison |
| v. | : |
| | : Magistrate Judge Elizabeth A. Preston |
| **Silver,** *et al.*, | : Deavers |
| | : |
| *Defendants*. | : |
| | : |

## DECLARATION OF MEGAN BINKLEY

I, Megan Binkley, hereby declare as follows on the basis of my personal knowledge:

1. I am over eighteen years of age and competent to testify about the matters contained herein.

2. I am currently the Chief Financial Officer and Treasurer of Root, Inc.

3. Root, Inc. is a publicly-traded technology company with a principal place of business in downtown Columbus, Ohio. Caret Holdings, Inc. and Root Insurance Agency, LLC also have their principal places of business in Columbus, Ohio (collectively, Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC are referred to as "Root").

4. Defendant BC Silver ("Silver") was previously employed by Root as Chief Marketing Officer from November 2021 to November 2022. Silver entered into an executive employment agreement with Root on November 8, 2021.

5. During his employment, Silver accepted direct deposits from Root's account with Huntington National Bank, located in Columbus, Ohio. In addition, Silver traveled to Ohio numerous times as a part of his employment with Root.

6. On behalf of Quantasy & Associates LLC ("Quantasy"), William Campbell signed two statements of work for Root. Quantasy's statements of work are attached to the Verified First Amended Complaint for Damages and Injunctive Relief as Exhibits 3 and 19. Any and all work product produced by Quantasy was to be delivered to Root in Columbus, Ohio.

7. I have reviewed Root's records related to communications and meetings with William Campbell and Quantasy. Mr. Campbell and other Quantasy employees regularly communicated with Silver, Root's employee, via text messaging, WhatsApp messaging, email, telephone, and videoconferencing regarding the work Quantasy claimed it was doing for Root.

8. Mr. Campbell regularly communicated with other Root employees, including Blake Mealer and Ben Cowley regarding the work Quantasy claimed it was doing for Root. At all relevant times, Messrs. Mealer and Cowley were based in Columbus, Ohio.

9. Mr. Campbell regularly had virtual meetings with Root's employees, including Kevin Rapp, Dominic Cevasco, and Ben Cowley related to the work Quantasy claimed it was doing for Root. At all relevant times, Messrs. Rapp, Cevasco, and Cowley were based in Columbus, Ohio.

10. Quantasy employees regularly communicated via email with Root employees, including Dominic Cevasco, Jon Allison, Kevin Rapp, and Ben Cowley related to the work Quantasy claimed it was doing for Root. At all relevant times, Messrs. Cevasco, Allison, Rapp, and Cowley were based in Columbus, Ohio.

11. Quantasy employees also had virtual meetings with Root employees, including Heidi Gibbs, Trish Castillo, Kevin Rapp, and Ben Cowley related to the work Quantasy claimed it was doing for Root. At all relevant times, Ms. Gibbs, Ms. Castillo, Mr. Rapp, and Mr. Cowley were based in Columbus, Ohio.

12. Between February 9, 2022 and April 25, 2022, Quantasy accepted $15,884,445.00 from Root. All of the funds were disbursed from Root's account with Huntington National Bank, located in Columbus, Ohio. The funds were disbursed from Huntington National Bank to Quantasy as follows:

a. A payment of $473,778.00 on February 9, 2022;

b. A payment of $414,555.75 on March 7, 2022;

c. A payment of $296,111.25 on March 24, 2022;

d. A payment of $7,350,000.00 on April 4, 2022; and

e. A payment of $7,350,000.00 on April 25, 2022.

13. Root instructed Quantasy and Campbell to refund $1.2 million to Root. Quantasy complied by wiring money to Root's account with Huntington National Bank, located in Columbus, Ohio.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of June, 2023 in Columbus, Ohio.

Megan Binkley