**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **AGREED MOTION FOR EXTENSION OF** |
| | : | **TIME FOR QUANTASY DEFENDANTS** |
| Defendants. | : | **TO FILE REPLY IN SUPPORT OF** |
| | : | **THEIR MOTION TO DISMISS THE** |
| | : | **AMENDED COMPLAINT** |
| | : | |

Specially Appearing Defendants William Campbell and Quantasy & Associates, LLC (collectively, the "Quantasy Defendants") respectfully move this Court for an additional seven (7) day extension of time, up to and including July 13, 2023, to file their reply in support of their Motion to Dismiss Plaintiffs' Amended Complaint.  The response of the Quantasy Defendants is currently due July 6, 2023. No prior extensions have been granted to the Quantasy Defendants. This request is not for the purposes of delay, but because of the July 4 holiday and so that the Quantasy Defendants may have sufficient time to review Plaintiffs' opposition and fully respond to the briefing. The respective counsel for Plaintiffs and the Quantasy Defendants have conferred regarding this Motion. Plaintiffs do not object and agree to the requested 7-day extension of time.

Accordingly, the Quantasy Defendants move for an extension until July 13, 2023, to file their reply in support of their Motion to Dismiss Plaintiffs' Amended Complaint.

Respectfully submitted,

*/s/ Matthew D. Ridings*
Matthew D. Ridings, Trial Attorney
(0079402)
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
Matt.Ridings@ThompsonHine.com

Joan E. Meyer
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537
Telephone:  937.202.263.4115
Facsimile:  202.331.8330
Joan.Meyer@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone:  212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Specially Appearing Defendants*
*William Campbell and Quantasy &*
*Associates, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 25, 2023, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing has been sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281


*/s/ Matthew D. Ridings*
Matthew D. Ridings