# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-CMV |
| | : | |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Elizabeth A. Preston |
| v. | : | Deavers |
| | : | |
| BRINSON CALEB SILVER, *et al.*, | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| Defendants. | : | **CO-COUNSEL** |

Thomas Wyatt Palmer hereby enters his appearance as co-counsel for Specially Appearing Defendants Quantasy + Associates LLC and William Campbell.  Mr. Palmer is admitted to practice in this Court.  Please direct all pleadings, filings, and other documents to Mr. Palmer at the below address.

    Respectfully submitted,

    /s/Thomas Wyatt Palmer
    Thomas Wyatt Palmer (0072816)
    THOMPSON HINE LLP
    41 S. High Street, Suite 1700
    Columbus, Ohio 43215
    Phone:  (614) 459-3200
    Fax:  (614) 469-3361
    Thomas.Palmer@ThompsonHine.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing has been sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281


/s/ Thomas Wyatt Palmer