United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Root, Inc. et al

-vs-                                            Case No. 2:23-CV-512

Brinson Caleb Silver, et al

Civil Contempt Hearing

| U.S. District Judge Sarah D. Morrison | | Date: June 26, 2023, at 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Scott Miller | Counsel for Plaintiff: | Bill Kloss and Liz Alexander |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Matt Jalandoni, Ben Reese For William Campbell and Quantasy & Associates, LLC: Thomas Palmer |
| Interpreter | | Receiver: | Jerry Peer, Gregory Peterson, Istvan Gajary, |
| Log In | | Log Out | |

Defendant Brinson Silver appeared.
Gregory Peterson presented to the Court on behalf of the Receiver.
Matt Jalandoni and Ben Reese represented on Mr. Silver's behalf.
Bill Kloss presented to the Court on Root's behalf.
The Court inquired with Mr. Silver's counsel if Mr. Silver would meet with the receiver in an attempt to purge his civil contempt and he declined to do so at this time.
The Court will take the pending motion to withdraw as counsel for Mr. Silver under advisement.
The Court will schedule another proceeding in this matter in due course.