**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ROOT, INC., *et al.*,

        **Plaintiffs,**         :

                                    **Case No. 2:23-cv-512**

      **v.**                              **Judge Sarah D. Morrison**

                                    **Magistrate Judge Chelsey M.**
                                    **Vascura**

BRINSON CALEB SILVER, *et al.*,   :

        **Defendants.**

## ORDER

This matter is before the Court upon the motion of attorneys Matthew L. Jalandoni, W. Benjamin Reese, and the law firm of Flannery Georgalis, LLC to withdraw from representing Defendants Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC. (ECF No. 138.) Counsel represent that they provided a copy of the Motion to Defendants and have informed Defendants of all upcoming hearings and deadlines in this matter. (*Id.*) The Motion was also discussed at the June 26, 2023 hearing.

For good cause shown, the Motion to Withdraw is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE** Matthew L. Jalandoni, W. Benjamin Reese, and the law firm of Flannery Georgalis, LLC as counsel for Brinson Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC.

Eclipse and Collateral Damage can proceed in this Court only through licensed counsel. *See Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel."); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney."); *U.S. S.E.C. v. Merklinger*, 489 F. App'x 937, 939–40 (6th Cir. 2012).

In addition, Rule 11(a) requires signature by an attorney or, if the party is not represented by an attorney, signature by the party for "[e]very pleading, written motion, and other paper." Fed. R. Civ. P. 11(a). Because a corporation cannot appear in court except through an attorney, any pleading or motion "by a corporation that is not signed by an attorney is treated as unsigned for Rule 11(a) purposes." *White*

*v. Smith*, No. 2:09-cv-00574, 2010 WL 795967, at *1 (S.D. Ohio Mar. 2, 2010) (Marbley, J.) (citations omitted). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a).

Accordingly, Eclipse Home Design, LLC and Collateral Damage, LLC are **ORDERED** to retain a trial attorney as provided for in Southern District of Ohio Civil Rule 83.4 **within thirty days of the date of this Order,** and have counsel enter an appearance on their behalf. Failure to comply with this Order may result in an entry of judgment against them.

Counsel are hereby **ORDERED** to provide a copy of this Order to Mr. Silver.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**