**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROOT, INC., et al.,** | : | |
| | : | |
| *Plaintiffs*, | : | **Case No. 2:23-cv-512** |
| | : | **Judge Sarah D. Morrison** |
| **vs.** | : | **Magistrate Judge Elizabeth A.** |
| | : | **Preston Deavers** |
| **BRINSON CALEB SILVER, et al.,** | : | |
| | : | |
| *Defendants*. | : | |

**RECEIVER'S SECOND INTERIM REPORT, RECEIVERSHIP PLAN**
**AND APPLICATION FOR FEES AND EXPENSES OF RECEIVER AND**
**COUNSEL TO RECEIVER COVERING THE PERIOD**
**JUNE 18, 2023 THROUGH JULY 31, 2023**

In accordance with the requirements of this Court's *Order,* filed May 12, 2023 [Doc. # 99], *Order Appointing Receiver*, filed May 17, 2023 [Doc. # 101], and *Order Amending Order Appointing Receiver*, filed June 7, 2023 [Doc. # 120] (hereinafter collectively "Receiver Order"), Jerry E. Peer, Jr. ("Receiver"), has taken possession and/or control of all monetary and real property assets of Mr. Brinson Caleb Silver, Collateral Damage, LLC and Eclipse Home Design, LLC (hereinafter collectively "Defendants") known to Receiver, unless otherwise indicated herein. Pursuant to the Receiver Order and 28 U.S.C. §§ 754, 959 and 1692, Rule 66 of the Federal Rules of Civil Procedure, Receiver has completed this Second Interim Report and Receivership Plan and accompanying schedules ("Second Report"), which covers the period from June 18, 2023 through and including July 31, 2023 (the "Second Interim Period").

## I.     INTRODUCTION

By way of the Receiver Order, Receiver was appointed to assume complete control and oversight all monetary and real property assets of Defendants. Since the filing of the Initial Report, Receiver has continued his efforts to identify and take possession of all monetary and real property

assets of Defendants. At this time, Receiver is unaware of any assets of Defendants that are not in Receiver's possession or under his control, with the exception of a bank account located in Jakarta, Indonesia, and another at Evolve Bank and Trust, which are addressed further below.

During the Second Period, Receiver and his counsel travelled to Venice and Ramona California to inspect Defendants' California homes, meet with potential brokers' realtors, and interview Ms. Laurie Mannette. While meeting with Ms. Mannette, Receiver learned Mr. Silver's 2018 Range Rover was stored at the Venice property. As a result and with the consent of Ms. Mannette, Receiver took possession of the Range Rover and placed it in secure storage pending its disposition. In addition, Receiver further identified a 2017 Mercedes GLE350, which is owned by Mr. Siler and driven by Ms. Mannette. Due to Ms. Mannette's present circumstances, which includes caring for three children, Receiver elected not to take possession of the Mercedes at this time. Receiver confirmed that the Mercedes is insured and informed Ms. Mannette that she would be given a short period of time to make arrangements for a replacement vehicle before Receiver takes possession of the Mercedes. Preliminary research indicates that both above vehicles are valued from $27,000 - $35,000.

In addition to the vehicles, Receiver notified Ms. Mannette that the Venice home will be offered for sale in the near future. After evaluating the condition of the Venice property and surrounding area, and taking Ms. Mannette's circumstances into consideration, Receiver has elected to let Ms. Mannette and her children to continue residing at the Venice property for a short time in order to make arrangements to move. In addition, Ms. Mannette's continued presence at the home significantly decreases concerns with trespassing and/or vandalism or other damage being done to the Venice property. Ms. Mannette represented that she is not employed and has no means to pay rent for the home. Ms. Mannette also surrendered a necklace owned by Mr. Silver that is estimated to be worth Eight Thousand and 00/100 Dollars ($8,000.00). In addition to the

necklace, Receiver also took possession of a certain ring, resembling an engagement ring, but has since determined it to be of little value.

Next Receiver visited the property located at 8331 Bleriot, Los Angeles, California. When arriving, Receiver found a copy of an eviction lawsuit posted to the front door. Receiver immediately contacted counsel for the landlord and was informed that Mr. Silver still had legal possession of the property and that the landlord was waiting for the sheriff in order to take possession. Receiver notified landlord's counsel of the receivership proceedings and provided a copy of the Receiver Order. Since Mr. Silver was still in possession of the property, Receiver gained entry to the property and conducted an inspection of all personal property located therein. Receiver also took possession of all mail addressed to any of the Defendants. Contained within the mail to Defendants was a refund check, in the amount of $16,513.89, from Shellpoint Mortgage Servicing, which has been deposited into Receiver's administrative account.

Last, Receiver visited and inspected the real estate located at 19803 Visa Del Otero, Ramona, California. While there, Receiver met with potential real estate brokers about listing the property for sale. The Ramona property is fully furnished and ready for sale.[1] At this time, Receiver is making a determination as to whether the Ramona property should be offered for private or public sale and expects to make a recommendation to this Court within the next two (2) weeks.

Receiver has also identified an amphibious aircraft dock owned by Defendants. Prior to Receiver's appointment, Mr. Silver had purchased and subsequently sold an ICON amphibious aircraft. During this same time, Mr. Silver also purchased a dock for the aircraft, which still remains in the possession of ICON. Receiver has been in contact with representatives from ICON

---

[1] The Ramona property was overgrown with weeds and other brush, significantly increasing the chance of wild-fire and damage to the property. As a result, Receiver engaged a local landscaper to immediately remediate the unsafe conditions to protect the property and surrounding area.

and provided copies of the Receiver Order. Receiver has discussed liquidation of the dock with ICON but at the present time there are no known interested parties.

As mentioned above, at this time, the only known asset not currently in the possession or control of Receiver is the bank account located in Jakarta, Indonesia and another at Evolve Bank and Trust. While not yet confirmed, Receiver believes there to be significant funds deposited into this account and has requested that Defendants provide the information necessary to take control of the balance of that account. In addition, Receiver has recently taken possession of Mr. Silver's laptop computer and mobile phone. Receiver will engage an IT professional to create an image of each device and review the information to assist with the collection of assets and/or information useful to Receiver.

Counsel for the Receiver was contacted by Silver's court appointed criminal counsel, Phil Templeton, to offer a meeting with Silver to begin to purge his contempt. On August 1, 2023, Attorney Peterson met with Silver and Mr. Templeton in the Marshal's office in the Federal Courthouse. The purpose of this initial meeting was to discuss the information sought by the Receiver with some specificity and to judge the level of Silver's cooperation. Receiver is cautiously optimistic that Silver now intends to cooperate with the goals of the Receivership.

## II.    RECEIVERSHIP PLAN

This Second Report will set forth (1) Receiver's intentions moving forward with regard to both identifying and taking control of assets as well as liquidating assets of value; (2) a statement of assets in Receiver's possession or under his control; (3) anticipated transactional costs to be incurred; (4)    anticipated duration of the administration of this estate; (5) engagement of professionals to carry out Receiver's responsibilities; (6) estimated date by which an appraisal and sale by Receiver can occur and whether it will be public and/or private sales of the real property; and (7) any litigation or administrative proceedings that are underway or anticipated.

1.      Receiver's Goal/Expectations For Administration.

During the Second Interim Period, Receiver and his counsel have devoted all efforts to identifying and securing the various assets of Defendants.  With the collection of assets now nearly completed, Receiver expects to make recommendations to the Court this month to begin the liquidation process.  Presently, Receiver is making a determination as to whether the real estate should be sold at public or private sale.  Receiver is further performing an analysis of whether work to complete the Bayshore property should be undertaken or if the Bayshore property should be sold as is.

Concerns still remain that funds may be deposited into accounts that have not been disclosed to Receiver.  To address this and other remaining concerns and questions, Receiver, through his counsel has scheduled meetings with Mr. Silver and his counsel to make additional inquiries about the location of assets and obtain information to take possession thereof.

3.      Statement of Assets.

Most notably, the assets of Defendants consist of the real property identified in these proceedings.  In addition, Receiver has also identified the vehicles mentioned above, the Yamaha Wave Runner, miscellaneous jewelry, and the funds previously discussed.

Based upon initial research and a preliminary market analysis, the two California properties jointly have approximately $1,800,000 in equity.  The California properties are in a condition to be offered for sale within the next 30-60 days, if not prior.  The Bayshore property discussed in Receiver's Initial report may have nearly $2,000,000 in equity.  However, this estimation may fluctuate greatly due to the amount of work necessary to finish the renovations as well as changes in the real estate market.

Receiver located an amphibious airplane docking system that was purchased by Defendants in April 2022 from ICON Aircraft located in Vacaville, California.  The dock is valued

at approximately $23,000.  Receiver has been in contact with representatives from ICON discussed liquidation of the dock with ICON but at the present time there are no known interested parties.

Lastly, Receiver has recently learned of two bank accounts of Defendants, which were identified when Receiver learned of a transaction that occurred between Defendants and a jewelry store located in California, Happy Jewelers.  One account is located in Jakarta, Indonesia, into which over $50,000 was deposited from the refund.  The second account is located at Evolve Bank and Trust ("Evolve").  Receiver has issued a notice of receiver's appointment and subpoena to Evolve to obtain information about this account and seize any funds still on deposit.  Receiver has also communicated with Mr. Silver about the account located in Jakarta.  Mr. Silver has represented that he will assist with the Receiver gaining access to the account but that the funds originally deposited from the Happy Jewelers transaction have subsequently been spent.

Except as reported above, Receiver is not aware at this time of any additional assets of Defendants.  Receiver currently has $505,713.35 on deposit.  Attached hereto as "Exhibit A" is a copy of Receiver's account register and July 2023 Bank Statement.

### 4. Anticipated Transactional Costs and Administrative Expenses

It is difficult for Receiver to project the anticipated transactional and administrative costs of this estate.  While certain expenses are customary and expected, such as administrative fees, utilities, insurance, and other related operating expenses, costs are highly variable and may fluctuate greatly.  Receiver expects to incur certain fees, commissions, and expenses associated with the liquidation of the assets and further administration of the estate.  The anticipated costs will also depend greatly on success of taking control of the real estate and liquidating the assets in a cost-efficient manner.

### 5. Duration of this Receivership.

Based upon this plan and Receiver's initial research, it is estimated that the duration of this

receivership estate is six (6) to nine (9) months. This estimated duration is largely dependent upon the success of Receiver to identify and take possession of additional assets, negotiating a proposed sale of the respective assets, and the approval of any such sale by this Court.

6.     Engagement of Professionals.

Receiver has engaged in negotiations with property managers in both Florida and California to assist with securing and maintaining the respective properties until sold. In addition, subject to this Court's approval, Receiver has engaged legal counsel in state to address pending litigation as well as being actions for eviction if necessary. Lastly, Receiver expects to engage appraisers (if necessary), real estate brokers and/or auctioneers to assist with selling the properties. Any such engagement(s) will be subject to this Court's prior approval.

7.     Estimated Date of Appraisal and Sale.

In an effort to reduce costs and for the time being, Receiver is presently relying on valuation information previously provided by Plaintiff and value estimates provided by real estate brokers and managers. Should Receiver determine at a later date that an appraisal or other valuation is necessary for the property(ies), Receiver will immediately obtain such appraisal and provide same to the Court and parties. Receiver is not including valuation information in this Initial Report in an effort not to publicly disclose same to any potentially interested buyers. Receiver will provide all information in its possession to the Court or any party upon request.

Notwithstanding the above, due to the nature of Defendants' business, it is difficult for Receiver to estimate at this time how long it may take to receive an offer for the real estate and any other assets not sold at public sale.

8.     Litigation and Administrative Proceedings

Receiver reports that at this time he is only aware of a pending foreclosure action filed in Dade County, Florida against the Bayshore Drive property. As stated previously, Receiver has

filed a motion to stay those proceedings but a ruling has not yet been entered. Receiver has also learned of the eviction actioned discussed above and has contacted counsel for the Plaintiff to come to an agreement that provides the Plaintiff with the possession of the property while also securing the personal property located therein. Should any additional proceedings be initiated or discovered, Receiver will immediately file a Suggestion of Stay, pursuant to the terms of this Court's Receiver Order.

### III. CLAIMS

Receiver has identified various creditors/claimants of Defendants. Receiver has provided notice of the receivership to all known creditors/claimants of Defendants for which Receiver has valid addresses. As claims are received, a creditor matrix will be provided with subsequent interim reports, identifying the claimant and amount of each claim. Receiver notes for the Court no independent analysis or review of the validity or allowance of such claims will be undertaken by Receiver until assets of the receivership estates are sold, at which time any claims will be reviewed and a recommendation as to the treatment of those claims will be submitted by Receiver.

### IV. FEES AND EXPENSES

1. <u>Receiver Fees and Expenses.</u>

As required by the Receiver Order, Receiver is making application to the Court for interim allowance of compensation and reimbursement of out-of-pocket expenses. Please note that while Mr. Jerry E. Peer, Jr. was appointed as Receiver, due to the volume of work necessary, both Mr. Gregory S. Peterson and Mr. Istvan Gajary have performed certain services and billed that time at the Receiver rate of $150 per hour rather than the counsel rate of $250 per hour to assist with controlling the costs of administration. A detailed summary of activity for Receiver is attached hereto as "Exhibit B". Receiver requests allowance and payment of interim compensation and

expenses in the amount of $26,010.00 to compensate Receiver for the hours expended and expenses incurred during the Second Interim Period.

2.  Peterson Conners LLP Fees and Expenses.

Pursuant to the Receiver Order, Receiver employed the services of Mr. Peer, Mr. Peterson, and Mr. Gajary of Peterson Conners LLP (collectively "PetersonConners") as its legal counsel. Receiver requests interim allowance and payment of compensation to PetersonConners in the amount of $35,127.50 for services rendered to Receiver and $6,289.81 for expenses incurred during the Second Interim Period. Attached hereto as "Exhibit C" is the itemization setting forth the breakdown of time expended and costs advanced by PetersonConners during the Second Interim Period.

## V.  CONCLUSION

Receiver respectfully submits this Second Report and further respectfully requests that this Second Report and Receiver's Second Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses be approved.

Respectfully submitted,

**PETERSON CONNERS LLP**

  /s/  Jerry E. Peer, Jr.
Gregory S. Peterson (0061915)
Jerry E. Peer, Jr. (0075128)
Istvan Gajary (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: (614) 365-7000
Facsimile: (614) 220-0197
E-mail:  gpeterson@petersonconners.com
          jpeer@petersonconners.com
          igajary@petersonconners.com
*Counsel for Receiver, Jerry E. Peer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 3rd day of August, 2023 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and by electronic mail to the following:

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

Brinson Caleb Silver
2543 Walnut Ave.
Venice CA 90291


/s/  Jerry E. Peer, Jr.
Jerry E. Peer, Jr. (0075128)

# Huntington National Bank



Peterson
Conners LLP
ATTORNEYS AND
COUNSELORS AT LAW

| Type | Date | Description of transaction | Cleared Y/N | Debit (-) | Credit (+) | Balance |
|------|------|---------------------------|-------------|-----------|------------|---------|
| wire | 5/23/23 | 13105 Biscayne closing proceeds | Y | | $570,811.34 | $570,811.34 |
| | 5/31/23 | Interest | Y | | $0.93 | $570,812.27 |
| fee | 6/15/23 | Incoming Wire Fee | Y | $18.00 | | $570,794.27 |
| fee | 6/15/23 | monthly fee, *waived* | Y | $40.00 | $40.00 | $570,794.27 |
| | 6/30/23 | Interest | Y | | $14.08 | $570,808.35 |
| 1001 | 7/11/23 | Peterson Conners LLP | Y | $77,574.02 | | $493,234.33 |
| 1002 | 7/20/23 | Kristin Hess, AC reimb. | Y | $2,788.00 | | $490,446.33 |
| dep | 7/24/23 | Shellpoint funds | Y | | $16,513.89 | $506,960.22 |
| 1003 | 7/27/23 | Calif. Auto. Ins. Co., 2543 Walnut Ave prem. | | $1,260.15 | | $505,700.07 |
| | 7/31/23 | Interest | Y | | $13.28 | $505,713.35 |

EXHIBIT A

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



PETERSON CONNERS LLP
545 METRO PL S
DUBLIN OH 43017-5316

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

### *Huntington Unlimited Plus Checking*      *Account: -------4754*

| Statement Activity From: 07/01/23 to 07/31/23 | | |
|---|---|---|
| | **Beginning Balance** | **$570,808.35** |
| | **Credits (+)** | **16,527.17** |
| | Regular Deposits | 16,513.89 |
| Days in Statement Period    31 | Interest Earned | 13.28 |
| | **Debits (-)** | **80,362.02** |
| | Regular Checks Paid | 80,362.02 |
| Average Ledger Balance*    521,980.24 | **Total Service Charges (-)** | **0.00** |
| Average Collected Balance*    521,447.53 | **Ending Balance** | **$506,973.50** |

\* The above balances correspond to the
service charge cycle for this account.

**EXHIBIT B**

*Average Percentage Yield Earned this period 0.029%*

---

### *Deposits (+)*      *Account:-------4754*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 07/24 | 16,513.89 | 177906391 | Brch/ATM | | | | |

### *Other Credits (+)*      *Account:-------4754*

| Date | Amount | Description |
|---|---|---|
| 07/31 | 13.28 | INTEREST PAYMENT |

### *Checks (-)*      *Account:-------4754*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 07/11 | 77,574.02 | 1001 | 07/26 | 2,788.00 | 1002 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

### *Service Charge Summary*      *Account:-------4754*

| **Previous Month Service Charges (-)** | **$0.00** |
|---|---|
| **Total Service Charges (-)** | **$0.00** |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⓜ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2023 Huntington Bancshares Incorporated.



## *Balance Activity*

*Account:-------4754*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/30 | 570,808.35 | 07/24 | 509,748.22 | 07/31 | 506,973.50 |
| 07/11 | 493,234.33 | 07/26 | 506,960.22 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

# Peterson Conners LLP

**INVOICE**

545 Metro Place South, Suite 435
Dublin, OH 43017
United States
(614) 365-7000

Invoice # 7135
Date: 08/01/2023

United States Southern District

### Receiver / Root, et al. v. Silver, et al., 2:23cv512

| Date | Notes | Timekeeper | Quantity | Rate | Total |
|------|-------|-----------|----------|------|-------|
| 06/19/2023 | Preparing for hearing. | Jerry E. Peer, Jr. | 4.30 | $150.00 | $645.00 |
| 06/20/2023 | Review of Plaintiff and Defendant briefs. Preparing for contempt hearing. Attending contempt hearing. Preparing list of demands for B Silver. | Jerry E. Peer, Jr. | 7.20 | $150.00 | $1,080.00 |
| 06/21/2023 | Emails to property managers, realtor, and insurance agent. Attention to moving jet ski. | Jerry E. Peer, Jr. | 1.30 | $150.00 | $195.00 |
| 06/23/2023 | Attention to emails/texts re: bond hearing and other matters. | Jerry E. Peer, Jr. | 0.40 | $150.00 | $60.00 |
| 06/24/2023 | Review of Happy Jewelers production. Review of bank records. Attention to emails/text from G Peterson. | Jerry E. Peer, Jr. | 0.70 | $150.00 | $105.00 |
| 06/26/2023 | Preparing for and attending contempt hearing. | Jerry E. Peer, Jr. | 3.00 | $150.00 | $450.00 |
| 06/27/2023 | Meeting with M Daly re: investigation in certain matters. | Jerry E. Peer, Jr. | 0.70 | $150.00 | $105.00 |
| 06/28/2023 | Attention to emails with T Wade re: insurance. Email to L Mannette re: inspection of property and meeting. | Jerry E. Peer, Jr. | 0.70 | $150.00 | $105.00 |
| 06/29/2023 | Review of Happy Jewelers records. Attention to emails re: same. | Jerry E. Peer, Jr. | 0.50 | $150.00 | $75.00 |
| 06/29/2023 | Phone call with Happy Jewelers re: Silver transactions. | Jerry E. Peer, Jr. | 1.20 | $150.00 | $180.00 |
| 07/03/2023 | Attention to texts and emails re: funds paid to Binder and Tesla purchase. Review of account information. | Jerry E. Peer, Jr. | 1.80 | $150.00 | $270.00 |

EXHIBIT C

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07/05/2023 | Attention to confirming/securing insurance for properties. | Jerry E. Peer, Jr. | 0.80 | $150.00 | $120.00 |
| 07/06/2023 | Attention to securing insurance for properties. Email to N Akiva re: management agreement. Attention to identifying a property manager for California properties. | Jerry E. Peer, Jr. | 2.60 | $150.00 | $390.00 |
| 07/10/2023 | Continued efforts to secure property manager. Locating lock smith to change locks at fourth property. Identifying HOA authority to access through gated community. Contact local law enforcement to advise of visit. | Gregory Peterson | 3.10 | $150.00 | $465.00 |
| 07/10/2023 | Examine financial information in effort to find insurance carriers used by Mr. Silver; numerous phone calls and texts with realtors in San Diego and Carlsbad in effort to obtain access code to Ramona property gated community; attention to details about Chase subpoena. | Istvan Gajary | 4.40 | $150.00 | $660.00 |
| 07/10/2023 | Attention to confirming/securing insurance for properties. | Jerry E. Peer, Jr. | 2.80 | $150.00 | $420.00 |
| 07/11/2023 | Continued review of financial records to determine possible assets; coordinate with various people about Ramona property; review text messages and emails. | Istvan Gajary | 3.70 | $150.00 | $555.00 |
| 07/12/2023 | Review text messages between Silver and Mannette to determine possible assets. | Istvan Gajary | 4.00 | $150.00 | $600.00 |
| 07/12/2023 | Attention to numerous messages from I Gajary and G Peterson re various matters. | Jerry E. Peer, Jr. | 0.80 | $150.00 | $120.00 |
| 07/13/2023 | Continued review of file and communications between L. Mannette and Silver: prepare for trip to California. | Istvan Gajary | 2.50 | $150.00 | $375.00 |
| 07/16/2023 | Traveling to Los Angeles. | Jerry E. Peer, Jr. | 7.50 | $150.00 | $1,125.00 |
| 07/16/2023 | Travel to Los Angeles, California. | Gregory Peterson | 7.50 | $150.00 | $1,125.00 |
| 07/16/2023 | Review file and travel to Los Angeles. | Istvan Gajary | 7.50 | $150.00 | $1,125.00 |
| 07/17/2023 | Meeting with G Peterson and I Gajary. Meeting with L. Mannette. Property inspection of Bleriot property. Traveling to and inspecting Ramona property. Meeting with G Peterson and I Gajary re: next steps. | Jerry E. Peer, Jr. | 13.00 | $150.00 | $1,950.00 |
| 07/17/2023 | Team meeting to finalize plan of day, meeting with Laurie Manette, tour of Walnut Ave. property, property review and inspection of Blariot address, Travel to and from Ramona property with tour, meeting with real estate agents and neighbors. Team meeting to form | Gregory Peterson | 13.10 | $150.00 | $1,965.00 |

Invoice # 7135 - 08/01/2023

| | plan for rest of trip. Several emails throughout the day with counsel for Silver. | | | | |
|---|---|---|---|---|---|
| 07/17/2023 | Meeting with GSP and JEP to discuss interview of Laurie Mannette; travel to Walnut Ave. property for inspection and interview of L. Mannette; secure property and Range Rover and travel to Beriot property and cursory inspection of potential assets; travel to Ramona property for inspection of same; follow up meeting with GSP and JEP about items found. | Istvan Gajary | 12.50 | $150.00 | $1,875.00 |
| 07/18/2023 | Follow up inspection of Bleriot property. Traveling back to Columbus. | Jerry E. Peer, Jr. | 12.50 | $150.00 | $1,875.00 |
| 07/18/2023 | Travel back to Los Angeles, California and revisit the Blariot address a second time, travel to Columbus, Ohio | Gregory Peterson | 12.50 | $150.00 | $1,875.00 |
| 07/18/2023 | Follow up inspection of Bleriot property and secure additional assets; travel back to Columbus, Ohio. | Istvan Gajary | 12.00 | $150.00 | $1,800.00 |
| 07/19/2023 | Attention to action plan to take possession of personal property and liquidate all assets. Analysis related to completing work on Bayshore Drive property. | Jerry E. Peer, Jr. | 2.60 | $150.00 | $390.00 |
| 07/19/2023 | Following up with K Hess re: reimbursement and abandonment of personal property. Communications with L Mannette re: insurance for and sale of GLE350. Researching value. | Jerry E. Peer, Jr. | 0.70 | $150.00 | $105.00 |
| 07/20/2023 | Attention to records obtained from Bleriot property. Following up on pending eviction. Follow up on insurance for property. Attention to funds paid to J Binder. Attention to engagement of broker or auctioneer to sell real estate. Attention to best way to sell vehicles. | Jerry E. Peer, Jr. | 5.80 | $150.00 | $870.00 |
| 07/21/2023 | Attention to emails from I Gajary and G Peterson re: sending subpoenas and scheduling depositions. | Jerry E. Peer, Jr. | 0.50 | $150.00 | $75.00 |
| 07/24/2023 | Following up with property managers and insurance agents about coverage. Review of documents related to Binder Tesla. | Jerry E. Peer, Jr. | 0.90 | $150.00 | $135.00 |
| 07/24/2023 | Attention to sorting, reviewing, and filing voluminous material from Bleriot residence; attention to emails related to insurance coverage; review emails and materials from David Haft on behalf of Binder. | Istvan Gajary | 6.00 | $150.00 | $900.00 |
| 07/25/2023 | Attention to equity in properties and sale strategy for each. Review of factors related to completing work on Bayshore property. | Jerry E. Peer, Jr. | 3.60 | $150.00 | $540.00 |

Invoice # 7135 - 08/01/2023

| | | | | | |
|---|---|---|---|---|---|
| | Attention to options to liquidate personal property and vehicles. Review of records and messages related to money paid to J Binder. | | | | |
| 07/25/2023 | Travel to office of defense counsel Templeton to recover the bag shipped to him by Laurie Mannette. Inventory contents, arrange for IT expert to make digital image of all electronic devices including two iPhones, and a laptop computer. | Gregory Peterson | 4.10 | $150.00 | $615.00 |
| 07/25/2023 | Review text messages to landlord, Binder, boat company, etc., found on Silver's two cell phones. | Gregory Peterson | 2.10 | $150.00 | $315.00 |
| 07/27/2023 | Attention to emails re: sale of Wave Runner and Silver retaining counsel. Attention to emails from K Hess re: invoice for work on Biscayne. Attention to emails re: insurance on Walnut Ave. property. | Jerry E. Peer, Jr. | 0.50 | $150.00 | $75.00 |
| 07/31/2023 | Discussions with Phil Templeton regarding meeting with Silver to discuss asset recovery. Email to Jerry and Ish regarding same. | Gregory Peterson | 0.80 | $150.00 | $120.00 |
| 07/31/2023 | Phone calls with G Peterson re: interview of Silver. Attention to securing insurance and identifying broker or auctioneer for sale of homes. | Jerry E. Peer, Jr. | 1.20 | $150.00 | $180.00 |

| | |
|---|---|
| **Subtotal** | **$26,010.00** |
| **Total** | **$26,010.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $26,010.00 | ) - ( | $0.00 | + | $0.00 | ) = | **$26,010.00** |

Please make all amounts payable to: Peterson Conners LLP

Payment is due upon receipt.
Payments more than 30 days overdue incur 1.5% per month interest charges.

Please notify us if your contact information has changed.

Our Tax ID: 20-8129097

# Peterson Conners LLP

**INVOICE**

545 Metro Place South, Suite 435
Dublin, OH 43017
United States
(614) 365-7000

Invoice # 7134
Date: 08/01/2023

United States Southern District

## Attorney / Root, et al. v. Silver, et al., 2:23cv512

### Services

| Date | Notes | Timekeeper | Quantity | Rate | Total |
|------|-------|-----------|----------|------|-------|
| 06/18/2023 | Continue line by line review of bank statements and update of charts, accordingly. | Catherine J. Schwartz | 0.20 | $125.00 | $25.00 |
| 06/19/2023 | Review of discovery responses from Defendants. Review of texts by and between L Mannette and B. SIlver. Review of L Mannette bank statements. Review of Silver response to Show Cause Order | Jerry E. Peer, Jr. | 2.60 | $250.00 | $650.00 |
| 06/19/2023 | Prepare for show cause/status conference with the Court. | Gregory Peterson | 5.20 | $250.00 | $1,300.00 |
| 06/19/2023 | Review and selection of material and preparation of items to include in hearing binder; preparation for show cause and motion hearing. | Istvan Gajary | 5.00 | $250.00 | $1,250.00 |
| 06/20/2023 | Continue to review bank records and update lists. | Catherine J. Schwartz | 1.90 | $125.00 | $237.50 |
| 06/20/2023 | Attend court hearing on show cause and motion of Silver; provide information to court on progress of receivership; attention to related emails and texts. | Istvan Gajary | 5.00 | $250.00 | $1,250.00 |
| 06/20/2023 | Conversations with counsel for Happy Jewelers, travel and attend hearing with the Court regarding contempt finding. | Gregory Peterson | 3.10 | $250.00 | $775.00 |
| 06/21/2023 | Complete review of bank records and send final lists to I Gajary. Meetings with G | Catherine J. Schwartz | 1.30 | $125.00 | $162.50 |

EXHIBIT D

| Date | Description | Attorney | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| | Peterson. Assist with preparation of the first interim report. | | | | |
| 06/21/2023 | Discussion with current counsel for Silver regarding future proceedings. Draft letter listing items we are again requesting from Silver. Call with counsel to Verisk, Mark Popolizio, regarding potential insurance claims made by Binder on any insured property. | Gregory Peterson | 1.30 | $250.00 | $325.00 |
| 06/21/2023 | Meeting with Matt Daly to discuss Happy Jewelers, and over all case status. Attention to subpoenas to several banks and recently discovered accounts. | Gregory Peterson | 3.10 | $250.00 | $775.00 |
| 06/21/2023 | Examination of Zelle and other financial information for asset and witness leads. | Istvan Gajary | 3.80 | $250.00 | $950.00 |
| 06/22/2023 | Drafting motion to employ managers. Drafting motion to sell jetski. | Jerry E. Peer, Jr. | 1.40 | $350.00 | $490.00 |
| 06/22/2023 | Attention to numerous texts, emails, and telephone calls on various issues; preparation of subpoenas; detailed email to J. Binder's attorney, David Haft. | Istvan Gajary | 2.40 | $250.00 | $600.00 |
| 06/23/2023 | Assist with interim report; arrange for insurance claim searches; process response from Bank of America; multiple emails. | Catherine J. Schwartz | 1.10 | $125.00 | $137.50 |
| 06/23/2023 | Drafting applications to employ property managers and counsel in Florida and California. Emails to each re: terms and contract. Drafting First Interim Report and Application for fees. | Jerry E. Peer, Jr. | 4.60 | $250.00 | $1,150.00 |
| 06/25/2023 | Telephone call with notary public Mr. Greg D. Salizar; assist with subpoenas to Mr. Salizar and company Notarize; engage process service for both, and serve copies to parties and counsel. | Catherine J. Schwartz | 0.50 | $125.00 | $62.50 |
| 06/26/2023 | Meeting with G Peterson to review Friday's criminal contempt arraignment, documents/ exhibits for today's civil case hearing, and Happy Jewelers records and discuss items for another subpoena. | Catherine J. Schwartz | 1.10 | $125.00 | $137.50 |
| 06/26/2023 | Attention to numerous texts and emails with GSP and prepare for and attend Court hearing providing update and recent developments on receivership; travel to and from courthouse. | Istvan Gajary | 2.70 | $250.00 | $675.00 |
| 06/27/2023 | Meeting with Agent Matt Daly in our office; | Catherine J. Schwartz | 3.10 | $125.00 | $387.50 |

| Date | Description | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | assist with subpoenas to Evolve Bank and Blue Ridge Bank; engage process service for both, and serve copies to parties and counsel; communications with general counsel for Evolve, Robert Ducklo; assist with travel arrangements for California in July. | | | | |
| 06/27/2023 | Conversation with Matt Daly. Email to counsel for Happy Jewelers. | Gregory Peterson | 0.50 | $250.00 | $125.00 |
| 06/27/2023 | Drafting First Interim Report. | Jerry E. Peer, Jr. | 2.60 | $250.00 | $650.00 |
| 06/27/2023 | Revising property manager agreements. | Jerry E. Peer, Jr. | 0.60 | $250.00 | $150.00 |
| 06/27/2023 | Attention to numerous texts and emails related to various receivership issues. | Istvan Gajary | 0.90 | $250.00 | $225.00 |
| 06/28/2023 | Analysis of Florida vehicle records and share specific information with Atty. Gajary. | Catherine J. Schwartz | 0.20 | $125.00 | $25.00 |
| 06/28/2023 | Drafting first interim report and applications to employ professionals. | Jerry E. Peer, Jr. | 4.60 | $250.00 | $1,150.00 |
| 06/28/2023 | Detailed review of monies transferred to J. Binder and suspected gifts purchased by Silver for J. Binder; review bank statements and other financial information related to same. | Istvan Gajary | 6.50 | $250.00 | $1,625.00 |
| 06/29/2023 | Telephone call with notary public Mr. Greg D. Salazar; assist with subpoenas to Mr. Salazar, Wise and Chase; emails with representatives at Notarize; serve subpoena copies to parties and counsel; review Salazar response. | Catherine J. Schwartz | 1.70 | $125.00 | $212.50 |
| 06/29/2023 | Drafting motions to employ counsel and managers. Revising first report. | Jerry E. Peer, Jr. | 1.40 | $250.00 | $350.00 |
| 06/29/2023 | Telephone call with Happy Jewelers individuals in effort to understand how Silver cashed and purchased $130K worth of watches and how money was transferred to various accounts; work with KS to issue additional subpoenas; continued review of records; review and revise first interim receivership report. | Istvan Gajary | 3.20 | $250.00 | $800.00 |
| 06/30/2023 | Revising management agreements. Drafting/revising motions to employ counsel and property managers. Review of Florida foreclosure filings and email from J Secrest. | Jerry E. Peer, Jr. | 3.10 | $250.00 | $775.00 |
| 06/30/2023 | Meeting with G Peterson, attention to subpoenas and status of responses. | Catherine J. Schwartz | 1.60 | $125.00 | $200.00 |

Invoice # 7134 - 08/01/2023

| 06/30/2023 | Conversation with counsel for Happy Jewelers. Subpoena to overseas account. | Gregory Peterson | 1.30 | $250.00 | $325.00 |
|---|---|---|---|---|---|
| 06/30/2023 | Follow up on various subpoenas and attention to numerous emails related to various receivership issues. | Istvan Gajary | 2.60 | $250.00 | $650.00 |
| 07/03/2023 | Review numerous emails related to Happy Jewelers material; update schedules as to JT Contractors and Binder gifts; detailed review of Florida DMV records for Binder vehicles related to transfers to Binder and possible identification of vehicles (2019 Tesla) Silver purchased for Binder; continued review of other records; research federal law related to National Stolen Property Act and Florida Dealing in Stolen Property crimes. | Istvan Gajary | 4.40 | $250.00 | $1,100.00 |
| 07/03/2023 | Assist Attorney Istvan Gajary with his review of Florida DMV records for J Binder; attention to multiple emails about the possible identification of a vehicle that Silver may have purchased for Binder, as well as IG's research of federal law related to the National Stolen Property Act and Florida's laws on stolen property. | Catherine J. Schwartz | 0.50 | $125.00 | $62.50 |
| 07/05/2023 | Research re: recovering gifts to third parties. Phone call with J Haft re: gifts/ transfers to Binder. | Jerry E. Peer, Jr. | 2.40 | $250.00 | $600.00 |
| 07/05/2023 | Reconcile the June 2023 Huntington National Bank statement and circulate amongst receiver and counsel. Begin preparation of a subpoena to Motorenvy FL, Inc. and accompanying Schedule A, seeking further information on Jocelyn Binder's Tesla purchase. | Catherine J. Schwartz | 1.10 | $125.00 | $137.50 |
| 07/05/2023 | Telephone call with David Haft, attorney for J. Binder, to discuss numerous items; continued review of financial information and review of subpoenas. | Istvan Gajary | 2.70 | $250.00 | $675.00 |
| 07/06/2023 | Process JPMorgan Chase Bank's response to the receivership notification. Engage Statewide Process Service for subpoena delivery upon Tunwu Mike Chuang, registered agent for Motorenvy FL, Inc. Serve copies of the subpoena by email amongst parties and counsel of record. Respond to Stripe with identifying information needed for its internal review and, if possible, production to our office. | Catherine J. Schwartz | 0.90 | $125.00 | $112.50 |
| 07/06/2023 | Review of N Akiva management | Jerry E. Peer, Jr. | 0.40 | $250.00 | $100.00 |

| | agreement. | | | | |
|---|---|---|---|---|---|
| 07/06/2023 | Phone call with S Miller re: representation of Defendants. | Jerry E. Peer, Jr. | 0.60 | $250.00 | $150.00 |
| 07/06/2023 | Attention to subpoena service; review JT Contractor material and emails related to same; attention to numerous other receivership items. | Istvan Gajary | 2.50 | $250.00 | $625.00 |
| 07/10/2023 | Update conversation with Court Staff. Call to Phil Templeton criminal counsel, call to US Attorney for a copy of pretrial report. | Gregory Peterson | 1.30 | $250.00 | $325.00 |
| 07/10/2023 | Attention to the status of various pending subpoena deliveries and responses; telephone call with JPMorgan Chase Bank representative to discuss subpoena and the bank's request for an extension; multiple emails with attorneys. | Catherine J. Schwartz | 1.40 | $125.00 | $175.00 |
| 07/11/2023 | Multiple emails with specialist at Notarize, Inc. to determine they way will accept a subpoena; begin to prepare a Schedule A; assist with travel arrangement details for next week's California trip; review status of certified mail deliveries; update checking register and confirm against online banking. | Catherine J. Schwartz | 1.30 | $125.00 | $162.50 |
| 07/11/2023 | Lengthy discussion with Silver newly appointed criminal counsel regarding potential cooperation. | Gregory Peterson | 1.10 | $250.00 | $275.00 |
| 07/12/2023 | Review process server returns; meet with Greg Peterson to review subpoena status; Serve Notarize, Inc. subpoena upon parties and counsel; track PT Bank international delivery status; follow-up on pending items with counsel through emails; finalize Memo of subpoenas; intake and process the California motor vehicle response and email update to GSP IG and JEP, inquiring as to next steps. | Catherine J. Schwartz | 1.80 | $125.00 | $225.00 |
| 07/13/2023 | Intake of the Evolve Bank and Trust subpoena response documents, as well as the Claim Search / Verisk response documents; emails with attorney Peterson. | Catherine J. Schwartz | 0.90 | $125.00 | $112.50 |
| 07/14/2023 | Review and prepare for California trip. | Istvan Gajary | 2.00 | $250.00 | $500.00 |
| 07/17/2023 | Review Claim Search / Verisk response and objections received by regular mail today; multiple communications with attorneys on agenda items and assets secured out in California today; prepare | Catherine J. Schwartz | 1.70 | $125.00 | $212.50 |

Invoice # 7134 - 08/01/2023

| | | | | | |
|---|---|---|---|---|---|
| | Order and Subpoena for delivery to Fidelity Investments. | | | | |
| 07/18/2023 | Review status of Fidelity shipment and update attorneys as to its delivery this morning and anticipated next steps; telephone conference with representative at Motorenvy to discuss the subpoena and their production of documents in email form to Atty Gajary. | Catherine J. Schwartz | 0.60 | $125.00 | $75.00 |
| 07/19/2023 | Attention to multiple emails surrounding the June 2023 Shellpoint subpoena and the Florida storage unit. | Catherine J. Schwartz | 0.40 | $125.00 | $50.00 |
| 07/19/2023 | Reviewing subpoenas and responses. Following up with Shellpoint re: subpoena and current balances. | Jerry E. Peer, Jr. | 1.70 | $250.00 | $425.00 |
| 07/19/2023 | Detailed follow up email to attorney David Haft about Root monies transferred to J. Binder; coordinate with KS about subpoena to First Premier Bank; begin review of documents and items collected from Bleriot property; identification of engagement ring; review subpoena response from Motorenvy. | Istvan Gajary | 5.40 | $250.00 | $1,350.00 |
| 07/20/2023 | Conferences with Attorneys Peterson and Gajary to discuss subpoenas; preparation of a subpoena for tax records of J Binder; search for mailing address of S Binder and initiate deposition scheduling & subpoena; serve subpoenas on all parties; calls and/or emails to Clay County Sheriff, process servers, investigator's office, and law firms; prepare reimbursement to K Hess for the repair cost on Florida property air conditioner; review Vista Del Otero information from I Gajary. | Catherine J. Schwartz | 4.10 | $125.00 | $512.50 |
| 07/20/2023 | Multiple discussions regarding Binder, emails with team and counsel specifically regarding Tesla purchase and location of Tesla and other assets. Notice of Deposition for Scott Binder, subpoena for tax returns sent to counsel for Binder. Email to counsel for Silver. | Gregory Peterson | 2.40 | $250.00 | $600.00 |
| 07/20/2023 | Review of subpoena responses in search of new accounts/assets. Attention to including newly discovered entities as part of estate. | Jerry E. Peer, Jr. | 1.40 | $250.00 | $350.00 |
| 07/20/2023 | Identification of eviction case and identification of insurance carrier at Ramona property; attention to response | Istvan Gajary | 6.20 | $250.00 | $1,550.00 |

| | | | | | |
|---|---|---|---|---|---|
| | email from David Haft; attention to numerous emails and texts with GSP, JEP, and KS about receivership items; review file and itemize summaries for three recivership properties with current mortgage information and outstanding default balances; review deposition notices for Scott Binder and Jocelyn Binder; continued review of documents from Bleriot property and identification of $16k check. | | | | |
| 07/21/2023 | Conference with team; attention to Attorney Kellener and eviction messages; review property details from I Gajary; finalize First Premier Bank subpoena signed by I Gajary, then send it along with Orders under cover letter to the registered agent in South Dakota; calls with Jacksonville process servers; review the many other entities related to this matter and their EIN numbers, if known; process Shellpoint check; assist with second interim report. | Catherine J. Schwartz | 3.10 | $125.00 | $387.50 |
| 07/21/2023 | Identification of EINs for Eclipse Vision LLC and Eclipse Home Design LLC; prepare list of additional entities to add to receivership; continued review of Bleriot material. | Istvan Gajary | 3.70 | $250.00 | $925.00 |
| 07/21/2023 | Drafting second interim report. | Jerry E. Peer, Jr. | 2.60 | $250.00 | $650.00 |
| 07/24/2023 | Attention to email from D Haft re: Binder claims. | Jerry E. Peer, Jr. | 0.50 | $250.00 | $125.00 |
| 07/24/2023 | Review material provided by counsel for Jocelyn Binder, discussion with attorney for Notarize regarding subpoena compliance. | Gregory Peterson | 2.10 | $250.00 | $525.00 |
| 07/24/2023 | Drafting/revising second interim report. | Jerry E. Peer, Jr. | 1.40 | $250.00 | $350.00 |
| 07/24/2023 | Attention to banking; discussions around documents provided by counsel for J Binder, as well as insurance coverage and furniture out in California; emails regarding the Notarize subpoena and steps towards production; assist with second interim report. | Catherine J. Schwartz | 2.70 | $125.00 | $337.50 |
| 07/25/2023 | Drafting/revising second interim report. Revising motions to employ Dickinson Wright, Hunt Ortman, and Pristine Property Management. Filing same. | Jerry E. Peer, Jr. | 1.70 | $250.00 | $425.00 |
| 07/25/2023 | Witness G Peterson's unpacking of the items retrieved from P Templeton's office today; preparation of a subpoena to Merrill for J Binder's financial records. | Catherine J. Schwartz | 1.60 | $125.00 | $200.00 |

Invoice # 7134 - 08/01/2023

| 07/25/2023 | Discuss filing of various motions with GSP; attention to subpoenas. | Istvan Gajary | 0.70 | $250.00 | $175.00 |
| 07/26/2023 | Assist in securing insurance coverage on the Venice, CA property and preparing supplemental motions for filing/service. | Catherine J. Schwartz | 0.80 | $125.00 | $100.00 |
| 07/27/2023 | Attention to service on Scott Binder and Stripe's subpoena response. Telephone call with Sean Condron of Notarize regarding remaining items to send to our office; emails with Ms. Condron and G Peterson. | Catherine J. Schwartz | 0.80 | $125.00 | $100.00 |
| 07/27/2023 | Meeting with Phil Templeton regarding Silver's cooperation. Meeting with the Phil and the Court regarding same. | Gregory Peterson | 1.40 | $250.00 | $350.00 |
| 07/27/2023 | Review documents produced via subpoena by Notarize. | Gregory Peterson | 0.80 | $250.00 | $200.00 |
| 07/27/2023 | Drafting motion to sell Wave Runner. Drafting/revising Second Interim Report. | Jerry E. Peer, Jr. | 1.10 | $250.00 | $275.00 |
| 07/28/2023 | Revising motion to sell Wave Runner. | Jerry E. Peer, Jr. | 0.80 | $250.00 | $200.00 |
| 07/28/2023 | Work with Mr. Sean Condron at Notarize to receive large file production of materials pursuant to our subpoena. Attention to emails surrounding the motion to sell Wave Runner. | Catherine J. Schwartz | 0.50 | $125.00 | $62.50 |
| 07/28/2023 | Review motion to sell wave runner. | Istvan Gajary | 0.10 | $250.00 | $25.00 |
| 07/31/2023 | Review and discuss with GSP receivership details in preparation for meeting with Silver at courthouse to inquire about assets and other receivership matters; attention to numerous other receivership items. | Istvan Gajary | 2.30 | $250.00 | $575.00 |
| 07/31/2023 | Attention to lengthy email from, and then an in office meeting with Atty. Peterson to discuss subpoena statuses, upcoming discussion(s) expected with defendant Silver, and other pending items. | Catherine J. Schwartz | 0.60 | $125.00 | $75.00 |

|  |  |  | **Services Subtotal** | **$35,127.50** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| 06/19/2023 | Staples: purchase of binders and tabs for tomorrow's show cause hearing | 1.00 | $103.59 | $103.59 |
| 06/23/2023 | Payment to ClaimSearch for processing fees | 3.00 | $40.00 | $120.00 |

| | | | | |
|---|---|---|---|---|
| 06/27/2023 | Payment to Professional Process Servers Inc. for personal service to Evolve Bank & Trust in Memphis, TN | 1.00 | $126.00 | $126.00 |
| 06/27/2023 | Credit card payment to Chase Bank for the following Miami, FL travel expenses: Sweet Liberty $151.05; CMH airport parking $49.00; Chevron $31.04; Cove Bistro $30.40 | 1.00 | $261.49 | $261.49 |
| 06/27/2023 | Spirit: purchase of roundtrip airfare for three between Columbus, Ohio and Los Angeles, California | 1.00 | $1,834.74 | $1,834.74 |
| 06/29/2023 | Purchase of certified mail postage for mailing to JPMorgan Chase Bank | 1.00 | $5.65 | $5.65 |
| 06/30/2023 | Purchase of Priority Mail International postage from USPS for a delivery to PT Bank, Indonesia | 1.00 | $44.80 | $44.80 |
| 07/03/2023 | Certified mail postage for packet of requests to: State of California Department of Motor Vehicles | 1.00 | $5.65 | $5.65 |
| 07/06/2023 | Payment to Statewide Process Service, Inc. for subpoena delivery upon Motorenvy FL, Inc. | 1.00 | $150.00 | $150.00 |
| 07/07/2023 | Payment to A F Case Process for personal service to Blue Ridge Bank & Trust in Independence, Missouri | 1.00 | $70.00 | $70.00 |
| 07/11/2023 | Payment to FedEx for overnight delivery to Ms. Dina Nerdinsky last month | 1.00 | $94.50 | $94.50 |
| 07/11/2023 | Payment to Expedia for overnight hotel accommodations on Sunday, July 16, 2023 | 1.00 | $937.50 | $937.50 |
| 07/11/2023 | Payment to Expedia for overnight hotel accommodations on Sunday, July 17, 2023 | 1.00 | $1,008.72 | $1,008.72 |
| 07/12/2023 | Purchase of certified mail postage for service of Notarize, Inc. subpoena | 1.00 | $5.94 | $5.94 |
| 07/13/2023 | Payment to Enterprise Tolls for Invoice of charges incurred in Miami, FL | 1.00 | $15.18 | $15.18 |
| 07/18/2023 | Payment of American Airlines baggage charges incurred June 11 to 13 | 1.00 | $97.82 | $97.82 |
| 07/18/2023 | Payment of Enterprise Rent-A-Car in Miami, FL | 1.00 | $239.56 | $239.56 |
| 07/18/2023 | Payment of Expedia overnight stay expenses | 1.00 | $522.90 | $522.90 |
| 07/18/2023 | Payment of June 11th meal at Mia La Carretta Restaurant in Miami, FL | 1.00 | $115.30 | $115.30 |
| 07/20/2023 | Whitepages.com reports for Jocelyn Binder and her father, Scott Binder | 1.00 | $32.23 | $32.23 |
| 07/21/2023 | Purchase of certified mail postage for delivery to First Premier Bank | 1.00 | $5.94 | $5.94 |
| 07/21/2023 | Credit card payment for: 6/12 Cove Bistro $46.10, 6/13 Cove Bistro $43.56, and American Airlines 6/13 baggage charge of $30 | 1.00 | $119.66 | $119.66 |

Invoice # 7134 - 08/01/2023

| 07/27/2023 | Payment to RTI ETC for personal service on Scott Binder | 1.00 | $60.00 | $60.00 |
| 07/28/2023 | Credit card payment to Chase Bank for the following Los Angeles, CA travel expenses: Chevron $115.28, Spirit Airlines $9, Triple 5 Gas $46.52, Los Angeles Airport $25.38, and CMH parking $58. | 1.00 | $254.18 | $254.18 |
| 07/31/2023 | FedEx: July 17, 2023 priority overnight delivery to Fidelity Investments National Legal Operations in Covington, KY | 1.00 | $25.58 | $25.58 |
| 07/31/2023 | FedEx: July 20, 2023 2-day delivery to Kristin Hess in Miami, FL | 1.00 | $32.88 | $32.88 |

|  | **Expenses Subtotal** | **$6,289.81** |
| --- | --- | --- |
|  | **Subtotal** | **$41,417.31** |
|  | **Total** | **$41,417.31** |

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
| --- | --- | --- | --- | --- |
| ( $0.00 | + $41,417.31 ) - ( | $0.00 | + $0.00 ) = | $41,417.31 |

Please make all amounts payable to: Peterson Conners LLP

Payment is due upon receipt.
Payments more than 30 days overdue incur 1.5% per month interest charges.

Please notify us if your contact information has changed.

Our Tax ID: 20-8129097