IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Root Inc,** *et al.,*
Plaintiff

**NOTICE**

vs.

Case No. 2:23-cv-512
JUDGE SARAH D. MORRISON

**Brinson Caleb Silver,** *et al.,*
Defendant

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court         **Courtroom 132**
        Joseph P. Kinneary U.S. Courthouse     **In Person**
        85 Marconi Boulevard                  **August 14, 2023 at 2:30 p.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE:   August 4, 2023

      s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF