**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROOT, INC.** *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| v. | ) | Magistrate Judge Elizabeth Preston |
| | ) | Deavers |
| | ) | |
| Brinson Caleb "BC" **SILVER**, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF RECEIVER**

Receiver hereby provides this Court with notice that he believes Defendant, Brinson Caleb "BC" Silver, has purged his contempt related to the Order of Contempt (ECF 132) entered into on June 20, 2023, and currently set for a hearing on August 14, 2023.

Respectfully submitted,

PETERSON CONNERS LLP

 /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
JERRY E. PEER, JR. (0075128)
ISTVAN GAJARY (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: 614.365.7000
Facsimile: 614.220.0197
gpeterson@petersonconners.com
jpeer@petersonconners.com
igajary@petersonconners.com

*Counsel for Receiver, Jerry E. Peer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2023, a true and accurate copy of the foregoing *Notice of Receiver* was filed electronically using the Court's ECF system (which will electronically serve all represented parties) and mailed via certified mail to Paige McDaniel.

WILLIAM D. KLOSS, JR.
ELIZABETH S. ALEXANDER
GRACE E. SAALMAN
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  614.464.6360
Facsimile:  614.719..4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com
  *Counsel for Plaintiffs*

BRINSON CALEB SILVER
2543 Walnut Ave.
Venice, California 90291

COLLATERAL DAMAGE, LLC
101 N. Brand Blvd., 11th Floor
Glendale, California 91203

ECLIPSE HOME DESIGN, LLC
651 N. Broad Street, Suite 201
Middletown, Delaware 19709

MATTHEW D. RIDINGS
JAMAR T. KING
THOMPSON HINE LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
Telephone:  216.566.5561
Facsimile:  216.566.5800
matt.ridings@thompsonhine.com
jamar.king@thompsonhine.com
  *Counsel for Defendants, Quantasy &*
  *Associates, LLC and William Campbell*

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, Georgia 30281

 /s/ Istvan Gajary
ISTVAN GAJARY  (0089084)