# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROOT, INC.**, *et al.*,

    **Plaintiffs,**

v.

**BRINSON CALEB SILVER**, *et al.*,

    **Defendants.**

Case No. 2:23-cv-512
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

On June 20, 2023, this Court found Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC (together, the "Silver Defendants") in contempt of Court. (ECF No. 132.) Mr. Silver was ordered detained until he produced information and documentation to the satisfaction of the Receiver. (*Id.*)

The Receiver has notified the Court that Mr. Silver has produced information and documentation to their satisfaction. (ECF No. 158.) Accordingly, the Silver Defendants' civil contempt is **PURGED**. The civil detainer on Mr. Silver is **VACATED** effective immediately.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**