

| Aircraft Purchase Agreement | ICON Aircraft<br>2141 ICON Way<br>Vacaville, CA 95688 | 707.564.4000<br>iconaircraft.com<br>sales@iconaircraft.com |
|---|---|---|

**PURCHASE PRICE** — A5

| Item | Description | | Price |
|---|---|---|---|
| **Aircraft** | | | |
| | ICON A5 Limited Edition (S-LSA) | $ | 359,000.00 |
| | Limited Edition Features | | Included |
| | Standard Documentation | | Included |
| | TOTAL AIRCRAFT | $ | 359,000.00 |
| **Avionics Configuration** | | | |
| | Garmin aera 796 | | Included |
| | TOTAL AVIONICS CONFIG | $ | - |
| **Appearance** | | | |
| | Limited Edition Interior | | Included |
| | Limited Edition Exterior Paint - Approach Livery | | Included |
| | TOTAL APPEARANCE | $ | - |
| **Special Programs** | | | |
| | Operating Agreement, Section 4 Opt Out Fee | | Agree / $0 |
| | TOTAL SPECIAL PROGRAMS | $ | - |
| **Training** | | | |
| | ICON Flight Training Voucher - TXL | | see Addm 2 |
| **Accessories** | | | |
| | Flyaway Kit | | Included |
| | Accessory Kit ($908 value) | | Included |
| | Bose A20 Aviation Headset, Qty:2 | $ | 2,345.44 |
| | Inflatable dock - large, 1 | $ | 24,610.00 |
| | ADS-B In: GDL 52i | $ | 3,500.00 |
| | Corrosion Prevention (1 Application) | $ | 2,500.00 |
| | TOTAL ACCESSORIES | $ | 32,955.44 |
| **Supplemental Items** | | | |
| | Closing, Registration, and Aircraft Preparation Fee | | Included |
| | Escrow Fees - trust or non-citizen closing | | Not Applicable |
| | Sales Tax - Sheridan, WY | | Not Included |
| | Delivery and Ferry Service Fee | | Not Included |
| | TOTAL SUPPLEMENTAL ITEMS | $ | - |
| | **TOTAL PURCHASE PRICE** | **$** | **391,955.44** |
| **Deposit** | | | |
| | Less Deposit Received | $ | - |
| | Less PDP1 Received | $ | (36,000.00) |
| | TOTAL BALANCE REMAINING | $ | 355,955.44 |

**PAYMENT SCHEDULE**

| Due Date | Description | Amount Due |
|---|---|---|
| June 10, 2022 | Balance Due at Closing | $ 355,955.44 |

Note: Balance due at closing does not include training, additional options or accessories selected by Buyer, transportation or delivery charges, storage fees, sales or use tax, or any other fees unless itemized above.

| **Estimated Closing Date:** | **June 10, 2022** |
|---|---|
| **Estimated Ferry Date:** | **TBD** |

**Aircraft Purchase Agreement**  ICON Aircraft  707.564.4000
2141 ICON Way  iconaircraft.com
Vacaville, CA 95688  sales@iconaircraft.com



## INVOICE Closing

Due date: June 10, 2022

### Customer Information

Finer Seas LLC
Caleb Silver

| | |
|---|---|
| Total Amount Due | $ 355,955.44 |
| **TOTAL DUE:** | **$ 355,955.44** |

### Remittance Instructions

**By Wire:**

Silicon Valley Bank, Santa Clara
3003 Tasman Drive
Santa Clara, CA 95054
Routing & Transit #: 121140399
SWIFT ID: SVBKUS6S
For credit to: ICON Aircraft, Inc., 2141 ICON Way, Vacaville, CA 95688
Credit Account #: 3300631776
By order of: Name of Sender
Reference: Closing - Silver 796

To confirm wire instructions, please call at least one business day before the wire is due:
ICON Closing Manager, Naci Burrows, direct line 707-564-4103