# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC.** *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| *v.* | ) | Magistrate Judge Elizabeth Preston Deavers |
| | ) | |
| Brinson Caleb "BC" **SILVER**, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

**ORDER GRANTING MOTION OF RECEIVER, JERRY E. PEER, JR., TO SELL PLANE DOCK AT PRIVATE SALE FREE AND CLEAR OF ANY AND ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES [DOC. NO. 166]**

This matter is before the Court on Receiver's *Motion of Receiver, Jerry E. Peer, Jr., to Sell Plane Dock at Private Sale Free and Clear of Any and All Interests, Liens, and Encumbrances* [ECF 166] (the "Motion") filed with the Court on September 6, 2023.  The Court set an expedited briefing schedule on the Motion of seven days of the Court's *Notation Order* filed on September 7, 2023.  Based upon the Motion and Exhibits attached thereto and there being no objections filed, this Court finds that, based upon the circumstances outlined in the Motion, the sale of the dock for a purchase price of Thirteen Thousand and 00/100 Dollars ($13,000.00) is commercially reasonable, The Court further finds that the sale has been negotiated in good faith, and that the offer of ICON is in the best interests of the receivership estate under the circumstances.

THEREFORE, the Court hereby **GRANTS** the Motion to sell the plane dock at private sale, free and clear of any and all interests, liens, claims and encumbrances with any such liens, claims and incumbrances attaching to the proceeds of sale.  Said proceeds shall be held by receiver pending further order of this Court.

IT IS ORDERED.

    /s/ Sarah D. Morrison  
S<small>ARAH</small> D. M<small>ORRISON</small>  
UNITED STATES DISTRICT JUDGE