# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROOT, INC., et al., | : | |
| | : | |
| *Plaintiffs*, | : | Case No. 2:23-cv-512 |
| | : | Judge Sarah D. Morrison |
| vs. | : | Magistrate Judge Elizabeth A. |
| | : | Preston Deavers |
| BRINSON CALEB SILVER, et al., | : | |
| | : | |
| *Defendants.* | : | |

## ORDER GRANTING MOTION OF RECEIVER, JERRY E. PEER, JR. TO SELL 2022 YAMAHA WAVE RUNNER AT PRIVATE SALE FREE AND CLEAR OF ANY AND ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES [DOC. #99]

This matter is before the Court on Receiver's *Motion of Receiver, Jerry E. Peer, Jr., to Sell Waver Runner at Private Sale Free and Clear of Any and All Interests, Liens, and Encumbrances* [Doc. # 99] (the "Motion") filed with the Court on July 28, 2023. The Court set an expedited briefing schedule on the Motion of seven days of the Court's *Notation Order* filed on August 4, 2023. This Court made a Notation Order on August 14, 2023 granting Receiver's Motion and now hereby memorializes same by and through this Order.

Based upon the Motion and Exhibits attached thereto and there being no objections filed, this Court finds that, based upon the circumstances outlined in the Motion, the sale of the 2022 Yamaha Wave Runner FX HO; VIN US-YAMA1756E222 (the "Yamaha"), situated in Miami-Dade County, Florida, for a purchase price of Ten Thousand and 00/100 Dollars ($10,000.00), is commercially reasonable. The Court further finds that the sale of the Yamaha has been negotiated in good faith, and that the offer of Yamaha is in the best interests of the receivership estate under the circumstances.

THEREFORE, the Court hereby **GRANTS** the Motion to sell the Yamaha at private sale, free and clear of any and all interests, liens, claims and encumbrances with any such liens, claims

and incumbrances attaching to the proceeds of sale. The Receiver shall be authorized to prepare and execute the Bill of Sale. The Buyer indicated within the Bill of Sale shall then be empowered to register the Yamaha (2022 Yamaha Wave Runner FX HO; VIN US-YAMA1756E222) in Miami-Dade County, Florida with Florida Highways Safety and Motor Vehicles (FLHSMV) or other applicable agency/administration, using this Order and the Receiver-signed Bill of Sale. The FLHSMV shall rely on this District Court's Order for the Florida registration of the subject Yamaha and shall effectuate the registration to the Buyer indicated in the Receiver-signed Bill of Sale. The proceeds from the sale shall be held by Receiver pending further order of this Court.

This Order, in conjunction with any Bill of Sale shall be accepted as adequate evidence of Receiver's authority to transfer ownership of the Yamaha and shall be accepted by any government agency responsible for recording and keeping record of ownership of said Yamaha.

IT IS ORDERED.

    /s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE