IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.,** *et al.*, | : |
| *Plaintiffs*, | : Case No. 2:23-cv-512 |
| | : |
| v. | : Judge Sarah D. Morrison |
| | : |
| **Silver,** *et al.*, | : Magistrate Judge Elizabeth Preston Deavers |
| *Defendants*. | : |

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SILVER**

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Plaintiffs" or "Root") request that the Clerk enter default against Defendant Brinson Caleb Silver ("Silver") pursuant to Federal Rule of Civil Procedure 55(a).[1]  Silver has failed to move or plead in response to the Second Amended Complaint.  Accordingly, an entry of default is appropriate.

---

[1] In accordance with Fed. R. Civ. P. 55(a), an affidavit showing Silver's failure to plead or otherwise defend is attached.  (Declaration of Elizabeth S. Alexander in Support of Plaintiffs' Motion for Entry of Default, attached as Exhibit A.)

Respectfully submitted,

*/s/ Elizabeth S. Alexander*
William D. Kloss, Jr. (0040854), Trial Attorney
Tiffany S. Cobb (0067516)
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360  Fax: (614) 719-4807
wdklossjr@vorys.com
tscobb@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320*)*
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500  Fax: (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone: (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 9th day of November, 2023 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and email to the following:

**Paige McDaniel**
5576 Alexanders Lake Road
Stockbridge, GA 30281
paigemcase25@gmail.com

**Eclipse Home Design, LLC**
Registered Agent: United States Corporation Agents, Inc.
651 N. Broad Street, Suite 201
Middletown, DE 19709

**Butler County Jail**
Attn: Brinson Caleb Silver
Inmate #303850
705 Hanover Street
Hamilton, Ohio 45011

**Collateral Damage, LLC**
Registered Agent: LegalZoom.com, Inc.
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203

*/s/ Elizabeth S. Alexander*
Elizabeth S. Alexander (0096401)

*Counsel for Plaintiffs*