**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Root, Inc.**, *et al.*, | : |
| *Plaintiffs*, | : Case No. 2:23-cv-512 |
| | : |
| v. | : Judge Sarah D. Morrison |
| | : |
| **Silver**, *et al.*, | : Magistrate Judge Elizabeth Preston Deavers |
| *Defendants*. | : |

**[PROPOSED] ENTRY OF DEFAULT AGAINST SILVER**

Defendant Brinson Caleb Silver has failed to plead or otherwise defend in this cause as required by law. Therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant Brinson Caleb Silver on this ___ day of November, 2023.

RICHARD W. NAGEL, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By_____
Deputy Clerk