# EXHIBIT C

| | |
|---|---|
| **From:** | Kloss, William D. Jr. <WDKlossjr@vorys.com> |
| **Sent:** | Monday, November 13, 2023 5:24 PM |
| **To:** | Ridings, Matthew; Alexander, Elizabeth S.; Saalman, Grace E. |
| **Cc:** | King, Jamar; Epstein, Joshua; Meyer, Joan; Sabbidine, Karim |
| **Subject:** | RE: Root, Inc., et al v. Silver et al. |

**CAUTION EXTERNAL EMAIL**

Matt,

Thanks for your note.  We think the subpoenas seek appropriate information.

Bill



### William D. Kloss Jr.
Partner

**o:** 614.464.6360

wdklossjr@vorys.com

**vorys.com**

---

**From:** Ridings, Matthew <Matt.Ridings@thompsonhine.com>
**Sent:** Monday, November 13, 2023 4:11 PM
**To:** Kloss, William D. Jr. <WDKlossjr@vorys.com>; Alexander, Elizabeth S. <esalexander@vorys.com>; Saalman, Grace E. <gesaalman@vorys.com>
**Cc:** King, Jamar <Jamar.King@thompsonhine.com>; Epstein, Joshua <jepstein@dglaw.com>; Meyer, Joan <Joan.Meyer@thompsonhine.com>; Sabbidine, Karim <Karim.Sabbidine@thompsonhine.com>
**Subject:** [EXTERNAL] Root, Inc., et al v. Silver et al.

**CAUTION: External Email**

Dear Bill,

I hope everything is going well and you have been enjoying some of the great fall weather that we've been having lately.

We have seen the subpoenas for Will Campbell's personal financial information and for that of his family members.  We intend to move to quash these subpoenas on the basis that the information sought is unnecessary in light of the receiver's work, not relevant, and harassing.  I know that we've gone back and forth in a few letters about this and there likely isn't much else to be said at this point, but before we filed, I wanted to reach out.  If there is anything more to discuss on these subpoenas and the information sought in terms of whether it is appropriate, please let us know and we would be glad to get on a call.

Kindest regards,

**Matthew Ridings** | **Partner** | **Thompson Hine LLP**
**Certified Compliance & Ethics Professional**
3900 Key Center, 127 Public Square | Cleveland, Ohio 44114
**Office:** 216.566.5561 | **Alternate:** 540.460.3178 | **Fax:** 216.566.5800 | **Email:** matt.ridings@ThompsonHine.com
**Web:**  http://www.ThompsonHine.com

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.