## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ROOT, INC.**, *et al.*

    *Plaintiffs,*

    v.

**BRINSON CALEB SILVER,** *et al.*,

    *Defendants.*

Case No. 2:23-cv-00512

Judge Sarah D. Morrison

Magistrate Judge Elizabeth Preston Deavers

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Specially Appearing Non-party, Miami 555 LLC (referred to as, the "Non-party"), moves the court to admit Alexis Fields *pro hac vice* to appear and participate as co-counsel in this case. Ms. Fields is a member in good standing of the highest court of Florida, as attested by the accompanying certificate from that court. Ms. Fields is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Ms. Fields understands that, unless expressly excused, she must register for electronic filing with the Court promptly upon the granting of this Motion.

Ms. Fields relevant identifying information is as follows:

KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone No. (954) 525-4100
Email:  fields@kolawyers.com
        nunez@kolawyers.com

Respectfully submitted,

/s/ James R. Leickly
James R. Leickly        (0038309)
Trial Attorney
400 South Fifth Street, Suite 200
Columbus, Ohio 43215
(614) 329-0133; (614) 221-3885 (Facsimile)
James@Leicklylaw.com

Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

/s/ James R. Leickly
James R. Leickly        (0038309)

000004/01479709_1