# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

**ALEXIS FIELDS**

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **MAY 3, 2012,** *is presently in good standing,*

*and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this NOVEMBER 13, 2023.*

*Clerk of the Supreme Court of Florida*