

# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 10/13/2023

## PROPERTY INFORMATION

| | |
|---|---|
| Folio | 11-3205-001-0590 |
| Property Address | 9125 N BAYSHORE DR<br>MIAMI SHORES, FL 33138-3407 |
| Owner | ECLIPSE HOME DESIGN LLC |
| Mailing Address | 1111 LINCOLN RD<br>MIAMI BEACH, FL 33139 |
| Primary Zone | 1700 SGL FAMILY - 4001 SQFT & |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths /Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 3,862 Sq.Ft |
| Living Area | 2,850 Sq.Ft |
| Adjusted Area | 3,137 Sq.Ft |
| Lot Size | 8,350 Sq.Ft |
| Year Built | Multiple (See Building Info.) |

## ASSESSMENT INFORMATION

| Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| Land Value | $1,795,363 | $1,210,940 | $1,043,650 |
| Building Value | $1,103,031 | $457,948 | $332,661 |
| Extra Feature Value | $20,782 | $20,793 | $20,803 |
| Market Value | $2,919,176 | $1,689,681 | $1,397,114 |
| Assessed Value | $2,919,176 | $1,328,424 | $1,289,733 |

## BENEFITS INFORMATION

| Benefit | Type | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | | $361,257 | $107,381 |
| Homestead | Exemption | | $25,000 | $25,000 |
| Second Homestead | Exemption | | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).



2023 Aerial Photography
200 ft

## TAXABLE VALUE INFORMATION

| Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $2,919,176 | $1,278,424 | $1,239,733 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $25,000 | $25,000 |
| Taxable Value | $2,919,176 | $1,303,424 | $1,264,733 |
| **CITY** | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $2,919,176 | $1,278,424 | $1,239,733 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $2,919,176 | $1,278,424 | $1,239,733 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

# EXHIBIT B



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 10/13/2023

## Property Information

**Folio:** 11-3205-001-0590

**Property Address:** 9125 N BAYSHORE DR

## Roll Year 2023 Land, Building and Extra-Feature Details

### LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-35 | 1700 | Front Ft. | 50.00 | $1,795,363 |

### BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 2 | 2006 | 216 | 0 | $72 | $27,216 |
| 1 | 1 | 1966 | 3,646 | 2,850 | $3,065 | $1,075,815 |

### EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Wood Fence | 2008 | 65 | $915 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1966 | 1 | $18,000 |
| Patio - Concrete Slab | 1966 | 606 | $1,454 |
| Dock - Wood on Light Posts | 1968 | 30 | $413 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at
http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 10/13/2023

## Property Information

**Folio:** 11-3205-001-0590

**Property Address:** 9125 N BAYSHORE DR

## Roll Year 2022 Land, Building and Extra-Feature Details

| LAND INFORMATION | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
| GENERAL | R-35 | 1700 | Front Ft. | 50.00 | $1,210,940 |

| BUILDING INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
| 1 | 2 | 2006 | 216 | 0 | $72 | $14,749 |
| 1 | 1 | 1966 | 3,646 | 2,850 | $3,065 | $443,199 |

| EXTRA FEATURES | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |
| Wood Fence | 2008 | 65 | $926 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1966 | 1 | $18,000 |
| Patio - Concrete Slab | 1966 | 606 | $1,454 |
| Dock - Wood on Light Posts | 1968 | 30 | $413 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at
http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Generated On: 10/13/2023

## Property Information

**Folio:** 11-3205-001-0590

**Property Address:** 9125 N BAYSHORE DR

## Roll Year **2021** Land, Building and Extra-Feature Details

### LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-35 | 1700 | Front Ft. | 50.00 | $1,043,650 |

### BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 2 | 2006 | 216 | 0 | $72 | $10,836 |
| 1 | 1 | 1966 | 3,646 | 2,850 | $3,065 | $321,825 |

### EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Wood Fence | 2008 | 65 | $936 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1966 | 1 | $18,000 |
| Patio - Concrete Slab | 1966 | 606 | $1,454 |
| Dock - Wood on Light Posts | 1968 | 30 | $413 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at
http://www.miamidade.gov/info/disclaimer.asp

 # OFFICE OF THE PROPERTY APPRAISER

Generated On: 10/13/2023

## Property Information

**Folio:** 11-3205-001-0590

**Property Address:** 9125 N BAYSHORE DR

### FULL LEGAL DESCRIPTION

| |
|---|
| WATERSEDGE PB 9-141 |
| LOT C LESS W25FT & LESS S12.5FT |
| LOT SIZE 50.000 X 167 |
| OR 15973-3580 15991-2804 0693 1 |
| COC 24849-1532 04 2006 1 |

### SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 04/28/2022 | $4,350,000 | 33167-2262 | Qual by exam of deed |
| 06/10/2015 | $1,550,000 | 29706-1917 | Financial inst or "In Lieu of Forclosure" stated |
| 06/02/2014 | $1,000,000 | 29210-0193 | Financial inst or "In Lieu of Forclosure" stated |
| 04/01/2006 | $2,070,000 | 24849-1532 | Sales which are qualified |
| 06/01/1993 | $340,000 | 15973-3580 | Sales which are qualified |
| 09/01/1990 | $0 | 14728-1575 | Sales which are disqualified as a result of examination of the deed |
| 06/01/1989 | $0 | 00000-00000 | Sales which are disqualified as a result of examination of the deed |
| 06/01/1989 | $329,000 | 14132-2823 | Deeds that include more than one parcel |
| 03/01/1986 | $250,000 | 12841-1673 | Deeds that include more than one parcel |
| 12/01/1975 | $125,000 | 00000-00000 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp