Filing # 183271851 E-Filed 10/05/2023 12:46:20 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2023-015089-CA-01
SECTION: CA23
JUDGE: Barbara Areces

**MIAMI 555 LLC**

Plaintiff(s)

vs.

**Eclipse Home Design LLC**

Defendant(s)

_____/

### ORDER ON RECEIVER'S AMENDED MOTION TO ENFORCE STAY

THIS CAUSE, having come before the Court on September 27, 2023 on Non-Party Receiver Jerry E. Peer's ("Receiver") Amended Motion to Enforce Stay (the "Motion"), and the Court, having reviewed the briefing in support thereto and arguments of counsel, and otherwise being duly advised, it is hereby

ORDERED AND ADJUDGED that Non-Party Receiver's Motion is GRANTED. This case shall be stayed until further order of the Court.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 5th day of October, 2023.

2023-015089-CA-01 10-05-2023 12:39 AM
Hon. Barbara Areces

**CIRCUIT COURT JUDGE**
Electronically Signed

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Brian Kopelowitz, kopelowitz@kolawyers.com
Brian Kopelowitz, herrington@kolawyers.com
H. Steven Vogel, hvogel@dickinson-wright.com
H. Steven Vogel, DOcasio@dickinson-wright.com
H. Steven Vogel, gwade@dickinson-wright.com
Johneeka Monique Simpson, jsimpson@dickinson-wright.com
Johneeka Monique Simpson, GWade@dickinson-wright.com
Jonathan R Secrest, jsecrest@dickinsonwright.com
Jonathan R Secrest, cmaynard@dickinson-wright.com
Marni Lane Avidon, avidon@kolawyers.com
Marni Lane Avidon, herrington@kolawyers.com

**Physically Served:**