**LEGALZOOM**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 NOV 28 PM 2: 15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

November 21, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OH 43215

Dear SARAH D. MORRISON:

LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CA.

Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,

Your LegalZoom Team

9900 SPECTRUM DR
AUSTIN TX 78717

(877) 773-0888

LEGALZOOM.COM

Case: 2:23-cv-00512-SDM-EPD Doc #: 194 Filed: 11/28/23 Page: 2 of 8  PAGEID #: 1882

**California** Secretary of State

- Home
- Search
- Forms
- Help

**Business** | UCC

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

## Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name

==COLLATERAL DAMAGE LLC== (201913510663)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| ==Mailing Address== | ==45 S ARROYO PKWY. PASADENA, CA 91105== |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual ==NO AGENT AGENT RESIGNED OR INVALID== |

 View History       Request Access

Skip to main content

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

**Other Orders/Judgments**
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

## U.S. District Court

## Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2023 at 4:30 PM EST and filed on 11/15/2023
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 184

**Docket Text:**
ORDER issued re [180] [181] Applications for Entry of Default in that the Clerk is DIRECTED to REFRAIN from entering default against the Silver Defendants on the basis of the pending applications. Signed by Judge Sarah D. Morrison on 11/15/23. (sem)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr     wdklossjr@vorys.com, jlmason@vorys.com

Tiffany Strelow Cobb     tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton     ptempleton57@gmail.com

Thomas Wyatt Palmer     Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr     jpeer@petersonconners.com

Gregory Scott Peterson     gpeterson@petersonconners.com

Istvan Gajary     igajary@petersonconners.com

Jamar TaeVann King     jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander     esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)     mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings    matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer    joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC  
101 N. Brand Blvd.  
11th Floor  
Glendale, CA 91203

Eclipse Home Design, LLC  
651 N. Broad Street  
Suite 201  
Middletown, De 19709

Paige McDaniel  
5576 Alexanders Lake Road  
Stockbridge, GA 30281

The following document(s) are associated with this transaction:

**Document description:**Main Document  
**Original filename:**n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1040326259 [Date=11/15/2023] [FileNumber=8723779-0] [4086f454f4ff1fd5eb8943977246a55f634ea4b60304055e23fe7b102ff7ed3078db9cecdb86f5bd7c8503f9163aa39872928e7c8eedbbef45e727e5523c5161]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

        Plaintiffs,    :

v.                           Case No. 2:23-cv-512
                                Judge Sarah D. Morrison
                                Magistrate Judge Chelsey M.
BRINSON CALEB SILVER, *et al.*,  :  Vascura

        Defendants.

## ORDER

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC filed Rule 55(a) applications for entry of default against Defendants Brinson Caleb Silver, Eclipse Home Design, LLC, and Collateral Damage, LLC (together, the "Silver Defendants"). (ECF Nos. 180, 181.) Rule 55(a) provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a).

The Silver Defendants failed to respond to the operative Second Amended Complaint—but each answered the First Verified Amended Complaint. (*See* ECF Nos. 127, 128, 129.) As to the Silver Defendants, the Second Amended Complaint is identical to the First. (*See* ECF No. 165, PAGEID # 1380.) "Rule 55(a) only permits the Clerk to enter default when a party 'has failed to plead or otherwise defend' **in the action**." *United States ex rel. Griffith v. Conn*, No. 11-157-ART-EBA, 2016 WL 11200230, at *1 (E.D. Ky. May 16, 2016) (Thapar, J.) (emphasis added). That cannot

be said about the Silver Defendants. *See also McCutchen v. Tipton County*, 430 F. Supp. 2d 741 (W.D. Tenn. 2006) (denying an application for entry of default as to a defendant who responded to a complaint but did not respond to an amended complaint, where the amended complaint related back to the original under Rule 15(c)). The Clerk is thus **DIRECTED** to **REFRAIN** from entering default against the Silver Defendants on the basis of the pending applications.

    **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
17 NOV 2023 PM 5 L

US POSTAGE — Pitney Bowes
ZIP 43215 $ 000.63
02 4W
0000343269 NOV 16 2023

91203-263811