ORIGIN ID:JGXA (310) 739-3889
MYKE QUON
LEGALZOOM
101 N BRAND BLVD 11TH FLOOR
GLENDALE, CA 91203
UNITED STATES US

SHIP DATE: 21NOV23
ACTWGT: 1.00 LB MAN
CAD: 0496987/CAFE3755

BILL SENDER

TO SOUTHERN DISTRICT OF OHIO
UNITED STATES DISTRICT COURT
85 MARCONI BLVD ROOM 121

COLUMBUS OH 43215

TRK# 6223 4448 5650
WED - 22 NOV 5:00P
STANDARD OVERNIGHT

XN GQQA    43215
           OH-US LCK

FedEx Express

X-RAY ✓
U.S. MARSHALS SERVICE