**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROOT, INC.** *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| *v.* | ) | Magistrate Judge Elizabeth Preston Deavers |
| | ) | |
| Brinson Caleb "BC" **SILVER**, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

<u>**MOTION OF RECEIVER, JERRY E. PEER, JR. TO SELL**</u>
<u>**2018 MERCEDES BENZ GLE 350 AT PRIVATE SALE FREE AND CLEAR**</u>
<u>**OF ANY AND ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES**</u>

Now comes the Court appointed receiver herein, Jerry E. Peer, Jr., ("Receiver") and hereby states that pursuant to this Court's *Order,* filed May 12, 2023 [Doc. # 99], *Order Appointing Receiver*, filed May 17, 2023 [Doc. # 101], and *Order Amending Order Appointing Receiver*, filed June 7, 2023 [Doc. # 120] (hereinafter collectively "Receiver Order"), he has taken control of a certain 2018 Mercedes Benz GLE 350 ("Mercedes") owned by Defendant, Brinson Caleb Silver ("Defendant").  Receiver believes it is in the best interests of this receivership estate to sell the Mercedes at private sale. By this Motion, Receiver moves the Court for authority to sell the Mercedes pursuant to the terms and conditions outlined herein free and clear of any and all interests, liens, claims and encumbrances.

A Memorandum in Support of this Motion is attached hereto.

Respectfully submitted,
PETERSON CONNERS LLP

 /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
JERRY E. PEER, JR. (0075128)
ISTVAN GAJARY (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: 614.365.7000
Facsimile: 614.220.0197
gpeterson@petersonconners.com
jpeer@petersonconners.com
igajary@petersonconners.com

*Counsel for Receiver, Jerry E. Peer, Jr.*

## MEMORANDUM IN SUPPORT

### I.  INTRODUCTION

Pursuant to this Court's *Order,* filed May 12, 2023 [Doc. # 99], *Order Appointing Receiver*, filed May 17, 2023 [Doc. # 101], and *Order Amending Order Appointing Receiver*, filed June 7, 2023 [Doc. # 120] (hereinafter collectively "Receiver Order"), Jerry E. Peer, Jr. ("Receiver"), was appointed as Receiver of all monetary and real property assets ("Assets") of Mr. Brinson Caleb Silver, Collateral Damage, LLC and Eclipse Home Design, LLC (hereinafter collectively "Defendants").   Further, and pursuant to the Receiver Order, Receiver has been engaged for the purpose of protecting and liquidating the Assets.

Subsequent to his appointment, Receiver and his counsel visited Defendants' owned and leased real estate located in California. While in California, on July 17 and 18, 2023, Receiver assessed the condition of a certain 2018 Mercedes Benz GLE 350 ("Mercedes") owned by Defendant, Brinson Caleb Silver ("Defendant").  As previously reported to this Court, Receiver

permitted Ms. Laurie Mannette to continue driving the Mercedes until she was able to make arrangements for alternative transportation for her and her children. In October, Receiver took possession of the Mercedes and moved it to a secure location pending its sale. Receiver has researched the value of the Mercedes and engaged in negotiations with prospective buyers. In light of its present condition and based upon its year, make, model, and miles, Receiver has determined the Mercedes to be worth approximately $16,000 - $18,000. See "**Exhibit A**" attached hereto.

Receiver had received an offer from Encinitas Ford ("Buyer") to purchase the Mercedes for $14,200 (the "Offer"). A copy of the Offer is attached hereto as "**Exhibit B**." While this Offer is less than the estimated value, Receiver believes that this sale will net the highest return for the estate as it will avoid any fees and other expenses associated with selling the vehicle at public auction. Receiver has not received any other private offer for the Mercedes.

The Receiver requests that any order approving the sale of the Mercedes include findings of the Court that the sale of the Mercedes is commercially reasonable, has been negotiated in good faith and that the Offer of Buyer is in the best interests of the receivership estate under the circumstances.

## II. LAW AND ARGUMENT

Pursuant to the Receiver Order,

The Receiver is authorized to negotiate and effect an orderly sale, transfer, use, or assignment of all or a portion of any of the Property in or outside of the ordinary course of business of the Receivership Defendants and, from the proceeds thereof, to pay the secured and unsecured indebtedness of the Property, including the Real Property. Payments to creditors by the Receiver shall include trade indebtedness which arises during the course of the Receiver's operation of the Property, which shall be paid first from the sale proceeds, together with the fees and expenses of the Receiver and his attorneys, accountants, and other professionals. The Receiver is authorized to conduct such a sale of the Property in any manner which he, in his good faith and reasonable discretion.

See Receiver Order, para. 2(k).

Additionally, "a judge who finds it necessary to appoint a Receiver should see that the entity, and therefore assets, are liquidated as economically and speedily as possibly unless its continuance is demonstrated to be beneficial to the creditors. *Jones v. Proctorville* (1961 C.A. 6, Ohio) 290 F. 2d 49.

The Receiver, in his business judgment, has determined that a sale of the Mercedes pursuant to the terms set forth above is commercially reasonable and in the best interest of the receivership estate. Further, Receiver represents that the private sale of the Mercedes, pursuant to the terms of above, will likely result in a higher return for the receivership estate as it will avoid all costs associated with removal, storage, repair, advertising, and/or commissions.  It is the Receiver's request that the Mercedes be sold at private sale free and clear of all liens, claims, interests, and encumbrances with said liens, claims, interests, and encumbrances attaching to the net proceeds of sale, which shall be disbursed to creditors in order of their respective priorities or applied against administrative expenses of this estate.

In light of the fact that it is the duty of the Receiver to act for the benefit of the estate, Receiver requests that the Mercedes be sold pursuant to the terms above.  No higher offer has been extended and this sale is expected to bring a higher net return to the receivership estate than a public sale or future private sale.  Thus, this private sale is the most efficient and economical means to dispose of the Mercedes.

## III.    CONCLUSION

WHEREFORE, the Receiver respectfully requests that the Court enter an order authorizing the Receiver to sell the Mercedes pursuant to the terms stated above, free and clear

of any and all liens, claims, encumbrances, and other interests with said liens, claims,

encumbrances, and other interests attaching to the net proceeds of sale.

Respectfully submitted,
PETERSON CONNERS LLP

 /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
JERRY E. PEER, JR. (0075128)
ISTVAN GAJARY (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: 614.365.7000
Facsimile: 614.220.0197
gpeterson@petersonconners.com
jpeer@petersonconners.com
igajary@petersonconners.com

*Counsel for Receiver, Jerry E. Peer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 5th day of December, 2023 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail to the following:

BRINSON CALEB SILVER
BUTLER COUNTY JAIL
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

COLLATERAL DAMAGE, LLC
c/o BRINSON CALEB SILVER
BUTLER COUNTY JAIL
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

ECLIPSE HOME DESIGN, LLC
c/o BRINSON CALEB SILVER
BUTLER COUNTY JAIL
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, Georgia 30281

 /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
JERRY E. PEER, JR. (0075128)
ISTVAN GAJARY (0089084)

Home › What's My Car Worth? › Category & Style › Options › Offer Options › Condition › GLE 350 Sport Utility 4D



Advertisement

My Car's Value
# 2018 Mercedes-Benz GLE GLE 350 Sport Utility 4D
4.5 ⭐ (31 Ratings)   Write a review

🖨 Print

VIN: **4JGDA5JBXJB099956**   ♡ Save this car

Skip the hassle! Go directly to your values next time.

⚠️ Recalls: **6 Recalls Found**
Is my car affected?                                          →

🔧 Repair Estimator: **See Pricing**
What's a fair price?                                         →

**Options**   Next Steps

## ① Your Options

Instant Cash Offer   **Trade-in**   Private Party   Donate Your Car

♡ Save this car

**Exhibit A**



$16,822 - $18,633

Trade-in Range

Trade-in Value
$17,728

(i) Important info
& definitions

Value valid as of **10/24/2023**

### Factors That Impact Value
Check that yours are correct below.

Mileage: **63,076** ✏️    ZIP Code: **92024** 📍


Condition
Good  ⌄


**Edit Options**



**Instant Cash Offer Advantages** ⧉

- Get your Instant Cash Offer online
- Redeem it at a Participating Dealer
- Get cash for your car or trade it in today

**Get Offer**

**2**

## Start the Trade-in Process Online

Plus, get a no-obligation quote for your next car.

**You're Interested In:**

2023 Mercedes-Benz GLE

Change Vehicle

**Your Trade-in:**

2018 Mercedes-Benz GLE

Change Vehicle

**Choose up to 3 dealers**   Change ZIP Code

Compare prices from three local dealers.

☑ **Mercedes-Benz of Carlsbad**

5475 Car Country Dr

Carlsbad, CA 92008

6 miles away

## ③ Shop for Your Next Car - What Can I Afford?



Estimated Trade-in Amount
$17,728

Desired Monthly Payment *
$400

*This field is required.

Terms (months)
60

Interest Rate (%)
3.19

Outstanding Loan Balance
$0

Additional Down Payment
$0

# Vehicles in Your Price Range

## Price Range

Up to **$39,884**

Available for Down Payment

Total Down Payment

**Calculate**

### 2021 Audi Q7
Est. $392/mo*

### 2021 Land Rover Range Rover Velar
Est. $386/mo*

### 2022 INFINITI QX60
Est. $385/mo*



### 2022 Acura MDX
Est. $376/mo*



*Based on the Blue Book® Fair Purchase Price (click vehicle to see) for 60 months, 3.19% APR, and Estimated Trade-in Amount. Taxes and Fees not included. For illustrative purposes only and not an offer/commitment to provide credit or financing.



# Featured Content



# Dealer Home Services: We Come To You

Video Walkaround

Test Drive at Home

Local Home Delivery

## Maintenance from Your Door

Need maintenance or repair on your current car? A dealer will pick up your vehicle, perform repairs or maintenance services and bring it back to you. It delivers peace of mind and keeps your car running its best.

Search Local Providers

# New Car Price Quote

**Compare prices from three local dealers.**

Get the best deal on a new car!

Change ZIP Code

2023 Mercedes-Benz GLE
GLE 350

Change Vehicle

**Mercedes-Benz of Carlsbad**
5475 Car Country Dr
Carlsbad, CA 92008
6 miles away

**Mercedes-Benz of Escondido**

# Featured Partners

## Give Buyers Confidence

Show them a clean AutoCheck vehicle history report.

Get Your Report

## Pre-Qualify for Auto Financing

Pre-qualify for an auto loan with no impact to your credit score.

Get Started

FAQ | Contact Us | Do Not Sell My Personal Information | About Us | Careers | Corporate

Do Not Process My Sensitive Information





1424 Encinitas Blvd., Encinitas, CA 92024 • (760) 753-6286 • Fax (760) 944-5487

To whom it may concern, This is an offer to purchase the following vehicles. 2019 Land Rover and 2018 Mercedes Benz. Offer good till 11/03/2023.

2018 Mercedes Benz
GLE 350
Vin # 4JGDA5JBXJB099956
63,076 miles
DMV registration expired 6/08/2023
$703 owed (See Attached)

Purchase Price $14,200
                        -703 (DMV)

Equity              $13,497

2019 Land Rover Sport
Vin # SALWR2RV2KA834898
44,820 miles
DMV registration expired 02/02/2023
$996 owed (See Attached)

Purchase price $32,000
                        -996 (DMV)
Payoff              $44,944.09 (Estimated Ally Financial Good Till 10/27/2023)

Negative equity -13,940.09

Dave Bechtel
Sales Manager
760-613-6848 (Cell)

**Exhibit B**