# Exhibit L

Recording Requested By:
Chicago Title Company

When Recorded Mail to
And Mail Tax Statements To
William M. Campbell, III and Christine Campbell
1250 Wynn Road
Pasadena, CA 91107

Escrow Number: 160-455016-SD
Title Number: 112209786
APN: 5860-029-005
Property: 1250 Wynn Road, Pasadena, CA 91107

*SPACE ABOVE IS RESERVED FOR RECORDER'S USE*

# GRANT DEED

The undersigned Grantor(s) Declare(s):
Documentary Transfer Tax   $4,015.00
__x__ Computed on the full value of the interest or property conveyed;
____ Computed on the full value less value of liens or encumbrances remaining at time of sale
____ Unincorporated Area __x__ City of _____Pasadena_____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Bing Chu, a single man and Sandy Hsiaowen Chu, a widow, as joint tenants**

hereby **GRANT(S)** to

**William M. Campbell, III and Christine Campbell, husband and wife, as community property with right of survivorship**

the following described real property in the City of Pasadena, County of Los Angeles, State of California:

*SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF*

DATED: June 17, 2022

Bing Chu

Sandy Hsiaowen Chu

SANDY HSIAOWEN CHU

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Grant Deed

Escrow No.: 160-455016-SD

Page 1 of 3

Notary Acknowledgement attachment to Grant Deed dated June 17, 2022, executed by Bing Chu and Sandy Hsiaowen Chu
Property Address: 1250 Wynn Road, Pasadena, CA 91107

Date: June 17, 2022

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Los Angeles
On June 20, 2022 before me, Amanda Alicia Armas, A Notary Public personally appeared Bing Chu & Sandy Hsiaowen Chu who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (seal)

AMANDA ALICIA ARMAS
Notary Public - California
Los Angeles County
Commission # 2379216
My Comm. Expires Oct 20, 2025

## EXHIBIT "A"
### PROPERTY DESCRIPTION

PARCEL 1:

THE WESTERLY 155 FEET OF THE SOUTHERLY 10.50 FEET OF LOT 9 AND THE WESTERLY 155 FEET OF LOT 8, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY MAP RECORDED IN BOOK 59, PAGES 1 AND 2 OF RECORD OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, BEING A PORTION OF THE RANCHO SANTA ANITA.

EXCEPTING THEREFROM THE SOUTHERLY 15.50 FEET OF SAID PORTION OF LOT 8.

SAID LAND IS SHOWN AS LOT 21 ON RECORD OF SURVEY RECORDED IN BOOK 69, PAGE 38 OF RECORD OF SURVEYS.

SAID LAND IS ALSO SHOWN AS LOT 23 ON OFFICIAL MAP OF PORTION OF PASADENA RECORDED IN BOOK 4, PAGE 34 OF OFFICIAL MAPS.

PARCEL 2:

AN EASEMENT FOR ROAD AND UTILITIES, FOR USE IN COMMON WITH OTHERS, OVER WYNN ROAD AND OVER TREVAN ROAD EAST OF WYNN ROAD, AS SHOWN ON SAID MAP.

PARCEL 3:

A NON-EXCLUSIVE EASEMENT FOR DRAINAGE PURPOSES OVER THE SOUTHERLY 10 FEET AND THE EASTERLY 6 FEET OF LOT 5, AS SHOWN UPON SAID RECORD OF SURVEY MAP, TOGETHER WITH THE RIGHT TO DEDICATE SAID EASEMENT.

PARCEL 4:

A NON-EXCLUSIVE EASEMENT FOR SEWER PURPOSES OVER THE EASTERLY 6 FEET FOR LOT 5 AND THE WESTERLY 4 FEET AND THE SOUTHERLY 10 FEET OF LOT 6, AS SHOWN ON SAID RECORD OF SURVEY MAP, TOGETHER WITH THE RIGHT TO DEDICATE SAID EASEMENT.

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

NOV 2 1 2023

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA