# Exhibit M


Los Angeles County Office of the Assessor
Property Assessment Information System
*Valuing People and Property*

## Parcel Details ✕

- Property records are kept at the East District Office
- How frequently is this site updated? (and other FAQs)

### Property Information

| | |
|---|---|
| Assessor's ID No: | 5860-029-005 |
| Address: | 1250 WYNN RD PASADENA CA 91107 |
| Property Type: | Single Family Residential |
| Region / Cluster: | 05 / 05119 |
| Tax Rate Area (TRA): | 07500 |

- View Assessor Map
- View Index map

### Recent Sales Information

| | |
|---|---|
| Latest Sale Date: | 07/15/2022 |
| Indicated Sale Price: | $3,650,036 |

Search for Recent Sales

### 2023 - Roll Values

| | |
|---|---|
| Recording Date: | 07/15/2022 |
| Land: | $2,514,000 |
| Improvements: | $838,000 |
| Personal Property: | $0 |
| Fixtures: | $0 |
| Homeowners' Exemption: | $0 |
| Real Estate Exemption: | $0 |
| Personal Property Exemption: | $0 |
| Fixture Exemptions: | $0 |

- 2023 - Annual taxes
- Property tax payment FAQs
- Estimate supplemental taxes

### Property Boundary Description

OFFICIAL MAP AS PER BK 4 PG 34 TO 39 OF O M LOT 23

### Building Description

**Building Improvement 1**

| | |
|---|---|
| Square Footage: | 3,156 |
| Year Build / Effective Year Built: | 1953 / 1975 |
| Bedrooms / Bathrooms | 4 / 3 |
| Units | 1 |



I want to...

Tools

Street Map

LA County | City of Pasadena, County of Los Angeles, Bureau of La


 Home    Layers    Parcel...    Searc...


