11/28/23, 10:18 AM
Case: 2:23-cv-00512-SDM-EPD Doc #: 203-1 Filed: 12/07/23 Page: 1 of 3 PAGEID #: 2067
CM/ECF LIVE - U.S. District Court:OHSD

**Orders on Motions**

2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 11/28/2023 at 10:17 AM EST and filed on 11/28/2023
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 193(No document attached)

**Docket Text:**
**NOTATION ORDER granting [190] Motion for Leave to Appear Pro Hac Vice of Alexis Fields. PHV Counsel is directed to register for e-filing through PACER unless they have done so previously. Signed by Magistrate Judge Elizabeth Preston Deavers on 11/28/2023. (er)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings    matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher     mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer     joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields     fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203