Align top of FedEx Express® shipping label here.

```
ORIGIN ID:JGXA  (310) 739-3889      SHIP DATE: 06DEC23
MYKE QUON                           ACTWGT: 1.00 LB MAN
LEGALZOOM                           CAD: 0496987/CAFE3755
101 N BRAND BLVD 11TH FLOOR
GLENDALE, CA 91203                  BILL SENDER
UNITED STATES US
TO  SOUTHERN DISTRICT OF OHIO
    OFFICE OF THE CLERK US DISTRICT COU
    85 MARCONI BLVD ROOM 121

    COLUMBUS OH 43215
INV:              REF:
PO:               DEPT:
```

FedEx Express

TRK# 6223 4448 7295    THU – 07 DEC 5:00P
0201                   STANDARD OVERNIGHT

XN GQQA                43215
                       OH-US  LCK

Align bottom of peel-and-stick airbill or pouch here.