# LEGALZOOM

December 15, 2023

CLERK'S OFFICE OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OH 45202

To Whom It May Concern:

    LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CA.

    Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,

Your LegalZoom Team



9900 SPECTRUM DR
AUSTIN TX 78717    (877) 773-0888    LEGALZOOM.COM

**California** Secretary of State | Business | UCC | Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

## Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated

Skip to main content  State

---

**COLLATERAL DAMAGE LLC** (201913510663)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | **45 S ARROYO PKWY. PASADENA, CA 91105** |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual **NO AGENT AGENT RESIGNED OR INVALID** |


View History


Request Access

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS

EMS

E

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 8 FLAT-RATE ENVELOPE
ComBasPrice

062S0001443325
5157436
FROM 91203

stamps endicia
12/15/2023

PRIORITY MAIL EXPRESS 2-DAY™

Esperidion Velido
Legalzoom.com, Inc
101 N Brand Blvd Flr 10
Glendale CA 91203

0007
(323) 962-8600

23

M/A
12/17/23

WAIVER OF SIGNATURE

SHIP TO: CLERK'S OFFICE OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI OH 45202

USPS TRACKING #

9470 1112 0620 4442 0809 93

United States district court of Ohio

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®

ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

U.S. MARSHALS SERVICE

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

**Other Orders/Judgments**
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al
AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2023 at 4:53 PM EST and filed on 12/7/2023
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 204(No document attached)

**Docket Text:**
**NOTATION ORDER** -- The Receiver's [198] Motion for order of sale of property located at 2018 Mercedes-Benz GLE 350 and [199] MOTION Abandon Personal Property at 8331 Bleriot Ave. and 2019 Range Rover shall be subject to the following expedited briefing schedule: Any objection must be filed within seven days hereof. No replies will be permitted. Signed by Judge Sarah D. Morrison on 12/7/2023. (md)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings    matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher     mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer     joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields     fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281