

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 DEC 20  PM 1: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

December 19, 2023

OFFICE OF THE CLERK – UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OH 43215

To Whom It May Concern:

    LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CA.

    Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,


Your LegalZoom Team

9900 SPECTRUM DR
AUSTIN TX 78717          (877) 773-0888          LEGALZOOM.COM

# California Secretary of State

Business    UCC

- Home
- Search
- Forms
- Help

## Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated*

Skip to main content

## COLLATERAL DAMAGE LLC (201913510663)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY, PASADENA, CA 91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

 View History     Request Access

**Orders on Motions**
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 12/6/2023 at 4:53 PM EST and filed on 12/6/2023
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 200

**Docket Text:**
ORDER granting [197] Plaintiffs' Motion to File Exhibits A-G and N attached to their forthcoming Opposition to Quantasy Defendants Motion to Quash Subpoenas for Financial Records and to Stay Discovery as to the Quantasy Defendants Under Seal. Signed by Magistrate Judge Elizabeth Preston Deavers on December 6, 2023. (jlk)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr     wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly     james@leicklylaw.com

Tiffany Strelow Cobb     tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton     ptempleton57@gmail.com

Thomas Wyatt Palmer     Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr     jpeer@petersonconners.com

Gregory Scott Peterson     gpeterson@petersonconners.com

Istvan Gajary     igajary@petersonconners.com

Jamar TaeVann King     jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander     esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings    matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer    joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields    fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=12/6/2023] [FileNumber=8746489-0
] [6a7542ff38e7f7feb865980caec0c610dd08c97147506d43e124fffca9225673b7d
362dfca5aae8da959d3dd1d1f848e85bfe0966119a196e7718dce928a6867]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs,

    v.

BRINSON CALEB SILVER, *et al.*,

    Defendants.

                    Civil Action 2:23-cv-512
                    Judge Sarah D. Morrison
                    Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Unopposed Motion to File Under Seal filed by Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC. (ECF No. 197.) Specifically, Plaintiffs seek to file under seal Exhibits A-G and N attached to their forthcoming Opposition to Quantasy Defendants' Motion to Quash Subpoenas for Financial Records and to Stay Discovery as to the Quantasy Defendants. (*Id.* at 1.) In support, Plaintiffs explain that the Exhibits contain bank account numbers, balances, and personal contact information pertaining to the Quantasy Defendants and non-party Christine Campbell, the wife of Defendant William Campbell. For the following reasons, the Motion (ECF No. 197) is **GRANTED**.

It is well established that "[e]very court has supervisory power over its own records and files." *Nixon v. Warner Commc'ns,* 435 U.S. 589, 598 (1978). A court's discretion to seal records from public inspection, however, is limited by "the presumptive right of the public to inspect and copy judicial documents and files[,]" which the United States Court of Appeals for

the Sixth Circuit as described as a "long-established legal tradition." *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 473–74 (6th Cir. 1983); *see also Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1178–80 (6th Cir. 1983) (discussing the justifications for the "strong presumption in favor of openness"). Therefore, "[o]nly the most compelling reasons can justify non-disclosure of judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) (internal quotation marks and citation omitted). The Sixth Circuit has indicated that exceptions fall into two categories: (1) exceptions "based on the need to keep order and dignity in the courtroom"; and (2) "content-based exemptions," which "include certain privacy rights of participants or third parties, trade secrets, and national security." *Brown & Williamson Tobacco Corp.*, 710 F.2d at 1179 (citations omitted).

In addition, the Sixth Circuit has recently emphasized the public's "strong interest in obtaining the information contained in the Court record." *Shane Grp., Inc.*, 825 F.3d at 305 (internal quotation marks and citation omitted); *see also In re Nat'l Prescription Opiate Litig.*, 927 F.3d 919, 939 (6th Cir. 2019) ("'[T]he greater the public interest in the litigation's subject matter, the greater the showing necessary to overcome the presumption of access.'") (quoting *Shane Grp., Inc.*, 825 F.3d at 305). Accordingly, district courts must consider "each pleading [to be] filed under seal or with redactions and to make a specific determination as to the necessity of nondisclosure in each instance" and must "bear in mind that the party seeking to file under seal must provide a 'compelling reason' to do so and demonstrate that the seal is 'narrowly tailored to serve that reason.'" *In re Nat'l Prescription Opiate Litig.*, 927 F.3d at 940 (quoting *Shane Grp.*, 825 F.3d at 305). If a district court "permits a pleading to be filed under seal or with redactions, it shall be incumbent upon the court to adequately explain 'why the interests in

2

support of nondisclosure are compelling, why the interests supporting access are less so, and why the seal itself is no broader than necessary.'" *Id.* (quoting *Shane Grp., Inc.*, 825 F.3d at 306).

In their motion, Plaintiffs explain the nature of each Exhibit they seek to file under seal. Further, they assert that the public filing of these Exhibits would allow public access to the Quantasy Defendants' full bank account numbers and balances, and bank account and wiring information of other individuals and companies with whom Quantasy, LLC had transactions. Plaintiffs also contend that it is not practical to redact the statements instead of sealing them because almost all of the pages and content of the Exhibits are sensitive information so that any minimal sections or sentences that are not redacted would contain no useful information for the public. Finally, they note that are not seeking to seal their brief in opposition and it summarizes the Exhibits and details the important transactions.

Here, the Court finds that the public has some interest in this action; however, under the circumstances, the Exhibits are not of great interest to the public and contain confidential financial information. Further, because the confidential information is pervasive throughout the Exhibits Plaintiffs seek to keep sealed in their entirety, the Court finds that sealing those documents in their entirety "is no broader than necessary" to protect the information, as redaction may render the documents meaningless. *See In re Nat'l Prescription Opiate Litig.*, 927 F.3d at 939 (citations and internal quotation marks omitted); *Shane Grp., Inc.*, 825 F.3d at 306.

For all these reasons, Plaintiffs' Motion (ECF No. 197) is **GRANTED**. The Clerk is **DIRECTED** to maintain a copy of the identified documents under seal.

    **IT IS SO ORDERED.**

**DATED: December 6, 2023**         */s/ Elizabeth A. Preston Deavers*
                                               **ELIZABETH A. PRESTON DEAVERS**
                                               **UNITED STATES MAGISTRATE JUDGE**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
8 DEC 2023 PM 3 L

US POSTAGE PITNEY BOWES
ZIP 43215 $ 000.63
02 4W
0000343269 DEC 07 2023

Collateral Damage, LLC
101 N. Brand Blvd., 11th floor
Glendale, CA 91203

91203-263811