IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Root, Inc., et al.,**

Plaintiff,

**NOTICE**

vs.

Case No. 2:23-cv-512
**JUDGE SARAH D. MORRISON**

**Silver, et al.,**

Defendant.

 **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court    **Chambers**
   Joseph P. Kinneary U.S. Courthouse  **In Person**
   85 Marconi Boulevard     **Feb. 14, 2024, at 10:00 a.m.**
   Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

            **SARAH D. MORRISON**
            **UNITED STATES DISTRICT JUDGE**

DATE: Jan. 19, 2024

            _s/ Maria Rossi Cook_
            (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF