# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.* | ) |
| Plaintiffs, | ) CASE NO. 2:23-CV-00512-SDM-EPD |
| v. | ) JUDGE SARAH D. MORRISON |
| **Brinson Caleb Silver**, *et al.*, | ) MAGISTRATE JUDGE DEAVERS |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants Quantasy, LLC, Quantasy & Associates, LLC, and William Campbell (the "Quantasy Defendants") respectfully request a brief four (4) day extension, up to and including January 26, 2024, to answer, plead, or otherwise respond to the Second Amended Complaint ("SAC," Doc. 173).

The respective counsel of the Quantasy Defendants and Plaintiffs have conferred regarding this Motion. Plaintiffs have no objection to extending the deadline to January 26, 2024.

This Motion is not a dilatory tactic, but rather is submitted in good faith. The Quantasy Defendants continue to analyze the impact of the Court's Opinion and Order (Doc. 216) on the issues in this case and, therefore, requests the brief addition of time.

Respectfully submitted,

*/s/ Jamar T. King*
Matthew D. Ridings, Trial Attorney (0079402)
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114
Telephone: 216.566.5561
Facsimile: 216.566.5800
Matt.Ridings@ThompsonHine.com

Joan E. Meyer
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
1919 M Street, N.W.
Suite 700
Washington, D.C.  20036-3537
Telephone:  202.263.4115
Facsimile:  202.331.8330
Joan.Meyer@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY  10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY  10019
Telephone:  212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all represented parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, on January 20, 2024 to the following non-represented parties:

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

Brinson Caleb Silver
Butler County Jail
Attn: Brinson Caleb Silver, Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, California 31203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, Delaware 19709

*/s/ Jamar T. King*
Jamar T. King