IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROOT, INC.,** *et al.,*

    **Plaintiffs,**

                                          Civil Action 2:23-cv-512
                                          Judge Sarah D. Morrison
    v.                                      Magistrate Judge Elizabeth P. Deavers

**BRINSON CALEB SILVER,** *et al.,*

    **Defendants.**

## ORDER

      The Court's docket reflects that Defendants Eclipse Home Design, LLC and Collateral Damage, LLC are continuing to proceed without counsel.  As limited liability companies, these Defendants can proceed only through licensed counsel in this Court.  *MCP IP, LLC v. .30-06 Outdoors, LLC,* No. 2:21-CV-581, 2021 WL 11671682, at *1 (S.D. Ohio May 17, 2021) (citing *Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel."); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney.")). This rule applies equally to limited liability companies like Defendants.  *Id*. (citing *U.S. S.E.C. v. Merklinger*, 489 F. App'x 937, 939 (6th Cir. 2012)).

      Accordingly, Defendants are **ORDERED** to each retain a trial attorney as provided for in Southern District of Ohio Civil Rule 83.4 **NO LATER THAN FEBRUARY 13, 2024,** and have counsel enter an appearance on their behalf, in advance of the Status Conference scheduled for

**FEBRUARY 14, 2024**.  Failure to comply with this Order may result in entry of default against these Defendants.

    **IT IS SO ORDERED.**

**Date:  January 22, 2024**　　　　　　　　　　　/s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　　　　**ELIZABETH A. PRESTON DEAVERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**