FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 JAN 22 PM 12: 35
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

X-RAY
U.S. MAIL SERVICE



ORIGIN ID:JGXA (310) 739-3889
MYKE QUON
LEGALZOOM
101 N BRAND BLVD 11TH FLOOR
GLENDALE, CA 91203
UNITED STATES US

SHIP DATE: 16JAN24
ACTWGT: 1.00 LB MAN
CAD: 0496987/CAFE3755

BILL SENDER

TO SOUTHERN DISTRICT OF OHIO
UNITED STATES DISTRICT COURT
85 MARCONI BLVD ROOM 121

COLUMBUS OH 43215
REF:
INV:
PO: DEPT:

FedEx Express
E



WED - 17 JAN 5:00P
THU - 18 JAN AA
STANDARD OVERNIGHT

TRK# 6223 4449 1736
0201

XN GQQA
43215 OH-US
LCK

5206467 17Jan2024 JGXA 581C3/D014/COB8

RT 708  1  E
FZ 705  17:00  1736
            01.22