# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC., et al.,** | : | CASE NO. 2:23-cv-00512 |
| Plaintiffs, | : | JUDGE SARAH D. MORRISON |
| v. | : | |
| **BRINSON CALEB "BC" SILVER et al.,** | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Now come Thomas A. Barni, Esq. and Andrew J. Yarger, Esq., of the law firm of Dinn, Hochman & Potter, LLC, and serve notice of their appearance in this matter as counsel for Defendant, Paige McDaniel.

Counsel requests that all records of this matter reflect said appearance. Counsel further requests that this request include not only the notice, but also include, without limitation, any pleadings, motions, briefs or any other documents, whether formal or informal, written or oral, telefaxed or otherwise delivered, or which in any way otherwise affects the rights or interests of Defendant.

1

Respectfully submitted,

DINN, HOCHMAN & POTTER, LLC:


/s/ Thomas A. Barni
THOMAS A. BARNI (0064555)
ANDREW J. YARGER (0086919)
6105 Parkland Boulevard, Suite 100
Cleveland, Ohio  44124
(440) 446-1100 – Phone
(440) 446-1240 – Fax
tbarni@dhplaw.com
ayarger@dhplaw.com
Attorneys for Defendant, Paige McDaniel


## **CERTIFICATE OF SERVICE**

I, Thomas A. Barni, hereby certify that this document was filed through the ECF system and will be sent electronically to all parties via the Court's electronic filing system.

Dated: January 24, 2024


/s/ Thomas A. Barni
THOMAS A. BARNI (0064555)
ANDREW J. YARGER (0086919)
Attorneys for Defendant, Paige McDaniel