# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.* | ) |
| Plaintiffs, | ) CASE NO. 2:23-CV-00512-SDM-EPD |
| v. | ) JUDGE SARAH D. MORRISON |
| **Brinson Caleb Silver**, *et al.*, | ) MAGISTRATE JUDGE DEAVERS |
| Defendants. | ) |

## STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT

Pursuant to Loc. R. 6.1, Defendants Quantasy, LLC, Quantasy & Associates, LLC, and William Campbell (the "Quantasy Defendants") and Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Plaintiffs") hereby stipulate and agree that the Quantasy Defendants shall have an additional five (5) day extension, up to and including January 31, 2024, to answer, plead, or otherwise respond to the Second Amended Complaint (Doc. 173).

The total time extended to the Quantasy Defendants under this stipulation and all prior extensions does not exceed twenty-one (21) days.

This stipulation is submitted in good faith. The Quantasy Defendants continue to analyze and assess the impact of the Orders entered on January 8, 2024 (Doc. 216) and January 22, 2024 (Doc. 225) on the issues in this case. Plaintiffs have no objection to extending the deadline to January 31, 2024.

| | |
|---|---|
| */s/ William D. Kloss (per phone authority 1/26/24)* | */s/ Jamar T. King* |
| William D. Kloss, Jr. | Matthew D. Ridings, Trial Attorney (0079402) |
| VORYS, SATER, SEYMOUR AND PEASE LLP | THOMPSON HINE LLP |
| | 127 Public Square |
| | 3900 Key Center |

Tiffany S. Cobb
Elizabeth S. Alexander
Grace E. Saalman
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
wdklossjr@vorys.com
tscobb@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
mkutcher@cooley.com

Kristine A. Forderer
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
kforderer@cooley.com

*Attorneys for Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC*

Cleveland, Ohio 44114
Telephone: 216.566.5561
Facsimile: 216.566.5800
Matt.Ridings@ThompsonHine.com

Joan E. Meyer
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537
Telephone: 202.263.4115
Facsimile: 202.331.8330
Joan.Meyer@ThompsonHine.com

Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone: 937.443.6852
Facsimile: 937.443.6635
Jamar.King@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Telephone: 212.908.3944
Facsimile: 212.344.6101
Karim.Sabbidine@ThompsonHine.com

Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Eva M. Jimenez
(Admitted *Pro Hac Vice*)
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone: 212.468.4869
jepstein@dglaw.com
ejimenez@dglaw.com

*Attorneys for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all represented parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, on January 26, 2024 to the following non-represented parties:

Brinson Caleb Silver
Butler County Jail
Attn: Brinson Caleb Silver, Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Collateral Damage, LLC
45 South Arroyo Parkway
Pasadena, CA 91105

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, Delaware 19709

                                                                                */s/ Jamar T. King*
                                                                                Jamar T. King