

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 FEB -2 AM 10: 41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

January 31, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OH 43215

To Whom It May Concern:

    LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CA.

    Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,

Your LegalZoom Team

9900 SPECTRUM DR
AUSTIN TX 78717      (877) 773-0888      LEGALZOOM.COM

Case: 2:23-cv-00512-SDM-EPD Doc #: 235 Filed: 02/02/24 Page: 2 of 7  PAGEID #: 2411

**California Secretary of State**

Business | UCC | Login

## Business Search

▼ *The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated*

Home | Search | Forms | Help

**COLLATERAL DAMAGE LLC**
(201913510663)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY. PASADENA,CA91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |


View History


Request Access

Skip to main content

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

       **Plaintiffs,**

                              Civil Action 2:23-cv-512
                              Judge Sarah D. Morrison
   v.                           Magistrate Judge Elizabeth P. Deavers

**BRINSON CALEB SILVER,** *et al.*,

       **Defendants.**

## ORDER

The Court's docket reflects that Defendants Eclipse Home Design, LLC and Collateral Damage, LLC are continuing to proceed without counsel. As limited liability companies, these Defendants can proceed only through licensed counsel in this Court. *MCP IP, LLC v. .30-06 Outdoors, LLC,* No. 2:21-CV-581, 2021 WL 11671682, at *1 (S.D. Ohio May 17, 2021) (citing *Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel."); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney.")). This rule applies equally to limited liability companies like Defendants. *Id.* (citing *U.S. S.E.C. v. Merklinger*, 489 F. App'x 937, 939 (6th Cir. 2012)).

Accordingly, Defendants are **ORDERED** to each retain a trial attorney as provided for in Southern District of Ohio Civil Rule 83.4 **NO LATER THAN FEBRUARY 13, 2024,** and have counsel enter an appearance on their behalf, in advance of the Status Conference scheduled for

**FEBRUARY 14, 2024**. Failure to comply with this Order may result in entry of default against these Defendants.

       **IT IS SO ORDERED.**

**Date: January 22, 2024**　　　　　　　　　　　_/s/ Elizabeth A. Preston Deavers_
　　　　　　　　　　　　　　　　　　　　**ELIZABETH A. PRESTON DEAVERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Other Orders/Judgments
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 1/22/2024 at 4:22 PM EST and filed on 1/22/2024
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 225

**Docket Text:**
ORDER - Defendants are ORDERED to each retain a trial attorney as provided for in Southern District of Ohio Civil Rule 83.4 NO LATER THAN FEBRUARY 13, 2024, and have counsel enter an appearance on their behalf, in advance of the Status Conference scheduled for FEBRUARY 14, 2024. Failure to comply with this Order may result in entry of default against these Defendants. Signed by Magistrate Judge Elizabeth Preston Deavers on January 22, 2024. (jlk)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings    matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer    joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields    fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/22/2024] [FileNumber=8793917-0
] [3d8951d32c40fdebf5eea0e66bb5b3abfcaf3f63f8d5079e35677489e0e1deb24a4

