# LEGALZOOM

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 FEB 14  PM 12: 10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

February 13, 2024

OFFICE OF THE CLERK – UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OH 43215

To Whom It May Concern:

LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CA.

Enclosed, please find your documents which we are returning to you.  If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,


Your LegalZoom Team

9900 SPECTRUM DR
AUSTIN TX 78717          (877) 773-0888          LEGALZOOM.COM

**California Secretary of State**

Business | UCC

Login

- Home
- Search
- Forms
- Help

## Business Search

▼ The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated

Skip to main content  State

### COLLATERAL DAMAGE LLC (201913510663)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY. PASADENA,CA91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |



View History



Request Access

**Other Orders/Judgments**
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2024 at 5:05 PM EST and filed on 2/1/2024
**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 234

**Docket Text:**
**SCHEDULING ORDER: Pursuant to the pretrial conference conducted with the parties, the Court ADOPTS the following schedule: Discovery due by 12/1/2024. Dispositive motions due by 2/15/2025. Primary Expert due by 10/1/2024. Rebuttal Expert due by 11/1/2024. Signed by Magistrate Judge Elizabeth Preston Deavers on February 1, 2024. (jlk) (This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Thomas A Barni    tbarni@dhplaw.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander     esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)     mjalandoni@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Aaron Jones (Terminated)     amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Andrew Jonathon Yarger     ayarger@dhplaw.com

Grace Elizabeth Saalman     gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)     breese@flannerygeorgalis.com, dkrupp@flannerygeorgalis.com, kroyal@flannerygeorgalis.com

Matthew David Ridings     matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine     Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein     jepstein@dglaw.com

Eva Mia Jimenez     ejimenez@dglaw.com

Kristine Anne Forderer     kforderer@cooley.com

Matthew L. Kutcher     mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer     joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields     fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=2/1/2024] [FileNumber=8815031-0]
[5473aee8c1e8bc485c57f82514997d75a26ef5bd531007355fc010d78b2f6b0d0458
aadc2229108c15d3e622f31cbc89df8ce099d63b7fc15feaa07024055aaa]]

Case: 2:23-cv-00512-SDM-EPD Doc #: 234 Filed: 02/01/24 Page: 1 of 7 PAGEID #: 2408

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.*,

      Plaintiffs,

v.                                                             Civil Action 2:23-cv-512
                                                            Judge Sarah D. Morrison
                                                            Magistrate Judge Elizabeth P. Deavers

BRINSON CALEB SILVER, *et al.*,

      Defendants.

## SCHEDULING ORDER

      Based upon the parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and pursuant to the pretrial conference conducted with the parties,[1] the Court **ADOPTS** the following schedule:

INITIAL DISCLOSURES

The parties have already made their initial disclosures.

VENUE AND JURISDICTION

The Court has resolved issues of jurisdiction and venue. The Quantasy Defendants reserve all rights and challenges to jurisdiction.

PARTIES AND PLEADINGS

The parties do not anticipate any further amendments to the pleadings.

DISCOVERY PROCEDURES

All discovery shall be completed by **DECEMBER 1, 2024**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. ***If the parties are***

---

[1] Defendants Silver, Collateral Damage, LLC and Eclipse Home Design, LLC did not participate in the preparation of the Rule 26(f) Report or the pretrial conference. Defendant Paige McDaniel, through counsel, appeared for the pretrial conference.

*unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.*

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **FEBRUARY 15, 2025**.

EXPERT TESTIMONY

Primary expert reports must be produced by **OCTOBER 1, 2024**. Rebuttal expert reports must be produced by **NOVEMBER 1, 2024**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties. Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

The parties are discussing potential private mediation and will keep the Court informed on this issue.

OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED**.

Date: February 1, 2024

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

Collateral Damage, LLC
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203