

Align top of FedEx Express® shipping label here.



X-RAY ☑
U.S. MARSHALS SERVICE

Envelo

I'cy



ORIGIN ID:JGXA    (310) 739-3889
MYKE QUON
LEGALZOOM
101 N BRAND BLVD 11TH FLOOR
GLENDALE, CA 91203
UNITED STATES US

SHIP DATE: 13FEB24
ACTWGT: 1.00 LB MAN
CAD: 0496987/CAFE3755

BILL SENDER

TO  SOUTHERN DISTRICT OF OHIO
OFFICE OF THE CLERK US DISTRICT COU
85 MARCONI BLVD ROOM 121

COLUMBUS OH 43215

INV:
PO:                          REF:                          DEPT:

**FedEx**
Express

**E**

TRK# 6223 4449 5466          WED – 14 FEB 5:00P
STANDARD OVERNIGHT

XN GQQA                       43215
OH–US                         LCK

Align bottom of peel-and-stick airbill or pouch here.