United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Root Inc. et al.,

-vs-                                                  Case No. 2:23-cv-512

Silver et al.

COURTROOM MINUTES
Status Conference

| U.S. District Judge Sarah D. Morrison | | Date:  2/14/2024 at 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Plaintiff: | |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Appearances:
Counsel for Plaintiffs Root, Claret Holdings, Root Insurance Co- Bill Kloss, Grace Saalman, Liz Alexander

Receiver- Istvan Gajary, Jerry Peer, Greg Peterson

Defendants William Campbell, Quantasy & Assoc- Matt Ridings, Jamar King; *by phone: Joan Meyer, Josh Epstein*

Interested Party Miami 555 LLC- no appearance
Defendant Brinson Silver- no appearance
Defendant Paige McDaniel- no appearance

The Court will issue an order memorializing the status conference.