IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| **Silver,** *et al.*, | | |
| *Defendants*. | | |

## APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS COLLATERAL DAMAGE, LLC AND ECLIPSE HOME DESIGN, LLC

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Plaintiffs" or "Root") request that the Clerk enter default against Defendants Collateral Damage, LLC, and Eclipse Home Design, LLC (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 55(a) and this Court's January 22, 2024 Order requiring Defendants to obtain counsel by February 13, 2024 or face default.[1] (ECF No. 225.) To date, Defendants have failed to retain counsel and thus failed to defend. Accordingly, an entry of default is appropriate.

---

[1] In accordance with Fed. R. Civ. P. 55(a), an affidavit showing Defendants' failure to retain counsel and defend is attached. (Declaration of Grace E. Saalman in Support of Plaintiffs' Motion for Entry of Default, attached as Exhibit A.)

Respectfully submitted,

*/s/ Grace E. Saalman*
William D. Kloss, Jr. (0040854), Trial Attorney
Tiffany S. Cobb (0067516)
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360 Fax: (614) 719-4807
wdklossjr@vorys.com
tscobb@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320*)*
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone: (312)-881-6500 Fax: (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone: (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 20th day of February, 2024 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail to the following:

**Eclipse Home Design, LLC**
Registered Agent: United States Corporation Agents, Inc.
651 N. Broad Street, Suite 201
Middletown, DE 19709

**Butler County Jail**
Attn: Brinson Caleb Silver
Inmate #303850
705 Hanover Street
Hamilton, Ohio 45011

**Collateral Damage, LLC**
c/o Butler County Jail
Attn: Brinson Caleb Silver
Inmate #303850
705 Hanover Street
Hamilton, Ohio 45011

/s/ Grace E. Saalman
Grace E. Saalman (0101603)

*Counsel for Plaintiffs*