**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Root, Inc.,** *et al.*, | : | Case No. 2:23-cv-512 |
| *Plaintiffs*, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| **Silver,** *et al.*, | | |
| *Defendants*. | | |

**[PROPOSED] ENTRY OF DEFAULT AGAINST**
**COLLATERAL DAMAGE, LLC AND ECLIPSE HOME DESIGN, LLC**

Defendants Collateral Damage, LLC and Eclipse Home Design, LLC, have failed to retain

counsel and defend this case as ordered by this Court and required by law.   Therefore, in

accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered

against Defendants Collateral Damage, LLC and Eclipse Home Design, LLC on this ___ day of

February, 2024.