UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Root, Inc. et al.,                              :

        Plaintiffs,                      :         Case No.   2:23-cv-0512

        vs                                   :         Judge Morrison

Silver, et al.,                                  :         Magistrate Judge Deavers

        Defendants.

## ENTRY OF DEFAULT

It appears that the Defendants, Collateral Damage, LLC and Eclipse Home Design, LLC, are in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against these Defendants on this 21st day of February 2024.

        Richard W. Nagel, Clerk
        United States District Court
        Southern District of Ohio

        By: /s/Eduardo Rivera
        Eduardo Rivera, Deputy Clerk