UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROOT, INC., et al.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BRINSON CALEB SILVER<br><br>    *Defendants*. | Case No. 2:23-cv-512<br>Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth A. Preston Deavers |

Pursuant to a motion (Doc. # 220) filed by the Court appointed receiver on January 19, 2024, the Court ordered the sale by the Receiver of certain real estate located at 9125 Bayshore Drive, Miami Shores, Florida 33138 owned by Eclipse Home Design, LLC to buyers, Antonio Hidalgo and Gisella Rivera for and the real estate being more fully described as (the "Property"):

> Lot C, LESS the West 25 feet thereof and LESS the South 12.5 feet thereof, of WATERSEDGE, according to the Plat thereof, as recorded in Plat Book 9, Page 141, of the Public Records of Miami-Dade County, Florida.

(Doc. # 239 the "Order").  The undersigned has no intention of objecting to or otherwise appealing the Order of the Court.  Therefore, any objection, appeal or any other right or remedy is expressly waived by Defendants Eclipse Home Design LLC and Brinson Silver and the Property sold and conveyed accordingly.

_____ #0059741
Phillip Templeton
Counsel to Brinson Silver

_____
Eclipse Home Design LLC
Brinson Silver on behalf of Eclipse Home Design, LLC

_____
Brinson Silver a/k/a BC Silver

_____
Jerry E. Peer, Jr., Receiver

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 5th day of March 2024 with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail and by electronic mail to the following:

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Paige McDaniel
5576 Alexanders Lake Road
Stockbridge, GA 30281


       /s/  Jerry E. Peer, Jr.
      Jerry E. Peer, Jr. (0075128)