UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.* | ) |
| Plaintiffs, | ) CASE NO. 2:23-CV-00512-SDM-EPD |
| v. | ) JUDGE SARAH D. MORRISON |
| **Brinson Caleb Silver**, *et al.*, | ) MAGISTRATE JUDGE DEAVERS |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE
PARTIES TO COMPLETE MEDIATION AND FILE RESPONSIVE PLEADING**

Defendants Quantasy, LLC, Quantasy & Associates, LLC, and William Campbell (the "Quantasy Defendants") respectfully request an Order from this Court permitting and directing the parties to schedule and conclude any prospective mediation no later than May 17, 2024. Plaintiffs have no objection to this request.

Since the Court's last status conference, the parties have been working diligently to perform the steps necessary to schedule and prepare for mediation. Root has arranged for a prospective mediator and has found dates during which the parties are available for a mediation, and Quantasy has been working with its carrier to ensure that it has the information it needs to participate in any mediation. The carrier's review is underway, and it has requested additional time to assess the matter. The parties agree that a mediation should be completed by May 17, 2024.

Accordingly, the Quantasy Defendants request an extension of time to schedule a mediation, which will be completed no later than May 17. The parties also request that the Court extend the stay of the date to answer of otherwise plead as to Quantasy's Counterclaim and Cross-Claim. Finally, the parties request that they be permitted to file a status report with Court within

two business days following the conclusion of the mediation that will report on the outcome of the mediation and, if necessary, propose a date by which an answer or other response to Quantasy's Counterclaim and Cross-Claim must be filed, subject to this Court's approval

        Respectfully submitted,

        */s/ Matthew D. Ridings*
        Matthew D. Ridings, Trial Attorney (0079402)
        THOMPSON HINE LLP
        127 Public Square
        3900 Key Center
        Cleveland, Ohio 44114
        Telephone:  216.566.5561
        Facsimile:  216.566.5800
        Matt.Ridings@ThompsonHine.com

        Joan E. Meyer
        (Admitted *Pro Hac Vice*)
        THOMPSON HINE LLP
        1919 M Street, N.W.
        Suite 700
        Washington, D.C.  20036-3537
        Telephone:  202.263.4115
        Facsimile:  202.331.8330
        Joan.Meyer@ThompsonHine.com

        Jamar T. King (0091093)
        THOMPSON HINE LLP
        10050 Innovation Drive, Suite 400
        Miamisburg, OH 45342
        Telephone:  937.443.6852
        Facsimile:  937.443.6635
        Jamar.King@ThompsonHine.com

        Karim Sabbidine
        (Admitted *Pro Hac Vice*)
        THOMPSON HINE LLP
        335 Madison Avenue
        12th Floor
        New York, NY  10017
        Telephone:  212.908.3944
        Facsimile:  212.344.6101
        Karim.Sabbidine@ThompsonHine.com

3

        Joshua H. Epstein
        (Admitted *Pro Hac Vice*)
        Eva M. Jimenez
        (Admitted *Pro Hac Vice*)
        DAVIS+GILBERT LLP
        1675 Broadway
        New York, NY  10019
        Telephone:  212.468.4869
        jepstein@dglaw.com
        ejimenez@dglaw.com

        *Attorneys for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all represented parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

A copy will also sent by ordinary U.S. Mail, postage prepaid, to the following non-represented parties:

Brinson Caleb Silver
Butler County Jail
Attn: Brinson Caleb Silver, Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Collateral Damage, LLC
45 South Arroyo Parkway
Pasadena, CA 91105

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, Delaware 19709

*/s/ Matthew D. Ridings*
Matthew D. Ridings