**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROOT, INC. *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Judge Sarah D. Morrison |
| | ) | |
| *v.* | ) | Magistrate Judge Elizabeth Preston |
| | ) | Deavers |
| | ) | |
| Brinson Caleb "BC" SILVER, *et al.* | ) | Case No. 2:23-cv-00512 |
| | ) | |
| *Defendants.* | ) | |

**ORDER GRANTING MOTION OF RECEIVER, JERRY E. PEER, JR., TO SELL 2018 MERCEDES BENZ GLE 350 AT PRIVATE SALE FREE AND CLEAR OF ANY AND ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES [ECF 198]**

This matter is before the Court on Receiver's *Motion of Receiver, Jerry E. Peer, Jr., to Sell 2018 Mercedes Benz GLE 350 at Private Sale Free and Clear of Any and All Interests, Liens, and Encumbrances* [ECF 198] (the "Motion") filed with the Court on December 5, 2023. The Court set an expedited briefing schedule on the Motion of seven days of the Court's *Notation Order* filed on December 7, 2023 (ECF 204). This Court made a Notation Order on December 18, 2023 (ECF 210), granting Receiver's Motion and now hereby memorializes same by and through this Order.

Based upon the Motion and Exhibits attached thereto and there being no objections filed, this Court finds that, based upon the circumstances outlined in the Motion, the sale of the 2018 Mercedes Benz GLE 350 (VIN 4JGDA5JBXJB099956) (the "Mercedes"), situated in San Diego County, California, for a purchase price of Fourteen Thousand, Two Hundred and 00/100 Dollars ($14,200.00) is commercially reasonable. The Court further finds that the sale of the Mercedes has been negotiated in good faith, and that the offer for the purchase of the Mercedes is in the best interests of the receivership estate under the circumstances.

THEREFORE, the Court hereby **GRANTS** the Motion to sell the Mercedes at private sale, free and clear of any and all interests, liens, claims and encumbrances with any such liens, claims and incumbrances attaching to the proceeds of sale.  The Receiver shall be authorized to prepare and execute the Bill of Sale. The Buyer indicated within the Bill of Sale shall then be empowered to register the Mercedes (2018 Mercedes Benz GLE 350 (VIN 4JGDA5JBXJB099956)) in San Diego County, California with California Department of Motor Vehicles ("California DMV") or other applicable agency/administration, using this Order and the Receiver-signed Bill of Sale. The California DMV shall rely on this District Court's Order for the California registration of the subject Mercedes and shall effectuate the registration to the Buyer indicated in the Receiver-signed Bill of Sale.  The proceeds from the sale shall be held by Receiver pending further order of this Court.

This Order, in conjunction with any Bill of Sale shall be accepted as adequate evidence of Receiver's authority to transfer ownership of the Mercedes and shall be accepted by any government agency responsible for recording and keeping record of ownership of said Mercedes.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**