IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROOT, INC.**, *et al.,*

    **Plaintiffs,**

                                      Civil Action 2:23-cv-512
                                      Judge Sarah D. Morrison
    v.                                 Magistrate Judge Elizabeth P. Deavers

**BRINSON CALEB SILVER**, *et al.,*

    **Defendants.**

## ORDER

For good cause shown, the Unopposed Motion for Extension of Time for the Parties to Complete Mediation and File Responsive Pleading filed by Defendants Quantasy, LLC, Quantasy & Associates, LLC, and William Campbell (ECF No. 250) is **GRANTED.** Mediation shall be completed no later than **MAY 17, 2024**. The deadline for Root to respond to Quantasy's Counterclaim and Cross-Claim remains **STAYED**. The parties are **DIRECTED** to file a **JOINT WRITTEN STATUS REPORT** within two business days following the conclusion of the mediation which will, if necessary, propose a date by which an answer or other response to Quantasy's Counterclaim and Cross-Claim shall be filed.

    **IT IS SO ORDERED.**

**Date: March 19, 2024**                          /s/ *Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS**
                                                         **UNITED STATES MAGISTRATE JUDGE**