

Align top of FedEx Express® shipping label here.

ORIGIN ID:JGXA (310) 739-3889
MYKE QUON
LEGALZOOM
101 N BRAND BLVD 11TH FLOOR
GLENDALE, CA 91203
UNITED STATES US

SHIP DATE: 22APR24
ACTWGT: 1.00 LB MAN
CAD: 0496987/CAFE3804

BILL SENDER

TO
OFFICE OF TRHE CLERK — US DISTRICT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
ROOM 121
**COLUMBUS OH 43215**

REF: OFFICE OF TRHE CLERK — US DISTRICT



FedEx Express
E

TRK# 6223 4450 3479
0201
TUE — 23 APR 5:00P
STANDARD OVERNIGHT

**XN GQQA**
43215
OH-US  LCK



Envelope
Recycle me

Align bottom of peel-and-stick airbill or pouch here.