# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC., et al.,** | : | |
| | : | |
| *Plaintiffs*, | : | **Case No. 2:23-cv-512** |
| | : | **Judge Sarah D. Morrison** |
| **vs.** | : | **Magistrate Judge Elizabeth A.** |
| | : | **Preston Deavers** |
| **BRINSON CALEB SILVER, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

**RECEIVER'S NINTH INTERIM REPORT, RECEIVERSHIP PLAN
AND APPLICATION FOR FEES AND EXPENSES OF RECEIVER AND
COUNSEL TO RECEIVER COVERING THE PERIOD
<u>JUNE 1, 2024 THROUGH JULY 31, 2024</u>**

In accordance with the requirements of this Court's *Order,* filed May 12, 2023 (ECF 99), *Order Appointing Receiver*, filed May 17, 2023 (ECF 101), and *Order Amending Order Appointing Receiver*, filed June 7, 2023 (ECF 120) (hereinafter collectively "Receiver Order"), Jerry E. Peer, Jr. ("Receiver"), has taken possession and/or control of all monetary and real property assets of Mr. Brinson Caleb Silver, Collateral Damage, LLC and Eclipse Home Design, LLC (hereinafter collectively "Defendants") known to Receiver, unless otherwise indicated herein. Pursuant to the Receiver Order and 28 U.S.C. §§ 754, 959 and 1692, Rule 66 of the Federal Rules of Civil Procedure, Receiver has completed this Ninth Interim Report and Receivership Plan and accompanying schedules ("Ninth Report"), which covers the period from June 1, 2024 through and including July 31, 2024 (the "Ninth Interim Period").

## I.      INTRODUCTION

By way of the Receiver Order, Receiver was appointed to assume complete control and oversight of all monetary and real property assets of Defendants. Since the filing of the Eighth Report, Receiver has closed the sale of the real estate located at 2543 Walnut Avenue, Venice California. At this time, Receiver is unaware of any assets of Defendants that are not in Receiver's

possession or under his control, with the exception of a bank account located in Jakarta, Indonesia that may contain funds.

### A. 19803 Vista Del Otero, Ramona, California 92065 ("Ramona").

The sale of the Ramona property has closed. The net proceeds of the sale to the receivership estate was $77,578.95.

### B. 9125 North Bayshore Dr., Miami Shores, Florida 33138 ("Bayshore").

The sale of the Bayshore property has closed. The net proceeds of the sale to the receivership estate was $319,891.85.

### C. 2543 Walnut Ave., Venice, California 90291 ("Walnut").

The sale of the Walnut property has closed. The net proceeds of the sale to the receivership estate was $112,561.14.

### D. Other Assets.

As mentioned above, at this time, the only known asset not currently in the possession or control of Receiver is the bank account located in Jakarta, Indonesia. Mr. Silver has represented that the funds in these accounts have been exhausted, however, Receiver believes there may be significant funds deposited into these accounts and has requested that Defendants provide the information necessary to take control of the balance of that account, or to confirm that these accounts have indeed been exhausted.

## II. RECEIVERSHIP PLAN

This Ninth Report will set forth (1) Receiver's intentions moving forward with regard to both identifying and taking control of assets as well as liquidating assets of value; (2) a statement of assets in Receiver's possession or under his control; (3) anticipated transactional costs to be incurred; (4) anticipated duration of the administration of this estate; (5) engagement of professionals to carry out Receiver's responsibilities; and (6) any litigation or administrative

proceedings that are underway or anticipated.

      1.     Receiver's Goal/Expectations For Administration.

During the Ninth Interim Period, Receiver and his counsel closed the sale of the Walnut property. The only remaining actions to be taken by Receiver is to access the bank account located in Jakarta Indonesia. Receiver will review the computer and phone records of Defendant Silver and take any additional action that may lead to obtaining information related to this account.

      2.     Statement of Assets.

At this time, Receiver has not identified any new assets of the estate that have not been previously reported to this Court and the parties. As of July 31, 2024, Receiver currently has $698,323.58 on deposit. A copy of Receiver's account register reflecting that amount, as well as the June 2024 and July 2024 Huntington National Bank statements, are attached hereto as "**Exhibit A.**"

      3.     Anticipated Transactional Costs and Administrative Expenses.

It is difficult for Receiver to project the anticipated transactional and administrative costs of this estate. While certain expenses are customary and expected, such as administrative fees, utilities, insurance, and other related operating expenses, costs are highly variable and may fluctuate greatly. Receiver expects to incur certain fees and expenses associated with further administration of the estate. The anticipated costs will also depend greatly on success in obtaining information related to Defendants' accounts or other assets that may be located/identified.

      4.     Duration of this Receivership.

Based upon this plan, it is estimated that the duration of this receivership estate is thirty (30) to sixty (60) days, depending on what Receiver learns regarding the bank accounts mentioned above.

      5.     Engagement of Professionals.

Receiver does not expect to engage any additional professionals during the remaining administration of this estate.

      6.     Litigation and Administrative Proceedings.

Receiver is not aware of any new litigation or administrative proceedings not previously reported to this Court.

## III.    CLAIMS

Receiver has identified various creditors/claimants of Defendants. Receiver has provided notice of the receivership to all known creditors/claimants of Defendants for which Receiver has valid addresses. As claims are received, a creditor matrix will be provided with subsequent interim reports, identifying the claimant and amount of each claim. Receiver notes for the Court no independent analysis or review of the validity or allowance of such claims will be undertaken by Receiver until assets of the receivership estates are sold, at which time any claims will be reviewed and a recommendation as to the treatment of those claims will be submitted by Receiver.

## IV.    FEES AND EXPENSES

      1.     <u>Receiver Fees and Expenses.</u>

As required by the Receiver Order, Receiver is making application to the Court for interim allowance of compensation and reimbursement of out-of-pocket expenses. A detailed summary of activity for Receiver is attached hereto as "**Exhibit B**". Receiver requests allowance and payment of interim compensation and expenses in the amount of $1,110.00 to compensate Receiver for the hours expended and expenses incurred during the Ninth Interim Period.

      2.     <u>Peterson Conners LLP Fees and Expenses.</u>

Pursuant to the Receiver Order, Receiver employed the services of Mr. Peer, Mr. Peterson, and Mr. Gajary of Peterson Conners LLP (collectively "PetersonConners") as its legal counsel. Receiver requests interim allowance and payment of compensation to PetersonConners in the

amount of $9,650.00 for services and expenses incurred during the Ninth Interim Period. Attached hereto as "**Exhibit C**" is the itemization setting forth the breakdown of time expended and costs advanced by PetersonConners during the Ninth Interim Period.

## V. CONCLUSION

Receiver respectfully submits this Ninth Report and further respectfully requests that this Ninth Report and Receiver's Ninth Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses be approved.

Respectfully submitted,

**PETERSON CONNERS LLP**

 /s/  Jerry E. Peer, Jr.
Gregory S. Peterson (0061915)
Jerry E. Peer, Jr. (0075128)
Istvan Gajary (0089084)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Telephone: (614) 365-7000
Facsimile: (614) 220-0197
E-mail:  gpeterson@petersonconners.com
           jpeer@petersonconners.com
           igajary@petersonconners.com
*Counsel for Receiver, Jerry E. Peer, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 16th day of August with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular U.S.P.S. mail to the following:

Brinson Silver
Butler County Jail
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Collateral Damage, LLC
C/O Brinson Silver
Butler County Jail
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Eclipse Home Design, LLC
C/O Brinson Silver
Butler County Jail
Inmate No. 303850
705 Hanover Street
Hamilton, Ohio 45011

Paige McDaniel
5576 Alexanders Lake Rd.
Stockbridge, Georgia 30281

 /s/  Jerry E. Peer, Jr.
Jerry E. Peer, Jr. (0075128)

# Huntington National Bank



**Peterson Conners LLP**

ATTORNEYS AND
COUNSELORS AT LAW

| Type | Date | Description of transaction | Cleared Y/N | Debit (-) | Credit (+) | Balance |
|------|------|---------------------------|-------------|-----------|------------|---------|
| wire | 5/23/23 | 13105 Biscayne closing proceeds | Y | | $570,811.34 | $570,811.34 |
| | 5/31/23 | Interest | Y | | $0.93 | $570,812.27 |
| fee | 6/15/23 | Incoming Wire Fee | Y | $18.00 | | $570,794.27 |
| fee | 6/15/23 | monthly fee, *waived* | Y | $40.00 | $40.00 | $570,794.27 |
| | 6/30/23 | Interest | Y | | $14.08 | $570,808.35 |
| 1001 | 7/11/23 | Peterson Conners LLP | Y | $77,574.02 | | $493,234.33 |
| 1002 | 7/20/23 | Kristin Hess, AC reimb. | Y | $2,788.00 | | $490,446.33 |
| dep | 7/24/23 | Shellpoint funds | Y | | $16,513.89 | $506,960.22 |
| 1003 | 7/27/23 | Calif. Auto. Ins. Co., 2543 Walnut Ave prem. | Y | $1,260.15 | | $505,700.07 |
| | 7/31/23 | Interest | Y | | $13.28 | $505,713.35 |
| 1004 | 8/3/23 | *void check* | - | $0.00 | $0.00 | $505,713.35 |
| 1005 | 8/3/23 | Daniel's Landscaping, 19803 Vista Del Otero | Y | $2,250.00 | | $503,463.35 |
| 1006 | 8/15/23 | Peterson Conners LLP | Y | $67,427.31 | | $436,036.04 |
| dep | 8/29/23 | Wave Runner sale proceeds | Y | | $10,000.00 | $446,036.04 |
| | 8/31/23 | interest | Y | | $11.95 | $446,047.99 |
| wire | 9/20/23 | Gryphon USA, Ltd. Ramona marketing advance | Y | $12,126.00 | | $433,921.99 |
| | 9/29/23 | interest | Y | | $10.89 | $433,932.88 |
| 1007 | 10/3/23 | Peterson Conners LLP | Y | $28,731.22 | | $405,201.66 |
| 1008 | 10/3/23 | Hunt Ortman Palffy Nieves Inv. 102103 | Y | $901.87 | | $404,299.79 |
| 1009 | 10/3/23 | Dickinson Wright PLLC Inv. 1846072 | Y | $17,419.31 | | $386,880.48 |
| fees | 10/16/23 | wire and service fees *partially waived* | Y | $90.00 | $40.00 | $386,830.48 |
| 1010 | 10/17/2023 | Daniel's Landscaping, 19803 Vista Del Otero | Y | $1,175.00 | | $385,655.48 |
| dep | 10/27/23 | ICON Aircraft, plane dock sale | Y | | $13,000.00 | $398,655.48 |
| 1011 | 10/31/23 | Peterson Conners LLP | Y | $14,915.61 | | $383,739.87 |
| | 10/31/23 | interest | Y | | $10.01 | $383,749.88 |
| 1012 | 11/2/23 | Liquidation Partners, 19803 Vista Del Otero | Y | $1,700.00 | | $382,049.88 |
| 1013 | 11/14/23 | Jimmy's Pool Serv, Inv 16, 2543 Walnut | Y | $500.00 | | $381,549.88 |
| 1014 | 11/14/23 | Daniel's Landscaping, 19803 Vista Del Otero | Y | $1,200.00 | | $380,349.88 |
| 1015 | 11/16/23 | CBG, Inv. 2430 1 of 2 | Y | $322.48 | | $380,027.40 |
| 1016 | 11/27/23 | CBG, Inv. 2430 2 of 2 | Y | $361.48 | | $379,665.92 |
| | 11/30/23 | interest | Y | | $9.42 | $379,675.34 |

EXHIBIT A

| Type | Date | Description of transaction | Cleared Y/N | Debit (-) | Credit (+) | Balance |
|------|------|---------------------------|-------------|-----------|------------|---------|
| dep | 12/12/23 | sale proceeds, 19803 Vista Del Otero | Y | | $77,578.95 | $457,254.29 |
| | 12/29/23 | interest | Y | | $10.95 | $457,265.24 |
| wire | 1/2/24 | NewRez (Shellpoint) Walnut Ave. payment toward future payoff | Y | $32,000.00 | | $425,265.24 |
| 1017 | 1/2/24 | PetersonConners LLP | Y | $50,858.14 | | $374,407.10 |
| 1018 | 1/10/24 | Tyler Hagerla, invoice 1 | Y | $1,295.29 | | $373,111.81 |
| fees | 1/16/24 | wire and service fees *partially waived* | Y | $58.00 | $40.00 | $373,093.81 |
| 1019 | 1/25/24 | Dickinson Wright PLLC 1852826, 1862856 | Y | $15,140.50 | | $357,953.31 |
| 1020 | 1/30/24 | Tyler Hagerla, Spectrum & Vivant reimbursements | Y | $368.95 | | $357,584.36 |
| dep | 1/31/24 | Citizens Ins. policy premium refunds | Y | | $11,909.00 | $369,493.36 |
| 1021 | | void, printing error | N/A | $0.00 | $0.00 | $369,493.36 |
| 1022 | 1/31/24 | Jimmy's Pool Service, Invs. 27 & 34, Walnut | Y | $375.00 | | $369,118.36 |
| | 1/31/24 | interest | Y | | $9.52 | $369,127.88 |
| dep | 2/1/24 | Citizens Ins. policy premium refunds | Y | | $1,127.00 | $370,254.88 |
| 1023 | 2/8/24 | Peterson Conners LLP | Y | $27,383.46 | | $342,871.42 |
| 1024 | 2/8/24 | void, error | N/A | $0.00 | $0.00 | $342,871.42 |
| 1025 | 2/13/24 | CBG, Invoice 2569 | Y | $327.88 | | $342,543.54 |
| wire | 2/14/24 | Gryphon USA, Ltd. Walnut auction deposit | Y | $12,126.00 | | $330,417.54 |
| wire | 2/15/24 | first half tax refund, Vista Del Otero | Y | | $10,111.88 | $340,529.42 |
| fees | 2/15/24 | wire and service fees partially waived | Y | $90.00 | $40.00 | $340,479.42 |
| 1026 | 2/28/24 | Kelly Carlshe, Walnut cleanout | Y | $750.00 | | $339,729.42 |
| | 2/29/24 | interest | Y | | $8.27 | $339,737.69 |
| 1027 | 3/6/24 | Jimmy's Pool Service, Inv. 43, Walnut | Y | $175.00 | | $339,562.69 |
| fees | 3/15/24 | wire and service fees partially waived | Y | $108.00 | $40.00 | $339,494.69 |
| wire | 3/6/24 | Bayshore Drive proceeds | Y | | $319,891.85 | $659,386.54 |
| dep | 3/28/24 | Corinthian Title, proceeds Vista Del Otero | Y | | $1,243.94 | $660,630.48 |
| | 3/29/24 | interest | Y | | $15.45 | $660,645.93 |
| 1028 | 4/4/24 | Jimmy's Pool Service, Inv. 49, Walnut | Y | $275.00 | | $660,370.93 |
| 1029 | 4/4/24 | Dickinson Wright invs. 1882161, 1889513 | Y | $15,039.50 | | $645,331.43 |
| 1030, 1031 | 4/4/24 | void, printing error | N/A | $0.00 | $0.00 | $645,331.43 |
| 1032 | 4/4/24 | Peterson Conners LLP | Y | $37,691.75 | | $607,639.68 |
| wire | 4/12/24 | NewRez (Shellpoint) Walnut Ave. additional payment toward future payoff | Y | $16,000.00 | | $591,639.68 |
| fees | 4/15/24 | wire and service fees partially waived | Y | $58.00 | $40.00 | $591,621.68 |
| wire | 4/16/24 | NewRez (Shellpoint) Walnut Ave. return of additional payment | Y | | $16,000.00 | $607,621.68 |
| wire | 4/18/24 | NewRez (Shellpoint) Walnut Ave. additional payment toward future payoff | Y | $16,896.98 | | $590,724.70 |
| dep | 4/23/2024 | Encinitas Ford, 2018 Mercedes Benz sale | Y | | $13,497.00 | $604,221.70 |
| | 4/30/2024 | interest | Y | | $14.95 | $604,236.65 |

| Type | Date | Description of transaction | Cleared Y/N | Debit (-) | Credit (+) | Balance |
|------|------|---------------------------|-------------|-----------|------------|---------|
| 1033 | 5/8/2024 | Tyler Hagerla, Mercedes Sale, Range Rover Surrender, Walnut Security Surveillance | Y | $2,050.00 | | $602,186.65 |
| fees | 5/15/2024 | wire and service fees partially waived | Y | $158.00 | $40.00 | $602,068.65 |
| dep | 5/16/2024 | Aspuru Caraballo, water and sewer holdback N. Bayshore Drive | Y | | $1,000.00 | $603,068.65 |
| | 5/31/2024 | interest | Y | | $15.34 | $603,083.99 |
| 1034 | 6/5/2024 | Tyler Hagerla, Walnut Internet and Security Su | Y | $400.92 | | $602,683.07 |
| 1035 | 6/5/2024 | Jimmy's Pool Service, Invs. 55 & 65, Walnut | Y | $350.00 | | $602,333.07 |
| dep | 6/27/2024 | Walnut Avenue sale proceeds | Y | | $109,318.39 | $711,651.46 |
| | 6/28/2024 | interest | Y | | $15.18 | $711,666.64 |
| 1036 | 7/1/2024 | Peterson Conners LLP | Y | $9,823.44 | | $701,843.20 |
| 1037 | 7/8/2024 | Dickinson Wright Inv. 1910073 | Y | $1,590.89 | | $700,252.31 |
| | 7/23/2024 | wire and service fees partially waived | Y | $58.00 | $40.00 | $700,234.31 |
| 1038 | 7/23/2024 | Compass Business Group, Inv. 2685 | Y | $1,928.53 | | $698,305.78 |
| | 7/31/2024 | interest | Y | | $17.80 | $698,323.58 |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



PETERSON CONNERS LLP
545 METRO PL S
DUBLIN OH 43017-5316

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Plus Checking*                    *Account: -------4754*

| **Statement Activity From:** | | **Beginning Balance** | **$603,083.99** |
|---|---|---|---|
| **06/01/24 to 06/30/24** | | **Credits (+)** | **109,333.57** |
| | | Wire Transfer Credits | 109,318.39 |
| Days in Statement Period | 30 | Interest Earned | 15.18 |
| | | **Debits (-)** | **750.92** |
| | | Regular Checks Paid | 750.92 |
| Average Ledger Balance* | 617,264.16 | **Total Service Charges (-)** | **0.00** |
| Average Collected Balance* | 617,264.16 | **Ending Balance** | **$711,666.64** |
| * The above balances correspond to the service charge cycle for this account. | | | |

*Average Percentage Yield Earned this period 0.029%*

## *Other Credits (+)*                                      *Account:-------4754*

| Date | Amount | Description |
|---|---|---|
| 06/27 | 109,318.39 | INCOMING FEDWIRE TRANSFER |
| 06/28 | 15.18 | INTEREST PAYMENT |

## *Checks (-)*                                             *Account:-------4754*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 06/11 | 400.92 | 1034 | 06/20 | 350.00 | 1035 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Service Charge Summary*                                 *Account:-------4754*

| **Previous Month Service Charges (-)** | **$0.00** |
|---|---|
| **Total Service Charges (-)** | **$0.00** |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🦆 ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## *Balance Activity*

*Account:-------4754*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 603,083.99 | 06/20 | 602,333.07 | 06/28 | 711,666.64 |
| 06/11 | 602,683.07 | 06/27 | 711,651.46 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



## IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

   **ARBITRATION PROCEDURES**
   The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

   The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

   By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

## IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.
With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges.  Additionally, a new Charge Code column will be added to provide a description of the service charge:
  B   (Billable) use when none of the other charge code types apply
  C   (for **CONSOLIDATED lines)
  N   (for **NO CHARGE lines)
  E   (for **EXPLICIT CHARGE lines)
  S   (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number.  The new interest calculation steps are as follows:  "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier.  The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices.  The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you.  Your statements will automatically transition to the new statement version.  The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change.  For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September).  Please note, the simplified formula changes may have no impact on your statement.  For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



PETERSON CONNERS LLP
545 METRO PL S
DUBLIN OH 43017-5316

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Plus Checking*                *Account: -------4754*

| | |
|---|---|
| **Statement Activity From:** | |
| **07/01/24 to 07/31/24** | |
| | |
| Days in Statement Period | 31 |
| | |
| Average Ledger Balance* | 700,268.83 |
| Average Collected Balance* | 700,268.83 |
| * The above balances correspond to the | |
| service charge cycle for this account. | |

| | |
|---|---|
| **Beginning Balance** | **$711,666.64** |
| **Credits (+)** | **17.80** |
|   Interest Earned | 17.80 |
| **Debits (-)** | **13,342.86** |
|   Regular Checks Paid | 13,342.86 |
| **Total Service Charges (-)** | **18.00** |
| **Ending Balance** | **$698,323.58** |

*Average Percentage Yield Earned this period 0.029%*

## *Other Credits (+)*                                    *Account:-------4754*

| Date | Amount | Description |
|---|---|---|
| 07/31 | 17.80 | INTEREST PAYMENT |

## *Checks (-)*                                           *Account:-------4754*

| Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| 07/01 | 9,823.44 | 1036 | | 07/25 | 1,928.53 | 1038 |
| 07/10 | 1,590.89 | 1037 | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Service Charge Detail*                                *Account:-------4754*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 07/15 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |
| 07/15 | 40.00 | | MONTHLY SERVICE FEE |
| 07/15 | | 40.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⚊⚊⚊®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## *Service Charge Summary*                                      *Account:-------4754*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$58.00** |
| Credits - Previous Month Charges (+) | 40.00 |
| **Net Service Charges** | **$18.00** |
| **Total Service Charges (-)** | **$18.00** |

## *Balance Activity*                                            *Account:-------4754*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 711,666.64 | 07/10 | 700,252.31 | 07/25 | 698,305.78 |
| 07/01 | 701,843.20 | 07/15 | 700,234.31 | 07/31 | 698,323.58 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



### IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

   **ARBITRATION PROCEDURES**
   The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

   The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

   By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

### IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.

With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges. Additionally, a new Charge Code column will be added to provide a description of the service charge:
    - B (Billable) use when none of the other charge code types apply
    - C (for **CONSOLIDATED lines)
    - N (for **NO CHARGE lines)
    - E (for **EXPLICIT CHARGE lines)
    - S (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number. The new interest calculation steps are as follows: "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier. The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices. The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you. Your statements will automatically transition to the new statement version. The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change. For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September). Please note, the simplified formula changes may have no impact on your statement. For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

# Peterson Conners LLP

**INVOICE**

545 Metro Place South, Suite 435
Dublin, OH 43017
(614) 365-7000

Invoice # 8237
Date: 08/14/2024

United States Southern District

## Receiver / Root, et al. v. Silver, et al., 2:23cv512

| Date | Notes | Timekeeper | Quantity | Rate | Total |
|------|-------|-----------|----------|------|-------|
| 06/04/2024 | Attention to invoices for pool maintenance. | Jerry E. Peer, Jr. | 0.20 | $150.00 | $30.00 |
| 06/04/2024 | Attention to emails from T Hagerla re: linkage fee. Review of new payoff and emails related to calculation. | Jerry E. Peer, Jr. | 0.70 | $150.00 | $105.00 |
| 06/14/2024 | Phone call with I Gajary re: linkage fee and closing. Attention to emails re: same. | Jerry E. Peer, Jr. | 0.80 | $150.00 | $120.00 |
| 06/17/2024 | Attention to several emails re: closing and payoff. | Jerry E. Peer, Jr. | 1.00 | $150.00 | $150.00 |
| 06/18/2024 | Attention to emails re: mortgage payoff. | Jerry E. Peer, Jr. | 0.50 | $150.00 | $75.00 |
| 06/19/2024 | Review of closing package and emails re: closing and mortgage payoff. Email to R Vargas re: revisions and closing. | Jerry E. Peer, Jr. | 0.50 | $150.00 | $75.00 |
| 06/21/2024 | Review of closing documents. Email to R Vargas re: revisions/concerns. | Jerry E. Peer, Jr. | 0.80 | $150.00 | $120.00 |
| 06/24/2024 | Phone call with J Epling re: providing information to Vorys. Attention to emails re: same | Jerry E. Peer, Jr. | 0.30 | $150.00 | $45.00 |
| 06/25/2024 | Review of and signing final closing documents. Attention to emails re: closing and payoff. | Jerry E. Peer, Jr. | 1.50 | $150.00 | $225.00 |
| 06/25/2024 | Review of emails re: payoff and foreclosure. Phone call with T Hagerla re: same. | Jerry E. Peer, Jr. | 0.60 | $150.00 | $90.00 |
| 06/25/2024 | Executing seller's closing documents. | Jerry E. Peer, Jr. | 0.30 | $150.00 | $45.00 |
| 06/27/2024 | Attention to email from R Vargas re: Venice transfer tax. | Jerry E. Peer, Jr. | 0.20 | $150.00 | $30.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,110.00** |
| **Total** | | **$1,110.00** |

EXHIBIT B

Invoice # 8237 - 08/14/2024

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|
| ( $0.00 | + $1,110.00 ) - ( | $0.00 | + $0.00 ) = | $1,110.00 |

Please make all amounts payable to: Peterson Conners LLP

Payment is due upon receipt.
Payments more than 30 days overdue incur 1.5% per month interest charges.

Please notify us if your contact information has changed.

Our Tax ID: 20-8129097

# Peterson Conners LLP

**INVOICE**

545 Metro Place South, Suite 435
Dublin, OH 43017
(614) 365-7000

Invoice # 8236
Date: 08/14/2024

United States Southern District

## Attorney / Root, et al. v. Silver, et al., 2:23cv512

| Date | Notes | Timekeeper | Quantity | Rate | Total |
|------|-------|------------|----------|------|-------|
| 06/04/2024 | Review of closing package. | Jerry E. Peer, Jr. | 0.80 | $250.00 | $200.00 |
| 06/04/2024 | Attentions to emails about claim. | Istvan Gajary | 0.20 | $250.00 | $50.00 |
| 06/05/2024 | Review of documents pertaining to linkage fees. Research re: linkage fees. Attention to best course to resolve. Emails to title agent and realtor re: additional information. | Jerry E. Peer, Jr. | 2.10 | $250.00 | $525.00 |
| 06/05/2024 | Communications with Mr. Tyler Hagerla and receiver; attention to expenses at the Walnut Ave., Venice property; reconcile May 2024 Huntington National Bank statement and update receiver's check register; follow-up on items needed for Eighth Interim Report. | Catherine Schwartz | 0.70 | $125.00 | $87.50 |
| 06/06/2024 | Review of emails and documents re: linkage fees. | Jerry E. Peer, Jr. | 0.70 | $250.00 | $175.00 |
| 06/07/2024 | Review of closing documents and linkage fee emails/documents. | Jerry E. Peer, Jr. | 0.70 | $250.00 | $175.00 |
| 06/07/2024 | Drafting interim report. Phone call with T Hagerla and title agent re: linkage fees. | Jerry E. Peer, Jr. | 1.40 | $250.00 | $350.00 |
| 06/07/2024 | Attention to emails about Walnut closing;; review records of payments made to lender NewRez; telephone call with Tyler, Rosa, and JEP to discuss California linkage fee; research same. | Istvan Gajary | 1.20 | $250.00 | $300.00 |
| 06/11/2024 | Attention to Linkage Fee requirements. Review of proposed addendum/amendment. | Jerry E. Peer, Jr. | 1.40 | $250.00 | $350.00 |
| 06/12/2024 | Attention to emails with co-counsel about Walnut closing and linkage fee dispute with Buyer; review file related to same. | Istvan Gajary | 0.50 | $250.00 | $125.00 |

EXHIBIT C

| 06/12/2024 | Attention to several emails re: linkage fees and closing. Phone calls with broker and R Kruse re: same. | Jerry E. Peer, Jr. | 1.80 | $250.00 | $450.00 |
|---|---|---|---|---|---|
| 06/13/2024 | Review numerous details related to closing of Walnut property; review linkage fee and related docs; review title policy and closing packet; telephone call to realtor in effort ot close sale. | Istvan Gajary | 3.20 | $250.00 | $800.00 |
| 06/13/2024 | Attention to emails re: Linkage Fees. Review of closing documents and prior transactions. | Jerry E. Peer, Jr. | 0.70 | $250.00 | $175.00 |
| 06/14/2024 | Update email to counsel on status of Walnut closing and linkage fee; amail to ZBS Law to request to withdraw Trustee sale of property; telephone call with realtor to discuss dispute with Buyer related to linkage fee; attention to numerous related texts and emails. | Istvan Gajary | 3.50 | $250.00 | $875.00 |
| 06/14/2024 | Attention to emails regarding Walnut Avenue trustee sale delay. | Catherine Schwartz | 0.30 | $125.00 | $37.50 |
| 06/14/2024 | Attention to several emails re: closing and related issues. Review of revised closing package. Phone call with broker re: liability for linkage fees. | Jerry E. Peer, Jr. | 1.30 | $250.00 | $325.00 |
| 06/17/2024 | Review of closing package. Email to closing agent about amendment to purchase agreement. Drafting Amendment to address fixtures, furniture and equipment. | Jerry E. Peer, Jr. | 2.40 | $250.00 | $600.00 |
| 06/17/2024 | Attention to numerous emails about payments previously made to NewRez/ShellPointe and linkage fee issue. | Istvan Gajary | 1.20 | $250.00 | $300.00 |
| 06/17/2024 | Attention to multiple emails regarding payoff, ensuring that all tracks with our payment records. | Catherine Schwartz | 0.50 | $125.00 | $62.50 |
| 06/18/2024 | Drafting/revising 8th Report. | Jerry E. Peer, Jr. | 1.00 | $250.00 | $250.00 |
| 06/18/2024 | Attention to emails with title company about execution of closing docs and related matters. | Istvan Gajary | 0.60 | $250.00 | $150.00 |
| 06/18/2024 | Attention to multiple emails re: payoff and closing. | Jerry E. Peer, Jr. | 0.70 | $250.00 | $175.00 |
| 06/19/2024 | Review of closing package. Attention to emails re: closing and payoff. Email to title agent re: revisions to documents. | Jerry E. Peer, Jr. | 1.10 | $250.00 | $275.00 |
| 06/20/2024 | Continued attention to details related to closing of Walnut property. | Istvan Gajary | 0.50 | $250.00 | $125.00 |
| 06/21/2024 | Attention to closing details. | Istvan Gajary | 0.20 | $250.00 | $50.00 |
| 06/21/2024 | Attention to several emails re: revisions to | Jerry E. Peer, Jr. | 1.70 | $250.00 | $425.00 |

Invoice # 8236 - 08/14/2024

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | closing package. Review of revised documents. | | | | |
| 06/24/2024 | Attention to emails regarding closing. | Istvan Gajary | 1.20 | $250.00 | $300.00 |
| 06/25/2024 | Meet with Jerry Peer and process several Seller's closing documents for Walnut Avenue including Grant Deed; return all executed originals to Ms. Rosa Vargas at Coast First Escrow by FedEx overnight. | Catherine Schwartz | 0.80 | $125.00 | $100.00 |
| 06/25/2024 | Continued follow up on payoff quote and other closing details for Walnut property. | Istvan Gajary | 0.80 | $250.00 | $200.00 |
| 06/25/2024 | Attention to emails re: closing and payoff. Review of payoff quote. Review of revised closing documents. | Jerry E. Peer, Jr. | 1.10 | $250.00 | $275.00 |
| 06/26/2024 | Continued attention to emails and closing details. | Istvan Gajary | 0.40 | $250.00 | $100.00 |
| 06/27/2024 | Review of purchase agreement. Research re: Venice transfer tax. | Jerry E. Peer, Jr. | 0.50 | $250.00 | $125.00 |
| 06/27/2024 | Review of final settlement statement and closing disclosure and confirm closing of Walnut property. | Istvan Gajary | 0.40 | $250.00 | $100.00 |
| 06/27/2024 | Attention to emails re: transfer tax and seller proceeds. | Jerry E. Peer, Jr. | 0.90 | $250.00 | $225.00 |
| 07/01/2024 | Attention to docket and 8th report. | Jerry E. Peer, Jr. | 0.30 | $250.00 | $75.00 |
| 07/01/2024 | Bank reconciliation of June statement, file review, report assistance, and attention to multiple emails. | Catherine Schwartz | 0.70 | $125.00 | $87.50 |
| 07/17/2024 | Review of file related to outstanding issues that need attention. | Jerry E. Peer, Jr. | 1.00 | $250.00 | $250.00 |
| 07/18/2024 | Attention to emails from J McCandlish. | Jerry E. Peer, Jr. | 0.20 | $250.00 | $50.00 |
| 07/19/2024 | Phone call with J McCandlish re: collection efforts and Silver assets. Review of file re: retirement account(s). | Jerry E. Peer, Jr. | 1.20 | $250.00 | $300.00 |
| 07/23/2024 | Assist with items needed for preparation of 9th report. Emails regarding Compass Business Group. Receipt of physical drives from Bobby Spring of CBG. Review online banking and update register. | Catherine Schwartz | 0.40 | $125.00 | $50.00 |

|  | | | | Subtotal | $9,650.00 |
|  | | | | **Total** | **$9,650.00** |

Invoice # 8236 - 08/14/2024

## Statement of Account

| Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|
| ( $0.00 | + | $9,650.00 | ) - ( | $0.00 | + | $0.00 | ) = | **$9,650.00** |

Please make all amounts payable to: Peterson Conners LLP

Payment is due upon receipt.
Payments more than 30 days overdue incur 1.5% per month interest charges.

Please notify us if your contact information has changed.

Our Tax ID: 20-8129097