**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **ROOT, INC.,** *et al.***,** | : | **Case No. 2:23-cv-512** |
| | : | |
| **Plaintiffs,** | : | **Judge Sarah D. Morrison** |
| | : | |
| **v.** | : | **Magistrate Judge Elizabeth Preston** |
| | : | **Deavers** |
| **BRINSON CALEB SILVER,** *et al.***,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT NOTICE OF SETTLEMENT
AND REQUEST FOR REMOTE STATUS CONFERENCE**

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Root") and Quantasy, LLC, Quantasy & Associates, LLC ("Quantasy Entities"), and William Campbell (collectively, the "Settling Parties") report that they have reached a settlement resolving the claims against each other, as well as the Quantasy Entities' crossclaims against Defendant Brinson Caleb Silver.

The Settling Parties request a remote status conference with the Court to discuss the remaining claims in this matter. For scheduling purposes, counsel for the Settling Parties have conflicts on September 10th, and 16th through 27th, and October 3rd, 7th, and 8th and respectfully request the Court schedule the remote status conference on alternate dates.

DATED: August 29, 2024

Respectfully submitted,

<div style="display:flex">
<div>

/s/ William D. Kloss, Jr.
William D. Kloss, Jr. (0040854), Trial Attorney
Elizabeth S. Alexander (0096401)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
esalexander@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320)
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone (312)-881-6500
Fax (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

</div>
<div>

/s/ Matthew D. Ridings (per 8/29/24 email authority)
Matthew David Ridings (0079402),
Trial Attorney
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Phone: 216-363-4512
mridings@beneschlaw.com

Jamar TaeVann King (0091093)
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Phone: 937-443-6852
Fax: 937-443-6635
jamar.king@thompsonhine.com

Eva Mia Jimenez
(Admitted *Pro Hac Vice*)
Joshua H. Epstein
(Admitted *Pro Hac Vice*)
Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
Phone: 212-468-4869
ejimenez@dglaw.com
jepstein@dglaw.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
Thompson Hine LLP
335 Madison Avenue,12th Floor
New York, NY 10017
Phone: (212) 908-3944
Fax: (212) 344-6101
Karim.Sabbidine@ThompsonHine.com

*Counsel for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates, LLC*

</div>
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on this 29th day of August, 2024 via CM/ECF upon all counsel of record for Quantasy & Associates, LLC, Quantasy, LLC and William Campbell, and via regular mail upon Paige McDaniel, Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC as set forth below:

**Paige McDaniel**
5576 Alexanders Lake Rd.
Stockbridge, GA 30281

**Brinson Caleb Silver**
Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Collateral Damage, LLC**
c/o Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Eclipse Home Design, LLC**
Registered Agent: United States Corporation Agents, Inc.
651 N. Broad Street, Suite 201
Middletown, DE 19709

*/s/ William D. Kloss, Jr.*
William D. Kloss, Jr. (0040854), Trial Attorney

*Attorney for Plaintiffs*

3