OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLLATERAL DAMAGE, LLC
ECLIPSE HOME DESIGN, LLC
C/O BRINSON C. SILVER
BUTLER COUNTY JAIL, INMATE 303850
705 HANOVER STREET
HAMILTON, OH 45011

Released 7.15.24

TIME _____ FILED

SEP 17 2024

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

NIXIE 400 4A 1 0208/27/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 43215
2047N240172-01354

US POSTAGE PAID PITNEY BOWES
ZIP 43215
02 4W
0000343269 JUL 18 2024
$001.50⁰

**Orders on Motions**
2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 7/11/2024 at 10:23 AM EDT and filed on 7/11/2024
**Case Name:**     Root, Inc. et al v. Silver et al
**Case Number:**   2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 263(No document attached)

**Docket Text:**
**NOTATION ORDER -- The Court has reviewed the Receiver's [262] Eighth Interim Report, Receivership Plan and Application for Fees and Expenses of Receiver and Counsel to Receiver Covering the Period 3/16/2024 through 5/31/2024. The report is APPROVED and the motion for payment of fees and reimbursement of expenses GRANTED. Fees and expenses shall be paid in accordance with [101] Order Appointing Receiver. Signed by Judge Sarah D. Morrison on 7/11/2024. (merc)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Thomas A Barni    tbarni@dhplaw.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander     esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)     mjalandoni@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Aaron Jones (Terminated)     amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Andrew Jonathon Yarger     ayarger@dhplaw.com

Grace Elizabeth Saalman     gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)     breese@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Matthew David Ridings     matt.ridings@thompsonhine.com, ecfdocket@thompsonhine.com

Karim Sabbidine     Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein     jepstein@dglaw.com

Eva Mia Jimenez     ejimenez@dglaw.com

Kristine Anne Forderer     kforderer@cooley.com

Matthew L. Kutcher     mkutcher@cooley.com, diane.young@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer     joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields     fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709