**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ROOT, INC., *et al.*, | : | Case No. 2:23-cv-00512-SDM-EPD |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Devers |
| v. | : | |
| BRINSON CALEB SILVER, *et al.*, | : | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS WILLIAM CAMPBELL, QUANTASY, LLC AND QUANTASY & ASSOCIATES LLC** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 83.4(b), Jamar T. King, Joan E. Meyer, Thomas W. Palmer, Karim Sabbidine and the law firm of Thompson Hine LLP ("Thompson Hine") respectfully move this Court to enter an order withdrawing their appearance as counsel for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates LLC (collectively referred to as, the "Quantasy Defendants"). Joan E. Meyer has retired from the practice of law. Matthew D. Ridings, Trial Attorney, has left the law firm of Thompson Hine LLP and the client has requested that Mr. Ridings continue representation of the Quantasy Defendants at his new firm.

Thompson Hine has provided written notice of its intention to withdraw to the Quantasy Defendants. Thompson Hine has sent a copy this Motion to all remaining counsel of record, and Brinson Silver, personally, and as the representative of Defendants Collateral Damage, LLC and Eclipse Home Design, LLC.

Respectfully submitted,

THOMPSON HINE LLP

/s/ Jamar T. King
Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone:  937.443.6852
Facsimile:  937.443.6635
Jamar.King@ThompsonHine.com

Joan E. Meyer
(Admitted *Pro Hac Vice*)
1919 M. Street, N.W.
Suite 700
Washington, D.C. 20036-3537
Telephone:  202.263.4115
Facsimile:  202.331.8330

Thomas Wyatt Palmer
41 South High Street
Suite 1700
Columbus, Ohio 43215
Telephone:  614.459.3200
Facsimile:  614.469.3361
Thomas.Palmer@ThompsonHine.com

Karim Sabbidine
(Admitted *Pro Hac Vice*)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Telephone:  212.908.3944
Facsimile:  212.344.6101
Karim.Sabbidine@ThompsonHine.com

*Withdrawing Attorneys for Defendants William Campbell, Quantasy, LLC and Quantasy & Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, a true and accurate copy of the foregoing was filed electronically. Notice of this filing has been sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent by ordinary U.S. Mail, postage prepaid, to the following:

Brinson Silver, Inmate No. 64751-510
FPC Duluth
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Collateral Damage, LLC
c/o Brinson Silver, Inmate No. 64751-510
FPC Duluth
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Eclipse Home Design, LLC
c/o Brinson Silver, Inmate No. 64751-510
FPC Duluth
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

/s/ Jamar T. King
Jamar T. King