# LEGALZOOM

October 7, 2024

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF OHIO
85 MARCONI BLVD.
COLUMBUS, OH 43215

To Whom It May Concern:

LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CALIFORNIA.



Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,

Your LegalZoom Team

500 N. Brand Blvd Suite 890
Glendale, CA 91203           (877) 773-0888           LEGALZOOM.COM

California

Business    UCC

Login

# Business Search

▼ The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

> A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest



**COLLATERAL DAMAGE LLC**

Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY. PASADENA,CA91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

View History    Request Access

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Case: 2:23-cv-00512-SDM-EPD Doc #: 272 Filed: 10/08/24 Page: 3 of 6  PAGEID #: 2673

**Orders on Motions**
**2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al**
AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 9/27/2024 at 11:23 AM EDT and filed on 9/27/2024
**Case Name:**       Root, Inc. et al v. Silver et al
**Case Number:**     2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 270(No document attached)

**Docket Text:**
**Notation ORDER Granting [269] Motion to Withdraw as Attorney. Attorney Thomas Wyatt Palmer; Karim Sabbidine; Jamar TaeVann King and Joan E Meyer terminated. Signed by Magistrate Judge Elizabeth Preston Deavers on 9/27/2024. (sln)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, Chris.Stephenson@thompsonhine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Thomas A Barni    tbarni@dhplaw.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Andrew Jonathon Yarger    ayarger@dhplaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Matthew David Ridings    mridings@beneschlaw.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, diane.young@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer    joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields    fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

Case: 2:23-cv-00512-SDM-EPD Doc #: 272 Filed: 10/08/24 Page: 6 of 6 PAGEID #: 2676

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
30 SEP 2024 PM 2 L





US POSTAGE IMI PITNEY BOWES

ZIP 43215 $ 000.69⁰
02 4W
0000343269 SEP 27 2024

91203-263811