OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
30 SEP 2024 PM 2 L

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 15 2024 1:59 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

US POSTAGE **PITNEY BOWES**
ZIP 43215 $ 000.69
02 4W
0000343269 SEP 27 2024

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

NIXIE        171    FE 1        0010/10/24
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 43215282399    *1246-00099-30-42

**Orders on Motions**
<u>2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al</u>

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

## Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 9/27/2024 at 11:23 AM EDT and filed on 9/27/2024
**Case Name:**        Root, Inc. et al v. Silver et al
**Case Number:**      <u>2:23-cv-00512-SDM-EPD</u>
**Filer:**
**Document Number:** 270(No document attached)

**Docket Text:**
**Notation ORDER Granting [269] Motion to Withdraw as Attorney. Attorney Thomas Wyatt Palmer; Karim Sabbidine; Jamar TaeVann King and Joan E Meyer terminated. Signed by Magistrate Judge Elizabeth Preston Deavers on 9/27/2024. (sln)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton    ptempleton57@gmail.com

Thomas Wyatt Palmer    Thomas.Palmer@ThompsonHine.com, Chris.Stephenson@thompsonhine.com, ECFDocket@Thompsonhine.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Thomas A Barni    tbarni@dhplaw.com

Istvan Gajary    igajary@petersonconners.com

Jamar TaeVann King    jamar.king@thompsonhine.com, ECFDocket@Thompsonhine.com, diane.macleod@thompsonhine.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, cvoharra@bmdllc.com, hjaeger@ffalaw.com

Andrew Jonathon Yarger    ayarger@dhplaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Matthew David Ridings    mridings@beneschlaw.com, ecfdocket@thompsonhine.com

Karim Sabbidine    Karim.Sabbidine@ThompsonHine.com

Joshua H Epstein    jepstein@dglaw.com

Eva Mia Jimenez    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, diane.young@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Joan E Meyer    joan.meyer@thompsonhine.com, ECFDocket@thompsonhine.com

Alexis Fields    fields@kolawyers.com, nunez@kolawyers.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709