## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Root, Inc.**, *et al.*, | : |
| | : Case No. 2:23-cv-512 |
| *Plaintiffs*, | : |
| | : Judge Sarah D. Morrison |
| v. | : |
| | : Magistrate Judge Elizabeth Preston Deavers |
| **Silver**, *et al.*, | : |
| | : |
| *Defendants*. | : |

### [PROPOSED] ORDER DISMISSING DEFENDANT PAIGE MCDANIEL

For good cause shown and lack of opposition, Plaintiffs' and Defendant Paige McDaniel's ("McDaniel") joint and unopposed motion to dismiss McDaniel is GRANTED. McDaniel is dismissed from this lawsuit <u>without prejudice.</u>

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE