UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Root, Inc., *et al.*, <br><br>        Plaintiffs, <br><br>        v. <br><br> Brinson Caleb Silver, *et al.*, <br><br>        Defendants. | Case No. 2:23-cv-00512 <br><br> Judge Sarah D. Morrison |

**[PROPOSED] ORDER ON MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Joint Motion for Partial Dismissal with Prejudice submitted by Plaintiffs Caret Holdings, Inc.; Root Insurance Agency, LLC; and Root Inc. (collectively, "Root") and Defendants Quantasy, LLC; Quantasy & Associates LLC; and William Campbell (collectively, the "Quantasy Defendants"). For good cause, the Motion is Granted and the Court orders as follows:

1. Root's Second Amended Complaint against the Quantasy Defendants is dismissed with prejudice;

2. Quantasy Defendants' Counterclaim against Root is dismissed with prejudice;

3. Quantasy Defendants' crossclaims against Brinson Caleb Silver are dismissed with prejudice; and

4. Each party will bear its own costs.

**IT IS SO ORDERED.**

**Date:**

                                                   **SARAH D. MORRISON**
                                                   **UNITED STATES DISTRICT JUDGE**