# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Root, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Brinson Caleb Silver, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-00512 <br><br> Chief Judge Sarah D. Morrison <br> Magistrate Judge Elizabeth P. Deavers |

## ORDER ON MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Motion for Partial Dismissal with Prejudice submitted by Plaintiffs Caret Holdings, Inc.; Root Insurance Agency, LLC; and Root Inc. (collectively, "Root") and Defendants Quantasy, LLC; Quantasy & Associates LLC; and William Campbell (collectively, the "Quantasy Defendants"). For good cause, the Motion is Granted and the Court orders as follows:

1. Root's Second Amended Complaint against the Quantasy Defendants is dismissed with prejudice;

2. Quantasy Defendants' Counterclaim against Root is dismissed with prejudice;

3. Quantasy Defendants' crossclaims against Brinson Caleb Silver are dismissed with prejudice; and

4. Each party will bear its own costs.

**IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**