UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROOT, INC.,** *et al.*, | Case No. 2:23-cv-512 |
| Plaintiffs, | Judge Sarah D. Morrison |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **BRINSON CALEB SILVER,** *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE CASE SCHEDULE**

This matter is before the Court on the Joint Motion for by Plaintiffs Caret Holdings, Inc., Root Insurance Agency, LLC, and Root Inc. (collectively, "Root") and the Court appointed receiver herein, Jerry E. Peer, Jr.  For good cause, the Motion is Granted and the Court orders that the deadlines are modified as follows:

| Event | Deadline |
|---|---|
| Deadline to add additional parties | February 28, 2025 |
| Discovery cutoff | May 1, 2025 |
| Dispositive motions | June 2, 2025 |

**IT IS SO ORDERED.**

**Date:**

_____
**ELIZABETH PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**