IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROOT, INC.,** *et al.,*

    **Plaintiffs,**

                                    Civil Action 2:23-cv-512
                                    Chief Judge Sarah D. Morrison
v.                                Magistrate Judge Elizabeth P. Deavers

**BRINSON CALEB SILVER,** *et al.,*

    **Defendants.**

## ORDER

For good cause shown, the Joint Motion to Modify the Case Schedule (ECF No. 279) is **GRANTED.** The Scheduling Order dated February 1, 2024 (ECF No. 234) is **MODIFIED** as follows:

PARTIES AND PLEADINGS

The deadline to add additional parties is **FEBRUARY 28, 2025.**

DISCOVERY PROCEDURES

All discovery shall be completed by **MAY 1, 2025**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. *If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.*

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JUNE 2, 2025**.

    **IT IS SO ORDERED.**

    Date:  December 30, 2024           /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**