# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC.,** *et al.*, | : | Case No. 2:23-cv-512 |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| **BRINSON CALEB SILVER,** *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL, NOTICE OF APPEARANCE, AND NOTICE OF SUBSTITUTION OF TRIAL ATTORNEY FOR PLAINTIFFS

Pursuant to S.D. Ohio Civ. R. 83.4(b), Plaintiffs Caret Holdings, Inc.; Root Insurance Agency, LLC; and Root Inc. (collectively, "Root") respectfully provide this notice of: (1) the withdrawal of William D. Kloss as one of their counsel and as their Trial Attorney in this action; (2) the substitution of Elizabeth S. Alexander as their Trial Attorney in this matter; and (3) the appearance of Thomas J. Whaling, of the law firm Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, OH 43216-1008, as one of their counsel in this action.  The substitutions of counsel and Trial Attorney are made with the knowledge and consent of Root. Tiffany S. Cobb and Grace E. Saalman remain as counsel of record for Root.

Respectfully Submitted,

*/s/ Elizabeth S. Alexander*
Elizabeth S. Alexander (0096401), Trial Attorney
Tiffany S. Cobb (0067516)
Thomas J. Whaling (0096430)
Grace E. Saalman (0101603)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
esalexander@vorys.com
tscobb@vorys.com
tjwhaling@vorys.com
gesaalman@vorys.com

Matthew L. Kutcher (IL Bar No. 6275320*)*
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone (312)-881-6500
Fax (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was served on this 31 December 2024, via CM/ECF upon all counsel of record and via regular mail upon Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC as set forth below:

**Brinson Caleb Silver**
Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Collateral Damage, LLC**
c/o Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Eclipse Home Design, LLC**
c/o Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

                */s/ Elizabeth S. Alexander*
                Elizabeth S. Alexander (0096401)
                *Attorney for Plaintiffs*