**LEGALZOOM**

FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN 10 2025 4: 15 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

January 6, 2025

Office of the Clerk
United States District Court
Southern District of Ohio
85 Marconi Boulevard, Room 121
Columbus, Ohio 43215

To whom it may concern:

    LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to Collateral Damage, LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name Collateral Damage, LLC in California.

    Enclosed, please find your documents which we are returning to you. If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,

Your LegalZoom Team

500 N. Brand Blvd Suite 890
Glendale, CA 91203

(877) 773-0888

LEGALZOOM.COM

# California
## Secretary of State

Business   UCC

Home

Search

Forms

Help

# Business Search

▼ *The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

## Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name*

Login

**COLLATERAL DAMAGE LLC**
**(201913510663)**

Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY. PASADENA,CA91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

View History   Request Access

Skip to main content

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROOT, INC., *et al.*,

    **Plaintiffs,**

v.

    Civil Action 2:23-cv-512
    Chief Judge Sarah D. Morrison
    Magistrate Judge Elizabeth P. Deavers

BRINSON CALEB SILVER, *et al.*,

    **Defendants.**

## ORDER

For good cause shown, the Joint Motion to Modify the Case Schedule (ECF No. 279) is **GRANTED.** The Scheduling Order dated February 1, 2024 (ECF No. 234) is **MODIFIED** as follows:

PARTIES AND PLEADINGS

The deadline to add additional parties is **FEBRUARY 28, 2025.**

DISCOVERY PROCEDURES

All discovery shall be completed by **MAY 1, 2025.** For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. *If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.*

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JUNE 2, 2025.**

    IT IS SO ORDERED.

Date: December 30, 2024            */s/ Elizabeth A. Preston Deavers*
                                             ELIZABETH A. PRESTON DEAVERS
                                             UNITED STATES MAGISTRATE JUDGE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
31 DEC 2024 PM 5 L

US POSTAGE PITNEY BOWES
ZIP 43215 $ 000.69⁰
02 4W
0000343269 DEC 30 2024

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

91203-263811