

ORIGIN ID:JGXA (800) 524-4564 SHIP DATE:
ACTWGT: 1.00
CAD: 0496995
LEGALZOOM
500 N. BRAND BLVD.
SUITE 890
GLENDALE, CA 91203
UNITED STATES US

BILL SENDER

TO **OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**85 MARCONI BLVD**
**ROOM 121**
**COLUMBUS OH 43215**

REF:
INV:
PO:                                    DEPT:



TUE – 07
TRK# 4059 3564 7279        STANDARD
0201

XN GQQA



X-RAY
U.S. MARSHALS