OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

FILED
RICHARD W. NAGEL
CLERK OF COURT
JAN 13 2025 2:44
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

COLUMBUS OH 430

31 DEC 2024 PM 1 L

US POSTAGE PITNEY BOWES

ZIP 43215  $ 000.69⁰
02 4W
0000343269 DEC 30 2024

Eclipse Home Design, LLC.
651 N. Broad Street
Suite 201
Middletown, [    ]

NIXIE        171    DE 1              0001/18/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 43215262346      *1846-04973-31-42

19708-640251
43215>2625

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROOT, INC., *et al.,*

      **Plaintiffs,**

                                        Civil Action 2:23-cv-512
                                        Chief Judge Sarah D. Morrison

      v.                                Magistrate Judge Elizabeth P. Deavers

BRINSON CALEB SILVER, *et al.,*

      **Defendants.**

## ORDER

For good cause shown, the Joint Motion to Modify the Case Schedule (ECF No. 279) is

**GRANTED.** The Scheduling Order dated February 1, 2024 (ECF No. 234) is **MODIFIED** as

follows:

PARTIES AND PLEADINGS

The deadline to add additional parties is **FEBRUARY 28, 2025.**

DISCOVERY PROCEDURES

All discovery shall be completed by **MAY 1, 2025.** For purposes of complying with this
order, all parties shall schedule their discovery in such a way as to require all responses to
discovery to be served prior to the cut-off date, and shall file any motions relating to discovery
within the discovery period unless it is impossible or impractical to do so. *If the parties are
unable to reach an agreement on any matter related to discovery, they are directed to arrange
a conference with the Court.*

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JUNE 2, 2025.**

      **IT IS SO ORDERED.**

Date:  **December 30, 2024**                */s/ Elizabeth A. Preston Deavers*
                                        **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**