# LEGALZOOM

FILED
RICHARD W. NAGEL
CLERK OF COURT

1/22/2025

SOUTHERN DISTRICT OF OHIO
85 MARCONI BLVD., ROOM 121
COLUMBUS, OH 43215

JAN 24 2025 10: 44 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

To Whom It May Concern:

LegalZoom.com, Inc. ("LegalZoom"), through its wholly-owned subsidiary, United States Corporation Agents, Inc. ("USCA"), received documents from your office. The documents are directed to COLLATERAL DAMAGE LLC. We are unable to accept service of the documents because USCA is not the registered agent for an entity with the precise name COLLATERAL DAMAGE LLC in CALIFORNIA.

Enclosed, please find your documents which we are returning to you.  If you have any questions, please feel free to give us a call at (800) 524-4564.

Sincerely,


Your LegalZoom Team

500 N. Brand Blvd Suite 890
Glendale, CA 91203

(877) 773-0888

LEGALZOOM.COM

**California**
Secretary of State

Business     UCC                   Login

Home

# Business Search

Search

▼ The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Forms

Help

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**COLLATERAL DAMAGE LLC**
(201913510663)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/10/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Not Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 45 S ARROYO PKWY. PASADENA, CA 91105 |
| Mailing Address | 45 S ARROYO PKWY. PASADENA,CA91105 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |


View History


Request Access

**Basic Search**

> A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

13 JAN 2025 PM 5 L



US POSTAGE ᴵᴹ PITNEY BOWES

ZIP 43215   $ 000.69⁰
02 4W
0000343269 JAN 13 2025

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

91203-263811

## Other Events

**2:23-cv-00512-SDM-EPD Root, Inc. et al v. Silver et al**

AttySealedAcc,JURY,PRO SE,PROTO

# U.S. District Court

# Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 1/10/2025 at 5:01 PM EST and filed on 1/10/2025

**Case Name:** Root, Inc. et al v. Silver et al
**Case Number:** 2:23-cv-00512-SDM-EPD
**Filer:**
**Document Number:** 282

**Docket Text:**
**Letter from LegalZoom.com, Inc. about being unable to accept service for Collateral Damage, LLC re [280] Order. (Attachments: # (1) Envelope) (mve)**

**2:23-cv-00512-SDM-EPD Notice has been electronically mailed to:**

William Darrell Kloss, Jr    wdklossjr@vorys.com, jlmason@vorys.com, matobias@vorys.com

James Roger Leickly    james@leicklylaw.com

Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com, mdwalkuski@vorys.com

Phillip A. Templeton (Terminated)    ptempleton57@gmail.com

Jerry E Peer, Jr    jpeer@petersonconners.com

Gregory Scott Peterson    gpeterson@petersonconners.com

Thomas A Barni    tbarni@dhplaw.com

Istvan Gajary    igajary@petersonconners.com

Elizabeth S. Alexander    esalexander@vorys.com, jlgeorge@vorys.com, stnorvell@vorys.com

Matthew L. Jalandoni (Terminated)    mjalandoni@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Aaron Jones (Terminated)    amjones@bmdllc.com, addutro@bmdllc.com, hjaeger@ffalaw.com

Andrew Jonathon Yarger    ayarger@dhplaw.com

Grace Elizabeth Saalman    gesaalman@vorys.com, jskish@vorys.com

William Benjamin Reese (Terminated)    breese@flannerygeorgalis.com, kroyal@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Matthew David Ridings (Terminated)    mridings@beneschlaw.com, ecfdocket@thompsonhine.com

Joshua H Epstein (Terminated)    jepstein@dglaw.com

Eva Mia Jimenez (Terminated)    ejimenez@dglaw.com

Kristine Anne Forderer    kforderer@cooley.com

Matthew L. Kutcher    mkutcher@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, mark.ortiz@cooley.com

Alexis Fields    fields@kolawyers.com, nunez@kolawyers.com

Brinson Caleb Silver    brinsonsilver@gmail.com

**2:23-cv-00512-SDM-EPD Notice has been delivered by other means to:**

Collateral Damage, LLC
101 N. Brand Blvd.
11th Floor
Glendale, CA 91203

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown, De 19709

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/10/2025] [FileNumber=9223369-0
] [8cc5e92aeef1a4cebd133358e643ea1f756bb8ffc45363465d47da679ddcc273cc6
e5867c539971c7ef66b9b9715d57959c4b8f1e4d5091691b69ee37dc91ea7]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/10/2025] [FileNumber=9223369-1
] [69744f60d1768388f1cea45f9cd562bc74d67a17a3c958d346f791717c567d953a5
6f80a0c72378a0e5dbe5dc1bc0cdadc0c50dd2cc954a72241cd375dd4ea6c]]




of FedEx Express® shipping

ORIGIN ID:JGXA (800) 524-4564
RA TEAM
LEGALZOOM
500 N. BRAND BLVD.
SUITE 890
GLENDALE, CA 91203
UNITED STATES US

SHIP DATE: 22JAN25
ACTWGT: 1.00 LB MAN
CAD: 0496995/CAFE3855

BILL SENDER

TO
SOUTHERN DISTRICT OF OHIO
85 MARCONI BLVD.

COLUMBUS OH 43215

REF: SOUTHERN DISTRICT OF OHIO

FedEx Express E

FRI - 24 JAN 5:00P
** 2DAY **

TRK# 4059 3564 8687
0201

ST GQQA

43215
OH-US LCK

