| | |
|---|---|
| **From:** | Matthew Jalandoni <mjalandoni@flannerygeorgalis.com> |
| **Sent:** | Monday, June 19, 2023 10:14 AM |
| **To:** | Kloss, William D. Jr.; Ben Reese; Alexander, Elizabeth S.; Kutcher, Matthew; Forderer, Kristine; Saalman, Grace E.; Ridings, Matthew; jepstein@dglaw.com; EJimenez@dglaw.com; MacLeod, Diane; King, Jamar; joan.meyer@thompsonhine.com; Karim.Sabbidine@ThompsonHine.com; Cobb, Tiffany Strelow |
| **Cc:** | Nathan Coyne; Kat Royal |
| **Subject:** | RE: [EXTERNAL] Root Inc. et al. v. Silver et al., 23-cv-512 (SDOH) - Silver Defendants' R&Os to Plaintiffs' Discovery Requests |
| **Attachments:** | (45146289.1).2023-04-26 069 STIPULATED PROTECTIVE ORDER.pdf; Root v. Silver - Protective Order Signature Page MLJ.pdf |

Bill—

Our timeline on production is dependent on the Court's decision on the attorney fee motion, so we should have a better idea following that decision.

Additionally, I am attaching my signature page for the Protective Order in this matter. I know that opposing counsel were waiting to receive this before producing the Silver defendants' requested discovery.

Thanks,
Matt

Matthew L. Jalandoni
175 South Third Street, Suite 1060
Columbus, Ohio 43215
380-444-6027 (Direct)
614-992-2183 (Mobile)
www.flannerygeorgalis.com



## FLANNERY | GEORGALIS

Cleveland | Columbus | Charlotte | Pittsburgh | Detroit

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited. If you have received this email in error, please immediately notify Kat Royal at (380) 444-6505 and permanently delete the original copy or printout.

**From:** Kloss, William D. Jr. <WDKlossjr@vorys.com>
**Sent:** Friday, June 16, 2023 11:15 PM
**To:** Ben Reese <breese@flannerygeorgalis.com>; Alexander, Elizabeth S. <esalexander@vorys.com>; Kutcher, Matthew <MKutcher@cooley.com>; Forderer, Kristine <kforderer@cooley.com>; Saalman, Grace E. <gesaalman@vorys.com>; Ridings, Matthew <Matt.Ridings@thompsonhine.com>; jepstein@dglaw.com; EJimenez@dglaw.com; MacLeod, Diane <Diane.MacLeod@thompsonhine.com>; King, Jamar <Jamar.King@thompsonhine.com>; joan.meyer@thompsonhine.com; Karim.Sabbidine@ThompsonHine.com; Cobb, Tiffany Strelow <TSCobb@vorys.com>
**Cc:** Matthew Jalandoni <mjalandoni@flannerygeorgalis.com>; Nathan Coyne <ncoyne@flannerygeorgalis.com>; Kat

1

Royal <kroyal@flannerygeorgalis.com>
**Subject:** RE: [EXTERNAL] Root Inc. et al. v. Silver et al., 23-cv-512 (SDOH) - Silver Defendants' R&Os to Plaintiffs' Discovery Requests

Ben,

In light of the upcoming hearing, please let us know when we can expect to actually receive the documents your clients' responses indicate will be produced.

Bill

Sent with BlackBerry Work
(www.blackberry.com)


From: Ben Reese <breese@flannerygeorgalis.com<mailto:breese@flannerygeorgalis.com>>
Date: Friday, Jun 16, 2023 at 10:51 PM
To: Alexander, Elizabeth S. <esalexander@vorys.com<mailto:esalexander@vorys.com>>, Kloss, William D. Jr. <WDKlossjr@vorys.com<mailto:WDKlossjr@vorys.com>>, Kutcher, Matthew <MKutcher@cooley.com<mailto:MKutcher@cooley.com>>, Forderer, Kristine <kforderer@cooley.com<mailto:kforderer@cooley.com>>, Saalman, Grace E. <gesaalman@vorys.com<mailto:gesaalman@vorys.com>>, Ridings, Matthew <Matt.Ridings@thompsonhine.com<mailto:Matt.Ridings@thompsonhine.com>>, jepstein@dglaw.com <jepstein@dglaw.com<mailto:jepstein@dglaw.com>>, EJimenez@dglaw.com <EJimenez@dglaw.com<mailto:EJimenez@dglaw.com>>, MacLeod, Diane <Diane.MacLeod@thompsonhine.com<mailto:Diane.MacLeod@thompsonhine.com>>, King, Jamar <Jamar.King@thompsonhine.com<mailto:Jamar.King@thompsonhine.com>>, joan.meyer@thompsonhine.com <joan.meyer@thompsonhine.com<mailto:joan.meyer@thompsonhine.com>>, Karim.Sabbidine@ThompsonHine.com <Karim.Sabbidine@ThompsonHine.com<mailto:Karim.Sabbidine@ThompsonHine.com>>, Cobb, Tiffany Strelow <TSCobb@vorys.com<mailto:TSCobb@vorys.com>>
Cc: Matthew Jalandoni <mjalandoni@flannerygeorgalis.com<mailto:mjalandoni@flannerygeorgalis.com>>, Nathan Coyne <ncoyne@flannerygeorgalis.com<mailto:ncoyne@flannerygeorgalis.com>>, Kat Royal <kroyal@flannerygeorgalis.com<mailto:kroyal@flannerygeorgalis.com>>
Subject: [EXTERNAL] Root Inc. et al. v. Silver et al., 23-cv-512 (SDOH) - Silver Defendants' R&Os to Plaintiffs' Discovery Requests

CAUTION: External Email


Counsel –

Please find attached the Silver Defendants' responses to Plaintiffs' requests for discovery.

Sincerely,

Ben

—

Benjamin Reese
Flannery | Georgalis LLC
175 South Third St., Suite 1060
Columbus, OH 43215

2

breese@flannerygeorgalis.com<mailto:breese@flannerygeorgalis.com>
(o) 216 230 9041
(m) 216 200 8530
LinkedIn<https://www.linkedin.com/in/benreese91/> | Bio<https://flannerygeorgalis.com/professionals/benjamin-reese>

This email (including any attachments) is a communication from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please delete the original and any copies from your system and immediately contact Kat Royal at (380) 444-6505 so that we can correct our records.


From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.