OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
13 JAN 2025 PM 5 L

ZIP 43215 $000.69
0000343269 JAN 13 2025

FILED
RICHARD W. NAGEL
CLERK OF COURT
FEB 20 2025 1:29 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO - COLUMBUS

Eclipse Home Design, LLC
651 N. Broad Street
Suite 201
Middletown,

NIXIE        171    DE 1         0002/10/25
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 43215282346         *1546-00520-13-43