IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROOT, INC.**, *et al.,*

    **Plaintiffs,**

                                  Civil Action 2:23-cv-512
                                  Chief Judge Sarah D. Morrison
    v.                             Magistrate Judge Elizabeth P. Deavers

**BRINSON CALEB SILVER**, *et al.,*

    **Defendants.**

## **ORDER**

This matter is before the Court to consider Plaintiffs' Motion to Compel Defendant Silver's Discovery. (ECF No. 285.) Defendant Silver has not responded to the Motion and the time for doing so now has passed. Accordingly, the Motion is **GRANTED as unopposed.** Accordingly, Defendant Silver is **DIRECTED** to produce documents responsive to Plaintiffs' discovery requests and to file a written certification to the Court confirming that production **ON OR BEFORE APRIL 10, 2025.**

> **If Defendant Silver does not produce and serve these documents on Plaintiffs and advise the Court as directed, he is SPECIFICALLY WARNED that the Court will issue an order to show cause as to why further sanctions, as specified in Fed.R.Civ.P. 37(b)(2), up to and including judgment by default and contempt, should not be awarded against him.**

    **IT IS SO ORDERED.**

Date:  March 10, 2025                           */s/ Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS**
                                                        **UNITED STATES MAGISTRATE JUDGE**