# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | : | |
|---|---|---|
| **ROOT, INC.**, *et al.*, | : | Case No. 2:23-cv-512 |
| | : | |
| Plaintiffs, | : | Chief Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| **BRINSON CALEB SILVER**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL COUNSEL

Counsel for Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Plaintiffs" or "Root") hereby provide notice to the court that, while the law firm of Vorys, Sater, Seymour and Pease LLP ("Vorys") continues to represent Plaintiffs, effective March 17, 2025, Tiffany S. Cobb and Grace E. Saalman hereby withdraw as counsel for Plaintiffs. All other counsel remains the same.

Respectfully submitted,

*/s/Elizabeth S. Alexander*
Elizabeth S. Alexander (0096401), Trial Attorney
Thomas J. Whaling (0096430)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
esalexander@vorys.com
tjwhaling@vorys.com

1

Matthew L. Kutcher (IL Bar No. 6275320*)*
COOLEY LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone (312)-881-6500
Fax (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
COOLEY LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served on March 17, 2025 via CM/ECF upon all counsel of record for Quantasy & Associates, LLC, Quantasy, LLC and William Campbell, and via regular mail upon Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC as set forth below:

**Brinson Caleb Silver**
Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Collateral Damage, LLC**
c/o Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

**Eclipse Home Design, LLC**
c/o Butler County Jail
Attn. Brinson Caleb Silver
Inmate # 303850
705 Hanover Street
Hamilton, OH 45011

                                          */s/Elizabeth S. Alexander*
                                          Elizabeth S. Alexander (0096401)
                                          *Attorney for Plaintiffs*