# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROOT, INC.,** *et al.*, | : | Case No. 2:23-cv-512 |
| Plaintiffs, | : | Chief Judge Sarah D. Morrison |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| **BRINSON CALEB SILVER,** *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF NO RESPONSE FROM BRISON CALEB SILVER

Plaintiffs Root, Inc., Caret Holdings, Inc., and Root Insurance Agency, LLC ("Plaintiffs" or "Root") hereby provide notice to the Court that, Defendant Silver failed to produce documents to Root, or otherwise respond, by April 10, 2025 as required by the Court's March 10, 2025 Order granting Root's Motion to Compel.

DATED: April 11, 2025

Respectfully submitted,

*/s/Elizabeth S. Alexander*
Elizabeth S. Alexander (0096401), Trial Attorney
Thomas J. Whaling (0096430)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
esalexander@vorys.com
tjwhaling@vorys.com

2

Matthew L. Kutcher (IL Bar No. 6275320*)*
C<span>OOLEY</span> LLP *Admitted Pro Hac Vice*
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
Phone (312)-881-6500
Fax (312)-881 6598
mkutcher@cooley.com

Kristine A. Forderer (CA Bar No. 278754)
C<span>OOLEY</span> LLP *Admitted Pro Hac Vice*
3 Embarcadero Center
San Francisco, CA 94111
Phone (415) 693-2128
kforderer@cooley.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on April 11, 2025, via CM/ECF upon all counsel of record and via regular mail upon Brinson Caleb Silver, Collateral Damage, LLC, and Eclipse Home Design, LLC as set forth below:

**Brinson Caleb Silver**
c/o LCI Leavenworth
Attn. Brinson Caleb Silver
Register # 64751-510
1300 Metropolitan Ave.
Leavenworth, Kansas 66048

**Collateral Damage, LLC**
c/o LCI Leavenworth
Attn. Brinson Caleb Silver
Register # 64751-510
1300 Metropolitan Ave.
Leavenworth, Kansas 66048

**Eclipse Home Design, LLC**
c/o LCI Leavenworth
Attn. Brinson Caleb Silver
Register # 64751-510
1300 Metropolitan Ave.
Leavenworth, Kansas 66048

*/s/Elizabeth S. Alexander*
Elizabeth S. Alexander (0096401)
*Attorney for Plaintiffs*