# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROOT, INC., *et al.*,

    Plaintiffs,

v.

BRINSON CALEB SILVER, *et al.*,

    Defendants.

Case No. 2:23-cv-512
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

The remaining parties came before the Court on August 7, 2025, for a status conference. (*See* ECF No. 300.) This Order memorializes the Court's rulings made during that conference.

Defendant Brinson Caleb Silver is **ORDERED** to sign and notarize two copies of the Power of Attorney provided to him by Root, Inc.'s counsel **on or before August 21, 2025**. The Court understands that Mr. Silver is set to be released from FCI Leavenworth on or around August 12, 2025. Mr. Silver is **ORDERED** to send one copy of the signed and notarized POA to the Receiver from FCI Leavenworth; he is further **ORDERED** to send the second copy of the signed and notarized POA to the Receiver from his half-way house upon release.

Mr. Silver is **CAUTIONED** that failure to comply with this Order may result in sanctions.

IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**